

IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 01-0120-C.V.-GOLD/SIMONTON

NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE,
INC., et al.,

        Plaintiffs,
vs.

KATHERINE HARRIS, Secretary of State of
Florida, et al.,

        Defendants.



**PLAINTIFFS' STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS A GENUINE ISSUE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY DEFENDANT DEANIE LOWE VOLUSIA COUNTY ELECTIONS SUPERVISOR**

Pursuant to Rule 7.5 of the Local Rules of the United States District Court for the Southern District of Florida, Plaintiffs set forth the following material facts as to which they contend there exists a genuine issue to be tried:[1]

1.    In or about October 2001 named plaintiff Emery H. Timberlake, Sr. (hereinafter "Timberlake"), an African-American resident of Volusia County, requested an absentee ballot for the November 2000 general election by filling out an Absentee Ballot Request Form and submitting it in an absentee ballot registration drive. (A true and correct copy of the Absentee Ballot Request Form is attached to the *Affidavit of Emery H. Timberlake, Sr.* as Exhibit A-2). The *Affidavit*

---

[1] Plaintiffs respectfully submit that this statement reflects the triable facts based on their understanding of and limited access to the relevant facts, without having had an opportunity to engage in formal discovery.

*of Cynthia Slater* (hereinafter "*Slater Aff.*") sets forth in detail the circumstances under which the registration drive was conducted. *See id.*

2. Timberlake never received an absentee ballot and was never notified that his Absentee Ballot Request Form could or would not be processed.

3. On November 7, 2000, Timberlake attempted to vote in person at precinct 617, located at World Harvest Church, 1840 Mason Avenue in Daytona Beach. A poll worker at that site told Timberlake that he could not vote. Timberlake asked her why he could not vote and she responded that his voter registration card was not valid. Timberlake then asked her where he could vote and she responded that he could not vote anywhere. The pollworker did not offer any further explanation or to assist Timberlake in any way. Nor did she attempt to verify his registration status, ask Timberlake to affirm or confirm his current address, or suggest an alternative means of casting a ballot.

4. Timberlake has never registered to vote in any county other than Volusia County.

5. Timberlake has never lived in the State of Alabama.

6. Timberlake has never received any written notice that his Volusia County voter registration was cancelled or invalid.

7. Timberlake has never received any notice from the Volusia County Supervisor of Elections office seeking confirmation of his address or registration status.

8. Timberlake was purged from the voter rolls and denied his right to vote because of Lowe's failure to seek written confirmation of his current address and registration status

2

in advance of the election or allow Timberlake to confirm or deny the alleged basis of the purge on election day.

9.  Lowe alleges that Timberlake "did not register to vote in Volusia County following the reported Alabama registration." *Statement of Material Facts in Support of Motion for Summary Judgment by Defendant Deanie Lowe Volusia County Elections Supervisor* ¶ 4; *see also Lowe Aff.* ¶ 3. However, Timberlake re-registered to vote in Volusia County in February 2001.

10.  In November 1998 Ursula Y. Harvey (hereinafter "Harvey"),[2] an African American resident[3] of Volusia County and a student at Bethune-Cookman College (hereinafter "BCC"),[4] voted at Precinct 620, located at the Richard V. Moore Community Center, 554 Mary McCleod Bethune Boulevard in Daytona Beach.

11.  Since voting in the November 1998 election, Harvey has not registered to vote in any other county, nor has she ever requested that her voter registration in Volusia County be canceled.

12.  On November 7, 2000, at approximately 7:00 a.m., Harvey went to Precinct 620 to vote in the general election and was told by poll worker that her name was not on the list. The pollworker then called over a poll worker who appeared to be the supervisor of the precinct and

---

[2] Plaintiffs have not sought leave to amend their complaint to add Ms. Harvey as a named plaintiff at this time. Plaintiffs assert that Ms. Harvey is a member of the putative class as described and defined in their complaint. *See Complaint-Class Action* ("*Compl.*") ¶¶ 34-40.

[3] Ms. Harvey is a student at Bethune-Cookman College in Daytona Beach, Florida, and maintains a residence in Volusia County during the school year. *See* Exhibit A, Affidavit of Ursula Harvey ¶¶ 1 & 6.

[4] Bethune-Cookman college is a historically Black college located in Daytona Beach, Florida.

explained to her that Harvey had presented her voter registration card and driver's license, but that Harvey's name did not appear on the list.

13.     The supervisor then made a telephone call and described the situation to someone over the telephone. While the supervisor was on the telephone, she told Harvey that she could not vote because she was listed as being registered to vote in Martin County, Florida. The supervisor further stated that, in order to vote, Harvey would have to go to Martin County.

