UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE, INC.,
etc., et al.,



FILED by _____ D.C.
DKTG

OCT 2 2 2001

C_____ ____OX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

     Plaintiffs,

vs.                        Case No. 01-0120-CIV-GOLD/SIMONTON

KATHERINE HARRIS, etc., et al.,

     Defendants.

_____/

# EXHIBIT BOOK II
# COMP. E (6-16) THRU F
# DEFENDANTS KEARNEY'S
# AND DICKINSON'S
# MOTION TO ABATE OR
# DISMISS



6.   Any and all documents and communications reflecting allegations of people alleging they registered to vote through the Motor Voter program in compliance with the National Voter Registration Act of 1993 and were not on the voter files/rolls for the November 7, 2000 elections.

## RESPONSE

A summary of allegations with the complaint and department responses is included.

| NAME | COMPLAINT | FINDINGS | RESOLUTION |
|---|---|---|---|
| ▮▮▮ (Phone Call) | Unable to vote | Application taken at DL office and sent to Supervisor of Elections. | Phone call to let customer know application sent to Supervisor. |
| ▮▮▮ and ▮▮▮ (Phone Call) | Conflicting complaints. She told staff that she and her husband were not asked, she told the supervisor of elections they were asked. | Issued at July 7, 1999. Application coded as currently registered. Application ▮▮▮ on Sept. 24, 1999. Application coded as declined. | She stated that they waited too long to check on not receiving their voter registration cards and have since applied for another registration. |
| ▮▮▮ (Phone Call) | Unable to vote | Application taken at DL Office and sent to Supervisor of Elections. | Phone call to let customer know application sent to Supervisor of Elections. |
| ▮▮▮ (Phone call) | Unable to vote – said he registered when he renewed his tag in 1999. | No driver license activity since 1997. Record showed he was ineligible to vote. | Phone call to explain. |

| NAME | COMPLAINT | FINDINGS | RESOLUTION |
|---|---|---|---|
| [redacted] Email | Registered to vote on June 14, 2000, when getting a FL DL. | Obtained Florida license June 14, 2000 @ [redacted]. Application coded with NI - Currently Registered | Response by email of our role in the registration process |
| [redacted] Email | Registered 7/27/99 when changing his address. | Obtained Florida license July 27, 1999 at [redacted]. Application coded with NI - Currently Registered | Response by email of our role in the registration process |
| [redacted] Email | Son [redacted] could not vote. | Explained to her that the local Supervisor of elections is the only agency that can legally register. Replacement license issued June 7, 2000 @ [redacted]. Application coded with 1 - New Registration. Application forwarded to Supervisor of Elections. | Response by email of our role in the registration process |
| [redacted] Email | Concern that if her father had not picked up her voter registration card she would not have been able to vote. | Duplicate ID card issued Feb 22, 2000 at E04 - [redacted]. Application coded for name and address change and forwarded to Supervisor of Elections. | Response by email of our role in the registration process |
| [redacted] Email | Not able to vote after she re-registered with her married name. | Application coded for name change and forwarded to Supervisor of Elections. | Response by email of our role in the registration process |
| [redacted] Email | Register on line? | | Mailed a voter registration application. |
| [redacted] Email | Mother [redacted] registered in [redacted] when getting a new DL in 97. | Renewed by mail June 6, 1999. Would have received the uniform state application included in the renewal mail-out to her. | Response by email of our role in the registration process |
| [redacted] Email | Unable to vote. Registered to vote on 10/02/97. | Original issue at [redacted] Oct. 2, 1997. Nothing found on transaction file. | Response by email of our role in the registration process |
| [redacted] Mail | Children were not allowed to vote. They registered to vote when changing DL from Virginia license. Unable to vote. | Not enough information to locate children's records. Follow up letter sent to try and obtain additional information. | |
| [redacted] Phone call | Unable to vote | Was registered to vote however he applied for registration after the books were closed! | Response by phone to explain. He claimed that he should have told him that. Was told him we would work with the Supervisors of Election to handle this situation next time. He was still upset and said he was denied the right to vote. |

# State of Florida
## DEPARTMENT OF
## HIGHWAY SAFETY AND MOTOR VEHICLES

FRED O. DICKINSON
Executive Director

Governor

**KATHERINE HARRIS**
Secretary of State

**BOB BUTTERWORTH**
Attorney General

**ROBERT F. MILLIGAN**
Comptroller

**BILL NELSON**
Treasurer and
Insurance Commissioner

**BOB CRAWFORD**
Commissioner of Agriculture

**TOM GALLAGHER**
Commissioner of Education

November 30, 2000



Dear

    Governor Bush asked that we respond to your recent comments about the Motor Voter program. We are very sorry your children were unable to vote in this election; however, we would like to clarify the department's process and responsibilities.

    The local Supervisor of Elections office is the only agency that can legally register anyone to vote. The department, as well as other government agencies, is required by the National Motor Voter Act of 1993 to provide an application for registration service to assist local Supervisor of Elections offices. Therefore, when you provided your information at the driver license office, an application was generated and mailed or delivered to the Supervisor of Elections office for registration. Once they receive the information, it is verified and the newly registered individual is entered onto the rolls. The individual is then sent a voter registration card. Should a person not receive a card, they should contact the Supervisor of Elections office to find out if there is a problem.

    By law, voter registration rolls are closed thirty (30) days before any election. Any person, who made application at any office after October 7, 2000, was registered to vote; however, they could not vote in the November 7th election.

    Enclosed is a chart showing the various government agencies that assist local Supervisor of Elections offices in taking voter registration applications. As you will see, our department is responsible for 47 percent of the applications taken statewide outside the Supervisor of Elections offices.

    We understand your frustration and disappointment with not being able to vote in the recent presidential election and trust this information will clarify our role in the registration process.

Sincerely,

Fred O. Dickinson
Executive Director

FOD/tjg
Enclosure

- [i] foo

**From:**     "Terri J. Ganson" <GansonT@ddl.hsmv.state.fl.us>
**To:**
**Date:**     11/17/00 12:13PM
**Subject:**  Re: registered voter

Thank you for your comments about the Motor Voter program.  I'm very sorry you were unable to vote in this election; however, I would like to clarify the Division of Driver Licenses' process and responsibilities.

The local Supervisor of Elections' office is the only agency that can legally register anyone to vote.  The Division of Driver Licenses, as well as other government agencies, are required by the National Motor Voter Act of 1993 to provide an application for registration service to assist local Supervisor of Elections' offices.  Therefore, when you provided your information at the driver licenses office, an application was generated and mailed or delivered to the Supervisor of Elections' office for registration. Once the information received by the Supervisor of Elections is verified, the newly registered individual is entered onto the rolls and the individual is sent a voter registration card.  Should a person not receive a card, they should contact the Supervisor of Elections office to find out if there is a problem.

By law, voter registration rolls are closed thirty (30) days before any election.  Any person, who made application at any office after October 7, 2000, was registered to vote; however, they could not vote in the November 7th election.

We understand your frustration and disappointment with not being able to vote in the recent presidential election and trust this information will clarify our role in the registration process.

Sincerely,

SANDRA C. LAMBERT, Director
Division of Driver Licenses

----- Original Message -----

To: <ddl@hsmv.state.fl.us>
Sent: Thursday, November 09, 2000 2:00 PM
Subject: registered voter

> I want to put my official complaint in for not being able to vote. I (like
> more and more I hear about) re-registered with the DMV after I got
married.
> and when I went to vote, was told I wasn't registered correctly. The
people
> at the precinct tried to call the Board of Elections, but could not get
> through. As I keep hearing, every vote counts...but mine.

r.


Case 1:01-cv-00120-ASG   Document 180   Entered on FLSD Docket 10/24/2001   Page 8 of 127

**From:** "Terri J. Ganson" <GansonT@ddl.hsmv.state.fl.us>
**To:**
**Date:** 11/17/00 11:53AM
**Subject:** Re: Inquiry about right to vote

De

Thank you for your comments about the Motor Voter program. I'm very sorry
your son was unable to vote in this election; however, I would like to
clarify the Division of Driver Licenses' process and responsibilities.

The local Supervisor of Elections' office is the only agency that can
legally register anyone to vote. The Division of Driver Licenses, as well
as other government agencies, is required by the National Motor Voter Act of
1993 to provide an application for registration service to assist local
Supervisor of Elections' offices. Therefore, when you provided your
information at the driver licenses office, an application was generated and
mailed or delivered to the Supervisor of Elections' office for registration.
Once the information received by the Supervisor of Elections is verified,
the newly registered individual is entered onto the rolls and the individual
is sent a voter registration card. Should a person not receive a card, they
should contact the Supervisor of Elections office to find out if there is a
problem.

By law, voter registration rolls are closed thirty (30) days before any
election. Any person, who made application at any office after October 7,
2000, was registered to vote; however, they could not vote in the November
7th election.

We understand your frustration and disappointment with not being able to
vote in the recent presidential election and trust this information will
clarify our role in the registration process.

Sincerely,

SANDRA C. LAMBERT, Director
Division of Driver Licenses



> -----Original Message-----
>
> Sent: Wednesday, November 08, 2000 9:19 PM
> To: fl_governor@myflorida.com
> Subject: Inquiry about right to vote
>
>
> My son                    was not allowed to vote Tuesday. When he moved
> to
> Newberry, Florida over a year ago, he registered in accordance with the
> "motor voter provision. He registered as a Republican and really wanted
to
> cast a vote for George Bush. I am contacting you for him.
>

From:        "Terri J. Ganson" <GansonT@ddl.hsmv.state.fl.us>
To:
Date:        11/20/00 2:59PM
Subject:     Re: Voter Registration

Dear 

Thank you for your replies to our recent e-mail reponse regarding your
mother's voter registration. We investigated this further and discovered
the following:

1. Your mother visited our Tavares office and received a replacement
license on November 6, 1997. If she requested to apply for voter
registration at that time, a card would have been printed which she would
have signed and it would have been sent to the local Supervisor of Elections
office. If she did not receive a voter registration card from the
Supervisor of Elections within six weeks, she should have contacted their
office to inquire.

2. Your mother received a renewal notice with a Florida Motor Voter
Registration Application Form should she have wanted to apply for voter
registration or change any information on her voter registration. You
mother mailed her license renewal form in May 1999 and a new license was
sent to her. When a driver has been issued a digital license (the kind your
mother has) we do not send a sticker; we issue a complete new license since
the driver's image is on our database. Please note the the first letter and
subsequent two numerals at the bottom left corner of the driver license.
Her current license shows X06 which indicates our Bureau of Records in
Tallahassee. She sent a money order (#02-562243465) along with her renewal
card which is she dated 5/14/99. This went directly to the Department of
Revenue where the transaction was recorded and microfilmed and then sent to
our department for issuance.

Once again, our department does not register individuals to vote. We
provide an extra service for the citizens in this state by taking
applications for registration and mailing them to the Supervisor of
Elections office in that county. It is then up to the Supervisor of
Elections, who have the only legal authority to register voters and the
voter to ensure the registration is valid and completed.

I hope this further helps to clarify what occurred in your mother's case.
If we can assist you further please let us know.

Sincerely,



----- Original Message -----

Sent: Friday, November 17, 2000 4:17 PM
Subject: Re: Voter Registration

> Dr Ms Lambert My mother indicated she went into the Office in Astatula, FL
> located on SR 561 and had a new picture taken and she states at that time she
> registered and gave the officials there her voter registration form. She has her
> license in possesion that shows a Issue date from that office on 6/16/99 their
> is no sticker for renewal on the back of her license.
>
>
>
> It's too late now however to be worrying about it obviously.
>
> Thanks for your time and consideration
>

----- Original Message -----
> From: "Terri J. Ganson" <GansonT@ddl.hsmv.state.fl.us>

> Sent: Friday, November 17, 2000 2:52 PM
> Subject: Voter Registration
>
>
> > > 
> > >
> > > Thank you for your recent e-mail regarding your mother not being able to =
> > > vote in the recent election.
> > >
> > > Our records indicate that your mother,                        renewed her =
> > > license by mail on June 16, 1999.  A Florida Motor Voter Registration =
> > > Application Form was enclosed with her renewal notice with an instruction
> > =
> > > sheet.  The instruction sheet states, "Also enclosed is a Florida voter =
> > > registration card to use if you are not a registered voter or if you need
> > =
> > > to make a name, address or party affiliation change.  Please mail this =
> > > card to your county supervisor of elections if you wish to reigster or =
> > > make a change.
> > >
> > > If you mother did not mail this card to the local Supervisor of Elections
> > =
> > > office, there would be no way they could be aware she wanted to register.
> > =
> > > Since her driver license transaction was completed by mail and she did not
> > =

April Pace - Re: Voter Registration

> > > go into a driver license office, there was no way our agency could
have =
> > > her application to register to provide or deliver to the Supervisor of
=
> > > Elections office.
> > >
> > > Our agency does not register voters.  Only the Supervisor of Elections
=
> > > office can legally register a person to vote.  Our role in this
process is
> > =
> > > to make the application available to any person who may want it when
they
> > =
> > > are conduction driver license business.
> > >
> > > I hope this helps clarify our role in the registration process.
> > >
> > > Sincerely,
> > >
> > > SANDRA C. LAMBERT, Director
> > > Division of Driver Licenses
> > >
> > >
> >
> >
>
>
>

> to go to the Supervisor of Elections' office last week and he inquired
about
> my status and was able to get my voter registration card for me.
>
> However, my concern is that had my father not picked up my card last week,
> perhaps I too, would have been turned away from the polls (one less vote
for
> George W. Bush!)...
>
> The inefficiency of the Department of Motor Vehicles in correctly
processing
> voter registrations might have affected thousands of people, if I remember
> correctly from WINK's broadcast. Isn't there some way to address that
> problem along with all the other problems that have come to light in this
> extremely close election?
>
> Thank you for your consideration and time.
>
> With kind regards,

>

**From:**       "Terri J. Ganson" <GansonT@ddl.hsmv.state.fl.us>
**To:**
**Date:**       11/17/00 11:59AM
**Subject:**    Re: Voter Registration/DMV

De

Thank you for your comments about the Motor Voter program.  I'm happy you
were able to vote in this election; however, I would like to clarify the
Division of Driver Licenses' process and responsibilities.

The local Supervisor of Elections' office is the only agency that can
legally register anyone to vote.  The Division of Driver Licenses, as well
as other government agencies, are required by the National Motor Voter Act
of 1993 to provide an application for registration service to assist local
Supervisor of Elections' offices.  Therefore, when you provided your
information at the driver licenses office, an application was generated and
mailed or delivered to the Supervisor of Elections' office for registration.
Once the information received by the Supervisor of Elections is verified,
the newly registered individual is entered onto the rolls and the individual
is sent a voter registration card.  Should a person not receive a card, they
should contact the Supervisor of Elections office to find out if there is a
problem.

By law, voter registration rolls are closed thirty (30) days before any
election.  Any person, who made application at any office after October 7,
2000, was registered to vote; however, they could not vote in the November
7th election.

We trust this information will clarify our role in the registration process.

Sincerely,

SANDRA C. LAMBERT, Director
Division of Driver Licenses


> -----Original Message-----
>
> Sent: Wednesday, November 08, 2000 11:20 PM
> To: fl_governor@eog.state.fl.us
> Subject: Voter Registration/DMV
>
>
> Dear Governor Bush:
>
> Earlier today I learned on WINK TV's newscast that many Floridians are
upset
> that they were unable to vote due to errors made by the Department of
Motor
> Vehicles when they registered.
>
> I registered in June when I moved to Highlands County from Pinellas County
> and was issued a new driver's license. I never received a voter
registration
> card and until recently it had slipped my mind. Fortunately, my father had

**From:** "Terri J. Ganson" <GansonT@ddl.hsmv.state.fl.us>
**To:** 
**Date:** 11/17/00 11:55AM
**Subject:** Re:

Dear

Thank you for your comments about the Motor Voter program. I'm very sorry
you were unable to vote in this election; however, I would like to clarify
the Division of Driver Licenses' process and responsibilities.

The local Supervisor of Elections' office is the only agency that can
legally register anyone to vote. The Division of Driver Licenses, as well
as other government agencies, is required by the National Motor Voter Act of
1993 to provide an application for registration service to assist local
Supervisor of Elections' offices. Therefore, when you provided your
information at the driver licenses office, an application was generated and
mailed or delivered to the Supervisor of Elections' office for registration.
Once the information received by the Supervisor of Elections is verified,
the newly registered individual is entered onto the rolls and the individual
is sent a voter registration card. Should a person not receive a card, they
should contact the Supervisor of Elections office to find out if there is a
problem.

By law, voter registration rolls are closed thirty (30) days before any
election. Any person, who made application at any office after October 7,
2000, was registered to vote; however, they could not vote in the November
7th election.

We understand your frustration and disappointment with not being able to
vote in the recent presidential election and trust this information will
clarify our role in the registration process.

Sincerely,

SANDRA C. LAMBERT, Director
Division of Driver Licenses

-----Original Message-----

> Sent: Tuesday, November 07, 2000 8:15 PM
> To: fl_governor@eog.state.fl.us
> Subject:
>
>
> Hi Governor Bush,
>
> I am not sure if this is widespread problem, but I thought I would let you
> know nonetheless. I received my Florida driver's license on 10.02.97.
When
> I went to the bureau to get the license, one of the representatives there
> asked me if I would like to register as a voter in Florida. I said that I
> would and I thought that I was registered. I went to the polls this

morning
> to vote for your brother and I was told that I was not a registered voter.
> If this is a problem, I think that it should be investigated.  My biggest
> concern in this whole matter is that I was deprived of my most basic right
> to vote due to someone's incompetence.
>
> I can now only hope and pray that the numbers turn out in your brother's
> favor....without my vote.  Thank you and have a good day.
>
>
> Sincerely,



>

From:      "Terri J. Ganson" <GansonT@ddl.hsmv.state.fl.us>
To:        ~~~~~~~~~~~
Date:      11/17/00 11:50AM
Subject:   Re: Driver's License Vote registration

Thank you for your comments about the Motor Voter program. I'm very sorry
you were unable to vote in this election; however, I would like to clarify
the Division of Driver Licenses' process and responsibilities.

The local Supervisor of Elections' office is the only agency that can
legally register anyone to vote. The Division of Driver Licenses, as well
as other government agencies, is required by the National Motor Voter Act of
1993 to provide an application for registration service to assist local
Supervisor of Elections' offices. Therefore, when you provided your
information at the driver licenses office, an application was generated and
mailed or delivered to the Supervisor of Elections' office for registration.
Once the information received by the Supervisor of Elections is verified,
the newly registered individual is entered onto the rolls and the individual
is sent a voter registration card. Should a person not receive a card, they
should contact the Supervisor of Elections office to find out if there is a
problem.

By law, voter registration rolls are closed thirty (30) days before any
election. Any person, who made application at any office after October 7,
2000, was registered to vote; however, they could not vote in the November
7th election.

We understand your frustration and disappointment with not being able to
vote in the recent presidential election and trust this information will
clarify our role in the registration process.

Sincerely,

SANDRA C. LAMBERT, Director
Division of Driver Licenses




> Sent: Wednesday, November 08, 2000 7:36 AM
> To: fl_governor@myflorida.com <mailto:fl_governor@myflorida.com>
> Subject: Driver's License Vote registration
>
>
> I wanted to vote for Bush however when I got to the poles my name was not
on
>
> the register. I checked with the county of Volusia as to why they said
that
> I
> can vote in California but in Florida. I am dissapointed because when I
> first
> got here from California in June 10, 00 I obtained my license through the

> Driver License Department in Deland Florida and I believed I had
registered
> then. I called the Driver's License Department they said that they do not
> have anything to track back whether or not I should have been added as a
> registered voter all they have is a list of names and that is it.
Therefore,
>
> they say, it does not fall as part of their responsibility to track my
> license information and signature to register down. Is there a possibility
> that they can make a mistake and not give all names to the Dept of
> Elections.
> I! moved once again and the voter card never did I find. I sent a regular
> voter card through the mail but it came back saying there was one small
> thing
> they needed me to fix but I could not tell what exactly did they wanted me
> to
> fix. So neither way did I get my name on the registry therefore my vote
for
> Bush was not made. It would be nice to know  whether or not the Driver's
> License Dept made a mistake or did  the Department of Elections is Deland
> made the mistake. I did find out that 18 names were given from the
Driver's
> License Dept to the Dept of Elections during the time that I got my
license.
>
>
>

| NAME | COMPLAINT | FINDINGS | RESOLUTION |
|---|---|---|---|
| Email | Registered to vote on June 14, 2000, when getting a FL DL. | Obtained Florida license June 14, 2000. Application coded with N1 - Currently Registered | Response by email of our role in the registration process |
| Email | Son ▓▓▓ could not vote. Registered 7/27/99 when changing his address. | Obtained Florida license July 27, 1999, at ▓▓▓ Application coded with N1 - Currently Registered | Response by email of our role in the registration process |
| Email | Concern that if her father had not picked up her voter registration card she would not have been able to vote. | Explained to her that the local Supervisor of elections is the only agency that can legally register. Replacement license issued June 7, 2000 @ ▓▓▓. Application coded with 1 - New Registration. Application forwarded to Supervisor of Elections. | Response by email of our role in the registration process |
| Email | Not able to vote after she re-registered with her married name. | Duplicate ID card issued Feb 22, 2000 at E04 - ▓▓▓ Application coded for name and address change and forwarded to Supervisor of Elections. | Response by email of our role in the registration process |
| Email | Register on line? | | Mailed a voter registration application. |
| Email | ▓▓▓ Mother ▓▓▓ registered in ▓▓▓ when getting a new DL in 97. | Renewed by mail June 6, 1999. Would have received the uniform state application included in the renewal mail-out to her. | Response by email of our role in the registration process |
| Email | Unable to vote. Registered to vote on 10/02/97. | Original issue at ▓▓▓ Oct. 2, 1997. Nothing found on transaction file. | Response by email of our role in the registration process |
| Mail | Children were not allowed to vote. They registered to vote when changing DL from Virginia license. | Not enough information to locate children's records. Follow up letter sent to try and obtain additional information. | |
| Phone call | Unable to vote | Was registered to vote however he applied for registration after the books were closed/ | Response by phone to explain... He claimed that he should have told him that. Was told him we would work with the Supervisors of Election to handle this situation next time. He was still upset and said he was denied the right to vote. |

| NAME | COMPLAINT | FINDINGS | RESOLUTION |
|---|---|---|---|
| [redacted] | Unable to vote | Application taken at DL office and sent to Supervisor of Elections. | Phone call to let customer know application sent to Supervisor. |
| Phone Call [redacted] and | Conflicting complaint: She told staff that she and her husband were not asked, she told the supervisor of elections they were asked. | Issued at [redacted] July 7, 1999. Application coded as currently registered. [redacted] on Sept. 24, 1999. Application coded as declined. | She stated that they waited too long to check on not receiving their voter registration cards and have since applied for another registration. |
| Phone Call [redacted] | Unable to vote | Application taken at DL Office and sent to Supervisor of Elections. | Phone call to let customer know application sent to Supervisor of Elections. |
| Phone Call [redacted] | Unable to vote – said he registered when he renewed his tag in 1999 | No driver license activity since 1997. Record showed he was ineligible to vote. | Phone call to explain. |
| Phone call [redacted] | | | |

**State of Florida**
**DEPARTMENT OF**
**HIGHWAY SAFETY AND MOTOR VEHICLES**

FRED O. DICKINSON
Executive Director

**JEB BUSH**
Governor
**KATHERINE HARRIS**
Secretary of State
**BOB BUTTERWORTH**
Attorney General
**ROBERT F. MILLIGAN**
Comptroller
**BILL NELSON**
Treasurer and
Insurance Commissioner
**BOB CRAWFORD**
Commissioner of Agriculture
**TOM GALLAGHER**
Commissioner of Education

November 30, 2000



Dear

Governor Bush asked that we respond to your recent comments about the Motor Voter program. We are very sorry your children were unable to vote in this election; however, we would like to clarify the department's process and responsibilities.

The local Supervisor of Elections office is the only agency that can legally register anyone to vote. The department, as well as other government agencies, is required by the National Motor Voter Act of 1993 to provide an application for registration service to assist local Supervisor of Elections offices. Therefore, when you provided your information at the driver license office, an application was generated and mailed or delivered to the Supervisor of Elections office for registration. Once they receive the information, it is verified and the newly registered individual is entered onto the rolls. The individual is then sent a voter registration card. Should a person not receive a card, they should contact the Supervisor of Elections office to find out if there is a problem.

By law, voter registration rolls are closed thirty (30) days before any election. Any person who made application at any office after October 7, 2000, was registered to vote; however, they could not vote in the November 7th election.

Enclosed is a chart showing the various government agencies that assist local Supervisor of Elections offices in taking voter registration applications. As you will see, our department is responsible for 47 percent of the applications taken statewide outside the Supervisor of Elections offices.

We understand your frustration and disappointment with not being able to vote in the recent presidential election and trust this information will clarify our role in the registration process.

Sincerely,

*Fred Dickinson*

Fred O. Dickinson
Executive Director

FOD/tjg
Enclosure

DIVISIONS/FLORIDA HIGHWAY PATROL • DRIVER LICENSES • MOTOR VEHICLES • ADMINISTRATIVE SERVICES
Neil Kirkman Building, Tallahassee, Florida 32399-0500

**From:**       "Terri J. Ganson" <GansonT@ddl.hsmv.state.fl.us>
**To:**
**Date:**       11/17/00 12:13PM
**Subject:**    Re: registered voter

Thank you for your comments about the Motor Voter program. I'm very sorry
you were unable to vote in this election; however, I would like to clarify
the Division of Driver Licenses' process and responsibilities.

The local Supervisor of Elections' office is the only agency that can
legally register anyone to vote. The Division of Driver Licenses, as well
as other government agencies, are required by the National Motor Voter Act
of 1993 to provide an application for registration service to assist local
Supervisor of Elections' offices. Therefore, when you provided your
information at the driver licenses office, an application was generated and
mailed or delivered to the Supervisor of Elections' office for registration.
Once the information received by the Supervisor of Elections is verified,
the newly registered individual is entered onto the rolls and the individual
is sent a voter registration card. Should a person not receive a card, they
should contact the Supervisor of Elections office to find out if there is a
problem.

