UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 01-120-CIV-GOLD/SIMONTON

------------------------------------------------------------------------x

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF
COLORED PEOPLE, INC. by its FLORIDA STATE
CONFERENCE OF BRANCHES, et al.,

        Plaintiffs,

vs.

KATHERINE HARRIS, Secretary of State of Florida; et al.,

        Defendants.

------------------------------------------------------------------------x

## NOTICE OF FILING OF DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS ACTION CERTIFICATION

Plaintiffs hereby give notice of filing the attached Declaration of Lori Outzs Borgen, Esq. in Support of Plaintiffs' Supplemental Memorandum of Law in Support of Motion for Class Action Certification, with annexed exhibits 1 to 41.

Dated: November 6, 2001

                                          Respectfully submitted,

                                          Barbara Arnwine
                                          Thomas J. Henderson*
                                          Anita Hodgkiss*

| | |
|---|---|
| Thomasina H. Williams | Lori Outzs Borgen |
| Williams & Associates, P.A. | Lawyers' Committee for Civil Rights |
| Brickell BayView Centre, Suite 1830 |   Under Law |
| 80 S.W. Eighth Street | 1401 New York Ave., N.W., Suite 400 |
| Miami, FL 33130 | Washington, D.C. 20005-2124 |
| Tel. 305-379-6676 | Tel. 202-662-8600 or 888-299-5227 |
| Fax 305-379-4541 | Fax 202-783-5130 |
| FL Bar No. 629227 | lborgen@lawyerscomm.org |
| wmslaw@winstarmail.com | |

1

Dennis Hayes
Angela Ciccolo
NAACP Legal Department
4805 Mt. Hope Drive, Fifth Floor
Baltimore, MD 21215-3297
Tel. 877-622-2798
Fax 410-358-9350
aciccolo@naacpnet.org

Todd A. Cox*
NAACP Legal Defense & Educational
    Fund Inc.
1444 Eye Street, N.W., 10th Floor
Washington, DC 20005
Tel. 202-682-1300
Fax 202-682-1312
tcox@naacpldf.org

Penda Hair*
Judith Browne*
Monique Dixon*
Advancement Project
1730 M Street NW, Suite 401
Washington, DC 20036
Tel. 202-728-9557
Fax 202-728-9558
jbrowneesq@aol.com

Elaine R. Jones
    Director-Counsel
Theodore M. Shaw*
Norman J. Chachkin*
Jacqueline A. Berrien*
Janai S. Nelson*
NAACP Legal Defense & Educational Fund,
Inc.
99 Hudson St., Suite 1600
New York, NY 10013
Tel. 212-965-2200
Fax 212-216-7592
jnelson@naacpldf.org

Laughlin McDonald
ACLU Voting Rights Project
2725 Harris Tower
233 Peachtree Street NE
Atlanta, GA 30303
Tel. 404-523-2721
Fax 404-653-0331
lmcdonald@aclu.org

Louis M. Bograd
American Civil Liberties Union Foundation
National Legal Department
733 15th Street, NW, Suite 620
Washington, DC 20005
Tel. 202-393-1918
Fax 202-393-4931
BOGRAD1@aol.com

Elliot Mincberg*
Larry Ottinger*
Alma C. Henderson*
People for the American Way Foundation
2000 M Street, Suite 400
Washington DC 20036
Tel. 202-467-2392
Fax 202-293-2672
lottinger@pfaw.org

* Admitted *pro hac vice.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed by Federal Express, 2nd day air delivery, postage prepaid, on November 6, 2001 to:

Walter James Harvey, Esq.
Susan Tores, Esq.
Steel Hector & Davis, LLP
200 S. Biscayne Boulevard
41st Floor
Miami, FL 33131-2398
phone: 305-577-2934
fax:    305-577-7001
Attorneys for Katherine Harris,
Secretary of State of Florida, and
Clay Roberts, Director of the
Florida Division of Elections

