UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 01-CIV-120-GOLD/SIMONTON

NATIONAL ASSOCIATION FOR THE ADVANCMENT OF
COLORED PEOPLE, INC. by its FLORIDA STATE
CONFERENCE OF BRANCHES, et al.

        Plaintiffs,

vs.

KATHERINE HARRIS, Secretary of State of Florida; et al.,

        Defendants.

_____/

## DEFENDANT CHOICEPOINT'S RULE 26(a)(2) STATEMENT

Pursuant to Federal Rule of Civil Procedure 26(a)(2), Local Rule 16.1(K) and the August 14 and November 21, 2001 Orders of this Court setting and revising Pretrial Dates [Document Entries ("DE") 136 and 203], defendant ChoicePoint, Inc., on its behalf and on behalf of Database Technologies, Inc. ("DBT") (currently the ChoicePoint Public Records Group) (hereafter "ChoicePoint") hereby summarizes the expected testimony of Thomas Hiller, designated as ChoicePoint's expert witness on March 1, 2002.

**I.    Qualifications of Witness**

        Mr. Hiller's curriculum vitae is attached hereto as Exhibit 1.

**II.    Subject Matter of Testimony**

        Mr. Hiller is expected to testify regarding data batch processing industry standards/practices.

NON-COMPLIANCE OF S.D. Fla. L.R. _S|A\_

### III. Summary of the Grounds for Testimony

Mr. Hiller's testimony will be based on (1) his review of documents produced in discovery in this case; (2) his interviews of ChoicePoint Public Records Group personnel involved in performing work under the Division of Elections; and (3) his knowledge, skill, training and years of experience in the data processing and information management fields.

### IV. Substance of Facts and Opinions

Mr. Hiller is expected to testify concerning the data batch processing work conducted by DBT at the direction of the Florida Division of Elections under both the 1999 and 2000 contracts between DBT and the Division. This testimony will include an analysis, based on Mr. Hiller's experience and review of the match criteria, of the match criteria used by DBT in concert with the Division of Elections and its consistency with batch processing industry standards. Mr. Hiller is expected to testify regarding the appropriateness of the data verification policies and procedures utilized by DBT in processing public records information for the Division of Elections contract. Mr. Hiller is also expected to testify regarding the appropriateness of the match criteria utilized by DBT. Finally, Mr. Hiller is expected to testify concerning the effect of particular matching logic decisions made by the Division of Elections on the scope and breadth of the resulting exceptions reports developed as a result of DBT's processing activities.

        Respectfully submitted,

        ADORNO & ZEDER

        By: *[signature]*
        Mitchell R. Bloomberg
        Florida Bar No. 197289
        2601 South Bayshore Drive
        Suite 1600
        Miami, FL 33133
        305-858-5555


Raymond W. Bergan
Daniel A. Restrepo
WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005
202-434-50000

March 8, 2002        *Attorneys for Defendant ChoicePoint / DBT*

Case No: 01-0120-Civ-Gold/Simonton

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of foregoing was duly served by mail on this 14 day of March, 2002 upon all persons listed on the attached service list:

_____

340492

# SERVICE LIST

Thomasina H. Williams, Esq.
Law Offices Williams & Associates, P.A.
Brickell Bay View Centre, Suite 1830
80 S.W. Eighth Street
Miami, Florida 33130
Tel: 305-379-6676
Fax: 305-379-4541
E-mail: wmslaw@winstarmail.com
**Attorneys for ALL Plaintiffs**

H. Ray Allen, II
Sr. Assistant County Attorney
P. O. Box 1110
Tampa, Florida 33601
Tel: 813-272-5670
Fax: 813-272-5846
E-mail: allenr@hillsboroughcounty.org
**Attorney for Pam Iorio**
**Hillsborough County Election Supervisor**

Jeffrey P. Ehrlich, Esq.
Assistant County Attorney
Miami-Dade County, Florida
111 N.W. First Street, Suite 2810
Miami, Florida 33128-1993
Tel: 305-375-5744
Fax: 305-375-5611
E-mail: ehrlich@miamidade.gov
**Attorney for Miami-Dade County Supervisor of Elections David Leahy**

Christopher R. Haughee, Esq.
The Bentley Law Group
690 East Davidson Street
Bartow, Florida 33830-4051
Tel: 863-519-9820
Fax: 863-519-0720
E-mail: chaughee@hotmail.com
**Attorneys for Leon County Supervisor of Elections Ion Sancho**