14.     Neither the supervisor nor the other poll worker asked Harvey to affirm or confirm her current address, suggested an alternative or provisional means of casting a ballot, or attempted to assist Harvey in voting in Volusia or Martin Counties.

15.     Harvey has never received any notice from the Volusia County Supervisor of Elections office seeking confirmation of her address or registration status.

16.     Harvey has never received any written notice that her Volusia County voter registration was cancelled or invalid.

17.     Harvey was purged from the voter rolls and denied her right to vote because of Lowe's failure to seek written confirmation of her current address and registration status in advance of the election or allow Harvey to confirm or deny the alleged basis of the purge on election day.

18.     Lowe did not take appropriate steps to safeguard against erroneous purges in the 2000 general election.

19.     Sharon Pinkney (hereinafter, "Pinkney"), who is "primarily responsible for receipt and review of registration applications" in the Volusia County Supervisor's of Elections office, testified to returning to a Michael Engram (hereinafter, "Engram") on two separate occasions

4

a total of approximately 50 applications from a registration drive at BCC. *Affidavit of Sharon Pinkney* ¶¶ 2, 4-6. In addition, Pinkney testified that there were 18 additional registration applications that she received from Engram and 4 applications that she received from another registration drive at BCC that was organized by a BCC faculty member, the Rainbow/PUSH Coalition, candidates, and churches that were incomplete. *Id.* ¶¶ 5-6. Pinkney did not indicate whether she notified the registrants on these 22 additional applications that they were rejected as incomplete. There is a genuine issue of material fact as to, among other things, (1) whether Pinkney returned the applications to Engram as alleged, and (2) what, if anything, Pinkney did with the 22 additional registrations she received through registration drives at BCC that allegedly were incomplete.

20.  Lowe's office acknowledges that a "disproportionate number" of unregistered precinct voters--persons who voted in person and were later determined by Lowe not to be registered--came from precinct 621, which is a predominantly Black precinct.[5] Lowe testified that, excluding absentee ballots, 73 out of the 268 unregistered precinct voters came from Precinct 621. *See Affidavit of Deanie Lowe ("Lowe Aff.")* ¶ 16. Volusia County has a total of 172 precincts. *Id.*

---

[5]Lowe testified that, excluding absentee ballots, 73 out of the 268 unregistered precinct voters came from Precinct 621. *See Affidavit of Deanie Lowe ("Lowe Aff.")* ¶ 16. Volusia County has a total of 172 precincts. *Id.*

5

unintentional. However, there are genuine and specific issues of material fact whether this characterization is accurate.

Dated: June 1, 2001

New York, New York

Respectfully submitted,

Elaine R. Jones
    Director-Counsel
Theodore M. Shaw*
Norman J. Chachkin*
Jacqueline A. Berrien*

_____
Janai S. Nelson*
NAACP Legal Defense
    and Educational Fund, Inc.
99 Hudson Street, Suite 1600
New York, New York 10013-2897
Tel. 212-965-2200
Fax. 212-216-7592
jnelson@naacpldf.org

Todd A. Cox*
NAACP Legal Defense
    and Educational Fund, Inc.
1444 Eye Street, 10th Floor
Washington, D.C. 20005
Tel. 202/682-1300
Fax. 202/682-1312
tcox@naacpldf.org

Thomasina H. Williams
FL Bar No. 629227
Williams & Associates, P.A.
Brickell BayView Centre, Suite 1830
80 S.W. Eighth Street
Miami, FL 33130
Tel. 305-379-6676
Fax 305-379-4541
wmslaw@winstarmail.com

Dennis Hayes
Angela Ciccolo
NAACP Legal Department
4805 Mt. Hope Drive, Fifth Floor
Baltimore, MD 21215-3297
Tel. 877-622-2798
Fax. 410-358-9350
bgear@naacpnet.org

Laughlin McDonald
ACLU Voting Rights Project
2725 Harris Tower
233 Peachtree Street NE
Atlanta, GA 30303
Tel. 404-523-2721
lmcdonald@aclu.org

Barbara Arnwine
Thomas J. Henderson*
Anita Hodgkiss*
Lori Outzs Borgen*
Lawyers' Committee for
      Civil Rights Under Law
1401 New York Ave., N.W., Suite 400
Washington, D.C. 20005-2124
Tel. 202-662-8600 or 888-299-5227
Fax 202-783-5130
ahodgkis@LawyersComm.org

Penda Hair*
Judith Browne*
Monique Dixon*
The Advancement Project
1730 M Street NW, Suite 401
Washington, DC 20036
Tel. 202-728-9557
Fax. 202-728-9558
jbrowneesq@aol.com