By law, voter registration rolls are closed thirty (30) days before any
election. Any person, who made application at any office after October 7,
2000, was registered to vote; however, they could not vote in the November
7th election.

We understand your frustration and disappointment with not being able to
vote in the recent presidential election and trust this information will
clarify our role in the registration process.

Sincerely,

SANDRA C. LAMBERT, Director
Division of Driver Licenses

----- Original Message -----

To: <ddl@hsmv.state.fl.us>
Sent: Thursday, November 09, 2000 2:00 PM
Subject: registered voter

> I want to put my official complaint in for not being able to vote. I (like
> more and more I hear about) re-registered with the DMV after I got
married.
> and when I went to vote, was told I wasn't registered correctly. The
people
> at the precinct tried to call the Board of Elections, but could not get
> through. As I keep hearing, every vote counts...but mine.

| From: | "Terri J. Ganson" <GansonT@ddl.hsmv.state.fl.us> |
|---|---|
| To: | |
| Date: | 11/27/00 10:55AM |
| Subject: | Re: Voter Registration |

Dear 

Thank you for your recent e-mail regarding voting on-line. To our knowledge there is no provision for voting on-line. We have put a voter registration application in the mail for you. Please make sure you complete this application and send it to the Supervisor of Elections office in your county. The addresses are listed on the application form.

Sincerely.

SANDRA C. LAMBERT, Director
Division of Driver Licenses

>  11/14/00 07:53PM >>>
> Dear
>
> I hope that I have the right department. If not, can you please forward
> this email to the appropriate department.
>
> Is it possible to register to vote on line? If not, can you please mail
me
> an application?
>
>
>
> Many thanks
>
>
>
>


From:       "Terri J. Ganson" <GansonT@ddl.hsmv.state.fl.us>
To:
Date:       11/17/00 11:53AM
Subject:    Re: Inquiry about right to vote

Dea

Thank you for your comments about the Motor Voter program.  I'm very sorry
your son was unable to vote in this election; however, I would like to
clarify the Division of Driver Licenses' process and responsibilities.

The local Supervisor of Elections' office is the only agency that can
legally register anyone to vote.  The Division of Driver Licenses, as well
as other government agencies, is required by the National Motor Voter Act of
1993 to provide an application for registration service to assist local
Supervisor of Elections' offices.  Therefore, when you provided your
information at the driver licenses office, an application was generated and
mailed or delivered to the Supervisor of Elections' office for registration.
Once the information received by the Supervisor of Elections is verified,
the newly registered individual is entered onto the rolls and the individual
is sent a voter registration card.  Should a person not receive a card, they
should contact the Supervisor of Elections office to find out if there is a
problem.

By law, voter registration rolls are closed thirty (30) days before any
election.  Any person, who made application at any office after October 7,
2000, was registered to vote; however, they could not vote in the November
7th election.

We understand your frustration and disappointment with not being able to
vote in the recent presidential election and trust this information will
clarify our role in the registration process.

Sincerely,

SANDRA C. LAMBERT, Director
Division of Driver Licenses



> -----Original Message-----

> Sent: Wednesday, November 08, 2000 9:19 PM
> To: fl_governor@myflorida.com
> Subject: Inquiry about right to vote
>
>
> My son                        was not allowed to vote Tuesday.  When he moved
> to
> Newberry, Florida over a year ago, he registered in accordance with the
> "motor voter provision.  He registered as a Republican and really wanted
to
> cast a vote for George Bush.  I am contacting you for him.
>

From:     "Terri J. Ganson" <GansonT@ddl.hsmv.state.fl.us>
To:
Date:     11/20/00 2:59PM
Subject:   Re: Voter Registration

Dear

Thank you for your replies to our recent e-mail reponse regarding your
mother's voter registration. We investigated this further and discovered
the following:

1. Your mother visited our Tavares office and received a replacement
license on November 6, 1997. If she requested to apply for voter
registration at that time, a card would have been printed which she would
have signed and it would have been sent to the local Supervisor of Elections
office. If she did not receive a voter registration card from the
Supervisor of Elections within six weeks, she should have contacted their
office to inquire.

2. Your mother received a renewal notice with a Florida Motor Voter
Registration Application Form should she have wanted to apply for voter
registration or change any information on her voter registration. You
mother mailed her license renewal form in May 1999 and a new license was
sent to her. When a driver has been issued a digital license (the kind your
mother has) we do not send a sticker; we issue a complete new license since
the driver's image is on our database. Please note the the first letter and
subsequent two numerals at the bottom left corner of the driver license.
Her current license shows X06 which indicates our Bureau of Records in
Tallahassee. She sent a money order (#02-562243465) along with her renewal
card which is she dated 5/14/99. This went directly to the Department of
Revenue where the transaction was recorded and microfilmed and then sent to
our department for issuance.

Once again, our department does not register individuals to vote. We
provide an extra service for the citizens in this state by taking
applications for registration and mailing them to the Supervisor of
Elections office in that county. It is then up to the Supervisor of
Elections, who have the only legal authority to register voters and the
voter to ensure the registration is valid and completed.

I hope this further helps to clarify what occurred in your mother's case.
If we can assist you further please let us know.

Sincerely,



----- Original Message -----

Sent: Friday, November 17, 2000 4:17 PM
Subject: Re: Voter Registration

> Dr Ms Lambert My mother indicated she went into the Office in Astatula, FL
> located on SR 661 and had a new picture taken and she states at that time she
> registered and gave the officials there her voter registration form. She has her
> license in possesion that shows a Issue date from that office on 6/16/99 their
> is no sticker for renewal on the back of her license.
>
>
>
> It's too late now however to be worrying about it obviously.
>
> Thanks for your time and consideration

> ----- Original Message -----
> From: "Terri J. Ganson" <GansonT@ddl.hsmv.state.fl.us>

> Sent: Friday, November 17, 2000 2:52 PM
> Subject: Voter Registration
>
>
> > >
> > >
> > > Thank you for your recent e-mail regarding your mother not being able to =
> > > vote in the recent election.
> > >
> > > Our records indicate that your mother                              renewed her =
> > > license by mail on June 16, 1999.  A Florida Motor Voter Registration =
> > > Application Form was enclosed with her renewal notice with an instruction
> > =
> > > sheet.  The instruction sheet states, "Also enclosed is a Florida voter =
> > > registration card to use if you are not a registered voter or if you need
> > =
> > > to make a name, address or party affiliation change.  Please mail this =
> > > card to your county supervisor of elections if you wish to reigster or =
> > > make a change.
> > >
> > > If you mother did not mail this card to the local Supervisor of Elections
> > =
> > > office, there would be no way they could be aware she wanted to register.
> > =
> > > Since her driver license transaction was completed by mail and she did not
> > =


> > > go into a driver license office, there was no way our agency could have =
> > > her application to register to provide or deliver to the Supervisor of =
> > > Elections office.
> > >
> > > Our agency does not register voters.  Only the Supervisor of Elections =
> > > office can legally register a person to vote.  Our role in this process is
> > =
> > > to make the application available to any person who may want it when they
> > =
> > > are conduction driver license business.
> > >
> > > I hope this helps clarify our role in the registration process.
> > >
> > > Sincerely,
> > >
> > > SANDRA C. LAMBERT, Director
> > > Division of Driver Licenses
> > >
> > >
> >
> >
>
>
>

**From:**  "Terri J. Ganson" <GansonT@ddl.hsmv.state.fl.us>
**To:**
**Date:**  11/17/00 11:59AM
**Subject:**  Re: Voter Registration/DMV

De

Thank you for your comments about the Motor Voter program. I'm happy you
were able to vote in this election; however, I would like to clarify the
Division of Driver Licenses' process and responsibilities.

The local Supervisor of Elections' office is the only agency that can
legally register anyone to vote. The Division of Driver Licenses, as well
as other government agencies, are required by the National Motor Voter Act
of 1993 to provide an application for registration service to assist local
Supervisor of Elections' offices. Therefore, when you provided your
information at the driver licenses office, an application was generated and
mailed or delivered to the Supervisor of Elections' office for registration.
Once the information received by the Supervisor of Elections is verified,
the newly registered individual is entered onto the rolls and the individual
is sent a voter registration card. Should a person not receive a card, they
should contact the Supervisor of Elections office to find out if there is a
problem.

By law, voter registration rolls are closed thirty (30) days before any
election. Any person, who made application at any office after October 7,
2000, was registered to vote; however, they could not vote in the November
7th election.

We trust this information will clarify our role in the registration process.

Sincerely,

SANDRA C. LAMBERT, Director
Division of Driver Licenses


> -----Original Message-----
> 
> Sent: Wednesday, November 08, 2000 11:20 PM
> To: fl_governor@eog.state.fl.us
> Subject: Voter Registration/DMV
>
>
> Dear Governor Bush:
>
> Earlier today I learned on WINK TV's newscast that many Floridians are
upset
> that they were unable to vote due to errors made by the Department of
Motor
> Vehicles when they registered.
>
> I registered in June when I moved to Highlands County from Pinellas County
> and was issued a new driver's license. I never received a voter
registration
> card and until recently it had slipped my mind. Fortunately, my father had

> to go to the Supervisor of Elections' office last week and he inquired about
> my status and was able to get my voter registration card for me.
>
> However, my concern is that had my father not picked up my card last week,
> perhaps I too, would have been turned away from the polls (one less vote for
> George W. Bush!)...
>
> The inefficiency of the Department of Motor Vehicles in correctly processing
> voter registrations might have affected thousands of people, if I remember
> correctly from WINK's broadcast. Isn't there some way to address that
> problem along with all the other problems that have come to light in this
> extremely close election?
>
> Thank you for your consideration and time.
>
> With kind regards,

>

From:      "Terri J. Ganson" <GansonT@ddl.hsmv.state.fl.us>
To:        
Date:      11/17/00 11:55AM
Subject:   Re:

Dear 

Thank you for your comments about the Motor Voter program. I'm very sorry
you were unable to vote in this election; however, I would like to clarify
the Division of Driver Licenses' process and responsibilities.

The local Supervisor of Elections' office is the only agency that can
legally register anyone to vote. The Division of Driver Licenses, as well
as other government agencies, is required by the National Motor Voter Act of
1993 to provide an application for registration service to assist local
Supervisor of Elections' offices. Therefore, when you provided your
information at the driver licenses office, an application was generated and
mailed or delivered to the Supervisor of Elections' office for registration.
Once the information received by the Supervisor of Elections is verified,
the newly registered individual is entered onto the rolls and the individual
is sent a voter registration card. Should a person not receive a card, they
should contact the Supervisor of Elections office to find out if there is a
problem.

By law, voter registration rolls are closed thirty (30) days before any
election. Any person, who made application at any office after October 7,
2000, was registered to vote; however, they could not vote in the November
7th election.

We understand your frustration and disappointment with not being able to
vote in the recent presidential election and trust this information will
clarify our role in the registration process.

Sincerely,

SANDRA C. LAMBERT, Director
Division of Driver Licenses



    -----Original Message-----

> Sent: Tuesday, November 07, 2000 8:15 PM
> To: fl_governor@eog.state.fl.us
> Subject:
>
>
> Hi Govenor Bush,
>
> I am not sure if this is widespread problem, but I thought I would let you
> know nonetheless. I received my Florida driver's license on 10.02.97.
When
> I went to the bureau to get the license, one of the representatives there
> asked me if I would like to register as a voter in Florida. I said that I
> would and I thought that I was registered. I went to the polls this

morning
> to vote for your brother and I was told that I was not a registered voter.
> If this is a problem, I think that it should be investigated.  My biggest
> concern in this whole matter is that I was deprived of my most basic right
> to vote due to someone's incompetence.
>
> I can now only hope and pray that the numbers turn out in your brother's
> favor....without my vote.  Thank you and have a good day.
>
>
> Sincerely,


>

From: "Terri J. Ganson" <GansonT@ddl.hsmv.state.fl.us>
To: [illegible]
Date: 11/17/00 11:50AM
Subject: Re: Driver's License Vote registration

Thank you for your comments about the Motor Voter program. I'm very sorry
you were unable to vote in this election; however, I would like to clarify
the Division of Driver Licenses' process and responsibilities.

The local Supervisor of Elections' office is the only agency that can
legally register anyone to vote. The Division of Driver Licenses, as well
as other government agencies, is required by the National Motor Voter Act of
1993 to provide an application for registration service to assist local
Supervisor of Elections' offices. Therefore, when you provided your
information at the driver licenses office, an application was generated and
mailed or delivered to the Supervisor of Elections' office for registration.
Once the information received by the Supervisor of Elections is verified,
the newly registered individual is entered onto the rolls and the individual
is sent a voter registration card. Should a person not receive a card, they
should contact the Supervisor of Elections office to find out if there is a
problem.

By law, voter registration rolls are closed thirty (30) days before any
election. Any person, who made application at any office after October 7,
2000, was registered to vote; however, they could not vote in the November
7th election.

We understand your frustration and disappointment with not being able to
vote in the recent presidential election and trust this information will
clarify our role in the registration process.

Sincerely,

SANDRA C. LAMBERT, Director
Division of Driver Licenses



> Sent: Wednesday, November 08, 2000 7:36 AM
> To: fl_governor@myflorida.com <mailto:fl_governor@myflorida.com>
> Subject: Driver's License Vote registration
>
>
> I wanted to vote for Eush however when I got to the poles my name was not
on
>
> the register. I checked with the county of Volusia as to why they said
that
> I
> can vote in California but in Florida. I am dissapointed because when I
> first
> got here from California in June 10, 00 I obtained my license through the

> Driver License Department in Deland Florida and I believed I had
registered
> then. I called the Driver's License Department they said that they do not
> have anything to track back whether or not I should have been added as a
> registered voter all they have is a list of names and that is it.
Therefore,
>
> they say, it does not fall as part of their responsibility to track.my
> license information and signature to register down. Is there a possibility
> that they can make a mistake and not give all names to the Dept of
> Elections.
> I! moved once again and the voter card never did I find. I sent a regular
> voter card through the mail but it came back saying there was one small
> thing
> they needed me to fix but I could not tell what exactly did they wanted me
> to
> fix. So neither way did I get my name on the registry therefore my vote
for
> Bush was not made. It would be nice to know  whether or not the Driver's
> License Dept made a mistake or did  the Department of Elections is Deland
> made the mistake. I did find out that 18 names were given from the
Driver's
> License Dept to the Dept of Elections during the time that I got my
license.
>

>
>

7.  Any and all documents and communications reflecting the standards for investigating allegations of people who allege they registered to vote through the Motor Voter program in compliance with the National Voter Registration Act of 1993 and were not on the voter files/rolls for the November 7, 2000 elections.

RESPONSE

The department policy and procedures for resolving consumer complaints is included.



*State of Florida*

Department of

# HIGHWAY SAFETY AND MOTOR VEHICLES

| SUBJECT<br>CONSUMER APPEAL PROCESS | POLICY NUMBER<br>068 |
| --- | --- |

**PURPOSE/SCOPE:** To establish Department policy and procedures for resolving complaints filed against the Department or its members from the public in a fair and timely manner.

Effective Date: 05/01/00

## I. AUTHORITY

Chapter 20, Florida Statutes
Chapter 120, Florida Florida Statutes

## II. DEFINITIONS

### A. Complaint

Any allegation, written or verbal (and reduced to writing), filed by a member of the public against the Department or a Department member.

### B. Consumer

A member of the public transacting business with the Department.

### C. Consumer Advocate

Person appointed by the Executive Director to monitor and track consumer complaints against the Department or Department members. The Consumer Advocate has final responsibility for settling unresolved complaints.

### D. Designee

Any person appointed by a Division Director to resolve a complaint.

## III. POLICY

It is policy of the Department to fairly and quickly resolve consumer complaints. All Department members are expected to courteously resolve consumer complaints at their level in a timely manner. When unable to do so, the Department member will refer the consumer to the Consumer Appeal Process. Consumers will be provided with an appropriate response to their concerns.

## IV. PROCEDURES

A. All Department members may receive a consumer complaint in person or via telephone contact with consumers.

B. Once a Department member attempts to resolve the complaint, and a consumer feels their complaint remains unresolved, the Department member will provide the consumer the Consumer Appeal Form or complete the form on behalf of the consumer.

C. Consumer Appeal Process

> 1. Once the form is completed, the consumer may mail to the Consumer Advocate or give it to a Department member for forwarding to the Consumer Advocate.

> 2. Upon receipt by the Consumer Advocate, the complaint will be forwarded to the appropriate Division Director within two (2) working days.

> 3. Within two (2) days of receiving a consumer complaint, the appropriate Division Director will assign a designee to investigae and resolve the complaint.

> 4. The Consumer Advocate will log all complaints and monitor them for final resolution.

> 5. Within thirty (30) working days of the date of the complaint, the designee will provide a written response to the Consumer Advocate, the Division Director, the complainant, and the Department member.

> 6. For complaints involving extensive investigations, the designee may request a thirty (30) day extension. The extension must be approved by the Consumer Advocate.

> 7. The Consumer Advocate is responsible for final resolution if a determination cannot be reached at the division level or if the consumer seeks an appeal.

D. Complaints alleging criminal misconduct by Department members will be referred by the Division Director to the Florida Highway Patrol for investigation. Final disposition of the investigation will be handled in accordance with Department policies relating to criminal misconduct.

E. The Consumer Appeal Process will be included in the Department's customer service training programs.

Contact Us | Directory | Site Map | Search | Home

9. Any and all documents and communications regarding the results of any investigation of allegations of people who allege they registered to vote through the Motor Voter program in compliance with the National Voter Registration Act of 1993 and were not on the voting files/rolls for the November 7, 2000 elections.

**RESPONSE**

Please see responsive documents provided for request number 1.

10. Any and all documents and communications regarding the number and categorizations of complaints by type of allegation and/or or type of complaint for the November 7, 2000 election.

**RESPONSE**

Please see responsive documents provided for request number 1.

11. Any and all documents and communications comparing the number and categorizations of complaints by type of allegation and/or type of complainant in other elections.

**RESPONSE**

Please see responsive documents provided for request number 1.

12. Any and all documents and communications describing the standards for approving the voting systems used to record and tabulate votes.

**RESPONSE**

No responsive information or documents exist or were in existence prior to your request. This question is best answered by the individual Supervisors of Elections. It is not within DHSMV purview.

13. Any and all documents and communications between the Division of Driver Licenses and the Governor of Florida, Florida Secretary of State, Florida Director of Division of Elections, Florida Attorney General and/or any and all county Supervisors of Elections regarding the Division of Driver Licenses involvement with voter registration through the Motor Voter program in compliance with the National Voter Registration Act of 1993.

**RESPONSE**

Responsive information is included.

**From:** EKast@mail.dos.state.fl.us (Kast; Ed)
**To:** Kathy Cruce
**Date:** Fri, Oct 13, 2000 10:52 AM
**Subject:** FW: Constituent case

Kathy: Can you shed any light on whether ▮▮▮▮▮▮▮▮▮▮▮▮ applied to register at the ▮▮▮▮▮▮▮▮  12/26/97 as he claims below.

Thanks
Ed

-----Original Message-----
From: Linda Tanko [mailto:Linda@ocfelections.com]
Sent: Friday, October 13, 2000 11:53 AM
To: 'Kast, Ed'
Subject: RE: Constituent case

Here's what I've found so far.....Bill's secretary, Mary Cruz, has been dealing with this one. ▮▮ claims to have filled out an application (by hand, not computer)at the ▮▮▮▮▮▮ on 12/26/1997. We don't have him on the computer in any form or fashion. Mary is having our courier receipts from 1997 pulled from the warehouse to see if his name is there as being one of the applications we picked up. (So it's not that we've purged him.)
We've been doing the receipt system since the start of NVRA. We've never had a case where we've picked up an application them lost it. I'll be very surprised if his name is on a receipt.

I believe ▮▮▮▮▮▮▮ called the office to request an absentee ballot for her husband and that's how the situation was discovered.

I'll have Mary call you after we've looked at the receipts.

-----Original Message-----
From: Kast, Ed [mailto:EKast@mail.dos.state.fl.us]
Sent: Friday, October 13, 2000 11:39 AM
To: 'Linda@ocfelections.com'
Subject: RE: Constituent case

Thanks.

-----Original Message-----
From: Linda Tanko [mailto:Linda@ocfelections.com]
Sent: Friday, October 13, 2000 11:30 AM
To: 'Kast, Ed'
Subject: RE: Constituent case

I'll research and get back to you. Veronica probably spoke with them, but she's out today. It may take me a little while to figure out what's going on.

Linda

-----Original Message-----
From: Kast, Ed [mailto:EKast@mail.dos.state.fl.us]
Sent: Friday, October 13, 2000 11:08 AM

Constituent case

To: Linda Tanko (E-mail)
Subject: FW: Constituent case
Importance: High

Linda: Could you please provide me some information on this person so I can answer this e-mail?

Thanks
Ed

> -----Original Message-----
> From:    Milton, Brenda
> Sent:    Thursday, October 12, 2000 2:40 PM
> To:    Kast, Ed
> Subject::    FW: Constituent case
> Importance:    High
>
>
> Ed:
>
> Would you like to respond since it has come from the Secretary's Office? >    -----Original Message-----
> From:    Kennedy, Jennifer
> Sent:    Thursday, October 12, 2000 1:33 PM
> To:    Milton, Brenda
> Subject:    Constituent case
> Importance:    High
>
> Hi Brenda!
>
> A ▓▓▓▓▓▓▓▓▓▓ called the Sec's office very upset that her husband, ▓▓▓▓▓▓▓▓▓▓ has been
denied the right to vote. Apparently, Mr. > Martin is stationed at Fort Bragg in North Carolina. When he
called the > Orange County Supervisor of Elections to request an absentee ballot, he > was told they had
purged him from the voter roles.  He cannot register in > North Carolina because he is a legal resident of
Florida and it is past > the deadline for the General election.
>
> He was not given an explanation from Orange County about his status there > and he is not sure what to
do now to vote in the Generals.
>
> Can you help with this request? ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>
> Thanks again for your help!!!!
> Jennifer

don't have him on the computer in any form or fashion. Mary is having our courier receipts from 1997 pulled from the warehouse to see if his name is there as being one of the applications we picked up. (So it's not that we've purged him.)
We've been doing the receipt system since the start of NVRA. We've never had a case where we've picked up an application them lost it. I'll be very surprised if his na
me is on a receipt.

I believe �â– â– â– â– â– â– called the office to request an absentee ballot for her husband and that's how the situation was discovered.

I'll have Mary call you after we've looked at the receipts.

-----Original Message-----
From: Kast, Ed [mailto:EKast@mail.dos.state.fl.us]
Sent: Friday, October 13, 2000 11:39 AM
To: 'Linda@ocfelections.com'
Subject: RE: Constituent case


Thanks.

-----Original Message-----
From: Linda Tanko [mailto:Linda@ocfelections.com]
Sent: Friday, October 13, 2000 11:30 AM
To: 'Kast, Ed'
Subject: RE: Constituent case


I'll research and get back to you. Veronica probably spoke with them, but she's out today. It may take me a little while to figure out what's going on.

Linda


-----Original Message-----
From: Kast, Ed [mailto:EKast@mail.dos.state.fl.us]
Sent: Friday, October 13, 2000 11:08 AM
To: Linda Tanko (E-mail)
Subject: FW: Constituent case
Importance: High


Linda: Could you please provide me some information on this person so I can answer this e-mail?

Thanks
Ed

> -----Original Message-----
> From:   Milton, Brenda
> Sent:   Thursday, October 12, 2000 2:40 PM
> To:   Kast, Ed
> Subject:   FW: Constituent case
> Importance:   High
>
>
> Ed:

**From:**  TLH.GHQ:Washington Brenda
**To:**  Kathy Cruce
**Date:**  Mon, Oct 16, 2000 7:22 AM
**Subject:**  Re: FW: Constituent case

Date: 10/16/2000 07:22 am (Monday)
From: Brenda Washington
 To: "Kathy Cruce at HSMV".ccmail.TLH; Lay, Luther
 CC: Berlinger, Deb; Kelley, April; Laing, David; Parido, Jim
 Subject: Re: FW: Constituent case

All issuances in 1997 has been deleted from G04 database.  So, I can't tell you how he answered the question.

Thanks,

Brenda Washington
Systems Project Administrator
(850)487-1811

>>> Kathy Cruce at HSMV 10/13/00 03:02PM >>>
Brenda,

We have a request from the Division of Elections on an original issuance applicant ▓▓▓▓▓▓▓ manually registering to vote. We need to know how did he answer the voter registration question on his two issuances (original and duplicate) dated 12-26-97 at ▓▓▓▓▓ I will place a copy of his issuances on your desk.  As soon as we can get an answer, I will advise Ed Kast over at Elections  whether or not ▓▓declined registration.

As indicated below, they advised that ▓▓▓▓▓ processed a manual registration which we cannot track because the office usually destroys their EOD reports after one year.  I will check with G04 anyway. Thanks for you help in getting a speedy resolution to this situation.
Kathy


_____ Forward Header
_____ Subject: FW: Constituent case Author:
EKast@mail.dos.state.fl.us (Kast; Ed) at INTERNET
Date:   10/13/00 10:52 AM


Kathy:  Can you shed any light on whether ▓▓▓▓▓▓▓▓ applied to register at the ▓▓▓▓▓▓ on 12/26/97 as he claims below.