John W. Little, III, Esq.
Steel Hector & Davis, LLP
1900 Phillips Point West
777 South Flager Drive, Suite 1900
West Palm Beach, FL 33401
phone: 561-650-7270
fax:    561-655-1509
Attorneys for Katherine Harris,
Secretary of State of Florida, and
Clay Roberts, Director of the
Florida Division of Elections

H. Ray Allen, II, Esq.
Sr. Assistant County Attorney
Rebecca M. Kert, Esq.
Assistant County Attorney
Hillsborough County Attorney's Office
601 E. Kennedy Blvd., 27th Floor
Tampa, FL 33602
phone: 813-272-5670
fax: 813-272-5846
Attorneys for Hillsborough County
Supervisor of Elections Pam Iorio

Burnadette Norris-Weeks, Esq.
100 S.E. 6th Street
Ft. Lauderdale, FL 33301
phone: 954-768-9770
fax:    954-768-9790
Attorney for Broward County Supervisor of
Elections Miriam Oliphant

Tracey I. Arpen, Jr., Esq.
Office of General Counsel
City of Jacksonville
117 W. Duval St., Suite 480
Jacksonville, FL 32202
phone: 904-630-1835
fax:    904-630-1316
Attorney for Duval County Supervisor
of Elections John Stafford

Christopher R. Haughee, Esq.
The Bentley Law Group, P.A.
690 E. Davidson St.
Bartow, FL 33830-4051
phone: 863-519-9820
fax:    863-519-0720
Attorney for Leon County
Supervisor of Elections Ion Sancho

Jeffrey P. Ehrlich, Esq.
Assistant County Attorney
Dade County Attorney's Office
Metro Dade Center
111 NW 1st Street, Suite 2810
Miami, FL 33128
phone: 305-375-5151
fax:    305-375-5634
Attorney for Miami-Dade County
Supervisor of Elections David Leahy

Michael Cirullo, Jr., Esq.
Josias Goren Cherof Doody & Ezrol, PA
3099 E. Commercial Blvd., Suite 200
Ft. Lauderdale, FL 33308-4311
phone: 954-771-4500
fax: 954-771-4923
Attorney for Orange County
Supervisor of Elections William Cowles

Mitchell Bloomberg, Esq.
Stephanie Gail Kolman, Esq.
Adorno & Zeder
2601 South Bayshore Drive, Suite 1600
Miami, FL 33133
phone: 305-858-5555
fax: 305-858-4777
Attorney for ChoicePoint, Inc.
d/b/a Database Technologies, Inc.

Raymond W. Bergan, Esq.
Daniel A. Restrepo, Esq.
Williams & Connolly, LLP
725 12th Street, NW
Washington, DC 20005
phone: 202-434-5000
fax: 202-434-5029
Attorneys for ChoicePoint, Inc.
d/b/a Database Technogies, Inc.

Daniel D. Eckert, Esq.
Frank B. Gummey, III, Esq.
Volusia County Attorney's Office
123 W. Indiana Avenue
DeLand, FL 32720-4613
phone: 386-736-5950
fax: 386-736-5990
Attorneys for Volusia County
Supervisor of Elections Deanie Lowe

David V. Kornreich, Esq.
Muller, Mintz, Kornreich, Caldwell,
 Casey, Crosland & Bramnick, PA
First Union Financial Center
200 South Biscayne Boulevard, Suite 3600
Miami, FL 33131
phone: 305-358-5500
fax: 305-379-3802
Attorneys for Volusia County
Supervisor of Elections Deanie Lowe

George L. Waas, Esq.
Douglas B. Mac Innis
Assistant Attorneys General
Department of Legal Affairs
PL-01, The Capitol
Tallahassee FL 32399-1050
phone: 850-414-3662
fax: 850-488-4872
Attorneys for Fred Dickinson,
Executive Direc tor
Florida of High Safety and Motor Vehicles
and
Kathleen Kearney, Secretary of the
Florida Department of Children and
Families

By: _____
    Lori Outzs Borgen