Daniel D. Eckert, Esq.
123 West Indiana Avenue
Deland, Florida 32720-4613
Tel: 386-736-5950
Fax: 386-736-5990
E-mail: deckert@co.volusia.fl.us
**Attorney for Deanie Lowe**
**Volusia County Election Supervisor**

John W. Little, III
Steel, Hector & Davis
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Tel: 561-650-7270
Fax: 561-655-1509
E-mail: jlittle@steelhector.com
**Attorneys for Katherine Harris, Secretary of State of Florida and Clay Roberts, Director of the Florida Division of Elections**

James A. Cherof
Josias, Goren, Cherof, Doody & Ezrol, P.A.
3099 East Commercial Blvd.
Fort Lauderdale, FL 33308
**Attorneys for Broward County Supervisor of Elections Miriam Oliphant**

Bernadette Norris-Weeks
Bernadette Norris-Weeks, P.A.
100 S.E. 6th Street
Fort Lauderdale, FL 33301
Tel: 954-768-9770
Fax: 954-768-9790
E-mail: bnorris199@aol.com
**Attorneys for Broward County Supervisor of Elections Miriam Oliphant**

David V. Kornreich, Esq.
Muller, Mintz, P.A.
Suite 3600
First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Tel: 407-843-1400
Fax: 407-843-1410
E-mail: NA
**Attorneys for Volusia County Supervisor of Elections Deanie Lowe**

Tracey I. Arpen, Esq.
Office of General Counsel
117 W. Duval Street, Suite 480
Jacksonville, Florida 32202-3700
Tel: 904-630-1835
Fax: 904-630-2388
E-mail: tarpen@coj.cnet
**Attorneys for Duval County Supervisor of Elections John Stafford**

Michael Cirullo, Esq.
3099 E. Commercial Blvd., Suite 200
Fort Lauderdale, Florida 33308-4311
Tel: 954-771-4500
Fax: 954-771-4923
E-mail: mcirullo@cityatty.com
**Attorneys for Orange County Supervisor of Elections Williams Cowles**

George Waas, Esq.
Douglas B. Mac Innes
Assistant Attorney General
Office of the Attorney General
The Capitoal - Suite PL-01
Tallahassee, Florida 32399-1050
Tel: 850-414-3300
Fax: 850-488-4872
**Attorneys for Fred Dickinson, Executive Director, Florida High Safety and Motor Vehicles and Katheleen Kearney, Secretary of the Florida Department of Children and Families**

Elaine R. Jones
Jacqueline A. Berrien
Janai S. Nelson
Norman Chachkin, Esq.
Ted Shaw, Esq.
99 Hudson Street, Suite 1600
New York, NY 10013
**NAACP Legal Defense and Educational Fund, Inc**.

Anita Hodgkiss, Esq.
Barbara Arnwine, Esq.
Thomas J. Henderson, Esq.
Lori Outzs Borgen, Esq.
1401 New York Avenue, NW, Suite 400
Washington, DC 20005
Tel: 202-622-8600
Fax: 202-783-5130
E-mail: ahodgkiss@lawyerscomm.org
**Lawyers' Committee for Civil Rights Under Law**
**Attorney for All Plaintiffs**

Raymond W. Bergan, Esq.
Daniel A. Restrepo, Esq.
Williams & Connolly, LLP
725 Twelfth Street NW
Washington, DC 20005-5901
Tel: 202-434-5013
Fax: 202-434-5029
E-mail: rbergan@wc.com
**Attorneys for Choicepoint, Inc.**

Dennis Hayes, Esq.
Angela Cicciolo, Esq.
**NAACP Legal Department**
480-5 Mt. Hope Drive, Fifth Floor
Baltimore, Maryland 20215-3297

Louis M. Bograd, Esq.
**American Civil Liberties Union Foundation National Legal Department**
733 15th Street, NW, Suite 620
Washington, DC 20005

Penda D. Hair, Esq.
Judith A. Browne, Esq.
Monique L. Dixon, Esq.
1730 M Street, NW, Suite 401
Washington, DC 20036
**The Advancement Project**

Elliot Minceberg, Esq.
Larry Ottinger, Esq.
Alma C. Henderson, Esq.
2000 M Street, NW, Suite 400
Washington, DC 20036
**People for the American Way**
**Foundation**

Todd A. Cox, Esq.
1444 Eye Street, NW 10th Floor
Washington, DC 20005
**NAACP Legal Defense & Educational Fund, Inc.**

Steven Shapiro, Esq.
**ACLU Foundation**
125 Broad Street, 18th Floor
New York, NY 10004

Laughlin McDonald, Esq.
Regional Office
2725 Harris Tower
233 Peachtree Street, NE
Atlanta, GA 30303
**ACLU Foudation Southern**

# R E S U M E

THOMAS E. HILLER                                                                                              February 2002

**SUMMARY OF QUALIFICATIONS:**

- Lifetime of experience in the direct marketing and reference services industries; long-term knowledge of the logic behind decision as well as ancillary or corollary decision making processes of the industries.