Louis M. Bograd
American Civil Liberties Union Foundation
National Legal Department
733 15th Street, NW, Suite 620
Washington, DC 20005
Tel. 202-393-1918
Fax. 202-393-4931
lbograd@aclu.org

Elliot Mincberg*
Larry Ottinger*
Alma C. Henderson*
People for the American Way Foundation
2000 M Street, Suite 400
Washington DC 20036
Tel 202-467-2392
Fax. 202-293-2672
lottinger@pfaw.org

Attorneys for Plaintiffs

\*      Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via US. Mail this 2nd day of June 2001, to:

Hon. Katherine Harris
Secretary of State
The Capitol
Tallahassee, FL 32399-0250

Clay Roberts
Director of the Florida Division of Elections
Room 1801
The Capitol
Tallahassee, FL 32399-0250

John Stafford
Duval County Election Supervisor
105 East Monroe Street
Jacksonville, FL 32202

Pam Iorio
Hillsborough County Election Supervisor
601 East Kennedy Boulevard
16th Floor
Tampa, FL 33602

William Cowles
Orange County Election Supervisor
119 West Kaley Street
P.O. Box 562001 (32856)
Orlando, FL 32806

Mitchell Bloomberg, Esq.
Adorno & Zeder
Attorneys for ChoicePoint, Inc.
2601 South Bayshore Drive, Suite 1600
Miami, FL 33133-5413

Thomas A. Tucker Ronzetti, Esq.
Assistant County Attorney
Miami-Dade County, Florida
Attorney for Miami-Dade County Supervisor
of Elections David Leahy
111 N.W. First Street, Suite 2810
Miami, FL 33128-1993

Burnadette Norris-Weeks, Esq.
Burnadette Norris-Weeks, P.A.
Attorneys for Broward County Supervisor of
Elections Miriam Oliphant
100 S.E. Sixth Street
Fort Lauderdale, FL 33301

Christopher R. Haughee Esq.
The Bentley Law Group
Attorneys for Leon County Supervisor of
Elections Ion Sancho
710 East Main Street
Bartow, FL 33830-4832

Daniel D. Eckert, Esq.
County Attorney
County of Volusia
Legal Department
Attorney for Volusia County Supervisor of
Elections Deanie Lowe
123 West Indiana Avenue
DeLand, FL 32720-4613

Barbara Arnwine, Esq.
Thomas J. Henderson, Esq.
Anita Hodgkiss, Esq.
Lori Outzs Borgen, Esq.
Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue, NW, Suite 400
Washington, DC 20005-2124

Penda Hair, Esq.
Judith Browne, Esq.
Monique Dixon, Esq.
The Advancement Preoject
1730 "M" Street, N.W., Suite 401
Washington, DC 20036

Dennis Hayes, Esq.
Angela Ciccolo, Esq.
NAACP Legal Department
4805 Mount Hope Drive, Fifth Floor
Baltimore, MD 21215-3297

Ian Sancho
Leon County Election Supervisor
301 South Monroe Street, Suite 301
Tallahassee, FL 32301

James A. Cherof, Esq.
Kerry L. Ezrol, Esq.
Josias, Goren, Cherof, Doody & Ezrol, P.A.
Attorneys for Broward County Election Supervisor
3099 East Commercial Boulevard
Fort Lauderdale, FL 33308

Michael Circullo, Esq.
Josias, Goren, Cherof, Doody & Ezrol, P.A.
Attorneys for Orange County Election Supervisor
3099 East Commercial Boulevard
Fort Lauderdale, FL 33308

Laughlin McDonald, Esq.
ACLU Voting Rights Project
2725 Harris Tower
233 Peachtree Street, NE
Atlanta, GA 30303

Louis M. Bograd, Esq.
American Civil Liberties Union Foundation
National Legal Department
733 15th Street, NW, Suite 620
Washington, DC 20005

David C. Leahy
Miami-Dade County Election Supervisor
111 N.W. First Street, Suite 1910
Miami, FL 33128-1906

Deanie Lowe
Volusia County Election Supervisor
136 North Florida Avenue
DeLand, FL 32720-4208

Ray Allen, Esq.
Senior Assistant County Attorney
Hillsborough County, Florida
P.O. Box 1110
Tampa, FL 33601

Elliot M. Mincberg, Esq.
Lawrence S. Ottinger, Esq.
Alma C. Henderson, Esq.
People for the American Way Foundation
2000 "M" Street, NW, Suite 400
Washington, DC 20036

Raymond W. Bergan, Esq.
Daniel A. Restrepo, Esq.
Attorneys for ChoicePoint, Inc.
William & Connolly, LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

BY: _____
Janai S. Nelson