Thanks
Ed

-----Original Message-----
From: Linda Tanko [mailto:Linda@ocfelections.com]
Sent: Friday, October 13, 2000 11:53 AM
To: 'Kast, Ed'
Subject: RE: Constituent case

Here's what I've found so far.....Bill's secretary, Mary Cruz, has been dealing with this one. ▓▓▓▓▓▓
claims to have filled out an application  (by hand, not computer) at the ▓▓▓▓▓ on 12/26/1997. We

> 
> Would you like to respond since it has come from the Secretary's Office? >  -----Original Message-----
> From:    Kennedy, Jennifer
> Sent:    Thursday, October 12, 2000 1:33 PM
> To:    Milton, Brenda
> Subject: ˙  Constituent case
> Importance:    High
> 
> Hi Brenda!
> 
> A ███████████ called the Sec's office very upset that her husband, > ███████████ has been
denied the right to vote.  Apparently, ███████ is stationed at Fort Bragg in North Carolina.  When he
called the > Orange County Supervisor of Elections to request an absentee ballot. he > was told they had
purged him from the voter roles.  He cannot register in  > North Carolina because he is a legal resident of
Florida and it is past > the deadline for the General election.
> 
> He was not given an explanation from Orange County about his status there  > and he is not sure what
to do now to vote in the Generals. >
> Can you help with this request? ███████████████
> 
> Thanks again for your help!!!!
> Jennifer

DEPARTMENT OF STATE

Affairs
tal Resources
ary and Information Services
Licensing
of Administrative Services

MEMBER OF THE FLORIDA CABINET

State Board of Education
Trustees of the Internal Improvement Trust Fund
Administration Commission
Florida Land and Water Adjudicatory Commission
Siting Board
Division of Bond Finance
Department of Revenue
Department of Law Enforcement
Department of Highway Safety and Motor Vehicles
Department of Veterans' Affairs

FLORIDA DEPARTMENT OF STATE
Katherine Harris
Secretary of State
DIVISION OF ELECTIONS

September 8, 2000

Ms. Kathy Cruce
NVRA Coordinator
Department of Highway Safety and Motor Vehicles
2900 Apalachee Parkway
Tallahassee, Florida 32399-0500

Dear Ms. Cruce:

Pursuant to sections 97.052(1) and 97.057(3)(a), Florida Statutes, the Division of
Elections approves your proposed voter registration application format to be used at
Department of Highway Safety and Motor Vehicles driver licenses offices. Your form is
substantially the same as the form prescribed by the division. Enclosed please find a
copy of the approved form.

Sincerely

L. Clayton Roberts
Director, Division of Elections

LCR/mb

Enclosure

Post-it® Fax Note 7671 | Date 9-13 | pages 3
To | From
Co/Dept | Co.
Phone # | Phone # 488-7690
Fax # 488-4091 | Fax #

ACEMENT

|  |  |  |  | 5 | Date of Birth: 03/14/1981 |  |  |
|---|---|---|---|---|---|---|---|
|  | Suffix |  | Middle Name |  |  | 7 | Sex F |

|  | City TALLAHASSEE |  | Zip Code FL 32301-0000 | 10 | County HILLSBOROUGH |
|---|---|---|---|---|---|
|  | City TALLAHASSEE |  | Zip Code FL 32301-0000 |  |  |
|  | City TALLAHASSEE |  | Zip Code FL 32301-0000 |  |  |

| Code of Social Security Number | 13 | Race 5 | 14 | Daytime Phone: (850)366-7232 | Ext. 1234 | 15 | FL DL/ID number G635-513-81-594-0 |
|---|---|---|---|---|---|---|---|

Affiliation
ed States Taxpayers Party of Florida

r Name if making a Name Change

s Address where last registered

20  Oath: I do solemnly swear (or affirm) that:

- I will protect and defend the Constitution of the United States and the Constitution of the State of Florida.
- I am qualified to register as an elector under the Constitution and laws of the State of Florida.
- I am a U.S. citizen.
- I am a legal resident of Florida.
- All information on this form is true. I understand that if it is not true, I can be convicted of a felony of the third degree and fined up to $5,000 and/or imprisoned for up to five years.

Signature or Mark                                    09/08/00 12:40 19764

fact that you registered to vote at this office will remain confidential and used for voter registration purposes only.

---

| Ud. ciudadano de los E.U.A.? ES | 2 | Afirmo que no se me ha encontrado culpable de un delito mayor, pero si éso hubiera sido el caso, ya se me ha restituido el derecho de votar. | 3 | Afirmo que no se me ha adjudicado que yo sea incompetente mentalmente para votar; pero si ésa hubiera sido el caso, ya se me ha restituido la competencia. | Official Use Only |
|---|---|---|---|---|---|

|  |  | 5 | Fecha de nacimiento: 03/14/1981 |  |
|---|---|---|---|---|

EPLACEMENT

|  | Sufijo |  | Nombre |  | Segundo nombre o inicial |  | 7 | Sexo F |
|---|---|---|---|---|---|---|---|---|

| Domicilio permanente | Ciudad TALLAHASSEE | Zona postal FL 32301-0000 | 10 | Condado HILLSBOROUGH |
|---|---|---|---|---|
| Dirección de correo | Ciudad TALLAHASSEE | Zona postal FL 32301-0000 |  |  |
| y de envión de mercado | Ciudad TALLAHASSEE | Zona postal FL 32301-0000 |  |  |

| últimos números de Seguro Social 799 | 13 | Raza 5 | 14 | Teléfono diurno (850)366-7232 | Ext. 1234 | 15 | # de DL/ID de la FL G635-513-81-594-0 |
|---|---|---|---|---|---|---|---|

filiación partidista
United States Taxpayers Party of Florida

ombre y apellido previos si es un cambio de éstos.

a, ciudad y dirección con que se intentó la última vez:

20  Juramento: Juro o afirmo que

- protegeré y defenderé la Constitución de los Estados Unidos y la Constitución del Estado de la Florida.
- conforme a la Constitución y las leyes del Estado de la Florida, soy apto para inscribirme para votar.
- soy ciudadano de los Estados Unidos.
- soy residente legal de la Florida.
- toda la información que he dado es cierta. Sé que si no lo fuera, se me pudiera encontrar culpable de un delito grave en tercer grado, multar hasta $5,000 y/o privar de libertad por no más de cinco años.

Firma o cruz                                    09/08/00 12:40 19764

Tomo en cuenta de interésa o de no inscribirse para votar, como la oficina en que se lleva a cabo, permanecerá mantenerse en secreto, ésta información se usará sola internamente en asuntos relacionados con
inscripción electoral.

**From:**      VinyardM@ddl.hsmv.state.fl.us (Maureen Vinyard)
**To:**        Kathy Cruce
**Date:**      Thu, Sep 14, 2000  3:37 PM
**Subject:**   Motor Voter cards

Kathy,
We do not have any of the new motor voter cards that you manually write. They are all
the old ones. The local supervisor of elections could only give us one case. Can you
help me?
Thanks, Maureen

**From:**      Jim Parido
**To:**        Mary Treleven;Brenda Washington;David Laing
**Date:**      Wed, Sep 13, 2000  2:52 PM
**Subject:**   Motor Voter

The Motor Voter form has been approved by the Secretary of State.  Everything is a go.
Jim P


CC:        Kathy Cruce;April Kelley

| From: | MBohannon@mail.dos.state.fl.us (Bohannon; Martha) |
|---|---|
| To: | Kathy Cruce |
| Date: | Fri, Sep 8, 2000  8:03 AM |
| Subject: | New Minor Party |

Attached is an updated Minor Party List.  Note the addition of the Workers World Party.  Would have sent this sooner, but only received late yesterday. Sent it to you then, but came back as undeliverable, so I'll try again this morning.

Martha Bohannon

<<Minor_Pty_List.doc>>

# MINOR POLITICAL PARTIES

## (Revised 08/28/00)

| DATE OF REGISTRATION | NAME OF PARTY | NAME OF OFFICER(S) | ABBREV |
|---|---|---|---|
| 6/9/87 | *Libertarian Party of Florida*<br>Post Office Box 3012<br>Winter Park, FL 32790-3012 | Brian Bustamante, Treasurer<br>Lisa Bullion, Chair<br>PHONE: 800-478-0555<br>904-749-9998<br>FAX: 904-749-1917<br>http://www.lpf.org | LIB |
| 3/9/92 | *The Green Party of Florida, Inc.*<br>P.O. Box 10294<br>Pensacola, FL 32524-0294 | Dorothy Byrne, Treasurer<br>Marie Falbo, Chairman<br>PHONE: 850-474-1495 | GRE |
| 4/21/92 | *Florida Socialist Workers Party*<br>137 Northeast 54th Street<br>Miami, FL 33137 | William Kalman, Treasurer<br>Janet Post, Chairperson<br>PHONE: 305-756-1020 | SWP |
| 4/27/93 | *Independent Party*<br>8141 Roxbury Avenue<br>Tallahassee, FL 31311-9721 | Jessica Meier, Treasurer<br>Jasper Norris, Chairman<br>PHONE: 850-877-6798 | INT |
| 5/19/95 | *Natural Law Party of Florida*<br>C/O Sam Farling<br>11610 Caravel Circle, #210<br>Ft. Myers, FL 33908 | Tom Waller, Treasurer<br>Sam Farling, Chairman<br>PHONE: 941-281-0512<br>FAX: 941-281-0512 | LAW |
| 10/20/95 | *Reform Silly Party of Florida*<br>c/o Daniel Walker<br>221 E. Seventh Avenue<br>Tallahassee, FL 32303 | Dick Bjornseth, Treasurer<br>Daniel Walker, Chairperson<br>NO PHONE LISTED | RES |
| 11/16/95 | *Reform Party*<br>22 South Drive<br>Key Largo, FL 33037-2921 | Carl L. Owenby, Jr., Treasurer<br>Pauline Klein, Chairperson<br>PHONE: 305-451-7118 | REF |
| 06/30/97 | *We The People*<br>Tin Mine Road<br>PO Box 253<br>Jackson, NH 03846 | Catherine H. Chase Peters, Treasurer<br>Jeffrey Blair Peters, Chair<br>PHONE: 603-483-4285; fax: 603-383-6973<br>E-mail: PETERSWTP@AOL.com | WTP |
| 08/01/97 | *The Family Values Party*<br>2006 Woodbury Drive<br>Cantonment, Florida 32533 | Tom Wells, Treasurer/Chair<br>PHONE: 850-968-9817<br>E-mail: tomwells1@aol.com<br>Web: http://members.aol.com/tomwells1 | FVP |
| 10/29/97 | *American Reform Party of Florida*<br>607 Benedict Way<br>Casselberry, Florida 32707 | Tianne Batson, Treasurer<br>Richard Batson, Chairman<br>PHONE: 407-331-1479 | ARP |

# MINOR POLITICAL PARTIES

## (Revised 08/28/00)

| DATE OF REGISTRATION | NAME OF PARTY | NAME OF OFFICER(S) | ABBREV |
|---|---|---|---|
| 03/09/98 | *Socialist Party of Florida*<br>Post Office Box 20454<br>Tampa, Florida 33622-9998 | M. Frederick Holt, Treasurer<br>Mark Allen, Chair<br>M. Frederick Holt, Secretary<br>PHONE: 813-254-0781 | SPF |
| 12/04/98 | *Florida Conservative Party*<br>7112 Mill Pond Circle<br>Naples, Florida 34109 | Mary T. Macchia, Treasurer/Secretary<br>Thomas R. Macchia, Chair<br>PHONE: 941-594-0054<br>FAX: 941-594-9707<br>E-mail: macchia@naplesnet.com | FCP |
| 05/17/99 | *Southern Party of Florida*<br>Post Office Box 2351<br>Wauchula, Florida 33873 | Tracy Miller, Treasurer<br>Michael Ferrera, Chairman<br>PHONE: 863-767-9695<br>FAX: 904-261-5433 | SOP |
| 11/10/99 | *Constitution Party of Florida*<br>P. O. Box 320273<br>Tampa, Florida 33679 | Phillip L. Nelson, Treasurer/Secretary<br>David C. Crowell, Chairman<br>PHONE: 813-635-9100 | CPF |
| 04/27/00 | *Christian Party*<br>803 East Magnolia<br>Arcadia, Florida 34266 | Kathy Hull, Treasurer<br>Nancy Grant, Chair<br>Marie Ann Smith, Secretary<br>PHONE: 863-494-9696 | CHR |
| 08/28/00 | *Workers World Party*<br>12189 U.S. Hwy. 1, #4959<br>North Palm Beach, Florida 33408 | Linda A. Breed, Secretary-Treasurer<br>William S. Van Natta, III, Chair<br>PHONE: 561-833-7815 | WWP |

**From:**     Brenda Washington
**To:**       Kathy Cruce;Luther Lay
**Date:**     Fri, Jul 21, 2000  8:05 AM
**Subject:**  RE: Political Party Table

See below for the codes:

B = Florida Conservative Party
C = Constitution Party of Florida
E = Southern Party of Florida
H = Socialist Party of Florida
J = Christian Party

This requires no programming, only Table Maintenance.  When the motor voter is printed, it prints the entire name of the political party.


Thanks

Brenda Ann Washington
FDLIS Programming Group
Systems Project Administrator
Department of Highway Safety and Motor Vehicles
(850)487-1811


-----Original Message-----
From: Kathy Cruce
Sent: Tuesday, July 18, 2000 9:21 AM
To: Brenda Washington; Luther Lay; Kathy Cruce
Cc: April Kelley; Jim Parido; David Laing; Jim Rowell; Diana Maus Subject: Re: Political Party Table


Brenda,

I just got another listing from the Division of Elections and in  addition to what I have previously sent, they have changed the code for:

    Florida Socialist Workers Party from SOC to SWP

Delete:  CNS  The Conservative Party of Florida

Add:      Christian Party (DOE will call back with the 3-ltr abbv)
Thanks, Kathy


_____ Reply Separator _____ Subject:
Political Party Table
Author:  Kathy Cruce at HSMV
Date:   7/17/00 4:56 PM


Brenda and Luther,

We need to add four new political parties and delete one as listed  below:

ADD:    FCP  Florida Conservative Party
        SOP  Southern Party of Florida
        CPF  Constitution Party of Florida
        SPF  Socialist Party of Florida

DELETE:  TAX  United States Taxpayers Party of Florida

With the FDLIS lettering system, the following letters have not been  used:

B  C  E  H  J  K  O  Q  U  X  Z

Which letters do you wish to assign to the four additional parties to  be added?  Also, when FDLIS is
issuing the voter registration  application, does it spell out the full name of the party or just-give  the three
letter identifier along with the word party?

  Example: LIB    Libertarian Party of Florida

I will correct Q10 and Q02 once you answer these questions, but we  need to get this information to all
servers as quickly as possible.
Thanks, Kathy

CC:          April Kelley;Jim Parido;David Laing;Jim Rowell;Diana Maus;Mary Treleven

**From:** MBohannon@mail.dos.state.fl.us (Bohannon; Martha)
**To:** Kathy Cruce
**Date:** Mon, Jul 17, 2000  3:45 PM
**Subject:** FW: MINOR POLITICAL PARTIES

Kathy,

Attached is the updated list of minor parties.  Let me know if you need something else.

Thanks,
Martha

-----Original Message-----
From: Reagan, Glenn
Sent: Monday, July 17, 2000 4:33 PM
To: Bohannon, Martha
Subject: MINOR POLITICAL PARTIES

# MINOR POLITICAL PARTIES

## (Revised 07/10/00)

| DATE OF REGISTRATION | NAME OF PARTY | NAME OF OFFICER(S) | ABBREV |
|---|---|---|---|
| 6/9/87 | *Libertarian Party of Florida*<br>Post Office Box 3012<br>Winter Park, FL 32790-3012 | Brian Bustamante, Treasurer<br>Lisa Bullion, Chair<br>PHONE: 800-478-0555<br>        904-749-9998<br>FAX: 904-749-1917<br>http://www.lpf.org | LIB |
| 3/9/92 | *The Green Party of Florida, Inc.*<br>P.O. Box 10294<br>Pensacola, FL 32524-0294 | Dorothy Byrne, Treasurer<br>Marie Falbo, Chairman<br>PHONE: 850-474-1495 | GRE |
| 4/21/92 | *Florida Socialist Workers Party*<br>137 Northeast 54th Street<br>Miami, FL 33137 | William Kalman, Treasurer<br>Janet Post, Chairperson<br>PHONE: 305-756-1020 | SWP |
| 4/27/93 | *Independent Party*<br>8141 Roxbury Avenue<br>Tallahassee, FL 31311-9721 | Jessica Meier, Treasurer<br>Jasper Norris, Chairman<br>PHONE: 850-877-6798 | INT |
| 5/19/95 | *Natural Law Party of Florida*<br>C/O Sam Farling<br>11610 Caravel Circle, #210<br>Ft. Myers, FL 33908 | Tom Waller, Treasurer<br>Sam Farling, Chairman<br>PHONE: 941-281-0512<br>FAX: 941-281-0512 | LAW |
| 10/20/95 | *Reform Silly Party of Florida*<br>c/o Daniel Walker<br>221 E. Seventh Avenue<br>Tallahassee, FL 32303 | Dick Bjornseth, Treasurer<br>Daniel Walker, Chairperson<br>NO PHONE LISTED | RES |
| 11/16/95 | *Reform Party*<br>22 South Drive<br>Key Largo, FL 33037-2921 | Carl L. Owenby, Jr., Treasurer<br>Pauline Klein, Chairperson<br>PHONE: 305-451-7118 | REF |
| 06/30/97 | *We The People*<br>Tin Mine Road<br>PO Box 253<br>Jackson, NH 03846 | Catherine H. Chase Peters, Treasurer<br>Jeffrey Blair Peters, Chair<br>PHONE: 603-483-4285; fax: 603-383-6973<br>E-mail: PETERSWTP@AOL.com | WTP |
| 08/01/97 | *The Family Values Party*<br>2006 Woodbury Drive<br>Cantonment, Florida 32533 | Tom Wells, Treasurer/Chair<br>PHONE: 850-968-9817<br>E-mail: tomwells1@aol.com<br>Web: http://members.aol.com/tomwells1 | FVP |
| 10/29/97 | *American Reform Party of Florida*<br>607 Benedict Way<br>Casselberry, Florida 32707 | Tianne Batson, Treasurer<br>Richard Batson, Chairman<br>PHONE: 407-331-1479 | ARP |

# MINOR POLITICAL PARTIES

## (Revised 07/10/00)

| DATE OF REGISTRATION | NAME OF PARTY | NAME OF OFFICER(S) | ABBREV |
|---|---|---|---|
| 03/09/98 | *Socialist Party of Florida*<br>Post Office Box 20454<br>Tampa. Florida 33622-9998 | M. Frederick Holt, Treasurer<br>Mark Allen, Chair<br>M. Frederick Holt. Secretary<br>PHONE: 813-254-0781 | SPF |
| 12/04/98 | *Florida Conservative Party*<br>7112 Mill Pond Circle<br>Naples. Florida 34109 | Mary T. Macchia. Treasurer/Secretary<br>Thomas R. Macchia, Chair<br>PHONE: 941-594-0054<br>FAX: 941-594-9707<br>E-mail: macchia@naplesnet.com | FCP |
| 05/17/99 | *Southern Party of Florida*<br>Post Office Box 2351<br>Wauchula, Florida 33873 | Tracy Miller, Treasurer<br>Michael Ferrera, Chairman<br>PHONE: 863-767-9695<br>FAX: 904-261-5433 | SOP |
| 11/10/99 | *Constitution Party of Florida*<br>P. O. Box 320273<br>Tampa, Florida 33679 | Phillip L. Nelson, Treasurer/Secretary<br>David C. Crowell, Chairman<br>PHONE: 813-635-9100 | CPF |
| 04/27/00 | *Christian Party*<br>803 East Magnolia<br>Arcadia. Florida 34266 | Kathy Hull, Treasurer  CHR<br>Nancy Grant, Chair<br>Marie Ann Smith, Secretary<br>PHONE: 863-494-9696 | |

July 18, 2000

TO:         EFO Chiefs
            EFO OMCs
            EFO Management Analysts and Trainers
            Office Supervisors

FROM:       David C. Laing
            Senior Management Analyst II
            Division of Driver Licenses

SUBJECT:    Florida's Minor Political Parties

        Attached is the latest list of Florida's minor political parties issued by the Division of
Elections on July 10, 2000.

> **FLORIDA'S MINOR PARTIES**
> **Libertarian Party of Florida**
> **The Green Party of Florida, Inc.**
> **Florida Socialist Workers Party**
> **Independent Party**
> **Natural Law Party of Florida**
> **Reform Silly Party of Florida**
> **Reform Party**
> **We The People**
> **The Family Values Party**
> **American Reform Party of Florida**
> **Socialist Party of Florida**
> **Florida Conservative Party**
> **Southern Party of Florida**
> **Constitution Party of Florida**
> **Christian Party**

        Please disseminate this information to all licensing personnel as well as posting it within
your offices for customer reference.

DCL:kec
Attachment

cc: Tommy Edwards
    Deb Berlinger
    Brenda Washington

# MINOR POLITICAL PARTIES

## (Revised 07/10/00)

| DATE OF REGISTRATION | NAME OF PARTY | NAME OF OFFICER(S) | ABBREV |
|---|---|---|---|
| 6/9/87 | *Libertarian Party of Florida*<br>Post Office Box 3012<br>Winter Park, FL 32790-3012 | Brian Bustamante, Treasurer<br>Lisa Bullion, Chair<br>PHONE: 800-478-0555<br>904-749-9998<br>FAX: 904-749-1917<br>http://www.lpf.org | LIB |
| 3/9/92 | *The Green Party of Florida, Inc.*<br>P.O. Box 10294<br>Pensacola, FL 32524-0294 | Dorothy Byrne, Treasurer<br>Marie Falbo, Chairman<br>PHONE: 850-474-1495 | GRE |
| 4/21/92 | *Florida Socialist Workers Party*<br>137 Northeast 54th Street<br>Miami, FL 33137 | William Kalman, Treasurer<br>Janet Post, Chairperson<br>PHONE: 305-756-1020 | SWP |
| 4/27/93 | *Independent Party*<br>8141 Roxbury Avenue<br>Tallahassee, FL 31311-9721 | Jessica Meier, Treasurer<br>Jasper Norris, Chairman<br>PHONE: 850-877-6798 | INT |
| 5/19/95 | *Natural Law Party of Florida*<br>C/O Sam Farling<br>11610 Caravel Circle, #210<br>Ft. Myers, FL 33908 | Tom Waller, Treasurer<br>Sam Farling, Chairman<br>PHONE: 941-281-0512<br>FAX: 941-281-0512 | LAW |
| 10/20/95 | *Reform Silly Party of Florida*<br>c/o Daniel Walker<br>221 E. Seventh Avenue<br>Tallahassee, FL 32303 | Dick Bjornseth, Treasurer<br>Daniel Walker, Chairperson<br>NO PHONE LISTED | RES |
| 11/16/95 | *Reform Party*<br>22 South Drive<br>Key Largo, FL 33037-2921 | Carl L. Owenby, Jr., Treasurer<br>Pauline Klein, Chairperson<br>PHONE: 305-451-7118 | REF |
| 06/30/97 | *We The People*<br>Tin Mine Road<br>PO Box 253<br>Jackson, NH 03846 | Catherine H. Chase Peters, Treasurer<br>Jeffrey Blair Peters, Chair<br>PHONE: 603-483-4285<br>fax: 603-383-6973<br>E-mail: PETERSWTP@AOL.com | WTP |
| 08/01/97 | *The Family Values Party*<br>2006 Woodbury Drive<br>Cantonment, Florida 32533 | Tom Wells, Treasurer/Chair<br>PHONE: 850-968-9817<br>E-mail: tomwells1@aol.com<br>Web: http://members.aol.com/tomwells1 | FVP |
| 10/29/97 | *American Reform Party of Florida*<br>607 Benedict Way<br>Casselberry, Florida 32707 | Tianne Batson, Treasurer<br>Richard Batson, Chairman<br>PHONE: 407-331-1479 | ARP |

# MINOR POLITICAL PARTIES

## (Revised 07/10/00)

| DATE OF REGISTRATION | NAME OF PARTY | NAME OF OFFICER(S) | ABBREV |
|---|---|---|---|
| 03/09/98 | *Socialist Party of Florida*<br>Post Office Box 20454<br>Tampa. Florida 33622-9998 | M. Frederick Holt, Treasurer<br>Mark Allen, Chair<br>M. Frederick Holt, Secretary<br>PHONE: 813-254-0781 | SPF |
| 12/04/98 | *Florida Conservative Party*<br>7112 Mill Pond Circle<br>Naples. Florida 34109 | Mary T. Macchia, Tresr/Sec.<br>Thomas R. Macchia, Chair<br>PHONE: 941-594-0054<br>FAX: 941-594-9707<br>E-mail: macchia@naplesnet.com | FCP |
| 05/17/99 | *Southern Party of Florida*<br>Post Office Box 2351<br>Wauchula, Florida 33873 | Tracy Miller, Treasurer<br>Michael Ferrera, Chairman<br>PHONE: 863-767-9695<br>FAX: 904-261-5433 | SOP |
| 11/10/99 | *Constitution Party of Florida*<br>P. O. Box 320273<br>Tampa, Florida 33679 | Phillip L. Nelson, Tresr/Sec.<br>, David C. Crowell, Chairman<br>PHONE: 813-635-9100 | CPF |
| 04/27/00 | *Christian Party*<br>803 East Magnolia<br>Arcadia, Florida 34266 | Kathy Hull, Treasurer<br>Nancy Grant, Chair<br>Marie Ann Smith, Secretary<br>PHONE: 863-494-9696 | CHR |

| | |
|---|---|
| **From:** | MBohannon@mail.dos.state.fl.us (Bohannon; Martha) |
| **To:** | Kathy Cruce |
| **Date:** | Tue, Jul 18, 2000 7:27 AM |
| **Subject:** | FW: DISBANDED MINOR POLITICAL PARTIES |

Kathy,

The abbreviation for the Christian Party is CHR.  The disbanded list is attached.