- In-depth knowledge of basics of data acquisition; pursued successful career, with history of promotions with major supplier of direct marketing data.

- Industry leader in the area of privacy; developed Metromail policy on consumer privacy which became an industry standard.

- Innovative executive able to identify new avenues to pursue in business dealings; new revenue streams or new hires from within or outside the industry.

- Knowledge of federal and state regulations in the area of privacy; managing information to protect and secure the rights of the individuals involved.

- As a member of the DMA Privacy Task Force, was instrumental in establishing the industry's "Fair Information Practices Guidelines".

- Proven leader; assist employees, nurture co-workers to make sound decisions, support them in their activities.

- Promote policy of high employee involvement throughout the company; encourage employee input in decision making process; help people to take responsibility for decisions/actions.

- Excellent communications abilities, honed through three decades of management of staff, constant travel domestic and international and decision making on multi-million dollar decisions on data acquisitions.

**PROFESSIONAL EXPERIENCE**

**Consultants in Information Management, Inc.**            April 1997 – to present

Formed Corporation to assist companies and other organizations with their information management initiatives specific to the collection, maintenance, evaluation, data protection/security and redistribution of information. Also advise companies and organizations in support of their privacy, data, marketing, sales and product strategies.



THOMAS E. HILLER / page 2                              PROFESSIONAL EXPERIENCE – CONT'D

**Metromail Corporation, Lincoln, NE**                    1966 – March 1997

*Vice President, Data Acquisition*        *1990 to March 1997*

In 1989, corporate executives determined to consolidate the data acquisition function in one location; I was promoted to Vice President to lead this new area. Had all responsibility for activities involved in acquisition of all information/data, compliance with governmental regulations in regard to data management and privacy issues.

*Director of Data Acquisition*            *1987 – 1990*

Assumed total responsibility for the Data Acquisition area; served as member of Senior Management Team. A great deal of time in this position was spent organizing and updating the data, making and maintaining contacts with major sources of supply and identifying new sources of data to acquire. During this time, other data acquisition locations were consolidated under one operation and moved to Lincoln.

*Manager of List Operations*              *1973 – 1987*

In 1973, corporate executives determined that the future of the company was grounded in selectively identifying households/prospects by list segmentation. This was the dawn of an entirely new era in the field of direct marketing. I was offered the opportunity to create this department from the ground up. My responsibilities involved identifying lists of qualified prospects for a specific list segment. Supervised up to thirty (30) employees.

*Customer Service Representative*         *1967 – 1973*

Managed and monitored various specialty accounts. Ensure that list orders were produced through various departments accurately and in a timely manner.

*Marketing Department/Order Processing*   *1966 – 1967*

Hired into this position on discharge from the Army. Promoted rapidly through the ranks to the position of Vice President, Data Acquisition.

**EDUCATION**

Lincoln School of Commerce: A.A in Accounting        1962 – 1963

Wayne State College, Wayne, NE: General Coursework leading to Teaching Degree    1961 – 1962

Continuing Education: Have attended hundreds of professional leadership seminars, workshops in such varied subjects as management techniques and specific issues involved in list management.

   Dale Carnegie: Effective Speaking and Human Relations, 1967
   Advanced Management Seminar, 1992
   Executive Technique Seminar, 1994

Karris Negotiations Seminar, 1989

THOMAS E. HILLER / page 3

## ADDITIONAL INFORMATION

**Presentations:**

URISA Conference, 1994
"Consumer Protection: Public Record as Building Blocks of Direct Marketing"

Title Users Group (TUG) Conference, 1995
"Real Estate Information (REI) Sales: Sharing the Crown Jewels"

**Military Service:**

U.S. Army 1964 – 1966
Honorable Discharge with rank of Spec. 4

**Professional Affiliations:**

The Direct Marketing Association
DMA Privacy Task Force (1993 – 1995)

Privacy & American Business

Mid-America Direct Marketing Association

**Community Activities:**

Bennet Community Planning Commission
Bennet Clean Community Committee
Bennet Beautification / Les Anderson Award
Knights of Columbus
Parish Council Chairman