Martha
-----Original Message-----
From: Reagan, Glenn
Sent: Tuesday, July 18, 2000 8:25 AM
To: Bohannon, Martha
Subject: DISBANDED MINOR POLITICAL PARTIES


<<DISBANDED MINOR POLITICAL PARTIES.doc>>

# DISBANDED MINOR POLITICAL PARTIES

## (Revised 07/18/00)

| DATE OF REGISTRATION | DATE OF DISBANDMENT | NAME OF PARTY |
|---|---|---|
| 2/10/88 | 12/13/90 | *New Alliance Party of Florida*<br>July Flemmer, Treasurer<br>Sara Torres, Chairperson |
| 4/6/88 | 11/15/90 | *Populist Party of Florida*<br>(in Lake Worth)<br>Jay Hess, Treasurer<br>Steve Wilkerson, Chairman |
| 5/11/89 | 1991 | *Conservative Party of Florida*<br>William Kirk, Treasurer<br>Gerald Avenall, Chairman |
| 9/4/91 | 2/1/93 | *The Populist Party of Florida*<br>(in West Palm Beach)<br>Joe Colson, Treasurer<br>J. D. Self, Chairman |
| 6/25/92 | 6/25/93 | *The American Party*<br>Herbert Mertz, Treas/Chairman |
| 2/9/93 | 4/27/93 | *Independence Party*<br>Jesse Wilson, Treasurer<br>Howard L. Johnson, Chairman |
| 5/6/93 | 9/22/94 | *Independence Party of Florida*<br>Donna Shankle, Treasurer<br>Kimberly J. Watson, Chairman |
| 6/2/93 | 10/12/93 | *Natural Law Party of the United States of America - Florida*<br>Bruce Everson, Treasurer<br>Stephen Kordis, Chairman |
| 4/4/94 | 4/14/95 | *The Populist Party of Florida*<br>Rea White, Treasurer |
| 3/22/94 | 12/29/95 | *American Restore U.S. Harmony Party (American RUSH Party)*<br>Burt Woodruff, Treasurer |
| 3/22/93 | 07/03/95 | *Whig Party*<br>Peter A. Karl, President |
| 3/14/95 | 04/12/96 | *Constitutional Party of Florida*<br>Paul Brown, Treasurer |

# DISBANDED MINOR POLITICAL PARTIES

## (Revised 07/18/00)

| DATE OF REGISTRATION | DATE OF DISBANDMENT | NAME OF PARTY |
|---|---|---|
| 10/10/94 | 09/30/96 | *The Independence Party of Florida* <br> Randall K. Johnson, Treasurer <br> Howard L. Johnson, Chairman |
| 04/04/96 | 11/03/97 | *The American Party* <br> Michael Allen, Treasurer/Chair |
| 3/12/92 | 10/23/97 | *United States Taxpayers Party of Florida* <br> William B. Bendt, Chairman |
| 12/03/97 | 02/05/99 | *La Partie Chretienne Democratique Arcadienne* <br> Robert L. Pribble II, Treasurer/Chair |
| 07/23/99 | 10/29/99 | *The Black Party* <br> William Kelpson, Treasurer <br> Clifford Fleetwood Rose, Chairman |
| 04/12/96 | 04/05/00 | *The Conservative Party of Florida* <br> Stanley Sokolowski, Treasurer <br> Joan Ross, Chairperson |

State of Florida
DEPARTMENT OF
HIGHWAY SAFETY AND MOTOR VEHICLES

JEB BUSH
Governor
KATHERINE HARRIS
Secretary of State
BOB BUTTERWORTH
Attorney General
ROBERT F. MILLIGAN
Comptroller
BILL NELSON
Treasurer and
Insurance Commissioner
BOB CRAWFORD
Commissioner of Agriculture
TOM GALLAGHER
Commissioner of Education

FRED O. DICKINSON
Executive Director

July 18, 2000

TO:        EFO Chiefs
           EFO OMCs
           EFO Management Analysts and Trainers
           Office Supervisors

FROM:      David C. Laing
           Senior Management Analyst II
           Division of Driver Licenses

SUBJECT:   Florida's Minor Political Parties

           Attached is the latest list of Florida's minor political parties issued by the Division of Elections on July 10, 2000.

### FLORIDA'S MINOR PARTIES
**Libertarian Party of Florida**
**The Green Party of Florida, Inc.**
**Florida Socialist Workers Party**
**Independent Party**
**Natural Law Party of Florida**
**Reform Silly Party of Florida**
**Reform Party**
**We The People**
**The Family Values Party**
**American Reform Party of Florida**
**Socialist Party of Florida**
**Florida Conservative Party**
**Southern Party of Florida**
**Constitution Party of Florida**
**Christian Party**

           Please disseminate this information to all licensing personnel as well as posting it within your offices for customer reference.

DCL:kec
Attachment

cc:  Tommy Edwards
     Deb Eerlinger
     Brenda Washington

# MINOR POLITICAL PARTIES

## (Revised 07/10/00)

| DATE OF REGISTRATION | NAME OF PARTY | NAME OF OFFICER(S) | ABBREV |
|---|---|---|---|
| 6/9/87 | *Libertarian Party of Florida*<br>Post Office Box 3012<br>Winter Park, FL 32790-3012 | Brian Bustamante, Treasurer<br>Lisa Bullion, Chair<br>PHONE: 800-478-0555<br>904-749-9998<br>FAX: 904-749-1917<br>http://www.lpf.org | LIB |
| 3/9/92 | *The Green Party of Florida, Inc.*<br>P.O. Box 10294<br>Pensacola, FL 32524-0294 | Dorothy Byrne, Treasurer<br>Marie Falbo, Chairman<br>PHONE: 850-474-1495 | GRE |
| 4/21/92 | *Florida Socialist Workers Party*<br>137 Northeast 54th Street<br>Miami, FL 33137 | William Kalman, Treasurer<br>Janet Post, Chairperson<br>PHONE: 305-756-1020 | SWP |
| 4/27/93 | *Independent Party*<br>8141 Roxbury Avenue<br>Tallahassee, FL 31311-9721 | Jessica Meier, Treasurer<br>Jasper Norris, Chairman<br>PHONE: 850-877-6798 | INT |
| 5/19/95 | *Natural Law Party of Florida*<br>C/O Sam Farling<br>11610 Caravel Circle, #210<br>Ft. Myers, FL 33908 | Tom Waller, Treasurer<br>Sam Farling, Chairman<br>PHONE: 941-281-0512<br>FAX: 941-281-0512 | LAW |
| 10/20/95 | *Reform Silly Party of Florida*<br>c/o Daniel Walker<br>221 E. Seventh Avenue<br>Tallahassee, FL 32303 | Dick Bjornseth, Treasurer<br>Daniel Walker, Chairperson<br>NO PHONE LISTED | RES |
| 11/16/95 | *Reform Party*<br>22 South Drive<br>Key Largo, FL 33037-2921 | Carl L. Owenby, Jr., Treasurer<br>Pauline Klein, Chairperson<br>PHONE: 305-451-7118 | REF |
| 06/30/97 | *We The People*<br>Tin Mine Road<br>PO Box 253<br>Jackson, NH 03846 | Catherine H. Chase Peters, Treasurer<br>Jeffrey Blair Peters, Chair<br>PHONE: 603-483-4285; fax: 603-383-6973<br>E-mail: PETERSWTP@AOL.com | WTP |
| 08/01/97 | *The Family Values Party*<br>2006 Woodbury Drive<br>Cantonment, Florida 32533 | Tom Wells, Treasurer/Chair<br>PHONE: 850-968-9817<br>E-mail: tomwells1@aol.com<br>Web: http://members.aol.com/tomwells1 | FVP |
| 10/29/97 | *American Reform Party of Florida*<br>607 Benedict Way<br>Casselberry, Florida 32707 | Tianne Batson, Treasurer<br>Richard Batson, Chairman<br>PHONE: 407-331-1479 | ARP |

# MINOR POLITICAL PARTIES

## (Revised 07/10/00)

| DATE OF REGISTRATION | NAME OF PARTY | NAME OF OFFICER(S) | ABBREV |
|---|---|---|---|
| 03/09/98 | *Socialist Party of Florida*<br>Post Office Box 20454<br>Tampa. Florida 33622-9998 | M. Frederick Holt, Treasurer<br>Mark Allen, Chair<br>M. Frederick Holt, Secretary<br>PHONE: 813-254-0781 | SPF |
| 12/04/98 | *Florida Conservative Party*<br>7112 Mill Pond Circle<br>Naples, Florida 34109 | Mary T. Macchia, Treasurer/Secretary<br>Thomas R. Macchia, Chair<br>PHONE: 941-594-0054<br>FAX: 941-594-9707<br>E-mail: macchia@naplesnet.com | FCP |
| 05/17/99 | *Southern Party of Florida*<br>Post Office Box 2351<br>Wauchula, Florida 33873 | Tracy Miller, Treasurer<br>Michael Ferrera, Chairman<br>PHONE: 863-767-9695<br>FAX: 904-261-5433 | SOP |
| 11/10/99 | *Constitution Party of Florida*<br>P. O. Box 320273<br>Tampa, Florida 33679 | Phillip L. Nelson, Treasurer/Secretary<br>David C. Crowell, Chairman<br>PHONE: 813-635-9100 | CPF |
| 04/27/00 | *Christian Party*<br>803 East Magnolia<br>Arcadia, Florida 34266 | Kathy Hull, Treasurer  CHR<br>Nancy Grant, Chair<br>Marie Ann Smith, Secretary<br>PHONE: 863-494-9696 | |

# MINOR POLITICAL PARTIES

## (Revised 11/10/99)

| DATE OF REGISTRATION | NAME OF PARTY | NAME OF OFFICER(S) | ABBREV |
|---|---|---|---|
| 6/9/87 | *Libertarian Party of Florida*<br>Post Office Box 3012<br>Winter Park, FL 32790-3012 | Brian Bustamante, Treasurer<br>Lisa Bullion, Chair<br>PHONE: 800-478-0555<br>       904-749-9998<br>FAX:   904-749-1917<br>http://www.lpf.org | LIB |
| 3/9/92 | *The Green Party of Florida, Inc.*<br>P.O. Box 10294<br>Pensacola, FL 32524-0294 | Johnny Ardis, Treasurer<br>Anna Boone, Chairman<br>PHONE: 850-474-1495 | GRE |
| 4/21/92 | *Florida Socialist Workers Party*<br>137 Northeast 54th Street<br>Miami, FL 33137 | Maureen Coletta, Treasurer<br>Janet Post, Chairperson<br>PHONE: 305-756-1020 | SOC |
| 4/27/93 | *Independent Party*<br>8141 Roxbury Avenue<br>Tallahassee, FL 31311-9721 | Jessica Meier, Treasurer<br>Jasper Norris, Chairman<br>PHONE: 850-877-6798 | INT |
| 5/19/95 | *Natural Law Party of Florida*<br>C/O Sam Farling<br>11610 Caravel Circle, #210.<br>Ft. Myers, FL 33908 | Sam Farling, Treasurer<br>Sam Farling, Chairman<br>PHONE: 941-281-0512<br>FAX:   941-281-0512 | LAW |
| 10/20/95 | *Reform Silly Party of Florida*<br>c/o Daniel Walker<br>221 E. Seventh Avenue<br>Tallahassee, FL 32303 | Dick Bjornseth, Treasurer<br>Daniel Walker, Chairperson<br>NO PHONE LISTED | RES |
| 11/16/95 | *Reform Party*<br>22 South Drive<br>Key Largo, FL 33037-2921 | Carl L. Owenby, Jr., Treasurer<br>David L. Goldman, Chairman<br>PHONE: 305-451-7118 | REF |
| 04/15/96 | *The Conservative Party of Florida*<br>1320 S.E. 14th Street<br>Deerfield Beach, FL 33441 | Stanley Sokolowski, Treasurer<br>Joan Ross, Chair<br>PHONE: 954-421-0001 or -0002 | CNS |
| 06/30/97 | *We The People*<br>Tin Mine Road<br>PO Box 253<br>Jackson, NH 03846 | Catherine H. Chase Peters, Treasurer<br>Jeffrey Blair Peters, Chair<br>PHONE: 603-483-4285<br>FAX:   603-383-6973<br>E-mail: PETERSWTP@AOL.com | WTP |
| 08/01/97 | *The Family Values Party*<br>2006 Woodbury Drive<br>Cantonment, Florida 32533 | Tom Wells, Treasurer/Chair<br>PHONE: 850-968-9817<br>E-mail: tomwells1@aol.com<br>Web: http://members.aol.com/tomwells1 | FVP |

# MINOR POLITICAL PARTIES

## (Revised 11/10/99)

| DATE OF REGISTRATION | NAME OF PARTY | NAME OF OFFICER(S) | ABBREV |
|---|---|---|---|
| 10/29/97 | *American Reform Party of Florida*<br>607 Benedict Way<br>Casselberry, Florida 32707 | Tianne Batson, Treasurer<br>Richard Batson, Chairman<br>PHONE: 407-331-1479 | ARP |
| 03/09/9S | *Socialist Party of Florida*<br>Post Office Box 20454<br>Tampa, Florida 33622-9998 | M. Frederick Holt, Treasurer<br>Mark Allen, Chair<br>M. Frederick Holt, Secretary<br>PHONE: 813-254-0781 | SPF |
| 12/04/98 | *Florida Conservative Party*<br>7112 Mill Pond Circle<br>Naples, Florida 34109 | Mary T. Macchia, Treasurer/Secretary<br>Thomas R. Macchia, Chair<br>PHONE: 941-594-0054<br>FAX:     941-594-9707<br>E-mail: macchia@naplesnet.com | FCP |
| 05/17/99 | *Southern Party of Florida*<br>1978 Pirates Point Road<br>Yulee, Florida 32097 | Larry T. Powell, Treasurer<br>Jim Lear, Chairman<br>Ted Kraft, Secretary<br>PHONE: 904-277-9628<br>FAX:     904-261-5433 | SOP |
| 11/10/99 | *Constitution Party of Florida*<br>P. O. Box 320273<br>Tampa, Florida 33679 | Phillip L. Nelson, Treasurer/Secretary<br>David C. Crowell, Chairman<br>PHONE: 813-635-9100 | CPF |

# DISBANDED MINOR POLITICAL PARTIES

## (Revised 10/29/99)

| DATE OF REGISTRATION | DATE OF DISBANDMENT | NAME OF PARTY |
|---|---|---|
| 2/10/88 | 12/13/90 | *New Alliance Party of Florida*<br>July Flemmer, Treasurer<br>Sara Torres, Chairperson |
| 4/6/88 | 11/15/90 | *Populist Party of Florida*<br>(in Lake Worth)<br>Jay Hess, Treasurer<br>Steve Wilkerson, Chairman |
| 5/11/89 | 1991 | *Conservative Party of Florida*<br>William Kirk, Treasurer<br>Gerald Avenall, Chairman |
| 9/4/91 | 2/1/93 | *The Populist Party of Florida*<br>(in West Palm Beach)<br>Joe Colson, Treasurer<br>J. D. Self, Chairman |
| 6/25/92 | 6/25/93 | *The American Party*<br>Herbert Mertz, Treas/Chairman |
| 2/9/93 | 4/27/93 | *Independence Party*<br>Jesse Wilson, Treasurer<br>Howard L. Johnson, Chairman |
| 5/6/93 | 9/22/94 | *Independence Party of Florida*<br>Donna Shankle, Treasurer<br>Kimberly J. Watson, Chairman |
| 6/2/93 | 10/12/93 | *Natural Law Party of the United States of America - Florida*<br>Bruce Everson, Treasurer<br>Stephen Kordis, Chairman |
| 4/4/94 | 4/14/95 | *The Populist Party of Florida*<br>Rea White, Treasurer |
| 3/22/94 | 12/29/95 | *American Restore U.S. Harmony Party (American RUSH Party)*<br>Burt Woodruff, Treasurer |
| 3/22/93 | 07/03/95 | *Whig Party*<br>Peter A. Karl, President |
| 3/14/95 | 04/12/96 | *Constitutional Party of Florida*<br>Paul Brown, Treasurer |

# DISBANDED MINOR POLITICAL PARTIES

## (Revised 10/29/99)

| DATE OF REGISTRATION | DATE OF DISBANDMENT | NAME OF PARTY |
|---|---|---|
| 10/10/94 | 09/30/96 | **The Independence Party of Florida**<br>Randall K. Johnson, Treasurer<br>Howard L. Johnson, Chairman |
| 04/04/96 | 11/03/97 | **The American Party**<br>Michael Allen, Treasurer/Chair |
| 3/12/92 | 10/23/97 | **United States Taxpayers Party of Florida**<br>William B. Bendt, Chairman |
| 12/03/97 | 02/05/99 | **La Partie Chretienne Democratique Arcadienne**<br>Robert L. Pribble II, Treasurer/Chair |
| 07/23/99 | 10/29/99 | **The Black Party**<br>William Kelpson, Treasurer<br>Clifford Fleetwood Rose, Chairman |

# MINOR POLITICAL PARTIES

## (Revised 07/23/99)

| DATE OF REGISTRATION | NAME OF PARTY | NAME OF OFFICER(S) | ABBREV |
|---|---|---|---|
| 6/9/87 | *Libertarian Party of Florida*<br>Post Office Box 3012<br>Winter Park, FL 32790-3012 | Marshall Sutherland, Treasurer<br>Brian Collar, Chairman<br>PHONE: 800-478-0555<br>      904-749-9998<br>FAX: 904-749-1917<br>http://www.lpf.org/ | LIB |
| 3/9/92 | *The Green Party of Florida, Inc.*<br>P.O. Box 10294<br>Pensacola, FL 32524-0294 | Johnny Ardis, Treasurer<br>Anna Boone, Chairman<br>PHONE: 850-474-1495 | GRE |
| 4/21/92 | *Florida Socialist Workers Party*<br>137 Northeast 54th Street<br>Miami, FL 33137 | Maureen Coletta, Treasurer<br>Janet Post, Chairperson<br>PHONE: 305-756-1020 | SOC |
| 4/27/93 | *Independent Party*<br>8141 Roxbury Avenue<br>Tallahassee, FL 31311-9721 | Jessica Meier, Treasurer<br>Jasper Norris, Chairman<br>PHONE: 850-877-6798 | INT |
| 5/19/95 | *Natural Law Party of Florida*<br>C/O Sam Farling<br>1609 S. Lake Lotola Dr.<br>Avon Park, FL 33825 | Sam Farling, Treasurer<br>Sam Farling, Chairman<br>PHONE: 941-453-0088<br>FAX: 941-453-0088 | LAW |
| 10/20/95 | *Reform Silly Party of Florida*<br>c/o Daniel Walker<br>221 E. Seventh Avenue<br>Tallahassee, FL 32303 | Dick Bjornseth, Treasurer<br>Daniel Walker, Chairperson<br>NO PHONE LISTED | RES |
| 11/16/95 | *Reform Party*<br>22 South Drive<br>Key Largo, FL 33037-2921 | Carl L. Owenby, Jr., Treasurer<br>David L. Goldman, Chairman<br>PHONE: 305-451-7118 | REF |
| 04/15/96 | *The Conservative Party of Florida*<br>1320 S.E. 14th Street<br>Deerfield Beach, FL 33441 | Stanley Sokolowski, Treasurer<br>Joan Ross, Chair<br>PHONE: 954-421-0001 or -0002 | CNS |
| 06/30/97 | *We The People*<br>Tin Mine Road<br>PO Box 253<br>Jackson, NH 03846 | Catherine H. Chase Peters, Treasurer<br>Jeffrey Blair Peters, Chair<br>PHONE: 603-483-4285; fax: 603-383-6973<br>E-mail: PETERSWTP@AOL.com | WTP |
| 08/01/97 | *The Family Values Party*<br>2006 Woodbury Drive<br>Cantonment, Florida 32533 | Tom Wells, Treasurer/Chair<br>PHONE: 850-968-9817<br>E-mail: tomwells1@aol.com<br>Web: http://members.aol.com/tomwells1 | FVP |
| 10/29/97 | *American Reform Party of Florida*<br>607 Benedict Way<br>Casselberry, Florida 32707 | Tianne Batson, Treasurer<br>Richard Batson, Chairman<br>PHONE: 407-331-1479 | ARP |

# MINOR POLITICAL PARTIES

## (Revised 07/23/99)

| DATE OF REGISTRATION | NAME OF PARTY | NAME OF OFFICER(S) | ABBREV |
|---|---|---|---|
| 03/09/98 | *Socialist Party of Florida*<br>Post Office Box 20454<br>Tampa, Florida 33622-9998 | M. Frederick Holt, Treasurer<br>Mark Allen, Chair<br>M. Frederick Holt, Secretary<br>PHONE: 813-254-0781 | SPF |
| 12/04/98 | *Florida Conservative Party*<br>7112 Mill Pond Circle<br>Naples, Florida 34109 | Mary T. Macchia, Treasurer/Secretary<br>Thomas R. Macchia, Chair<br>PHONE: 941-594-0054<br>FAX: 941-594-9707<br>E-mail: macchia@naplesnet.com | FCP |
| 05/17/99 | *Southern Party of Florida*<br>1978 Pirates Point Road<br>Yulee, Florida | Larry T. Powell, Treasurer<br>Jim Lear, Chairman<br>Jeff Hardy, Secretary<br>PHONE: 904-277-9628<br>FAX: 904-261-5433 | SOP |
| 07/23/99 | *The Black Party*<br>350 Biscayne Blvd., Ste 2<br>Miami, FL 33132 | William Kelpson, Treasurer<br>Clifford Fleetwood Rose, Chairman<br>Jeremy W. Lawson, Secretary<br>PHONE: 305-410-7502<br>888-551-1678 | BLK |

# DISBANDED MINOR POLITICAL PARTIES

## (Revised 02/05/99)

| DATE OF REGISTRATION | DATE OF DISBANDMENT | NAME OF PARTY |
|---|---|---|
| 2/10/88 | 12/13/90 | *New Alliance Party of Florida*<br>July Flemmer, Treasurer<br>Sara Torres, Chairperson |
| 4/6/88 | 11/15/90 | *Populist Party of Florida*<br>(in Lake Worth)<br>Jay Hess, Treasurer<br>Steve Wilkerson, Chairman |
| 5/11/89 | 1991 | *Conservative Party of Florida*<br>William Kirk, Treasurer<br>Gerald Avenall, Chairman |
| 9/4/91 | 2/1/93 | *The Populist Party of Florida*<br>(in West Palm Beach)<br>Joe Colson, Treasurer<br>J. D. Self, Chairman |
| 6/25/92 | 6/25/93 | *The American Party*<br>Herbert Mertz, Treas/Chairman |
| 2/9/93 | 4/27/93 | *Independence Party*<br>Jesse Wilson, Treasurer<br>Howard L. Johnson, Chairman |
| 5/6/93 | 9/22/94 | *Independence Party of Florida*<br>Donna Shankle, Treasurer<br>Kimberly J. Watson, Chairman |
| 6/2/93 | 10/12/93 | *Natural Law Party of the United States of America - Florida*<br>Bruce Everson, Treasurer<br>Stephen Kordis, Chairman |
| 4/4/94 | 4/14/95 | *The Populist Party of Florida*<br>Rea White, Treasurer |
| 3/22/94 | 12/29/95 | *American Restore U.S. Harmony Party (American RUSH Party)*<br>Burt Woodruff, Treasurer |
| 3/22/93 | 07/03/95 | *Whig Party*<br>Peter A. Karl, President |
| 3/14/95 | 04/12/96 | *Constitutional Party of Florida*<br>Paul Brown, Treasurer |

# DISBANDED MINOR POLITICAL PARTIES

## (Revised 02/05/99)

| DATE OF REGISTRATION | DATE OF DISBANDMENT | NAME OF PARTY |
|---|---|---|
| 10/10/94 | 09/30/96 | *The Independence Party of Florida*<br>Randall K. Johnson, Treasurer<br>Howard L. Johnson, Chairman |
| 04/04/96 | 11/03/97 | *The American Party*<br>Michael Allen, Treasurer/Chair |
| 3/12/92 | 10/23/97 | *United States Taxpayers Party of Florida*<br>William B. Bendt, Chairman |
| 12/03/97 | 02/05/99 | *La Partie Chretienne Democratique Arcadienne*<br>Robert L. Pribble II, Treasurer/Chair |

# DHSMV
# DRIVER LICENSES

**NEIL KIRKMAN BUILDING**
**2900 APALACHEE PARKWAY**
**TALLAHASSEE, FL  32399-0500**
## FAX:  850-488-4091

# FAX

*per Sandy Lambert*

**TO:** Bureau Chiefs          **FROM:** Kathy Crace

**FAX:**                       **PAGES:** 2

**PHONE:**                     **DATE:** 9-17-99

**IN:**                        **PHONE:**

| URGENT | FOR YOUR INFORMATION | FOR REPLY | FOR REVIEW |
|---|---|---|---|

COMMENTS: The attached letter from Sec of State Katherine Harris has been printed by the Division of Elections and a supply is being shipped to each of your Bureau Headquarters. Please have these distributed to all of your offices and given to each customer until the supply is exhausted. Distribution is as follows: North — 2 cases
Central — 4 cases
South — 4 cases

IF ALL PAGES ARE NOT RECEIVED, CALL (850) 488-3368
OR SUNCOM 278-3368
FAX IS IN SERVICE 24 HOURS, ATTENDED MONDAY-FRIDAY, 8AM-5PM

DIVISION OF FLORIDA DEPARTMENT OF STATE

Office of the Secretary
Office of International Relations
Division of Elections
Division of Corporations
Division of Cultural Affairs
  n of Historical Resources
   of Library and Information Services
Division of Licensing
Division of Administrative Services

MEMBERS OF FLORIDA CABINET

State Board of Education
Trustees of the Internal Improvement Trust Fund
Administration Commission
Florida Land and Water Adjudicatory Commission
Siting Board
Division of Bond Finance
Department of Revenue
Department of Law Enforcement
Department of Highway Safety and Motor Vehicles
Department of Veterans' Affairs



# FLORIDA DEPARTMENT OF STATE
## Katherine Harris
### Secretary of State

DIVISION OF ELECTIONS

July 27, 1999

Dear Fellow Floridian,

The National Voter Registration Act of 1993 and the corresponding Florida Voter Registration Act forever changed the method by which most Floridians register to vote. These acts were designed to make registration easier and more convenient so that more citizens are encouraged to participate in elections. Citizens are now afforded a wide range of opportunities to register to vote. In addition to county supervisor of elections offices, Floridians may register to vote at various agencies which provide services to the public, including driver's license offices, public assistance offices, offices that serve persons with disabilities, public libraries, centers for independent living and armed forces recruitment centers.

This legislation also permits Florida citizens to register to vote by mail at any location, on any day of the week. In 1997, the Division of Elections provided the voter registration application via the Internet (http://election.dos.state.fl.us). In addition, the Higher Education Act requires the distribution of voter registration forms by colleges and universities to their respective students. Finally, any individual or group, including churches, may request, in writing, voter registration applications from the Division of Elections to aid in their voter registration efforts.

The year 2000 is a very important election year. We will elect many of our federal, state and local officials, including our next President and Vice President. By registering today you will be eligible to vote not only in the 2000 elections, but also in future elections.

The Department of State and the county supervisors of elections will continue to make every effort to provide citizens with the opportunity to register and vote. Democracy is strengthened and freedom is protected when citizens become active in the electoral process. On behalf of all Floridians, thank you for being involved.

Sincerely yours,

*Katherine Harris*

Katherine Harris
Secretary of State

Post Office Box 20454
Tampa, Florida 33622-9998

Mark Allen, Chair
M. Frederick Holt, Secretary
PHONE: 813-254-0781

## DISBANDED MINOR POLITICAL PARTIES
(Revised 1/5/96)

| DATE OF REGISTRATION | DATE OF DISBANDMENT | NAME OF PARTY |
|---|---|---|
| 2/10/83 | 12/13/90 | NEW ALLIANCE PARTY OF FLORIDA<br>July Flemmer, Treasurer<br>Sara Torres, Chairperson |
| 4/6/88 | 11/15/90 | POPULIST PARTY OF FLORIDA<br>(in Lake Worth)<br>Jay Hess, Treasurer<br>Steve Wilkerson, Chairman |
| 5/11/89 | 1991 | CONSERVATIVE PARTY OF FLORIDA<br>William Kirk, Treasurer<br>Gerald Avernall, Chairman |
| 9/4/91 | 2/1/93 | THE POPULIST PARTY OF FLORIDA<br>(in West Palm Beach)<br>Joe Colson, Treasurer<br>J. D. Self, Chairman |
| 6/25/92 | 6/25/93 | THE AMERICAN PARTY<br>Herbert Mertz, Treas/Chairman |
| 2/9/93 | 4/27/93 | INDEPENDENCE PARTY<br>Jesse Wilson, Treasurer<br>Howard L. Johnson, Chairman |
| 5/6/93 | 9/22/94 | INDEPENDENCE PARTY OF FLORIDA<br>Donna Shankle, Treasurer<br>Kimberly J. Watson, Chairman |
| 6/2/93 | 10/12/93 | NATURAL LAW PARTY OF THE UNITED STATES OF AMERICA - FLORIDA<br>Bruce Everson, Treasurer<br>Stephen Kordis, Chairman |
| 4/4/94 | 4/14/95 | THE POPULIST PARTY OF FLORIDA<br>Rea White, Treasurer |
| 3/22/94 | 12/29/95 | AMERICAN RESTORE U.S. HARMONY PARTY (AMERICAN R.U.S.H. PARTY)<br>Burt Woodruff, Treasurer |
| 3/22/93 | 7/3/95 | WHIG PARTY<br>Peter A. Karl, President |
| 10/10/94 | THE INDEPENDENCE PARTY OF FLORIDA<br>Box 265<br>69999-02 Merrill Road<br>Jacksonville, FL 32211-2690 | Randall K. Johnson, Treasurer      IDP<br>Howard L. Johnson, Chairman |
| 3/14/95 | CONSTITUTIONAL PARTY OF FLORIDA<br>Post Office Box 5512 | Paul Brown, Treasurer      CST<br>Donald Struble, Chairman |

Sarasota, FL 34277

| 4/4/96 | THE AMERICAN PARTY | Michael Allen, Treasurer/Chair | AMP |
| | 939 52nd Avenue North | | |
| | St. Petersburg, FL 33703 | | |

| RUS | American Restore U.S. Harmony Party |
| IDP | The Independence Party of Florida |
| CST | Constitutional Party of Florida |
| AMP | American Party |

(REVISED 04/23/98)

| DATE OF REGISTRATION | NAME OF PARTY | NAME OF OFFICER (S) | ABBREV. |
|---|---|---|---|
| 6/9/87 | LIBERTARIAN PARTY OF FLORIDA<br>Post Office Box 3012<br>Winter Park, FL 32790-3012 | Marshall Sutherland, Treasurer<br>Dominick J. Dunbar, Chairman<br>PHONE: 800-478-0555<br>407-297-9188<br>FAX:      407-523-3095<br>http://www.lp.org/fl | LIB |
| 3/9/92 | THE GREEN PARTY OF FLORIDA, INC.<br>P.O. Box 10294<br>Pensacola, FL 32524-0294 | Johnny Ardis, Treasurer<br>Anna Boone, Chairman<br>PHONE: 850-474-1495 | GRE |
| 4/21/92 | FLORIDA SOCIALIST WORKERS PARTY<br>137 Northeast 54th Street<br>Miami, FL 33137 | Maureen Coletta, Treasurer<br>Janet Post, Chairperson<br>PHONE: 305-756-1020 | SOC |
| 4/27/93 | INDEPENDENT PARTY<br>8141 Roxbury Avenue<br>Tallahassee, FL 31311-9721 | Jessica Meier, Treasurer<br>Jasper Norris, Chairman<br>PHONE: 850-877-6798 | INT |
| 5/19/95 | NATURAL LAW PARTY OF FLORIDA<br>4427 Violet Avenue<br>Sarasota, FL 34233 | Lorraine J. Wagoner, Treasurer<br>Sam Farling, Chairman<br>PHONE: 813-453-0088 | LAW |
| 10/20/95 | REFORM SILLY PARTY OF FLORIDA<br>c/o Daniel Walker<br>221 East Seventh Avenue<br>Tallahassee, FL 32303 | Dick Bjornseth, Treasurer<br>Daniel Walker, Chairperson<br>NO PHONE LISTED | RES |
| 11/16/95 | REFORM PARTY<br>3 North Madison Street, Ste. 23<br>Quincy, FL 32351-2428 | David L. Goldman, Treasurer<br>Carl L. Owenby, Jr., Chairman<br>PHONE: 850-875-2565 | REF |
| 4/15/96 | THE CONSERVATIVE PARTY OF FLORIDA<br>1320 SE 14TH Street<br>Deerfield Beach, FL 33441 | Stanley Sokolowski, Treasurer<br>Joan Ross, Chair<br>PHONE: 954-421-0001 or -0002 | CNS |
| 6/30/97 | WE THE PEOPLE<br>16 Old Barlow Mt. Road<br>Ridgefield, CT 06877 | Robert Morris Mustard, Treasurer<br>Jeffrey Blair Peters, Chair<br>PHONE: 203-438-0550<br>E-mail: PetersWTP@AOL.com | WTP |
| 8/01/97 | THE FAMILY VALUES PARTY<br>2006 Woodbury Drive<br>Cantonment, Florida 32533 | Tom Wells, Treasurer/Chair<br>PHONE: 850-968-9817<br>E-mail: tomwells1@aol.com<br>Web: http://members.aol.com/tomwells1 | FVP |
| 10/29/97 | AMERICAN REFORM PARTY OF FLORIDA<br>607 Benedict Way<br>Casselberry, Florida 32707 | Tianne Batson, Treasurer<br>Richard Batson, Chairman<br>PHONE: 407-331-1479 | ARP |
| 12/03/97 | LA PARTIE CHRETIENNE DEMCRATIQUE ARCADIENNE<br>c/o Sarala Studios<br>300 Warfield Avenue<br>Venice, Florida 34292 | Robert L. Pribble, II, Treasurer/Chair<br>PHONE: 941-485-0491 | CDA |
| 03/09/98 | Socialist Party of Florida | Bill Only, Treasurer | SPF |

thor: Kathy Cruce at HSMV
te:     7/17/00  4:48 PM
iority: Normal
- 'ot Requested
    enda Washington, Luther Lay
: April Kelley, Jim Parido, David Laing, Jim Rowell, Diana Maus
bject: Political Party Table
------------------------------ Message Contents ------------------------------------
Brenda and Luther,

We need to add four new political parties and delete one as listed
below:

ADD:      FCP    Florida Conservative Party
          SOP    Southern Party of Florida
          CPF    Constitution Party of Florida
          SPF    Socialist Party of Florida

DELETE:   TAX    United States Taxpayers Party of Florida


With the FDLIS lettering system, the following letters have not been
used:

B     C     E     H     J     K     O     Q     U     X     Z

Which letters do you wish to assign to the four additional parties to
be added?  Also, when FDLIS is issuing the voter registration
application, does it spell out the full name of the party or just give
the three letter identifier along with the word party?

    Example:  LIB       Libertarian Party of Florida


I will correct Q10 and Q02 once you answer these questions, but we
need to get this information to all servers as quickly as possible.

Thanks, Kathy

August 20, 1998

TO:          EFO Chiefs
             EFO OMCs
             EFO Management Analysts and Trainers
             Office Supervisors

FROM:        David C. Laing
             Senior Management Analyst II
             Division of Driver Licenses

SUBJECT:     Florida's Minor Political Parties

         Attached is the latest list of Florida's minor political parties issued by the
Division of Elections on April 23, 1998.

         As previously noted, presently FDLIS allows 20 characters for notation of
the minor political party when choosing "Other" under party affiliation.  We should spell
out the name of the minor party due to similar names in parties.  In checking with the
Division of Elections, the following shortened titles are permissible for the various parties.
We have been asked to type out the word party; therefore, if you are going to use an
abbreviation the entry would appear as such, LIB PARTY, GRE PARTY, REF PARTY, etc.

| ABBREV | FLORIDA'S MINOR PARTIES |
|--------|-------------------------|
| LIB    | Libertarian Party of Florida |
| GRE    | The Green Party of Florida, Inc. |
| SOC    | Florida Socialist Workers Party |
| INT    | Independent Party |
| LAW    | Natural Law Party of Florida |
| RES    | Reform Silly Party of Florida |
| REF    | Reform Party |
| CNS    | The Conservative Party of Florida |
| WTP    | We The People |
| FVP    | The Family Values Party |
| ARP    | American Reform Party of Florida |
| CDA    | La Partie Chretienne Democratique Arcadienne |
| SPF    | Socialist Party of Florida |

         Please disseminate this information to all licensing personnel.

DCL:kec
Attachment
cc: Tommy Edwards
    Deb Berlinger
    Warren Smith

                    MINOR POLITICAL PARTIES

thor:  Kathy Cruce at HSMV
te:    7/18/00  9:20 AM
: Brenda Washington
  ither Lay
.. April Kelley
:: Jim Parido
:: David Laing
:: Jim Rowell
:: Diana Maus
:: Kathy Cruce
.bject: Re: Political Party Table
------------------------------- Message Contents -------------------------------

    Brenda,

    I just got another listing from the Division of Elections and in
    addition to what I have previously sent, they have changed the code
    for:

        Florida Socialist Workers Party from SOC to SWP

    Delete:  CNS  The Conservative Party of Florida

    Add:         Christian Party (DOE will call back with the 3-ltr abbv)

    Thanks, Kathy


_____ Reply Separator _____
Subject: Political Party Table
Author:  Kathy Cruce at HSMV
  :    7/17/00 4:56 PM:


    Brenda and Luther,

    We need to add four new political parties and delete one as listed
    below:

    ADD:     FCP  Florida Conservative Party
             SOP  Southern Party of Florida
             CPF  Constitution Party of Florida
             SPF  Socialist Party of Florida

    DELETE:  TAX  United States Taxpayers Party of Florida


    With the FDLIS lettering system, the following letters have not been
    used:

    B   C   E   H   J   K   O   Q   U   X   Z

    Which letters do you wish to assign to the four additional parties to
    be added?  Also, when FDLIS is issuing the voter registration
    application, does it spell out the full name of the party or just give
    the three letter identifier along with the word party?

      Example:  LIB    Libertarian Party of Florida


    I will correct Q10 and Q02 once you answer these questions, but we
    need to get this information to all servers as quickly as possible.

    Thanks, Kathy

:hor:  Kathy Cruce at HSMV
:e:    7/18/00  9:15 AM
iority: Normal
- `ot Requested
    _enda Washington, Luther Lay
: April Kelley, Jim Parido, David Laing, Jim Rowell, Diana Maus
: Kathy Cruce
bject: Re: Political Party Table
-------------------------------- Message Contents --------------------------------

Brenda,

I just got another listing from the Division of Elections and in
addition to what I have previously sent, they have changed the code
for:

    Florida Socialist Workers Party from SOC to SWP

Delete:  CNS  The Conservative Party of Florida

Add:          Christian Party (DOE will call back with the 3-ltr abbv)

Thanks, Kathy


_____ Reply Separator _____
:bject: Political Party Table
:thor:  Kathy Cruce at HSMV
:te:    7/17/00 4:56 PM


Brenda and Luther,

We need to add four new political parties and delete one as listed
below:

ADD:      FCP  Florida Conservative Party
          SOP  Southern Party of Florida
          CPF  Constitution Party of Florida
          SPF  Socialist Party of Florida

DELETE:   TAX  United States Taxpayers Party of Florida


With the FDLIS lettering system, the following letters have not been
used:

B   C   E   H   J   K   O   Q   U   X   Z

Which letters do you wish to assign to the four additional parties to
be added?  Also, when FDLIS is issuing the voter registration
application, does it spell out the full name of the party or just give
the three letter identifier along with the word party?

  Example:  LIB     Libertarian Party of Florida


I will correct Q10 and Q02 once you answer these questions, but we
need to get this information to all servers as quickly as possible.

Thanks, Kathy

**From:**    EKast@mail.dos.state.fl.us (Kast; Ed)
**Date:**    Fri, Sep 1, 2000  2:02 PM
**Subject:** RE: Kathy Cruz's number at DMV

(850)414-7487

-----Original Message-----
From: Veronica Koval [mailto:veronica@ocfelections.com]
Sent: Friday, September 01, 2000 10:04 AM
To: ekast@mail.dos.state.fl.us
Subject: Kathy Cruz's number at DMV

Ed,

Do you have Kathy Cruz's number at DMV in Tallahassee.  I understand she is our DMV contact.

It has just been brought to my attention that the section on the application that is to be completed when someone has been registered elsewhere (name and address where last registered) cannot be completed if the DMV operator says the applicant is a "New Registration".  In checking with all Orange County DMV offices, they all affirm this.  The only way they can get to this section is if they say the applicant is an "Address Change".

I'd like to talk to Kathy to see if this change can be made because I'm afraid we are missing thousands of opportunities to keep our rolls clean.
Veronica Koval



# Voter Registration Report

August 2000

**Katherine Harris**

Secretary of State

Prepared by
Florida Department of State
Division of Elections

10/4/00
8:55 AM

## Voter Registration Monthly Report
### August 2000

| COUNTY | PARTY AFFILIATION | | | | VOTER REGISTRATIO | | FINAL NOTICES | |
|---|---|---|---|---|---|---|---|---|
| | REPUBLICA | DEMOCRATI | MINOR | NONE | NEW VALID | DELETED | MAILED | RESPONSES |
| ALACHUA | 32,730 | 61,493 | 2,144 | 18,010 | 2,903 | 362 | - | - |
| BAKER | | | | | | | | |
| BAY | 33,273 | 43,462 | 3,382 | 10,280 | 1,275 | 309 | 48 | 56 |
| BRADFORD | | | | | | | | |
| BREVARD | 127,831 | 104,626 | 7,101 | 34,450 | 3,213 | 928 | 146 | 329 |
| BROWARD | | | | | | | | |
| CALHOUN | 602 | 6,245 | 46 | 203 | 197 | 45 | 5 | - |
| CHARLOTTE | | | | | | | | |
| CITRUS | 32,579 | 32,210 | 1,716 | 12,444 | 1,138 | 348 | - | - |
| CLAY | | | | | | | | |
| COLLIER | 68,913 | 28,446 | 3,192 | 19,235 | 2,838 | 450 | 41 | 95 |
| COLUMBIA | | | | | | | | |
| DESOTO | 3,720 | 10,057 | 449 | 1,251 | 187 | 40 | - | - |
| DIXIE | | | | | | | | |
| DUVAL | 146,104 | 206,509 | 10,804 | 45,909 | 2,604 | 1,275 | 31,173 | 85 |
| ESCAMBIA | | | | | | | | |
| FLAGLER | 13,492 | 13,077 | 573 | 5,336 | 557 | 201 | 385 | 6 |
| FRANKLIN | | | | | | | | |
| GADSDEN | 2,583 | 22,016 | 216 | 1,028 | 212 | 82 | - | - |
| GILCHRIST | | | | | | | | |
| GLADES | 1,348 | 4,280 | 194 | 290 | 77 | 16 | - | - |
| GULF | | | | | | | | |
| HAMILTON | 665 | 5,919 | 69 | 183 | 91 | 41 | - | - |
| HARDEE | | | | | | | | |
| HENDRY | 4,407 | 10,127 | 238 | 1,281 | 195 | 151 | - | - |
| HERNANDO | | | | | | | | |
| HIGHLANDS | 23,261 | 22,066 | 1,339 | 5,376 | 538 | 202 | 5 | 6 |
| HILLSBOROUGH | | | | | | | | |
| HOLMES | 1,224 | 8,500 | 57 | 327 | 136 | 48 | - | - |
| INDIAN RIVER | | | | | | | | |
| JACKSON | 4,346 | 19,798 | 219 | 1,047 | 309 | 189 | 2,480 | 69 |
| JEFFERSON | | | | | | | | |
| LAFAYETTE | 298 | 3,572 | - | 97 | 50 | 24 | - | - |
| LAKE | | | | | | | | |
| LEE | 122,095 | 78,274 | 5,185 | 42,501 | 3,089 | 797 | 197 | 30 |

Prepared by
Florida Department of State

0/3/00
9:52 AM

2

# Net Activity by Party Affiliation
## August 2000

| COUNTY | REPUBLICAN | DEMOCRATIC | MINOR PARTIES | NO AFFILIATION | TOTAL |
|---|---|---|---|---|---|
| LEE | 1,121 | 786 | 133 | 020 | 2068 |
| LEON | | | | | |
| LEVY | 65 | 163 | 9 | 27 | 264 |
| LIBERTY | | | | | |
| MADISON | 3 | 54 | 0 | 9 | 66 |
| MANATEE | | | | | |
| MARION | 834 | 451 | 48 | 405 | 1738 |
| MARTIN | | | | | |
| MIAMI-DADE | 6,337 | 6,178 | 221 | 550 | 13286 |
| MONROE | | | | | |
| NASSAU | 242 | 142 | 13 | 98 | 495 |
| OKALOOSA | | | | | |
| OKEECHOBEE | 78 | 175 | 7 | 34 | 294 |
| ORANGE | | | | | |
| OSCEOLA | 437 | 513 | 29 | 411 | 1390 |
| PALM BEACH | | | | | |
| PASCO | 217 | 156 | -82 | 501 | 792 |
| PINELLAS | | | | | |
| POLK | 754 | 750 | 96 | 644 | 2244 |
| PUTNAM | | | | | |
| SANTA ROSA | 594 | 296 | 28 | 209 | 1127 |
| SARASOTA | | | | | |
| SEMINOLE | 1,581 | 1,057 | 128 | 1,056 | 3822 |
| ST. JOHNS | | | | | |
| ST. LUCIE | 333 | 427 | 15 | 349 | 1124 |
| SUMTER | | | | | |
| SUWANNEE | 38 | 62 | 1 | 21 | 122 |
| TAYLOR | | | | | |
| UNION | 45 | 144 | -1 | 30 | 210 |
| VOLUSIA | | | | | |
| WAKULLA | -6 | -2 | 1 | -1 | -8 |
| WALTON | | | | | |
| WASHINGTON | 38 | 22 | 5 | 15 | 80 |
| TOTALS | | | | | |

**Prepared by**
**Florida Department of State**
**Division of Elections**

10/4/00
8:55 AM

# Voter Registration Monthly Report
## August 2000

| COUNTY | DHSMV | | MAIL | | PUBLIC ASSISTANCE | | DISABILITY | | RECRUITERS | | PUB. LIB./C.I.L. | | OTHER | | COUNTY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALACHUA | 1,175 | 29% | 1,820 | 45% | 56 | 1% | - | 0% | - | 0% | 151 | 4% | 875 | 21% | 4,077 |
| BAKER | | | | | | | | | | | | | | | 423 |
| BAY | 615 | 36% | 576 | 34% | 83 | 5% | - | 0% | - | 0% | 13 | 1% | 429 | 25% | 1,716 |
| BRADFORD | | | | | | | | | | | | | | | |
| BREVARD | 2,775 | 42% | 1,740 | 26% | 2 | 0% | - | 0% | 1 | 0% | 46 | 1% | 2,104 | 32% | 6,668 |
| BROWARD | | | | | | | | | | | | | | | |
| CALHOUN | 2 | 1% | 9 | 4% | - | 0% | - | | - | 0% | - | 0% | 213 | 95% | 224 |
| CHARLOTTE | | | | | | | | | | | | | | | |
| CITRUS | 705 | 38% | 480 | 26% | 26 | 1% | - | | - | 0% | 17 | 1% | 634 | 34% | 1,862 |
| CLAY | | | | | | | | | | | | | | | |
| COLLIER | 917 | 30% | 1,673 | 55% | 19 | 1% | - | 0% | 28 | 1% | 62 | 2% | 342 | 11% | 3,041 |
| COLUMBIA | | | | | | | | | | | | | | | |
| DESOTO | 73 | 18% | 47 | 12% | 3 | 1% | - | 0% | - | 0% | - | 0% | 273 | 69% | 396 |
| DIXIE | | | | | | | | | | | | | | | |
| DUVAL | 3,615 | 40% | 3,720 | 41% | 128 | 1% | - | 0% | 15 | 0% | - | 0% | 1,583 | 17% | 9,061 |
| ESCAMBIA | | | | | | | | | | | | | | | |
| FLAGLER | 158 | 23% | 281 | 41% | 8 | 1% | - | 0% | - | 0% | 59 | 9% | 182 | 26% | 688 |
| FRANKLIN | | | | | | | | | | | | | | | |
| GADSDEN | 11 | 24% | 63 | 25% | - | 0% | - | 0% | - | 0% | - | 0% | 182 | 71% | 256 |
| GILCHRIST | | | | | | | | | | | | | | | |
| GLADES | | 9% | | 12% | | 0% | | | | 0% | | 0% | 64 | 79% | 81 |
| GULF | | | | | | | | | | | | | | | |
| HAMILTON | 35 | 20% | 25 | 14% | - | 0% | - | 0% | 2 | 1% | - | 0% | 113 | 65% | 175 |
| HARDEE | | | | | | | | | | | | | | | |
| HENDRY | 39 | 9% | 58 | 13% | 10 | 2% | - | 0% | - | 0% | - | 0% | 348 | 76% | 455 |
| HERNANDO | | | | | | | | | | | | | | | |
| HIGHLANDS | 433 | 45% | 276 | 29% | - | 0% | - | 0% | 4 | 0% | - | 0% | 252 | 26% | 966 |
| HILLSBOROUGH | | | | | | | | | | | | | | | |
| HOLMES | 45 | 22% | 14 | 7% | - | 0% | - | 0% | 1 | 0% | - | 0% | 143 | 70% | 203 |
| INDIAN RIVER | | | | | | | | | | | | | | | |
| JACKSON | 114 | 21% | 190 | 35% | 26 | 5% | - | 0% | - | 0% | - | 0% | 207 | 39% | 537 |
| JEFFERSON | | | | | | | | | | | | | | | |
| LAFAYETTE | 2 | 4% | 5 | 10% | - | 0% | - | 0% | - | 0% | - | 0% | 45 | 87% | 52 |
| LAKE | | | | | | | | | | | | | | | |
| LEE | 2,023 | 44% | 1,761 | 39% | 68 | 1% | - | 1% | 16 | 0% | 74 | 2% | 623 | 14% | 4,565 |

**Prepared by**
**Florida Department of State**
Division of Elections

10/3/00
[illegible]:57 AM

# Voter Registration Party Affiliation
## August 2000

| County | Minor Parties | | | | | No Affiliation | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Jan 95 | Total | Aug-00 | Total | Change | Jan 95 | Total | Aug-00 | Total | Change |
| LEE | 165 | 0.08% | 5,185 | 2.09% | 2.01% | 20,311 | 9.84% | 42,501 | 17.13% | 7.30% |
| LEON | 379 | 0.33% | 2,707 | 1.93% | 1.60% | 10,992 | 9.67% | 15,480 | 11.03% | 1.36% |
| LEVY | 451 | 2.88% | 423 | 2.32% | -0.56% | 142 | 0.91% | 1,071 | 5.88% | 4.98% |
| LIBERTY | [illegible] | 0.00% | 10 | 0.27% | 0.27% | 8 | 0.25% | [illegible] | [illegible] | [illegible] |
| MADISON | 71 | 0.84% | 90 | 0.89% | 0.05% | 78 | 0.92% | 224 | 2.21% | 1.29% |
| MANATEE | 282 | 0.20% | 1,160 | 0.69% | 0.48% | 12,868 | 8.90% | 29,282 | 17.45% | 8.55% |
| MARION | 349 | 0.30% | 5,130 | 3.58% | 3.28% | 9,422 | 8.00% | 16,973 | 11.83% | 3.83% |
| MARTIN | 1,940 | 2.80% | 2,670 | [illegible] | [illegible] | 4,217 | 6.09% | 11,964 | [illegible] | [illegible] |
| MIAMI-DADE | 563 | 0.08% | 2,789 | 0.33% | 0.25% | 71,566 | 9.74% | 142,289 | 16.64% | 6.90% |
| MONROE | 486 | 1.20% | 1,809 | [illegible] | [illegible] | 3,756 | 9.24% | 8,229 | [illegible] | 8.30% |
| NASSAU | 152 | 0.62% | 793 | 2.31% | 1.69% | 764 | 3.12% | 3,021 | 8.81% | 5.69% |
| OKALOOSA | [illegible] | 0.38% | 581 | 0.53% | 0.15% | 6,593 | 7.86% | 16,813 | [illegible] | 7.59% |
| OKEECHOBEE | 8 | 0.06% | 360 | 1.49% | 1.43% | 358 | 2.56% | 1,760 | 7.28% | 4.72% |
| ORANGE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 62,580 | [illegible] | 8.48% |
| OSCEOLA | 2,758 | 4.54% | 3,536 | 3.96% | -0.58% | 3,313 | 5.45% | 16,188 | 18.14% | 12.68% |
| PALM BEACH | 1,492 | 0.28% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 108,024 | [illegible] | 5.02% |
| PASCO | 161 | 0.09% | 613 | 0.28% | 0.20% | 18,533 | 9.98% | 40,653 | 18.69% | 8.70% |
| PINELLAS | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| POLK | 77 | 0.04% | 4,718 | 1.81% | 1.77% | 8,592 | 4.81% | 32,731 | 12.58% | 7.76% |
| PUTNAM | [illegible] | [illegible] | [illegible] | 2.75% | [illegible] | 620 | [illegible] | [illegible] | [illegible] | 6.29% |
| SANTA ROSA | 287 | 0.51% | 1,906 | 2.51% | 2.01% | 2,769 | 4.90% | 8,025 | 10.58% | 5.69% |
| SARASOTA | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 16,654 | [illegible] | [illegible] | [illegible] | [illegible] |
| SEMINOLE | 1,181 | 0.80% | 3,785 | 2.10% | 1.30% | 11,511 | 7.77% | 28,904 | 16.01% | 8.23% |
| ST. JOHNS | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| ST. LUCIE | 4,152 | 4.09% | 3,992 | 3.45% | -0.64% | 8,069 | 7.95% | 18,894 | 16.34% | 8.39% |
| SUMTER | 107 | 0.62% | 579 | [illegible] | [illegible] | 699 | 4.05% | [illegible] | [illegible] | [illegible] |
| SUWANNEE | 449 | 2.88% | 1,220 | 5.92% | 3.04% | 12 | 0.08% | 603 | 2.92% | 2.85% |
| TAYLOR | 42 | [illegible] | 145 | [illegible] | [illegible] | 53 | 0.53% | [illegible] | [illegible] | [illegible] |
| UNION | 32 | 0.67% | 34 | 0.51% | -0.16% | 10 | 0.21% | 229 | 3.43% | 3.22% |
| VOLUSIA | 1,938 | [illegible] | 5,547 | [illegible] | [illegible] | [illegible] | 7.35% | 38,830 | [illegible] | [illegible] |
| WAKULLA | 57 | 0.56% | 161 | 1.23% | 0.67% | 213 | 2.10% | 634 | 4.85% | 2.76% |
| WALTON | [illegible] | 0.29% | 500 | 1.84% | [illegible] | [illegible] | [illegible] | 2,640 | [illegible] | 5.81% |
| WASHINGTON | 127 | 1.17% | 246 | 1.73% | 0.56% | 69 | 0.63% | 653 | 4.58% | 3.95% |
| TOTALS | 49,020 | 0.70% | 163,920 | 1.92% | 1.23% | 591,970 | 8.42% | 1,276,350 | 14.98% | 6.57% |

Prepared By
Florida Department of State
[illegible]

# Voter Registration Monthly Report
## August 2000

10/4/00
8:55 AM

| COUNTY | DHSMV | | MAIL | | TOTAL DUPLICATES RECEIVED PUBLIC ASSISTANCE | | DISABILITY | | RECRUITERS | | PUB. LIB./C.I.L. | | OTHER | | COUNTY TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACHUA | 9 | 23% | 22 | 55% | - | 0% | | 0% | | 0% | 2 | 5% | 7 | 18% | 40 |
| Y | 1 | 25% | 3 | 75% | | 0% | | | | 0% | | 0% | | 84% | 4 |
| RADFORD | | 50% | | | | 0% | | 0% | | 0% | | 0% | | 0% | |
| REVARD | 1 | 4% | 23 | 88% | | 0% | | 0% | | | | | 2 | 8% | 26 |
| ROWARD | | 0% | - | | | | | | | | | | 5 | 100% | 5 |
| ALHOUN | - | 0% | | 0% | | 0% | | | | | | | | | |
| ITRUS | 18 | 25% | 30 | 42% | | 1% | | 0% | | 0% | | 0% | 23 | 32% | |
| AY | | 0% | 2 | 100% | | 0% | | | | | | 0% | | 0% | |
| OLLIER | | | | | | | | | | | | | | | |
| OLUMBIA | | | | | | | | | | | | | | | |
| ESOTO | | | | | | | | | | | | | 1 | | |
| UVAL | 1011 | 30% | 188 | 55% | | 0% | | | | 0% | | 0% | 51 | 15% | 341 |
| SCAMBIA | 1 | 7% | 11 | 79% | | 0% | | | | | | 0% | 2 | 14% | 14 |
| LAGLER | | | | | | | | | | | | | | | |
| ADSDEN | - | 0% | 1 | 17% | | 0% | | | | | | 0% | 5 | 83% | 6 |
| LADES | | | | | | | | | | | | | | | |
| AMILTON | | 0% | 1 | 50% | | 0% | | | | 0% | | 0% | 1 | 50% | 2 |
| ENDRY | | | | | | | | | | | | | | | |
| ERNANDO | | | | | | | | | | | | | | | |
| IGHLANDS | | | | | | | | | | | | | | | |
| ILLSBOROUGH | | | | | | | | | | | | | | | |
| OLMES | | | | | | | | | | | | | | | |
| ACKSON | 2 | 20% | 4 | 40% | | 20% | | 0% | | 0% | | 0% | 2 | 20% | 10 |
| AFAYETTE | | | | | | | | | | | | | | | |
| EE | 20 | 35% | 32 | 56% | 1 | 2% | | 0% | | | | 0% | 4 | 7% | 57 |

Prepared by
Florida Department of State
Division of Elections

10/3/00
.57 AM

Voter Registration,      Party Affiliation
August 2000

| County | Total Registered Voters | | | | | | | | | Month Change | Change Since NVRA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan 95 | Jan-00 | Feb-00 | Mar-00 | Apr-00 | May-00 | Jun-00 | Jul-00 | Aug-00 | | |
| LEE | 206,457 | 250,013 | 252,784 | 254,424 | 255,378 | 255,808 | 255,110 | 245,107 | 248,055 | 1.17% | 20.15% |
| LEON | | | | | | | | | | | 24.85% |
| LEVY | 15,646 | 16,794 | 17,011 | 17,215 | 17,414 | 17,410 | 17,627 | 17,939 | 18,203 | 1.47% | 16.34% |
| LIBERTY | | | | | | | | | | | 19.72% |
| MADISON | 8,468 | 9,683 | 9,752 | 9,847 | 9,904 | 9,927 | 9,999 | 10,072 | 10,138 | 0.66% | 19.72% |
| MANATEE | | | | | | | | | | | 21.78% |
| MARION | 117,828 | 136,998 | 138,234 | 139,054 | 139,800 | 140,640 | 141,350 | 141,749 | 143,487 | 1.23% | 21.78% |
| MARTIN | | | | | | | | | | | 16.36% |
| MIAMI-DADE | 734,736 | 813,653 | 817,560 | 821,933 | 825,266 | 827,174 | 831,524 | 841,642 | 854,928 | 1.58% | 16.36% |
| MONROE | | | | | | | | | | | 39.91% |
| NASSAU | 24,508 | 32,037 | 32,247 | 32,712 | 32,953 | 33,091 | 33,493 | 33,795 | 34,290 | 1.46% | 39.91% |
| OKALOOSA | | | | | | | | | | | 72.89% |
| OKEECHOBEE | 13,990 | 23,099 | 23,326 | 23,407 | 23,513 | 23,610 | 23,729 | 23,893 | 24,187 | 1.23% | 72.89% |
| ORANGE | | | | | | | | | | | 46.94% |
| OSCEOLA | 60,743 | 83,860 | 85,563 | 86,145 | 86,373 | 86,568 | 87,051 | 87,863 | 89,253 | 1.58% | 46.94% |
| PALM BEACH | | | | | | | | | | | 17.19% |
| PASCO | 185,637 | 208,869 | 211,023 | 212,037 | 213,091 | 214,225 | 215,584 | 216,763 | 217,555 | 0.37% | 17.19% |
| PINELLAS | | | | | | | | | | | 45.76% |
| POLK | 178,553 | 250,677 | 254,341 | 255,244 | 256,191 | 257,954 | 258,596 | 258,018 | 260,262 | 0.87% | 45.76% |
| PUTNAM | | | | | | | | | | | 34.09% |
| SANTA ROSA | 56,545 | 70,801 | 71,273 | 72,175 | 72,712 | 73,071 | 73,246 | 74,697 | 75,824 | 1.51% | 34.09% |
| SARASOTA | | | | | | | | | | | 21.96% |
| SEMINOLE | 148,054 | 168,984 | 171,007 | 172,657 | 173,666 | 173,961 | 175,176 | 176,751 | 180,573 | 2.16% | 21.96% |
| ST. JOHNS | | | | | | | | | | | 13.96% |
| ST. LUCIE | 101,458 | 139,341 | 113,386 | 114,298 | 114,956 | 115,217 | 115,983 | 114,497 | 115,621 | 0.98% | 13.96% |
| SUMTER | | | | | | | | | | | 32.33% |
| SUWANNEE | 15,581 | 19,881 | 19,561 | 19,786 | 20,307 | 20,317 | 20,426 | 20,496 | 20,618 | 0.60% | 32.33% |
| TAYLOR | | | | | | | | | | | 40.33% |
| UNION | 4,763 | 6,080 | 6,087 | 6,138 | 6,205 | 6,277 | 6,312 | 6,466 | 6,684 | 3.37% | 40.33% |
| VOLUSIA | | | | | | | | | | | 28.72% |
| WAKULLA | 10,147 | 12,568 | 12,658 | 12,836 | 12,870 | 12,951 | 12,989 | 13,069 | 13,061 | -0.06% | 28.72% |
| WASHINGTON | 10,870 | 13,820 | 13,911 | 13,940 | 13,988 | 13,996 | 14,062 | 14,173 | 14,253 | 0.66% | 31.12% |
| TOTALS | 7034,985 | 8290,995 | 8325,018 | 8364,579 | 8399,925 | 8407,532 | 8412,862 | 8439,815 | 8512,906 | 0.91% | 21.09% |

Prepared By
Florida Department of State

10/3/00
9:57 AM

## Voter Registration by Party Affiliation
### August 2000

| County | Republican | | | | Democratic | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Jan 95 | Total | Aug-00 | Total | Change | Jan 95 | Total | Aug-00 | Total | Change |
| ALACHUA | 29,534 | 29.74% | 32,730 | 28.62% | -1.13% | 50,545 | 50.96% | 61,493 | 53.76% | -5.19% |
| BAKER | | | | | | | | | | |
| BAY | 22,217 | 32.95% | 33,273 | 36.81% | 3.86% | 40,305 | 59.77% | 43,462 | 48.00% | -11.69% |
| BRADFORD | | | | | | | | | | |
| BREVARD | 130,182 | 49.41% | 127,831 | 46.65% | -2.76% | 111,869 | 42.46% | 104,626 | 38.18% | -4.28% |
| BROWARD | | | | | | | | | | |
| CALHOUN | 310 | 5.01% | 602 | 8.48% | 3.47% | 5,830 | 94.28% | 6,245 | 88.01% | -6.27% |
| CHARLOTTE | | | | | | | | | | |
| CITRUS | 25,713 | 40.73% | 32,579 | 41.27% | 0.54% | 31,313 | 49.60% | 32,210 | 40.60% | -8.80% |
| CLAY | | | | | | | | | | |
| COLLIER | 55,991 | 65.42% | 68,913 | 57.53% | -7.89% | 22,089 | 25.81% | 28,446 | 23.75% | -2.06% |
| COLUMBIA | | | | | | | | | | |
| DESOTO | 2,415 | 23.64% | 3,720 | 24.04% | 0.40% | 7,447 | 72.90% | 10,057 | 64.98% | -7.92% |
| DIXIE | | | | | | | | | | |
| DUVAL | 112,725 | 34.02% | 146,104 | 35.69% | 1.67% | 199,684 | 60.26% | 206,509 | 50.45% | -9.81% |
| ESCAMBIA | | | | | | | | | | |
| FLAGLER | 10,507 | 48.01% | 13,492 | 41.54% | -4.47% | 10,027 | 43.91% | 13,077 | 40.26% | -3.65% |
| FRANKLIN | | | | | | | | | | |
| GADSDEN | 1,299 | 6.81% | 2,593 | 10.03% | 3.12% | 17,193 | 91.50% | 22,016 | 85.16% | -6.34% |
| GILCHRIST | | | | | | | | | | |
| GLADES | 894 | 18.81% | 1,348 | 22.05% | 3.24% | 3,727 | 78.43% | 4,280 | 70.03% | -8.40% |
| GULF | | | | | | | | | | |
| HAMILTON | 299 | 4.82% | 665 | 9.73% | 4.91% | 5,866 | 94.48% | 5,919 | 86.59% | -7.89% |
| HARDEE | | | | | | | | | | |
| HENDRY | 2,704 | 23.05% | 4,407 | 27.45% | 4.40% | 8,599 | 73.30% | 10,127 | 63.08% | -10.22% |
| HERNANDO | | | | | | | | | | |
| HIGHLANDS | 18,354 | 45.54% | 23,261 | 44.70% | -0.84% | 19,921 | 49.43% | 22,066 | 42.40% | -7.03% |
| HILLSBOROUGH | | | | | | | | | | |
| HOLMES | 499 | 5.68% | 1,224 | 12.11% | 6.43% | 8,216 | 93.49% | 8,500 | 84.09% | -9.40% |
| INDIAN RIVER | | | | | | | | | | |
| JACKSON | 2,599 | 12.50% | 4,346 | 17.10% | 4.61% | 17,869 | 85.91% | 19,798 | 77.91% | -8.00% |
| JEFFERSON | | | | | | | | | | |
| LAFAYETTE | 123 | 3.60% | 298 | 7.51% | 3.91% | 3,271 | 95.81% | 3,572 | 90.04% | -5.77% |
| LAKE | | | | | | | | | | |

Prepared By

0/3/00
9:57 AM

## Voter Registration by Party Affiliation
## August 2000

### Party Affiliation

| County | Republican | | | | | Democratic | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Jan 95 | Total | Aug-00 | Total | Change | Jan 95 | Total | Aug-00 | Total | Change |
| LEE | 110,609 | 53.60% | 122,095 | 49.22% | -4.38% | 75,312 | 36.40% | 78,274 | 31.56% | -4.92% |
| LEON | | | | | | | | | | |
| LEVY | 2,991 | 19.12% | 4,385 | 24.09% | 4.97% | 12,072 | 77.16% | 12,324 | 67.70% | -9.45% |
| LIBERTY | | | | | | | | | | |
| MADISON | 840 | 9.92% | 1,256 | 12.39% | 2.47% | 7,479 | 88.32% | 8,568 | 84.51% | -3.81% |
| MANATEE | | | | | | | | | | |
| MARION | 51,328 | 43.56% | 61,497 | 42.86% | -0.70% | 56,729 | 48.15% | 59,807 | 41.74% | -6.41% |
| MARTIN | | | | | | | | | | |
| MIAMI-DADE | 285,882 | 38.91% | 327,102 | 38.26% | -0.65% | 376,725 | 51.27% | 382,748 | 44.77% | -6.50% |
| MONROE | | | | | | | | | | |
| NASSAU | 7,041 | 28.73% | 13,713 | 39.99% | 11.26% | 16,551 | 67.53% | 16,763 | 48.89% | -18.65% |
| OKALOOSA | | | | | | | | | | |
| OKEECHOBEE | 3,268 | 23.36% | 6,523 | 26.97% | 3.61% | 10,326 | 73.81% | 15,544 | 64.27% | -9.54% |
| ORANGE | | | | | | | | | | |
| OSCEOLA | 26,371 | 43.41% | 32,162 | 36.03% | -7.38% | 28,301 | 46.59% | 37,367 | 41.87% | -4.72% |
| PALM BEACH | | | | | | | | | | |
| PASCO | 81,730 | 44.03% | 88,815 | 40.82% | -3.20% | 85,213 | 45.90% | 87,474 | 40.21% | -5.70% |
| PINELLAS | | | | | | | | | | |
| POLK | 71,644 | 40.12% | 102,029 | 39.20% | -0.92% | 99,240 | 55.58% | 120,784 | 46.41% | -9.17% |
| PUTNAM | | | | | | | | | | |
| SANTA ROSA | 23,193 | 41.02% | 39,244 | 51.76% | 10.74% | 30,299 | 53.58% | 28,649 | 35.15% | -18.44% |
| SARASOTA | | | | | | | | | | |
| SEMINOLE | 80,814 | 54.65% | 88,189 | 48.84% | -5.81% | 54,448 | 38.78% | 59,695 | 33.06% | -3.72% |
| ST. JOHNS | | | | | | | | | | |
| ST. LUCIE | 43,475 | 42.85% | 45,169 | 39.07% | -3.78% | 45,762 | 45.10% | 47,566 | 41.14% | -3.96% |
| SUMTER | | | | | | | | | | |
| SUWANNEE | 2,591 | 16.63% | 4,330 | 21.00% | 4.37% | 12,529 | 80.41% | 14,465 | 70.16% | -10.25% |
| TAYLOR | | | | | | | | | | |
| UNION | 266 | 5.58% | 754 | 11.28% | 5.70% | 4,455 | 93.53% | 5,667 | 84.78% | -8.75% |
| VOLUSIA | | | | | | | | | | |
| WAKULLA | 1,303 | 12.84% | 2,445 | 18.72% | 5.88% | 8,574 | 84.50% | 9,821 | 75.19% | -9.30% |
| WALTON | | | | | | | | | | |
| WASHINGTON | 1,299 | 11.95% | 2,689 | 18.87% | 6.92% | 9,375 | 86.25% | 10,865 | 74.93% | -11.42% |
| TOTALS | | | | | | | | | | |

Prepared By
Florida Department of State

.0/3/00
9:57 AM

# Voter Registration by Party Affiliation
## August 2000

| County | Minor Parties: Jan 95 | Total | Aug-00 | Total | Change | Party Affiliation | No Affiliation: Jan 95 | Total | Aug-00 | Total | Change |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ALACHUA | 609 | 0.61% | 2,144 | 1.87% | 1.26% | *(illegible)* | 9,911 | 9.98% | 18,010 | 15.75% | 5.77% |
| BAKER | | | | | | *(illegible)* | | | | | |
| BAY | 2,187 | 3.24% | 3,382 | 3.74% | 0.50% | *(illegible)* | 2,725 | 4.04% | 10,280 | 11.37% | 7.33% |
| BRADFORD | | | | | | *(illegible)* | | | | | |
| BREVARD | 995 | 0.38% | 7,101 | 2.59% | 2.21% | *(illegible)* | 20,455 | 7.76% | 34,450 | 12.57% | 4.81% |
| BROWARD | | | | | | *(illegible)* | | | | | |
| CALHOUN | 0 | 0.00% | 46 | 0.65% | 0.65% | *(illegible)* | 44 | 0.71% | 203 | 2.86% | 2.15% |
| CHARLOTTE | | | | | | *(illegible)* | | | | | |
| CITRUS | 158 | 0.25% | 1,716 | 2.17% | 1.92% | *(illegible)* | 5,946 | 8.42% | 12,444 | 15.76% | 6.34% |
| CLAY | | | | | | *(illegible)* | | | | | |
| COLLIER | 438 | 0.51% | 3,192 | 2.66% | 2.15% | *(illegible)* | 7,095 | 8.29% | 19,235 | 16.06% | 7.77% |
| COLUMBIA | | | | | | *(illegible)* | | | | | |
| DESOTO | 280 | 2.74% | 449 | 2.90% | 0.16% | *(illegible)* | 74 | 0.72% | 1,251 | 8.08% | 7.36% |
| DIXIE | | | | | | *(illegible)* | | | | | |
| DUVAL | 2,056 | 0.62% | 10,804 | 2.64% | 2.02% | *(illegible)* | 18,889 | 5.70% | 45,909 | 11.22% | 5.52% |
| ESCAMBIA | | | | | | *(illegible)* | | | | | |
| FLAGLER | 120 | 0.53% | 573 | 1.76% | 1.24% | *(illegible)* | 2,181 | 9.55% | 5,336 | 16.43% | 6.88% |
| FRANKLIN | | | | | | *(illegible)* | | | | | |
| GADSDEN | 0 | 0.00% | 216 | 0.84% | 0.84% | *(illegible)* | 299 | 1.59% | 1,028 | 3.98% | 2.39% |
| GILCHRIST | | | | | | *(illegible)* | | | | | |
| GLADES | 105 | 2.21% | 194 | 3.17% | 0.96% | *(illegible)* | 28 | 0.55% | 290 | 4.74% | 4.20% |
| GULF | | | | | | *(illegible)* | | | | | |
| HAMILTON | 40 | 0.84% | 69 | 1.01% | 0.37% | *(illegible)* | 5 | 0.08% | 183 | 2.66% | 2.60% |
| HARDEE | | | | | | *(illegible)* | | | | | |
| HENDRY | 37 | 0.32% | 238 | 1.48% | 1.17% | *(illegible)* | 392 | 3.34% | 1,281 | 7.98% | 4.64% |
| HERNANDO | | | | | | *(illegible)* | | | | | |
| HIGHLANDS | 1,274 | 3.16% | 1,339 | 2.57% | -0.59% | *(illegible)* | 1,053 | 2.61% | 5,376 | 10.33% | 7.72% |
| HILLSBOROUGH | | | | | | *(illegible)* | | | | | |
| HOLMES | 2 | 0.02% | 57 | 0.56% | 0.54% | *(illegible)* | 71 | 0.81% | 327 | 3.24% | 2.43% |
| INDIAN RIVER | | | | | | *(illegible)* | | | | | |
| JACKSON | 11 | 0.05% | 219 | 0.86% | 0.81% | *(illegible)* | 319 | 1.53% | 1,047 | 4.12% | 2.59% |
| JEFFERSON | | | | | | *(illegible)* | | | | | |
| LAFAYETTE | 0 | 0.00% | 0 | 0.00% | 0.00% | *(illegible)* | 20 | 0.59% | 97 | 2.45% | 1.86% |
| LAKE | | | | | | *(illegible)* | | | | | |

Prepared By
Florida Department of State

Voter Registration Monthly Report
August 2000

10/4/00
8:55 AM

| COUNTY | DHSMV | | MAIL | | PUBLIC ASSISTANCE | | DISABILITY | | RECRUITERS | | PUB. LIB./C.I.L. | | OTHER | | COUNTY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEON | 122 | 20% | 1,525 | 38% | | | | | | | | | 3,074 | 27% | 14,015 |
| LEVY | 81 | 23% | 199 | 57% | - | | | 0% | - | | | 0% | 69 | 20% | 349 |
| LIBERTY | | | | | | | | | | | | | | | |
| MADISON | 26 | 15% | 16 | 9% | 4 | 2% | | | | | | | 125 | 73% | 171 |
| MANATEE | | 21% | | | | | | | | | | | | | |
| MARION | 1,424 | 46% | 938 | 30% | 73 | 2% | | | | | 26 | 1% | 644 | 21% | 3,105 |
| MARTIN | | | | | | | | | | | | | | | |
| MIAMI-DADE | 4,881 | 16% | 19,162 | 63% | 95 | 0% | 104 | | 403 | 1% | 238 | 1% | 5,511 | 18% | 30,394 |
| MONROE | | | | | | | | | | | | | | | |
| NASSAU | 333 | 32% | 269 | 25% | | 0% | | | 19 | 2% | | 0% | 434 | 41% | 1,055 |
| OKALOOSA | | | | | | | | | | | | | | | |
| OKEECHOBEE | 84 | 14% | 106 | 18% | 12 | 2% | | | 1 | | | 0% | 389 | 66% | 592 |
| ORANGE | | | | | | | | | | | | | | | |
| OSCEOLA | 466 | 20% | 819 | 36% | 6 | 0% | | | | | 97 | 4% | 911 | 40% | 2,299 |
| PALM BEACH | | | | | | | | | | | | | | | |
| PASCO | 2,041 | 47% | 1,512 | 35% | 13 | 0% | 292 | | | | 68 | 2% | 705 | 16% | 4,341 |
| PINELLAS | | | | | | | | | | | | | | | |
| POLK | 1,125 | 28% | 1,663 | 42% | 62 | 2% | | | | | 1 | 0% | 1,116 | 28% | 3,967 |
| PUTNAM | | | | | | | | | | | | | | | |
| SANTA ROSA | 1,031 | 37% | 776 | 28% | 7 | 0% | | | | | 1 | 0% | 952 | 34% | 2,767 |
| SARASOTA | | | | | | | | | | | | | | | |
| SEMINOLE | 853 | 14% | 3,800 | 63% | - | | | | | | 641 | 11% | 704 | 12% | 5,998 |
| ST. JOHNS | | | | | | | | | | | | | | | |
| ST. LUCIE | 825 | 35% | 602 | 26% | 93 | 4% | | | | | 10 | 0% | 796 | 34% | 2,326 |
| SUMTER | | | | | | | | | | | | | | | |
| SUWANNEE | 70 | 20% | 29 | 8% | 8 | 2% | | | | | | | 236 | 69% | 343 |
| TAYLOR | | | | | | | | | | | | | | | |
| UNION | 10 | 4% | 63 | 28% | 3 | 1% | | | | | 4 | 2% | 145 | 64% | 225 |
| VOLUSIA | | | | | | | | | | | | | | | |
| WAKULLA | 17 | 11% | 9 | 6% | 1 | 1% | | | 1 | | 1 | 1% | 125 | 81% | 154 |
| WALTON | | | | | | | | | | | | | | | |
| WASHINGTON | 60 | 33% | 45 | 25% | 2 | 1% | | | | | | 0% | 73 | 41% | 180 |
| TOTAL | | 30% | | 44% | | 1% | | | | | | 1% | 47,064 | 23% | 207,909 |

Prepared by
Florida Department of State
Division of Elections

## Voter Registration by Party Affiliation
## August 2000

.0/3/00
9:57 AM

| County | Jan 95 | Jan-00 | Feb-00 | Mar-00 | Apr-00 | May-00 | Jun-00 | Jul-00 | Aug-00 | Month Change | Change Since NVRA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Registered Voters | | | | | | |
| ALACHUA | 99,299 | 106,286 | 106,286 | 106,286 | 110,518 | 110,849 | 111,000 | 111,914 | 114,377 | 2.20% | 15.18% |
| BAKER | *(illegible/shaded)* | | | | | | | | | | |
| BAY | 67,434 | 86,738 | 87,434 | 88,847 | 88,088 | 89,260 | 88,582 | 89,128 | 90,397 | 1.42% | 34.05% |
| BRADFORD | *(illegible/shaded)* | | | | | | | | | | |
| BREVARD | 263,471 | 261,479 | 263,562 | 266,934 | 267,808 | 269,528 | 270,947 | 272,813 | 274,008 | 0.44% | 4.00% |
| BROWARD | *(illegible/shaded)* | | | | | | | | | | |
| CALHOUN | 6,184 | 6,519 | 6,639 | 6,639 | 6,698 | 6,730 | 6,824 | 6,943 | 7,096 | 2.20% | 14.75% |
| CHARLOTTE | *(illegible/shaded)* | | | | | | | | | | |
| CITRUS | 63,130 | 76,572 | 76,993 | 77,777 | 78,217 | 78,306 | 78,853 | 79,048 | 78,949 | -0.13% | 25.06% |
| CLAY | *(illegible/shaded)* | | | | | | | | | | |
| COLLIER | 85,593 | 112,329 | 113,919 | 115,177 | 115,729 | 116,312 | 116,844 | 118,029 | 119,786 | 1.49% | 39.95% |
| COLUMBIA | *(illegible/shaded)* | | | | | | | | | | |
| DESOTO | 10,216 | 14,983 | 15,056 | 15,017 | 15,090 | 15,159 | 15,216 | 15,330 | 15,477 | 0.96% | 51.50% |
| DIXIE | *(illegible/shaded)* | | | | | | | | | | |
| DUVAL | 331,354 | 436,255 | 437,429 | 433,631 | 436,836 | 434,690 | 421,218 | 402,564 | 409,328 | 1.69% | 23.53% |
| ESCAMBIA | *(illegible/shaded)* | | | | | | | | | | |
| FLAGLER | 22,835 | 30,765 | 31,250 | 31,478 | 31,616 | 31,661 | 31,849 | 32,097 | 32,478 | 1.19% | 42.23% |
| FRANKLIN | *(illegible/shaded)* | | | | | | | | | | |
| GADSDEN | 18,790 | 24,076 | 24,880 | 24,973 | 25,131 | 25,159 | 25,301 | 25,506 | 25,853 | 1.36% | 37.59% |
| GILCHRIST | *(illegible/shaded)* | | | | | | | | | | |
| GLADES | 4,752 | 5,854 | 5,871 | 5,967 | 5,999 | 6,016 | 6,012 | 6,051 | 6,112 | 1.01% | 28.62% |
| GULF | *(illegible/shaded)* | | | | | | | | | | |
| HAMILTON | 6,209 | 6,684 | 6,685 | 6,707 | 6,689 | 6,717 | 6,610 | 6,768 | 6,836 | 1.00% | 10.10% |
| HARDEE | *(illegible/shaded)* | | | | | | | | | | |
| HENDRY | 11,731 | 15,507 | 15,614 | 15,644 | 15,679 | 15,757 | 15,859 | 15,904 | 16,053 | 0.94% | 36.84% |
| HERNANDO | *(illegible/shaded)* | | | | | | | | | | |
| HIGHLANDS | 40,302 | 50,701 | 51,098 | 51,306 | 51,509 | 51,190 | 51,405 | 51,625 | 52,042 | 0.81% | 29.13% |
| HILLSBOROUGH | *(illegible/shaded)* | | | | | | | | | | |
| HOLMES | 8,788 | 9,676 | 9,710 | 9,771 | 9,828 | 9,850 | 9,914 | 10,000 | 10,108 | 1.08% | 15.02% |
| INDIAN RIVER | *(illegible/shaded)* | | | | | | | | | | |
| JACKSON | 20,799 | 24,758 | 24,931 | 25,012 | 25,151 | 25,075 | 25,115 | 25,242 | 25,410 | 0.67% | 22.17% |
| JEFFERSON | *(illegible/shaded)* | | | | | | | | | | |
| LAFAYETTE | 3,414 | 3,844 | 3,854 | 3,874 | 3,873 | 3,878 | 3,908 | 3,951 | 3,967 | 0.40% | 16.20% |
| LAKE | *(illegible/shaded)* | | | | | | | | | | |

Prepared By
Florida Department of State

10/4/00
8:55 AM

# Voter Registration Monthly Report
## August 2000

| COUNTY | DHSMV | | MAIL | | PUBLIC ASSISTANCE | | TOTAL DUPLICATES RECEIVED DISABILITY | | RECRUITERS | | PUB. LIB./IC.I.I. | | OTHER | | COUNTY TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEON | | 20% | | 30% | | 19% | | 0% | | 0% | | 0% | | 30% | |
| LEVY | 4 | 31% | 7 | 54% | - | | - | 0% | - | 0% | - | 0% | 2 | 15% | |
| LIBERTY | | | | | | | | | | | | | | | |
| MADISON | 4 | 36% | 1 | 9% | 1 | 9% | - | 0% | - | 0% | - | 0% | 5 | 45% | |
| MANATEE | | 28% | | 39% | | 10% | | 0% | | 0% | | 0% | | 23% | |
| MARION | 47 | 30% | 85 | 55% | 8 | 5% | - | 0% | - | 0% | - | 0% | 15 | 10% | 155 |
| MARTIN | | 40% | | 50% | | 0% | | 0% | | 0% | | 0% | | 10% | |
| MIAMI-DADE | 2 | 1% | 130 | 61% | 2 | 1% | - | 0% | 39 | 18% | - | 0% | 41 | 19% | 214 |
| MONROE | | | | | | | | | | | | | | | |
| NASSAU | 15 | 71% | 6 | 29% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | 21 |
| OKALOOSA | | 85% | | 18% | | 100% | | | | | | | | 24% | |
| OKEECHOBEE | - | | - | | - | | - | | - | | - | | - | | |
| ORANGE | | 11% | | 45% | | | | 1% | | 0% | | | | 11% | |
| OSCEOLA | - | 0% | 7 | 78% | - | 0% | - | 0% | - | 0% | 1 | 11% | 1 | 11% | 9 |
| PALM BEACH | | 12% | | 52% | | 24% | | | | | | | | | |
| PASCO | 58 | 32% | 99 | 55% | - | 0% | 1 | 1% | - | 0% | 3 | 2% | 20 | 11% | 181 |
| PINELLAS | | 18% | | 54% | | | | | | | | | | 18% | |
| POLK | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | 4 | 100% | 4 |
| PUTNAM | | 39% | | 41% | | | | | | | | | | 12% | |
| SANTA ROSA | - | 0% | 2 | 100% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | 2 |
| SARASOTA | | | | 50% | | | | | | | | | | 12% | |
| SEMINOLE | 13 | 10% | 93 | 69% | - | 0% | - | 0% | - | 0% | 16 | 12% | 12 | 9% | 134 |
| ST. LUCIE | 4 | 80% | 1 | 20% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | 5 |
| SUMTER | | 25% | | 75% | | | | | | | | | | | |
| SUWANNEE | | | | | | | | | | | | | | | |
| TAYLOR | | 30% | | 70% | | | | | | | | | | | |
| UNION | | | | | | | | | | | | | | | |
| VOLUSIA | | 22% | | 16% | | 22% | | | | | | | | | |
| WAKULLA | - | | - | | - | | - | | - | | - | | - | | |
| WALTON | - | | - | | - | | - | | - | | - | | - | | |
| WASHINGTON | 2 | 100% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | 2 |
| TOTALS | 1008 | 26% | 1805 | 52% | 346 | 11% | | 0% | 39 | 1% | 86 | 2% | 269 | 8% | 3743 |

**Prepared by**
**Florida Department of State**
**Division of Elections**

6

J/3/00
9:52 AM

## Net Activity by Party Affiliation
### August 2000

| COUNTY | REPUBLICAN | DEMOCRATIC | MINOR PARTIES | NO AFFILIATION | TOTAL |
|---|---|---|---|---|---|
| ALACHUA | 639 | 1,134 | 50 | 640 | 2463 |
| BAKER |  |  |  |  |  |
| BAY | 661 | 282 | 34 | 292 | 1269 |
| BRADFORD |  |  |  |  |  |
| BREVARD | 569 | 285 | 96 | 245 | 1195 |
| BROWARD |  |  |  |  |  |
| CALHOUN | -4 | 145 | -3 | 15 | 153 |
| CHARLOTTE |  |  |  |  |  |
| CITRUS | 358 | -720 | 30 | 233 | -99 |
| CLAY |  |  |  |  | 1400 |
| COLLIER | 832 | 392 | 57 | 476 | 1757 |
| COLUMBIA |  |  |  |  |  |
| DESOTO | 18 | 81 | 14 | 34 | 147 |
| DIXIE |  |  |  |  |  |
| DUVAL | 2,548 | 2,571 | 255 | 1,388 | 6762 |
| ESCAMBIA |  |  |  |  |  |
| FLAGLER | 411 | 172 | 3 | 95 | 381 |
| FRANKLIN |  |  |  |  |  |
| GADSDEN | 42 | 251 | 7 | 47 | 347 |
| GILCHRIST |  |  |  |  |  |
| GLADES | 11 | 35 | 1 | 14 | 61 |
| GULF |  |  |  |  |  |
| HAMILTON | 10 | 50 | 2 | 6 | 68 |
| HARDEE |  |  |  |  |  |
| HENDRY | 43 | 84 | 2 | 20 | 149 |
| HERNANDO |  |  |  |  |  |
| HIGHLANDS | 179 | 133 | 22 | 83 | 417 |
| HILLSBOROUGH |  |  |  |  |  |
| HOLMES | 27 | 66 | -1 | 16 | 108 |
| INDIAN RIVER |  |  |  |  |  |
| JACKSON | 48 | 82 | 6 | 32 | 168 |
| JEFFERSON |  |  |  |  |  |
| LAFAYETTE | 12 | 3 | 0 | 1 | 16 |
| LAKE |  |  |  |  |  |

**Prepared by**
**Florida Department of State**
**Division of Elections**

10/4/00
8:55 AM

# Voter Registration Monthly Report
## August 2000

| COUNTY | PARTY AFFILIATION | | | | VOTER REGISTRATIO | | FINAL NOTICES | |
|---|---|---|---|---|---|---|---|---|
| | REPUBLICA | DEMOCRATI | MINOR | NONE | NEW VALID | DELETED | MAILED | RESPONSES |
| LEON | | | | | | | | |
| LEVY | 4,385 | 12,324 | 423 | 1,071 | 348 | 67 | - | - |
| LIBERTY | | | | | | | | |
| MADISON | 1,256 | 8,568 | 90 | 224 | 91 | 28 | - | - |
| MANATEE | | | | | | | | |
| MARION | 61,497 | 59,887 | 5,130 | 16,973 | 2,346 | 412 | - | 14 |
| MARTIN | | | | | | | | |
| MIAMI-DADE | 327,102 | 382,748 | 2,789 | 142,289 | 14,969 | 3,412 | 540 | 390 |
| MONROE | | | | | | | | |
| NASSAU | 13,713 | 16,763 | 793 | 3,021 | 606 | 134 | - | - |
| OKALOOSA | | | | | | | | |
| OKEECHOBEE | 6,523 | 15,544 | 360 | 1,760 | 284 | 62 | - | 4 |
| ORANGE | | | | | | | | 250 |
| OSCEOLA | 32,162 | 37,367 | 3,536 | 16,188 | 1,392 | 291 | 135 | 8 |
| PALM BEACH | | | | | | | | |
| PASCO | 88,815 | 87,474 | 613 | 40,653 | 2,566 | 1,649 | 402 | 271 |
| PINELLAS | | | | | | | | |
| POLK | 102,029 | 120,784 | 4,718 | 32,731 | 3,008 | 709 | - | - |
| PUTNAM | | | | | | | | |
| SANTA ROSA | 39,244 | 26,649 | 1,906 | 8,025 | 690 | 209 | - | - |
| SARASOTA | | | | | | | | |
| SEMINOLE | 88,189 | 59,695 | 3,785 | 28,904 | 4,061 | 799 | 3 | 1 |
| ST. JOHNS | | | | | | | | |
| ST. LUCIE | 45,169 | 47,566 | 3,982 | 18,894 | 1,362 | 495 | - | 270 |
| SUMTER | | | | | | | | |
| SUWANNEE | 4,330 | 14,465 | 1,220 | 603 | 163 | 87 | - | - |
| TAYLOR | | | | | | | | |
| UNION | 754 | 5,667 | 34 | 229 | 225 | 2 | - | - |
| VOLUSIA | | | | | | | | |
| WAKULLA | 2,445 | 9,821 | 161 | 634 | 65 | 73 | - | - |
| WALTON | | | | | | | | |
| WASHINGTON | 2,689 | 10,665 | 246 | 653 | 180 | 100 | - | - |
| TOTALS | | | | | | | | |

Prepared by
Florida Department of State
Division of Elections

Voter Registration Totals
1970 - 2000
127
10/4/00
9:43 AM
Case 1:01-cv-00120-ASG   Document 1801   Entered on FLSD Docket 10/24/2001   Page 100 of

| YEAR | REPUBLICAN | DEMOCRATIC | OTHER | TOTAL |
|---|---|---|---|---|
| 1970 | 711,090 | 2,024,387 | 61,523 | 2,797,000 |
| 1971 | 777,261 | 2,162,185 | 76,485 | 3,015,931 |
| 1972 | 974,999 | 2,394,604 | 117,855 | 3,487,458 |
| 1974 | 1,035,510 | 2,438,580 | 147,166 | 3,621,256 |
| 1976 | 1,138,751 | 2,750,723 | 204,834 | 4,094,308 |
| 1978 | 1,178,671 | 2,812,217 | 226,299 | 4,217,187 |
| 1980 | 1,429,645 | 3,087,427 | 292,649 | 4,809,721 |
| 1982 | 1,500,031 | 3,066,351 | 299,254 | 4,865,636 |
| 1984 | 1,895,937 | 3,313,073 | 365,462 | 5,574,472 |
| 1986 | 2,038,831 | 3,214,753 | 377,604 | 5,631,188 |
| 1988 | 2,360,434 | 3,264,105 | 422,808 | 6,047,347 |
| 1990 | 2,448,488 | 3,149,747 | 432,926 | 6,031,161 |
| 1992 | 2,672,968 | 3,318,565 | 550,292 | 6,541,825 |
| 1994 | 2,747,074 | 3,245,518 | 567,006 | 6,559,598 |
| 1996 | 3,309,105 | 3,728,513 | 1,040,259 | 8,077,877 |
| 1998 | 3,327,207 | 3,731,367 | 1,268,133 | 8,326,707 |
| Aug-00 | 3,361,909 | 3,715,722 | 1,440,270 | 8,517,901 |



1970 - 2000

■OTHER  ⊞REPUBLICAN
□DEMOCRATIC  □TOTAL

Prepared by
Department of State
Division of Elections

1

# Table of Contents

1) Voter Registration Monthly Report

2) Voter Registration by Party Affiliation Report

3) Net Activity by Party Affiliation Report

4) Voter Registration History (1970 - 2000)

This and a variety of other election records and information can be accessed through the Department of State's Internet "home page".

Some examples of information available are:

| | | |
|---|---|---|
| Election Laws | Election Dates | Announced Candidates |
| Initiative Petitions | Election Results | Elections Questions |
| Supervisors of Elections | Florida Elections Commissions | Voting Methods and Systems |
| | On line voter registration application | |

**Our Internet page can be found at:**
**http://election.dos.state.fl.us**

Questions regarding the report should be directed to the DOS Administration of Division of Elections (850) 414-0722.

14. Any and all documents and communications explaining the process by which a Floridian registers to vote through a Division of Driver Licenses office.

**RESPONSE**

Responsive information is included.

# United States Commission on Civil Rights
## February 16, 2001
## Miami, Florida



THE
Florida
Department of
Highway Safety
and Motor Vehicles

Making Highways Safe

# Florida Department of Highway Safety and Motor Vehicles
## *Florida's Voter Registration Act*
### February 2001

The National Voter Registration Act of 1993 was the impetus for creating Chapter 97, Part II, Florida Voter Registration Act, Florida Statutes. F.S. Section 97.057 outlines requirements for the Department of Highway Safety and Motor Vehicles (DHSMV).

**Section 97.057** mandates that DHSMV shall provide the opportunity to register to vote or update a voter registration record to any individual conducting driver license related business with the Department either by visiting a DHSMV office or by mail.

It is important to note that the law does not provide for the Department to register voters. Rather, it provides a means by which the public may apply to county Supervisors of Elections for voter registration while conducting license or ID card transactions.

## Voter Registration Applications Taken By the Department

➤ Examiners processing in-person applications, renewals, or address changes for a Florida driver license or ID card ask the customer if he or she would like to register to vote

➤ The voter registration process is fully automated[1] to eliminate duplicates and uses a form that is identical to the one issued by the Secretary of State[2], in compliance with F.S. 97.052. Printed hard copies of the electronic forms must be signed by the registrant

➤ Completed registration applications are forwarded to the local Supervisor of Elections Office within five days of submission pursuant to F.S. 97.057(4). Department staff mail 47% of completed applications to Supervisor of Elections' offices, 30% are hand-delivered by Department staff, and 23% are picked up by Supervisor of Elections' staff.

➤ Each driver license office prints a daily Motor Voter transmittal report[3] which is sent with the voter registration applications to insure accountability

➤ If an individual declines to apply for a voter registration or update their voter registration record, the Department keeps the declination for at least two years

➤ Upon receipt of the voter registration applications from the Department, the Supervisor of Elections verifies all information and registers the individual to vote, or forwards the applications to the Supervisor of Elections' Offices in the appropriate county of residence

➤ If the information is correct, the Supervisor of Elections sends a voter registration card to the customer

➤ If the information cannot be verified, the Supervisor of Elections Office notifies the customer

➤ The Department compiles lists, by county, of any individuals' names from the driver licenses database who are licensed in another state or deceased and provides these lists annually to the Supervisor of Elections' Offices.

---

[1] Refer to Attachment 1
[2] Refer to Attachment 2
[3] Refer to Attachment 3

# Florida Department of Highway Safety and Motor Vehicles
## *Florida's Voter Registration Act*
### February 2001

## Proposed Enhancements

To insure that all citizens are given the opportunities provided for under Florida's Voter Registration Act, a quality assurance program has been established to enhance the Department's "Motor Voter" process that includes three areas of focus:

### *TRAINING*

- ☞ Reinforce training measures to insure that driver license examiners ask all customers if they would like to make an application for voter registration

- ☞ Enhance internal training with emphasis on: collection of complete information on registration applications, obtaining signatures, *and* utilization of the electronic voter registration process for all applicants

### *COMMUNICATION*

- ☞ The Department will further the partnership between DHSMV, the Division of Elections, and the Supervisors of Elections' Offices by:

  - ↳ Scheduling regular meetings regarding training and public information

  - ↳ Addressing questions relevant to reconciling issues in the registration process

- ☞ Improving Motor Voter awareness by providing information on registration and voting issues through posters, brochures, etc. [*Some cost involved*]

### *ACCOUNTABILITY*

- ☞ The Department will expand existing data systems to supplement performance and accountability measures

- ☞ Software upgrades will be implemented in order to eliminate sources of error in generating forms at driver license offices [*In-house programming with minimal cost*]

- ☞ Developing a validated delivery process with the Supervisors of Elections' Offices by considering the viability of employing a courier service[4] [*Cost will be absorbed in-house*]

- ☞ Proposing modifications to the existing driver license receipt that will indicate voter registration action/status

- ☞ Retaining a copy of each Motor Voter registration transmittal report at the Driver License Office in the interest of strengthening the reconciliation process

---

[4] For a complete list of current delivery methods, refer to Attachment 4

| 1 Are you a U.S. citizen? | 2 | ☒ I am not a convicted felon, or if I am, my rights relating to voting have been restored. | 3 | ☒ I have not been adjudicated mentally incapacitated, or if I have, my competency has been restored. | | Official Use Only |
|---|---|---|---|---|---|---|
| YES | | | | 5 Date of Birth: | | |

4 Type: PARTY CHANGE

| 6 Last Name | | Suffix | First Name | | Middle Name | 7 Sex |
|---|---|---|---|---|---|---|
| LICENSE | | | FLORIDA | | DRIVER | M |

01/01/1950

10 County
LEON

| 8 Legal Residence Address | | City | Zip Code |
|---|---|---|---|
| 2900 APALACHEE PARKWAY | | TALLAHASSEE | FL 32399-6552 |

| 9 Mailing Address | | City | Zip Code |
|---|---|---|---|
| 2900 APALACHEE PARKWAY | | TALLAHASSEE | FL 32399-6552 |

| 11 Homestead exemption address | | City | Zip Code |
|---|---|---|---|
| 2900 APALACHEE PARKWAY | | TALLAHASSEE | FL 32399-6552 |

| 12 Last 4 digits of Social Security Number: | 13 Race | 14 Daytime Phone: | | 15 FL DL/ID number: |
|---|---|---|---|---|
| 6789 | 5 | | Ext. | 1252-244-50-001-0 |

16 Party Affiliation
Reform Party

17 Former Name if making a Name Change

18 Name & Address where last registered
FLORIDA DRIVER LICENSE
1804 WEST MAIN STREET
ADEL
GA 30001

20 Oath: I do solemnly swear (or affirm) that:

- I will protect and defend the Constitution of the United States and the Constitution of the State of Florida.
- I am qualified to register as an elector under the Constitution and laws of the State of Florida.
- I am a U.S. citizen.
- I am a legal resident of Florida.
- All information on this form is true. I understand that if it is not true, I can be convicted of a felony of the third degree and fined up to $5,000 and/or imprisoned for up to five years.

19 Voting Assistance?      NO

Signature or Mark      11/14/00 09:18 86593

NOTE: The fact that you registered to vote at this office will remain confidential and used for voter registration purposes only.

ATTACHMENT 1

# FLORIDA VOTER REGISTRATION APPLICATION FORM

## You Can Use This Form To:
- Register to vote in the State of Florida.
- Let us know if your name or address has changed.
- Register with a political party or change parties.
- Replace your defaced, lost, or stolen registration identification card.

## To Register You Must:
- Be a U.S. citizen.
- Be a Florida resident.
- Be 18 years old (you may pre-register if you are 17).
- Not now be adjudicated mentally incapacitated with respect to voting in Florida or any other state.
- Not have been convicted of a felony in Florida, or any other state, without your civil rights having been restored.
- Not claim the right to vote in another county or state.
- Complete boxes 1, 2, 3, 5, 6, 8, 12 and 20 on the application form.

**ATTENTION:** Items 1, 2, 3, 5, 6, 8, 12 and 20 **MUST** be answered in order for this to be a valid registration.

## Remember:
Only use original applications to register.

## Deadline Information:
If this is a new registration form, the date it is postmarked or delivered to your county supervisor of elections will be your registration date. You must be registered for at least 29 days before you can vote in an election. If your application is complete and you are qualified to vote, information identification card will be mailed to you.

## Notice:
or your decision whether to register, will remain confidential and will be used only for voter registration purposes.

## Homestead Exemption (Box 11):
If you have a homestead exemption in Florida and you register to vote at other than the one in which your homestead property is located, the property appraiser will be notified. Your property may be subject to back taxes if it is determined that you are not entitled.

## Last 4 Digits SSN (Box 12):
The disclosure of your social security number is required pursuant to section 97.052, Florida Statutes.

## Race/Ethnicity (Box 13):
Enter the number that best describes you:
(1) American Indian or Alaskan Native
(2) Asian or Pacific Islander
(3) Black, not Hispanic
(4) Hispanic
(5) White, not Hispanic

## Party Affiliation (Box 16):
- If you wish to register with a major political party, place an "X" in the box preceding the listed party with which you wish to affiliate.
- If you wish to register with a minor political party, place an "X" in the box preceding "Other Party" and print the name of the party with which you wish to affiliate.
- If you wish to register without party affiliation, place an "X" in the box preceding "No Party Affiliation."

**Questions:** Call your county elections office at the telephone number listed on the reverse side of this form.

## Información en Español:
Sírvase llamar a la oficina de elecciones de su condado si le interesa obtener este formulario en español.

---

Revised 7/99 — Please print using a black ballpoint pen. — Official Use Only

[Form fields 1–19]

**Fold on dotted center line, peel off tape, seal and mail.**

ATTACHMENT 2

Florida Dept. of Highway Safety & Motor Vehicles
Division of Driver Licenses

Date: 01/23/2001

END OF DAY REPORT
MOTOR VOTER

Page 1
Date: 01/22/2001
Time: 07:56

Office ID:  Q02 Neil Kirkman Customer Service Center,
2900 Apalachee Parkway
Tallahassee, Fl 322399-0500

| Type | Form# | Name | Void |
|------|-------|------|------|

County: LEON

| Type | Form# | Name | Void |
|------|-------|------|------|
| New Registration | 0002 | Florida Voter Name | |
| | 0003 | Florida Voter Name | |
| | 0004 | Florida Voter Name | |
| | 0005 | Florida Voter Name | |
| | 0007 | Florida Voter Name | |
| Address Change | 0009 | Florida Voter Name | |

County: MANATEE

| Type | Form# | Name | Void |
|------|-------|------|------|
| New Registration | 0001 | Florida Voter Name | |

County: GADSDEN

| Type | Form# | Name | Void |
|------|-------|------|------|
| New Registration | 0006 | Florida Voter Name | |

County: CHARLOTTE

| Type | Form# | Name | Void |
|------|-------|------|------|
| New Registration | 0008 | Florida Voter Name | |

| | |
|---|---|
| Total Form #'s Used: | 9 |
| Total Forms #'s Voided: | 0 |
| Total Forms Included: | 9 |
| Total Manual Forms Used: | 3 |
| Total Motor Voter Forms Used: | 12 |

ATTACHMENT 3

Department of Highway Safety and Motor Vehicles
Schedule of Motor Voter Application Delivery

| Source ID | Office Location | Delivered to Supervisor of Elections by DHSMV | Picked Up by Supervisor of Elections at DHSMV | Mailed by DHSMV to Supervisor of Elections |
|---|---|---|---|---|
| A01 | Pensacola | | | X |
| A02 | Pensacola-Stumpfield | | | X |
| A04 | Milton | | X | |
| A05 | Gulf Breeze | | | X |
| A06 | Crestview | | | X |
| A07 | Ft. Walton Beach | | | X |
| A08 | DeFuniak Springs | | | X |
| A09 | Bonifay | | | X |
| A70 | Century-Tax Collector | | | X |
| B01 | Tallahassee | | | X |
| B02 | East Point | | | X |
| B03 | Port St. Joe | | X | |
| B05 | Marianna | X | | |
| B08 | Chipley | X | | |
| B10 | Parker | | | X |
| B12 | Crawfordville | | X | |
| B14 | Quincy | X | | |
| B70 | North/Tallahassee-Tax Collector | X | | |
| B71 | Westside/Tallahassee-Tax Collector | | | X |
| B72 | Blountstown-Tax Collector. Send customers to Supervisor of Elections in the building. | | | |
| B73 | Monticello-Tax Collector | X | | |
| B74 | Panama City-Tax Collector | X | X | |
| | Lake City | | X | |
| D06 | Cross City | | | X |
| D07 | Trenton | | | X |
| D08 | Chiefland | | | X |
| D09 | Williston | | | X |
| D10 | Gainesville | | | X |
| D12 | Madison | | X | |
| D70 | Jasper-Tax Collector | X | | |
| D71 | Lake Butler-Tax Collector | X | | |
| D72 | Perry-Tax Collector | X | | |
| D73 | Live Oak-Tax Collector | X | | |
| E01 | Jacksonville-Wilson | | | X |
| E02 | Jacksonville-Dunn Ave | | | X |
| E03 | Jacksonville-Southside | | | X |
| E04 | Jacksonville-Mandarin | | | X |
| E05 | Jacksonville Beach | | | X |
| E06 | Yulee | | | X |
| E07 | Macclenney | | X | |
| E09 | Orange Park | | | X |
| E12 | Green Cove Springs | | X | |
| E70 | 103rd Jacksonville-Tax Collector | | | X |
| E71 | Starke-Tax Collector-Tax Collector | X | | |
| E72 | Atlantic Beach-Tax Collector | | | X |
| F01 | Deland | | X | |
| F02 | Daytona Beach | | | X |
| | New Smyrna Beach | | X | |
| F04 | Flagler Beach | X | | |
| F06 | Palatka East | | X | |

Department of Highway Safety and Motor Vehicles
Schedule of Motor Voter Application Delivery

| Office ID | Office Location | Delivered to Supervisor of Elections by DHSMV | Picked Up by Supervisor of Elections at DHSMV | Mailed by DHSMV to Supervisor of Elections |
|---|---|---|---|---|
| F07 | Ocala | | X | |
| F70 | Ocala-Tax Collector | | X | |
| F71 | St. Augustine-Tax Collector | X | | |
| F72 | Ponte Vedra Beach-Tax Collector | X | | |
| F73 | Belleview-Tax Collector | X | | |
| F74 | North Ocala-Tax Collector | | X | |
| F75 | Dunnellon-Tax Collector | | X | |
| G01 | Winter Park | | X | |
| G02 | Orlando | | X | |
| G03 | Orlando South | | X | |
| G04 | Ocoee | | X | |
| G06 | Sanford | | X | |
| G07 | Tavares | | X | |
| G08 | Wildwood | | | X |
| G09 | Leesburg | | | X |
| H01 | Kissimmee | X | | |
| H02 | Titusville | | | |
| H03 | Merritt Island | | | X |
| H04 | Melbourne | X | | |
| H05 | Melbourne-North | | | |
| H06 | Vero Beach | X | | |
| H07 | Okeechobee | | | X |
| H70 | Kissimmee-Tax Collector | X | | |
| | St. Petersburg-Town Plaza | | | X |
| | St. Petersburg-South | | | X |
| J03 | Pinellas Park | | | X |
| J04 | Clearwater | | | X |
| J07 | Tarpon Springs | | | X |
| J70 | Clearwater-Tax Collector | | | |
| K01 | Tampa-West MLK | X | | |
| K02 | Tampa-Hillsborough | X | | |
| K03 | Tampa-Nebraska | X | | |
| K05 | Brandon | X | | |
| K06 | Plant City | X | | |
| K70 | Ruskin-Tax Collector | Picked up by Hillsborough County Courier | | |
| K71 | Tampa-Horizon-Tax Collector | Picked up by Hillsborough County Courier | | |
| K72 | Tampa-Brandon-Tax Collector | Picked up by Hillsborough County Courier | | |
| L01 | Lakeland | | | X |
| L03 | Lake Wales | | | X |
| L04 | Haines City | | | X |
| L06 | Port Richey | | | X |
| L07 | Brooksville | X | | |
| L08 | Inverness | X | | |
| L09 | Crystal River | X | | |
| L10 | Land-O-Lakes | | | X |
| M01 | Bradenton | | | |
| M03 | Sarasota | | X | |
| M05 | Venice | | X | |
| | Wauchula | | X | |
| | Sebring | X | | |
| M09 | Lake Placid | | | X |
| M70 | Sarasota-Tax Collector | Hand Deliver -Same Building | | |

Department of Highway Safety and Motor Vehicles
Schedule of Motor Voter Application Delivery

| Office ID | Office Location | Delivered to Supervisor of Elections by DHSMV | Picked Up by Supervisor of Elections at DHSMV | Mailed by DHSMV to Supervisor of Elections |
|---|---|---|---|---|
| M71 | Bradenton-Tax Collector | | X | |
| M72 | Arcadia-Tax Collector | Hand Deliver-Same Building | | |
| N01 | Fort Myers | X | | |
| N02 | Cape Coral | X | | |
| N03 | Port Charlotte | | X | |
| N05 | Clewiston | X | | |
| N06 | Labelle | | X | |
| N07 | Naples | | X | |
| N70 | Naples-Tax Collector | X | | |
| N71 | Immokalee-Tax Collector | X | | |
| P01 | West Palm Beach | | | X |
| P02 | Delray Beach | | | X |
| P03 | Lantana | | | X |
| P05 | Palm Beach Gardens | X | | |
| P07 | Hobe Sound | | X | |
| P08 | Port St. Lucie | | X | |
| P09 | Fort Pierce | | X | |
| R01 | Lauderdale Lakes | | X | |
| R02 | Pembroke Pines | | X | |
| R03 | Oakbrook | | X | |
| R04 | Pompano Beach | | X | |
| R05 | Deerfield Beach | | X | |
| R06 | Margate | | X | |
| | Fort Lauderdale | | X | |
| | Miami-Bunche Park | | | X |
| S03 | Miami-Sunny Isles Beach | | | X |
| S05 | Hialeah | | | X |
| S06 | Opa Locka | | | X |
| S07 | Miami Central | | | X |
| S09 | Miami Gardens | | | X |
| S11 | Miami-Northside | | | X |
| S12 | Miami N. Dade Justice Center | | | X |
| T01 | Coral Gables | | | X |
| T02 | University | | | X |
| T03 | Kendall | | | X |
| T04 | Coral Reef | | | X |
| T06 | Homestead | | | X |
| T07 | Key Largo | | | X |
| T08 | Marathon | | | X |
| T09 | Key West | | | X |
| T08 | Marathon | | | X |
| T70 | Big Pine Key-Tax Collector | | | X |
| V01 | FLOWMobile | | X | |



Division of Elections - Florida Department of State    Total Site Index



**Florida Department of State**
**Elections Online**

### New Registration by Method and Location of Registration



The graph shows the sources of new voter applications state-wide since the <u>Florida Voter Registration Act</u> went into effect on January 1, 1995. The following table contains the data on which the graph is based:

| Date | SOURCE | | | | | | |
|---|---|---|---|---|---|---|---|
| | DHSMV | MAIL | PUB. ASST. | DISABILITY | RECRUITERS | PL/CIL | OTHER |
| 1995 | 703,989 | 280,778 | 120,916 | 6,838 | 1,102 | 29,119 | 211,988 |
| 1996 | 552,322 | 506,138 | 41,891 | 2,889 | 5,458 | 37,963 | 447,725 |
| 1997 | 543,969 | 205,946 | 24,620 | 2,104 | 750 | 11,348 | 185,060 |
| 1998 | 554,913 | 314,660 | 18,304 | 2,296 | 959 | 14,622 | 237,715 |
| 1999 | 533,673 | 271,316 | 14,717 | 2,143 | 521 | 10,046 | 196,220 |
| 2000 | 609,389 | 657,883 | 15,644 | 2,206 | 4,827 | 42,046 | 479,232 |
| Totals | 3,498,255 | 2,236,721 | 236,092 | 18,476 | 13,617 | 145,144 | 1,757,940 |

**Definitions:**

*DHSMV*
>   Driver's license offices - Department of Highway Safety and Motor Vehicles

*Mail*
>   Registration by Mail

*Pub Assist*
>   Public assistance offices - Food Stamp, AFDC, WIC, Medicaid

*Disability*
>   Offices that serve people with disabilities

*Recruiters*
>   Armed forces recruitment offices

*PL/CIL*
>   Public libraries and Centers for Independent Living

*Other*
>   Other locations - including, but not limited to, in person at supervisor of elections office, other participating sites, and organized voter registration drives

---

Copyright ©, 1999, State of Florida, Department of State. All Rights Reserved and other copyrights apply.

16. Any and all documents and communications describing the process by which the Division of Drivers Licenses insures that voter registration forms are properly received by the local Supervisor of Elections office.

**RESPONSE**

See responsive documents provided for request numbers 2. and 13.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

NATIOINAL ASSOCIATION FOR
THE ADVANCEMENT OF COLORED
PEOPLE, INC., etc., et al.,

Plaintiffs,

v.

**CASE NO.** 01-CIV-120-GOLD
**MAGISTRATE JUDGE SIMONTON**

**KATHERINE HARRIS,**
Secretary of State of Florida, et al.,

Defendants.

_____/

### AFFIDAVIT

STATE OF FLORIDA
COUNTY OF LEON

**BEFORE ME,** this day, personally appeared, **GREGORY FERGUSON,** who first, being duly sworn, deposes and says:

1. He is at least 18 years of age, and that he is competent to testify to the statements set forth herein below:

2. He is employed with the Florida Department of Children and Family Services, as has been so employed since July 1976.

3. Part of Affiant duties and responsibilities include serving as the Statewide Coordinator for the Voter Registration Program for the Florida Department of Children and Family Services. Such duties and responsibilities were assumed on or about June, 2001.

4. Documents that I have reviewed concerning voter registration activities in Florida involving the Florida Department of Children and Family Services include an



EXHIBIT
COMP.
F

1

Information Memorandum received from the U.S. Department of Health and Human Services Administration for Children and Families, dated February 26, 1996.

5. The Information Memorandum describes the voter registration process within the Florida Department of Health and Rehabilitative Services, as of February 26, 1996. See attached.

6. Since February 26, 1996, the only change(s) that I am aware of concerning the Information Memorandum is the name change of the agency from "Florida Department of Health and Rehabilitative Services" to "Florida Department of Children and Family Services".

7. I am not aware of any other information that would cause me to believe that the remainder of the information described in the Information Memorandum has changed.

8. Shortly after being made aware of the allegations and claims set forth in the Amended Complaint filed in the above-described action, the Department inquired of any contacts involving Joanna Clark.

9. A review of the Department's records failed to confirm any contact between the Department and Ms. Clark during the time alleged in the Amended Complaint.

10. **FURTHER AFFIANT SAYETH NAUGHT.**

**SWORN TO** (or affirmed) and subscribed before me this *19*<sup>th</sup> day of October, 2001, by

Gregory Ferguson
Senior Human Services Program Specialist
Department of Children and Family Services
1317 Winewood Boulevard, Bldg. 3, Room 438
Tallahassee, Florida  32399-0700
(850)921-6960

NOTARY PUBLIC
STATE OF FLORIDA

My Commission Expires:  *02/22/03*

Personally known _____ or Produced Identification _____
(Check One)

Type of Identification Produced: *Fl. Driver's License*
*F 622-296-53-009-0*

3

# Aid To Families
# with Dependent Children (AFDC)
# Information Memorandum

U.S. Department of
Health and Human Services
Administration for Children & Families
Office of Family Assistance
Washington, D.C. 20447

**No.**    ACF-IM-96-2

**Date**    February 20, 1996

TO:        STATE AGENCIES ADMINISTERING APPROVED PUBLIC
           ASSISTANCE PROGRAMS AND OTHER INTERESTED PARTIES

SUBJECT:   Innovative Practices for State Agency Voter
           Registration Activities

RELATED
REFERENCES:    P.L. 103-31, IM-93-5, IM-94-4, IM-94-8, AT-94-7,
               IM-95-6, IM-95-8

PURPOSE:   This Informational Memorandum (IM) responds to a
           number of requests from various parties that we
           provide State agencies with operational
           information on voter registration practices that
           are efficient and effective in registering AFDC
           clients to vote.  By sharing this information, it
           is hoped that State agencies will be encouraged to
           consult with their colleagues and adopt practices
           that are successful in registering the AFDC
           population.

BACKGROUND:  A motivating force behind passage of the National
             Voter Registration Act of 1993 (NVRA) was the
             recognition that the right to vote means nothing
             if people are not registered.  The NVRA removed
             significant barriers to registration and thereby
             encourages millions of Americans to exercise their
             essential democratic right to participate in the
             electoral process.  Accordingly, States must now
             offer voter registration services in conjunction
             with an application for services or assistance,
             including AFDC, Food Stamps, Medicaid, and the
             Special Supplemental Food Program for Women,
             Infants, and Children (WIC), State funded programs
             for persons with disabilities, and armed forces
             recruitment centers.  These offices must provide
             the same level of assistance in completing the
             voter registration form as in completing other
             agency forms, unless the applicant refuses such
             assistance.



             A survey compiled and issued in May 1995 by Human
             Serve, a national nonpartisan voter registration
             organization, indicates that we are experiencing
             the largest voter registration increase in
             American history.  Approximately two million
             citizens have registered to vote since the NVRA

took effect.  All States that have implemented the NVRA have reported significant increases in their registration rates.  Discussions with staff from the Federal Election Commission and Human Serve have provided us with examples of States that have been effective in the registration of welfare clients.  Accordingly, this IM offers information as assistance to States seeking to implement or improve upon the processes relative to the NVRA requirements.  The following provides a brief summary of "model" practices as suggested by Human Serve and describes exemplary activities being performed in Florida, New York, Oregon, Kentucky, and Texas.  The summary of State activities includes contacts for additional information.

MODEL
PRACTICES:        INTEGRATION & THE USE OF COMBINED FORMS

When planning for or implementing the NVRA requirements, State agencies must integrate voter registration activities into the normal service process.  The following are suggested "models" for integrating the necessary voter registration information into the application form:

- -   State agencies can complete voter
      registration by computer.  When the
      applications are printed, the computer
      transfers the relevant information directly
      to the voter registration application.

- -   State agencies using a paper application can
      provide the voter registration form as part
      of a pressure sensitive agency intake form.

- -   State agencies using a paper application can
      include a voter registration form as a
      perforated section of an agency intake form.

- -   State agencies can amend their intake forms
      to ask whether applicants wish to register to
      vote and supply separate mail-in voter
      registration forms.  This method is less
      effective than the others since staff will
      have to deal with separate registration
      forms.

The advantage of computer generated and pressure sensitive forms is that they enable the information entered on the agency form to be automatically transferred to the voter

3

registration form.  This simplifies the
registration process, minimizes paperwork, and
saves agency time and money.

It has been constructively argued that the use of
combined forms (i.e., an application that includes
the standard AFDC eligibility and voter
registration information) is critical for
effective voter registration programs, whether the
forms are computer generated, pressure sensitive,
or perforated.  This is because combined forms
make collection simpler (i.e., the voter
registration form is automatically returned with
the agency application).  This streamlines the
process making it truly simultaneous and thereby
saves employee time.

For more information on the use of combined forms
in both computer interactive and paper intensive
environments, please contact:

Human Serve
622 West 113th Street
Suite 410
New York, NY 10025
Telephone (212) 854-4053

STATE
HIGHLIGHTS:     **FLORIDA**

The Florida Department of Health and
Rehabilitative Services (DHRS) has developed a
highly successful program of voter registration.
DHRS has a statewide voter registration
coordinator and designated coordinators in each of
its 15 districts.  The district coordinators are
responsible for the development of district
specific voter registration implementation and
operational plans, training of all staff
responsible for accepting and processing voter
registration applications, and monitoring voter
registration practices to ensure compliance with
Federal and State laws.

Although the implementation of NVRA has meant an
increased workload for staff that are already
overburdened, DHRS has experienced very little
worker opposition.  There are a number of reasons
for this such as the following:

o      DHRS has utilized a "bottoms-up" approach to
       the development of the voter registration

4

program in which each district has been
allowed to develop its own plan within the
confines of Federal and State laws.

o    A statewide task force was created comprised
     of all district coordinators and others.
     This task force met several times and
     emphasized consensus decision making
     regarding how the voter registration program
     could best be implemented within DHRS.  With
     over 40 hours devoted to this task, consensus
     was reached on virtually all issues.

o    From the beginning it was stressed that voter
     registration among the poor and disabled
     would benefit both the client population and
     the agency.

o    In cooperation with the State Division of
     Elections, DHRS developed a training package
     for staff responsible for processing voter
     registration applications.  The package
     included:  (1) an exemplary training video
     produced by the Division of Elections and
     specifically designed for DHRS staff, (2) an
     issue and answer paper that addressed
     frequently asked questions that had been
     surfaced by DHRS staff relative to voter
     registration, (3) the most innovative
     concepts for voter registration drawn from
     the 15 district plans as identified by the
     statewide voter registration task force, and
     (4) a copy of both the Federal and State laws
     governing voter registration.  Using this
     package, the training conducted by the
     district voter registration coordinators was
     considered to be comprehensive and excellent.
     Staff at APWA considered the video to be one
     of the best they have seen.

o    Where possible, DHRS used trained volunteers
     to process voter registration applications.
     This helped to reduce the workload on staff.
     With over 1.5 million voting age consumers in
     DHRS, the Division of Elections has received
     two complaints about DHRS registration
     practices, something the State considers as a
     major accomplishment.

o    The acceptance of this program by the rank
     and file DHRS staff confirms the view that
     when local staff have the opportunity to help

5

plan and implement a program, there is a much greater acceptance of that program due to the opportunity for local input.  This reaffirmed the DHRS perspective that "bottoms-up" planning is far superior to a "top-down" approach.

For additional information on the Florida process, please consult the attached Issues and Answers paper or contact:

Bill Hanson, Senior Management Analyst
Benefit Recovery and Special Programs
Department of Health and Rehabilitative Services
1317 Winewood Blvd.
Tallahassee, Florida 32399-0700
Telephone (904) 922-8001

**NEW YORK**

On July 1, 1994, the New York State Legislature passed enabling legislation for the NVRA.  The State law requires all offices in the State that provide public assistance to combine all applications for services, redeterminations, and changes of address with a perforated "universal agency-based registration form."  The universal form is modeled after the State mail-in form and has a perforated section that contains the required voter registration question and mandated language.  (See the attached form).  As New York public assistance agencies provide all services in person and do not permit applications, redeterminations, or changes of address by mail or phone, this combined form system will reach all eligible applicants.

In addition, the State has produced a Training and Reference Manual (see attachment) to assist agency program and site coordinators in the implementation of the NVRA's agency-based requirements.  It is intended as a quick reference for answering day-to-day voter registration questions and also as a guide for training new employees who must become familiar with the NVRA requirements.  Prior to the issuance of the Manual, comprehensive training on agency-based voter registration procedures was offered to every participating component across the State.  In addition, a teleconference on the NVRA agency-based provisions and related procedures was conducted in March, 1995.  A constructive feature

6

of this teleconference was a question and answer session in which participants throughout the State were able to call in questions and raise issues. The respondents were knowledgeable and answered a wide range of questions in a clear yet precise manner.

The success of the New York agency-based registration initiative is due in large part to the fostering of a cooperative environment between the participating State agencies, the county board of elections and the State Board of Elections. A primary step toward creating this environment is effective communication. New York has made major strides in this direction by issuing the Training and Reference Manual and holding the teleconference as previously mentioned and by producing a training video. Another critical communication device is a newsletter; it is issued by the State Board of Elections and provides updated and corrective information to all appropriate staff.

For additional information on the New York effort, please review the applicable attachments or contact:

The New York State Board of Elections
NVRA Unit
Swan Street Building, Core 1
6 Empire State Plaza, Suite 201
Albany, NY  12223-1650
Telephone (518) 474-1953

**OREGON**

Oregon has developed a unique and flexible combined voter registration form and informational pamphlet (SEL 503). The paper-based form combines the voter registration application with the acceptance/declination language as a single sheet of paper with perforation. Instructions to agency staff on completing the registration forms is covered in the attached Worker Guide Manual, which also includes a thorough description of the agency-based registration process.

The State also provided a memo and an example of translated instructions for clients that speak other languages. Although the attached example is in Spanish, it was pointed out that the translated material is also provided in Russian, Vietnamese,

7

Hmong, Romanian, Laotian, Cambodian, and Mien.
These instructions are available to clients
because only voter registration forms in English
are accepted by the county offices.

For further information on the Oregon practice,
please refer to the applicable attachments or
contact:

Mr. Bill Walker
Adult and Family Services Division
500 Summer Street, NE
Salem, Oregon 97310-1013
Telephone (503) 945-6075

**KENTUCKY**

The Department for Social Insurance (DSI) linked
the public assistance computer system with the
centralized voter registry, giving Kentucky the
most technologically advanced system.

During an application, redetermination, or change
of address, the worker verbally asks if the client
is registered to vote at his/her current address.
The client will be given a carbon copy form
explaining the individual's right to register to
vote, the acceptance/declination language, and a
place to sign if the individual declines to
register to vote.  The client will be given one
copy of the form and the other copy will be
maintained in the agency casefile.

If the client wishes to register to vote, the
public assistance computer will electronically
transfer voter registration data onto a pending
voter registry computer file.  Once the worker has
input the data, the computer will generate a voter
registration form with the relevant information
printed on it.  The client only needs to check off
a political party, sign and date the voter
registration form.  Because the computer system
cannot generate voter registration forms for
changes of address, a client changing an address
for public assistance will be given a blank
standard mail-in voter registration form.  The
client will be provided assistance in completing
the form.  The standard mail-in form will be pre-
addressed to the State Board of Elections and can
be collected at the agency or mailed directly to
the State Board.

For data purposes, the public assistance computer system will create a daily file indicating the number of clients who registered or declined to vote with a code indicating whether the client is a Food Stamp, AFDC, or Medicaid registrant.

The election office clerk will confirm the client's eligibility and finalize the pending computer file in order for the client to be registered to vote.  The client will then officially be added to the centralized voter registry.

For further information on the Kentucky process, please consult the applicable attachments or contact:

Mrs. Marty Mason
Director, Division of Management and Development
Department of Social Insurance
275 East Main Street, 3rd Floor
Frankfort, Kentucky 40621
Telephone (502) 564-3556

**TEXAS**

The success of the Texas effort is in large part due to the continued support and direction provided by the Secretary of State, the chief election official in the State.  In cooperation with the Secretary of State, the Texas Department of Human Services (TDHS) began planning for the implementation of the NVRA in August, 1993.  TDHS staff participated in workgroups consisting of representatives of all affected agencies, voter registration advocates, and county registrars. These workgroup sessions allowed each entity to discuss issues relating to voter registration and how this process would be "worked" into their current functions.  Of critical importance is the ongoing process whereby TDHS staff works closely with the county registrars and other State agencies to monitor the effectiveness of the voter registration initiative.  The State also produced an excellent training video which highlights the major provisions of the NVRA and addresses a range of relevant issues.

For further information on the Texas effort, please review the pertinent attachments or contact:

9

Ms. Sandra Hightower
Texas Department of Human Services
P. O. Box 149030 (W-312)
Austin, Texas 78714-9030
Telephone (512) 438-4893

ATTACHMENTS:    (1) Memoranda prepared by the Florida Department
of Health and Rehabilitative Services dated
February 9 and May 8, 1995 on voter registration
activities; (2) an Issues and Answers paper
prepared by Florida staff dated November 18, 1994;
(3) a copy of Florida bill 2325 as passed by the
Florida legislature; (4) a copy of the Florida
Voter Registration Application Form; (5) the New
York Agency-Based Voter Registration Training and
Reference Manual; (6) a copy of the New York
Agency-Based Voter Registration Form; (7) a New
York State Board of Elections Questions and
Answers paper based on the teleconference of March
30, 1995; (8) a Worker Guide Manual prepared by
the Oregon Department of Human Resources; (9) an
Oregon memorandum and example of translated
instructions for clients to assist them in
completing the voter registration forms; (10) an
Oregon Agency Voter Registration Form; (11) an
Oregon Voter Registration Reporting Form; (12) a
Kentucky Operation Manual Transmittal dated
January 1, 1995; (13) copies of Kentucky forms
used to register clients to vote; (14) Kentucky
information related to the systems request for
registering and electronically transferring the
voter registration data to a file used by the
Board of Elections; (15) Texas agency voter
registration instructions; and (16) a copy of the
Texas voter registration form.

INQUIRIES:    Please direct any questions to the applicable ACF
Regional Administrator or to the State contacts
shown above.

                              Lavinia Limon
                              Director
                              Office of Family Assistance