**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA**

FILED BY _____ D.C

02 APR 26 PM 4: 08

CLARENCE HADDOX
CLERK U.S. DIST. CT.
S.D. OF FL - MIAMI

Case No. 01-CIV-120-GOLD/SIMONTON

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF
COLORED PEOPLE, INC. by its FLORIDA STATE
CONFERENCE OF BRANCHES, et. al.

        Plaintiffs,

vs.

KATHERINE HARRIS, Secretary of State of Florida; et al.,

        Defendants.

_____ /

**CHOICEPOINT INC.'S SUPPLEMENTAL
SUMMARY OF EXPERT WITNESS EVIDENCE**

      Pursuant to Fed. R. Civ. P. 26(a)(2), Southern District of Florida Local

Rule 16.1.K., and the August 14, 2001, November 21, 2001, and March 11, 2002

orders of this Court setting and revising pretrial dates (DE 136, 203, 255),

ChoicePoint, Inc., on its behalf and on behalf of Database Technologies, Inc.

(currently the ChoicePoint Public Records Group) (hereafter collectively and

interchangeably "ChoicePoint" or "DBT") hereby summarizes the expected

testimony of Thomas Hiller, designated as ChoicePoint's expert witness on March 1,

2002 (DE 242). This Summary supplements ChoicePoint's Rule 26(a)(2) Statement

(DE 259), filed on March 14, 2002.

      Mr. Hiller's cv is found as Exhibit 1 to ChoicePoint's Rule 26(a)(2)

Statement (DE 259). His entire adult professional career has been in the field of

data acquisition, information management/processing and privacy.  Mr. Hiller was

31 years with Metromail Corporation, now known as Experian, one of the leading

direct marketing and reference service providers in the United States, with some

international presence, servicing all industries.  Mr. Hiller began as a customer

service representative and through a series of advancements held positions as

Manger of List Operations, Director of Data Acquisition and Vice President of Data

Acquisition.  He formed Consultants in Information Management, Inc. in April 1997

to assist other organizations with their information management and privacy needs

specific to the collection, evaluation, maintenance, data protection/security and

redistribution of information.  As a result of his tenure and professional experience

he qualifies as an established expert in information management, data protection,

privacy and security.

Mr. Hiller will testify regarding data batch processing industry

standards and practices.  His testimony will be based on his review of many

thousands of documents made available to the plaintiffs and others as part of

ChoicePoint's Initial Disclosure and responses to document requests, including

internal ChoicePoint emails, the contracts in question between ChoicePoint and the

Florida Division of Elections, attached hereto collectively as Exhibit 1, and the

Requirements Documents for 1999 and 2000, attached hereto as Exhibits 2 and 3;

interviews with ChoicePoint's Public Records Group personnel involved in

performing the work for the Division of Elections, including Marlene Thorogood,

Project Manager, Richard Crook, Lead Program Developer in 1999, Nick Hindle,

Lead Program Developer for the 2000 project, and Chris Knowles, Manager, Batch

Development; a review of the testimony of George A. Bruder, Jr., DBT's senior

executive at the time of the Division of Elections contract, before the United States

Commission on Civil Rights, and the June 16, 2001 opinion and dissenting opinion

of the Commission on Civil Rights; the October 18, 2001 deposition in this case of

Marlene Thorogood, and the October 22, 2001 deposition of Janet Modrow, the

Florida Division of Elections technical consultant and Marlene Thorogood's

counterpart for the contract; and on his knowledge, skill, training and years of

experience in the data processing and information management fields.

      Mr. Hiller will testify that DBT received from the Florida Division of

Elections initially in 1999, and again in 2000, a Central Voters File ("CVF")

containing more than eight million records.  Pursuant to its contract with the

Florida Division of Elections, DBT was asked to determine the extent to which, if

any, those files contained the names of potential deceased persons, persons

registered more than once within the state of Florida, or persons convicted of

felonies in Florida, or elsewhere, whose right to vote had not yet been restored.  In

order to accomplish that, DBT made use of data contained in its own in-house

databases, much of it previously acquired from third parties.  Among the data

obtained from third parties were the Social Security Administration National Death

Register (sometimes referred to as DBT's National Death File), as well as the

Florida Death File obtained from the Florida Bureau of Vital Statistics; drivers'

license data from the Florida Division of Highway Safety and Motor Vehicles; and

felony conviction information from the Florida Department of Corrections, the Florida Division of Law Enforcement, and analogous data from the States of Connecticut, Illinois, Kentucky, New Jersey, Ohio, South Carolina, Texas, Virginia, Washington and Wisconsin, and restoration of right to vote information from the Florida Civil Rights Bureau.

In acquiring data from third parties for processing with existing data, while the correctness of the data must be assumed (i.e., that a John Smith is deceased, or that a John Smith committed a felony in Texas), the first task is always to check for "data integrity", i.e., typing or data entry errors (e.g., non-existent dates) or bad or non-existent Social Security Numbers (e.g., only eight numbers). The "data integrity" issue was appropriately addressed in accordance with batch processing industry standards. ChoicePoint personnel, if needed, verified such data with the supplying party.

One immediately identifiable problem with data received from the Division of Election was that less than 40% of the records on the CVF contained Social Security Numbers, the single most useful personal identifier. To address that shortcoming, among others, DBT processed the CVF against a drivers' license file obtained from the Florida Department of Highway Safety and Motor Vehicles. DBT used a multi-level matching methodology to process the CVF against the drivers' license file. This process analyzed the records contained in the CVF to determine which fields need appending, i.e., what data was missing. When a drivers' license record was located, it was compared to the CVF. The appropriate

- 4 -

personal identifiers, of Social Security Numbers and dates of birth, were appended. By so doing, DBT was able to add certain derived personal identifiers to a "working" copy of the CVF. The CVF, itself, was never changed. This process was carried out in accordance with industry standards and appropriate quality assurance ("QA") tasks were performed.

DBT utilized a multi-level matching methodology for processing the "working" CVF against the Division-supplied death file and DBT's Death Master File, a file which contains more than 57 million records. This process compared personal identifiers of each record contained within the "working" CVF to personal identifiers contained within the Division-supplied death file. If there was no match found in the Division-supplied death file, the personal identifiers were then compared against the DBT Death Master File. If a match was determined from either death file, the records were added to an "exceptions report" of potential deceased individuals. This process, with appropriate QA safeguards, was carried out in accordance with, and was consistent with, batch processing industry standards. Mr. Hiller will testify that in 2000 DBT identified 75,000 records of potential deceased persons, and reported those records in an "exceptions list" to the Florida Division of Elections.

Mr. Hiller will further testify that, in order to determine whether there were duplicate registrants on the CVF, DBT processed the "working" 2000 CVF against itself, an appropriate method of proceeding. Where a record appeared more than once, it was regarded as a potential multiple registrant and was thus reported

to the Florida Division of Elections on a separate "exception list".  Approximately

40,000 records emerged from this process in 2000.  DBT did not attempt to match

any out-of-state registrations.

DBT also utilized a multi-level matching methodology for processing

the CVF against the Division-supplied felony file and DBT's criminal history file.

This process compared personal identifiers of each record contained in the CVF to

personal identifiers contained within the Division-supplied felony file.  If a match

was found, the record was added to an "exceptions report" of potential felons.  If no

match was found, the process was then repeated by matching the CVF personal

identifiers to personal identifiers in DBT's in-house felony file, a file that identifies

persons convicted of felonies in Florida and in other states.  Again, if a match was

found, the record was added to a felony "exceptions report".  DBT was advised by

the Division of Elections that, if a state had a civil rights restoration procedure

analogous to that in Florida and if a person identified as a felon in that state had

gone through the process and received such restoration, Florida would recognize

that restoration.  Kentucky, New Jersey, Virginia and Washington were identified

as such states.  In the other states, in which restoration was automatic upon release

from prison or from a probationary period (Connecticut, Illinois, Ohio, South

Carolina, Texas and Wisconsin), DBT was advised the person identified as having a

felony conviction in those states would have to seek restoration in Florida.  To

identify those who had received restoration in Florida, DBT then utilized a linear

(one-to-one) matching methodology to process the felony "exceptions report" against

- 6 -

a Division-supplied list from the Florida Civil Rights Bureau of felons whose civil rights had been restored.  This process compared personal identifiers of each record contained in the felony "exceptions report" with personal identifiers contained in the Division-supplied list of felons whose civil rights had been restored.  If a match was found, the record was flagged as having had its civil rights restored.  In 2000, approximately 58,000 potential felons were reported on an "exceptions report".

In 1999, utilizing the assistance of a professional statistician from Florida Atlantic University, DBT used random cluster sampling to verify the accuracy of its processing, an entirely appropriate method of proceeding.  This method selected a number of random clusters of 200 potential duplicate registrants, deceased persons or felons, and manually verified those sets.  In 1999, to determine a confidence level of 99% for duplicate registrants and deceased persons, and 95% for felons, the files of 8,349 duplicate registrants, 11,897 deceased persons, and 11,710 felons were manually verified.  Because the random cluster sampling verification was so precise in 1999, the State did not ask that it be done again in 2000.  The number chosen was in excess of industry standards for manual verification.

In making these determinations, and in creating these "exceptions lists", DBT utilized its own match criteria (SameName Function) and additional match criteria determined by the Florida Division of Elections.  Match criteria is frequently a judgment factor.  DBT has used its SameName Function for years.  In 1999, if the social security numbers and either the date of birth or the first name

- 7 -

were identical, and 90% of the characters in the last name were the same, that name would be considered a match, but only if the first letters of the last names were also identical.  Only then was the record reported to the Florida Division of Elections as a potential deceased person, duplicate registrant or felon with an indicator of restoration of civil rights.  The 90% rule as thus described is a rather conservative and somewhat sophisticated abbreviated name matching criteria, which differs from the less stringent name matching criteria more commonly used in the industry for batch processing and list maintenance applications.

In 2000, the 90% rule was reduced to 80%.  The reason for that change was the belief at the Division of Elections that the obvious matches had been found in 1999, and that a broader net should be cast.

Mr. Hiller will testify that the criteria used by DBT at the direction of the Florida Division of Elections, the procedures used by DBT internally, and the various QA steps used by DBT to determine the validity of its end product, were well within data management and data processing industry standards and practices.  In giving this testimony, Mr. Hiller is aware of the requirements of the Florida statutes in 2000 which gave the County Supervisors of Elections the final word in determining whether a specific individual should or should not be removed from the CVF, and of the suggestions of DBT and others on how that function could best be performed.  He is aware of the training offered by DBT in 1999, and offered again but rejected in 2000.  He is aware that DBT's function was only to prepare "exceptions lists" in the three categories described in this Summary, not to remove

- 8 -

anyone from the CVF, and that it was the Supervisors of Elections who were required by statute to perform the final function of determining whether a name was properly on the list. Mr. Hiller is also aware of the testimony by both Marlene Thorogood and Janet Modrow that it was the Division of Elections, not DBT, which divided the three "exception lists" into "probables" and "possibles" before forwarding them to the County Supervisors of Election. Deposition of Janet Modrow, October 22, 2001, pp. 54-55; Deposition of Marlene Thorogood, October 18, 2001, p. 78.

Mr. Hiller is aware of a problem occurring early in the 1999 project. Certain felony records submitted by the State of Florida were those of persons whose felony convictions were either expunged or sealed in accordance with then Florida Statutes Annotated §§ 943.058, 943.0585, 943.059. When this was reported to DBT, it, in cooperation with the Florida Department of Corrections, was able to correct that error and remove the records from the felony "exceptions list". This occurred in 1999, and had no impact on the 2000 CVF.

Mr. Hiller is also aware of the "Texas felony problem" which occurred in 2000. He is aware that approximately 8000 records reported as misdemeanants were erroneously coded as felons. He is aware that this was caused by a failure to "flag" certain records supplied by the State of Texas, but he is also aware that it was corrected within weeks (well in advance of the 2000 election) and that corrected "exception lists" were submitted to the Division of Elections months in advance of the 2000 election. It, too, should have had no effect on the final 2000 CVF.

Mr. Hiller is aware that approximately 160,000 names out of more than 8 million on the CVF (approximately .02%) were identified as either potential deceased persons, multiple registrants, or felons with an indicator of restoration right to vote, divided reasonably equally among those three categories.

Respectfully submitted,

ADORNO & ZEDER

By:   _Mitchell R. Bloomberg_
Mitchell R. Bloomberg
Florida Bar No. 197289
2601 South Bayshore Drive
Suite 1600
Miami, FL 33133
305-858-5555

Raymond W. Bergan
Daniel A. Restrepo
WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005
202-434-5000

April 26, 2002                    *Attorneys for Defendant ChoicePoint / DBT*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of foregoing was duly served by mail on this 26th day of April, 2002 upon all persons listed on the attached service list:

- 11 -

Case No: 01-0120-Civ-Gold/Simonton

## SERVICE LIST

Thomasina H. Williams, Esq.
Law Offices Williams & Associates, P.A.
Brickell Bay View Centre, Suite 1830
80 S.W. Eighth Street
Miami, Florida 33130
Tel: 305-379-6676
Fax: 305-379-4541
E-mail: wmslaw@winstarmail.com
**Attorneys for ALL Plaintiffs**

H. Ray Allen, II
Sr. Assistant County Attorney
P. O. Box 1110
Tampa, Florida 33601
Tel: 813-272-5670
Fax: 813-272-5846
E-mail: allenr@hillsboroughcounty.org
**Attorney for Pam Iorio**
**Hillsborough County Election Supervisor**

Jeffrey P. Ehrlich, Esq.
Assistant County Attorney
Miami-Dade County, Florida
111 N.W. First Street, Suite 2810
Miami, Florida 33128-1993
Tel: 305-375-5744
Fax: 305-375-5611
E-mail: ehrlich@miamidade.gov
**Attorney for Miami-Dade County**
**Supervisor of Elections David Leahy**

Christopher R. Haughee, Esq.
The Bentley Law Group
690 East Davidson Street
Bartow, Florida 33830-4051
Tel: 863-519-9820
Fax: 863-519-0720
E-mail: chaughee@hotmail.com
**Attorneys for Leon County Supervisor of**
**Elections Ion Sancho**

Daniel D. Eckert, Esq.
William J. Bosch, Esq.
123 West Indiana Avenue
Deland, Florida 32720-4613
Tel: 386-736-5950
Fax: 386-736-5990
E-mail: deckert@co.volusia.fl.us
**Attorney for Deanie Lowe**
**Volusia County Election Supervisor**

John W. Little, III
Steel, Hector & Davis
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Tel: 561-650-7270
Fax: 561-655-1509
E-mail: jlittle@steelhector.com
**Attorneys for Katherine Harris, Secretary**
**of State of Florida and Clay Roberts,**
**Director of the Florida Division of Elections**

James A. Cherof
Josias, Goren, Cherof, Doody & Ezrol, P.A.
3099 East Commercial Blvd.
Fort Lauderdale, FL 33308
**Attorneys for Broward County**
**Supervisor of Elections Miriam Oliphant**

Bernadette Norris-Weeks
Bernadette Norris-Weeks, P.A.
100 S.E. 6th Street
Fort Lauderdale, FL 33301
Tel: 954-768-9770
Fax: 954-768-9790
E-mail: bnorris199@aol.com
**Attorneys for Broward County**
**Supervisor of Elections Miriam Oliphant**

Case No: 01-0120-Civ-Gold/Simonton

David V. Kornreich, Esq.
Muller, Mintz, P.A.
Suite 3600
First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Tel: 407-843-1400
Fax: 407-843-1410
E-mail: NA
**Attorneys for Volusia County**
**Supervisor of Elections Deanie Lowe**

Tracey I. Arpen, Esq.
Office of General Counsel
117 W. Duval Street, Suite 480
Jacksonville, Florida 32202-3700
Tel: 904-630-1835
Fax: 904-630-2388
E-mail: tarpen@coj.cnet
**Attorneys for Duval County Supervisor of**
**Elections John Stafford**

Michael Cirullo, Esq.
3099 E. Commercial Blvd., Suite 200
Fort Lauderdale, Florida 33308-4311
Tel: 954-771-4500
Fax: 954-771-4923
E-mail: mcirullo@cityatty.com
**Attorneys for Orange County Supervisor of**
**Elections Williams Cowles**

George Waas, Esq.
Douglas B. Mac Innes
Assistant Attorney General
Office of the Attorney General
The Capitool - Suite PL-01
Tallahassee, Florida 32399-1050
Tel: 850-414-3300
Fax: 850-488-4872
**Attorneys for Fred Dickinson, Executive**
**Director, Florida High Safety and Motor**
**Vehicles and Katheleen Kearney, Secretary**

**of the Florida Department of Children and**
**Families**

Elaine R. Jones
Jacqueline A. Berrien
Janai S. Nelson
Norman Chachkin, Esq.
Ted Shaw, Esq.
99 Hudson Street, Suite 1600
New York, NY 10013
**NAACP Legal Defense and Educational**
**Fund, Inc.**

Anita Hodgkiss, Esq.
Barbara Arnwine, Esq.
Thomas J. Henderson, Esq.
Lori Outzs Borgen, Esq.
1401 New York Avenue, NW, Suite 400
Washington, DC 20005
Tel:  202-622-8600
Fax: 202-783-5130
E-mail: ahodgkiss@lawyerscomm.org
**Lawyers' Committee for Civil Rights**
**Under Law**
**Attorney for All Plaintiffs**

Raymond W. Bergan, Esq.
Daniel A. Restrepo, Esq.
Williams & Connolly, LLP
725 Twelfth Street NW
Washington, DC 20005-5901
Tel: 202-434-5013
Fax: 202-434-5029
E-mail: rbergan@wc.com
**Attorneys for Choicepoint, Inc.**

Dennis Hayes, Esq.
Angela Cicciolo, Esq.
**NAACP Legal Department**
480-5 Mt. Hope Drive, Fifth Floor
Baltimore, Maryland 20215-3297

Case No: 01-0120-Civ-Gold/Simonton

Louis M. Bograd, Esq.
**American Civil Liberties Union**
**Foundation National Legal Department**
733 15th Street, NW, Suite 620
Washington, DC 20005

Penda D. Hair, Esq.
Judith A. Browne, Esq.
Monique L. Dixon, Esq.
1730 M Street, NW, Suite 401
Washington, DC 20036
**The Advancement Project**

Elliot Minceberg, Esq.
Larry Ottinger, Esq.
Alma C. Henderson, Esq.
2000 M Street, NW, Suite 400
Washington, DC 20036
**People for the American Way**
**Foundation**

Todd A. Cox, Esq.
1444 Eye Street, NW 10th Floor
Washington, DC 20005
**NAACP Legal Defense & Educational**
**Fund, Inc.**

Steven Shapiro, Esq.
**ACLU Foundation**
125 Broad Street, 18th Floor
New York, NY 10004

Laughlin McDonald, Esq.
Regional Office
2725 Harris Tower
233 Peachtree Street, NE
Atlanta, GA 30303
**ACLU Foudation Southern**

Dennis Courtland Hayes, Esq.
Angela Ciccolo, Esq.
Dirk P.C. Lawson
**National Association for the Advancement**
**of Colored People ("NAACP")**
4805 Mount Hope Drive
Baltimore, Maryland 21215

## DATA PROCESSING SERVICES AGREEEMENT

This AGREEMENT is executed on November 24, 1998 by and between the **STATE OF FLORIDA, DEPARTMENT OF STATE, DIVISION OF ELECTIONS** (the "Division"), and **DATABASE TECHNOLOGIES, INC.** ("DBT").

**WHEREAS,** the Division must compile a list identifying each registered voter in the State of Florida's central voter file (the "Central Voter File") who is deceased; or who has been convicted of a felony and has not had this voting rights restored; and who has registered to vote in more than one county (the "Disqualification Parameters"); and

**WHEREAS,** in order to meet its obligations, the Division has requested that DBT compare voter registration information in the Central Voter File against (i) a number of DBT databases, including without limitation, DBT's database of criminal convictions; and (ii) certain other databases made available by the Division to DBT in order to assist the Division in identifying registered voters who fall within the Disqualification Parameters; and

**WHEREAS,** DBT has agreed to provide such comparison to the Division pursuant to the terms and conditions set forth herein.

**NOW, THEREFORE,** in consideration of the mutual covenants and promises contained herein, the Parties hereby agree and contract as follows:

1. <u>Phases</u>. Services provided by DBT shall be organized into four discreet phases as described below (Phases I-V) which detail all deliverables and services to be undertaken by the Division and DBT. The Division reserves the right to terminate this Agreement at the conclusion of any phase.

**Phase 1**
The purpose of Phase I is to provide DBT with preliminary copies of certain Division-supplied files in order that DBT may develop any methods, procedures, software, databases or linkages with other DBT-supplied databases required to identify records from the Central Voter File that fall within the Disqualification Parameters. DBT shall provide measures of the effectiveness of accuracy of such processes developed to identify records from the Central Voter File that fall within the Disqualification Parameters.

On or before December 8, 1998, the Division shall provide DBT with copies of the Division's central voter, death and felony conviction files. The Division shall also provide DBT with a clemency file extracted from the Executive Board of Clemency, as soon as those records are available. If a portion of the clemency records are available to the Division by December 8, 1998, they will be provided to DBT. The Division shall provide these files to DBT as ASCII comma-delimited text files on CD-ROM, or in a format and media mutually agreed upon by the Parties.

**ATTACHMENT / EXHIBIT** ___

Unless otherwise agreed by both parties in writing, on or before January 31, 1999, DBT shall deliver to the Division a printed report containing, at a minimum:

     A.     A description of any modifications, reconstruction or conversions applied to the files provided by the Division to DBT;

     B.     An identification of the specific supplemental databases, files or information used by DBT, including the originating source, and age of the data, that identified each specific record that meets the Disqualification Parameters.

     C.     A description of the method used to compare records from the Division-supplied Central Voter File and other databases in order to identify records that meet the Disqualification Parameters;

     D.     An assessment of the accuracy and effectiveness of DBT's procedures for identifying records that meet the Disqualification Parameters. Such assessment shall include a description of the sampling methodology, used to verify that certain records meet Disqualification Parameters and an assessment of the rate at which such methodology failed to identify records that meet the Disqualification Parameters.

**Phase II**
The Division shall receive and review the report provided in Phase I. On or before March 1, 1999, the Division shall notify DBT in writing of the Division's determination whether the results of Phase I have yielded data sufficient to proceed with Phase III, whether further development is warranted to improve the accuracy of results, or following written notice to DBT with the specifics of its reasoning therefor, whether the Division intends to terminate this Agreement.

**Phase III**
Upon receiving the Division's response from Phase II, DBT shall have 30 calendar days to complete any modifications called for in the Division's report and resubmit an assessment of accuracy resulting from these modifications, as described in paragraph 1.(a)D. above. If the 30th day falls on a legal holiday (as defined in Section 110.117, Florida Statues) or a weekend, DBT shall submit its assessment on the next business day.

**Phase IV**
The Division shall provide DBT with newly updated copies of central voter, death, felony convictions and clemency files on or before April 1, 1999. DBT shall have 30 calendar days to reprocess these files in order to identify records that meet the Disqualification Parameters. If the 30th day falls on a legal holiday (as defined in Section 110.117, Florida Statutes) or a weekend, DBT shall submit its reprocessing results on the next business day. On or before May 1, 1999, DBT shall provide the Division with the following reports in a mutually agreed upon ASCII format.

**DBT 01437**

Duplicate Registration Report

A report for each count shall be produced that lists all voter registration records matching those in other counties. Further, the report shall list only those records where a more recent registration (registration date) exists in a matching county. At a minimum, provided the specific information set forth below was originally provided by the Division to DBT or is otherwise available to DBT from the records in its database, the report shall provide the following information:

- County of registered voter
- County of duplicate registration (more recent registration)Last, first and middle name/initial of the registered voter
- Voter identification number in the more recent county of registration
- Birth date of the registered voter
- Registration date of the registered voter
- Gender of the registered voter
- Race of the registered voter
- Social security number of the registered voter (if available)

Death Report

This report shall list all voter registration records matching those in the deaths database. At a minimum, provided the specific information set forth below was originally provided by the Division to DBT or is otherwise available to DBT from the records in its database, the report shall provide the following information:

- County of registered voter
- Last, first and middle name/initial of the registered voter
- Last, first and middle name/initial of the matching death record
- Voter identification number of the registered voter
- Birth date of the registered voter
- Registration date of the registered voter
- Gender of the registered voter and death record
- Race of the registered voter and death record
- Social security number of the registered voter and death record (if available)County of residence or similar state subdivision of death record
- Date of death from death record
- Source of death record, if other than the Division-supplied death file.

Felony Report

This report shall list all voter registration records matching those in the felony database provided by the Division. Only felony convictions occurring in the State of Florida will

3

DBT 01438

be used for matching with the Central Voter File. At a minimum, provided the specific information set forth below was originally provided by the Division to DBT or is otherwise available to DBT from the records in its database, the report shall provide the following information:

- Last, first and middle name/initial of the registered voter
- Last, first and middle name/initial of the matching felony record
- Voter identification number of the registered voter
- Felony record identifier
- Birth date of the registered voter
- Registration date of the registered voter
- Gender of the registered voter and felony record
- Race of the registered voter and felony record
- Social security number of the registered voter (if available) and felony record
- County of residence from felony record
- Date of conviction from felony record
- Source of felony conviction, if other than the Division-supplied felony file

Clemency Report

The first report shall list all voter registration records that match those in the felony database (felony convictions occurring in the State of Florida), but do not match any records in the clemency file (i.e., felons whose voting rights have not been restored). At a minimum, provided the specific information set forth below was originally provided by the Division to DBT or is otherwise available to DBT from the records in its database, the report shall provide the following information:

- Last, first and middle name/initial of the registered voter
- Voter identification number of the registered voter
- Felony record identifier
- Clemency record identifier ⎯⎯⎯
- Birth date of the registered voter
- Registration date of the registered voter
- Gender of the registered voter and felony record
- Race of the registered voter and felony record
- Social security number (if provided) of the registered voter and felony record
- Date of conviction from felony record

The second report shall list voter registration records that match those in the felony database and match any records in the clemency file (i.e., felons whose voting rights have been restored). At a minimum, provided the specific information set forth below was

4

DBT 01439

originally provided by the Division to DBT or is otherwise available to DBT from the records in its database, the report shall provide the following information:

- Last, first and middle name/initial of the matching felony record
- Last, first and middle name/initial of the matching clemency record
- Clemency record identifier
- Felony record identifier
- Date of clemency from clemency record
- Department of Corrections identification number (if available)

DBT will then verify the accuracy of the data contained in the output files. During the verification phase, DBT shall use academically-based and widely utilized statistical formulas to determine the exact number of records necessary to represent a valid cross-section (sample) of the processed files. DBT shall consult a professional statistician to determine the valid cross-section from which to perform this verification and the sample size necessary to provide the Division with an accurate representation of the enter processed Central Voter File. The actual number of identified records from the felony conviction and death records data files are needed to calculate this statistically valid cross-section. Upon the return of the processed data, DBT shall supply the formulas and mathematical calculations and identify the professional statistician used during the verification process.

2. Rights in Division Information. The Division Information shall be provided to DBT solely for use by DBT in providing the services required under this Agreement and shall at all times remain the property of the Division. Information obtained (excluding information purchased from third parties in order for DBT to perform the services hereunder) or created pursuant to the Agreement shall not be used for any purpose other than determining voter eligibility. DBT shall not acquire any rights in the Division Information hereunder except the right to use such information to provide the services in this Agreement.

3. Public Record. All voter registration records and other information in the Central Voter File, excluding any information that is confidential or exempt from public records requirements, shall be considered public records for the purposes of chapter 119, Florida Statutes, the "Public Records" law. The Division reserves the right to unilaterally cancel this Agreement in the event that DBT refuses to allow public access to all documents or other materials with respect to the Central Voter File and the services provided hereunder, subject to the provisions of chapter 119, Florida Statutes.

4. Services. Following receipt of the Division Information, DBT shall provide the Division with processing services in connection with the Central Voter File that include creating a working Central Voter File (the "Working CVF") and then comparing entries on such Working CVF against entries contained in the Division Information, as well as against entries in DBT's proprietary database of public records information and criminal convictions, in order to assist the Division in identifying current registered voters

5

DBT 01440

set forth on the Central Voter File that fall within the Disqualification Parameters (collectively, the "services").

5. Payment. In consideration of providing services to the Division, the Division shall pay DBT the amounts set forth in the attached Exhibit A, in the following increments:

    (A) Twenty percent (20%) upon execution of this agreement.

    (B) Thirty percent (30%) upon successful completion of Phase I, unless a further extension of time is agreed to by DBT and the Division;

    (C) Twenty percent (20%) upon successful completion of Phase III;

    (D) Thirty percent (30%) upon successful completion of Phase IV, and final delivery and acceptance by the Division of the updated Central Voter File, as described in paragraph 1.

In the event the Division is unable to provide any or all of the information by the required deadlines, the Division shall pay DBT for any phases completed by DBT as described in section 1 according to the payment schedule set forth in section 5.

6. Delivery Date. Provided the Division has delivered to DBT the Division Information as provided in the schedule above, DBT shall complete the services on or before May 1, 1999.

7. Breach of Contract. DBT's failure to submit the requested information to the Department on the dates specified in this Agreement for any reason other than a delay attributed to the Division, shall result in liquidated damages to be paid by DBT to the Department at the rate of $1,000.00 for each day that the information cannot be submitted up to a limit of 30 days at which point the following sentence shall apply. DBT's inability to submit the required information for 30 consecutive days beyond the above dates shall constitute a breach of this Agreement by DBT and require a surrender of the performance bond subject to the terms in section 8 below.

Information obtained under this Agreement shall not be used for any purpose other than for determining voter eligibility. Use of the information for any other purpose shall constitute a breach of this Agreement and require a surrender of the performance bond subject to the terms in section 8 below.

8. Performance Bond. DBT shall give bond a surety company authorized to do business in Florida in an amount equal to the value of this Agreement, to be renewed on an annual basis, if necessary. The bond shall be conditioned upon DBT's faithful performance of the work called for in this agreement. Said bond shall be delivered to the Department upon the execution of this Agreement and must be signed by a Florida

DBT 01441

licensed resident agent of the surety who holds a current Power of Attorney from the surety company issuing the bond.

9. Warranty. DBT warrants that the services to be performed hereunder shall be performed in a manner consistent with professional standards and practices of professional organizations providing processing services similar to the services on the date such services are provided. EXCEPT AS SET FORTH IN THE PRECEDING SENTENCE, DBT MAKES NO WARRANTIES WITH RESPECT TO THE SERVICES INCLUDING, WITHOUT LIMITATION, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

10. . Limitation of Liability: No Consequential Damages. DBT's entire liability in connection with the Services hereunder shall not exceed the Fees collected by DBT for such Services. IN NO EVENT SHALL DBT BE LIABLE HEREUNDER OR IN CONNECTION WITH THE SERVICES FOR ANY INDIRECT, SPECIAL, PUNITIVE OR CONSEQUENTIAL DAMAGES, EVEN IF DBT IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

11. Liability. The Division shall not assume any liability for the acts, omissions to act or negligence of DBT, its agents, servants or employees; nor shall DBT exclude liability for its own acts, omissions to act or negligence to the Division. DBT hereby agrees to be solely responsible for any injury or property damage resulting from any activities conducted by the DBT, its agents, servants or employees.

DBT, agrees to indemnify and hold the Division harmless from and against any and all claims or demands for damages, other than by a state agency or subdivision of the Division, including attorney fees and court costs, resulting from personal injury, including death, or damage to property, arising out of any activities performed under this Agreement, omissions to act or negligence of DBT, its agents, servants or employees. In addition, DBT shall investigate all such claims at its own expense.

DBT shall be solely responsible for all work performed and all expenses incurred in connection with the services. DBT may subcontract as necessary to perform the services set forth in this Agreement, including entering into subcontracts with contractors for services and commodities, provided that it is understood by DBT that the Division shall not be liable to the subcontractor for any expense or liabilities incurred under the subcontract and that DBT shall be solely liable to the subcontractor for all expenses and liabilities incurred under the subcontract.

12. Term of Agreement. The terms of the Agreement shall commence on the date hereof and shall continue until the satisfactory completion of the services required under Phases I-IV of this Agreement. Notwithstanding the foregoing, the Division may terminate the Agreement at anytime after the end of Phase I upon ten (10) days prior written notice to DBT. In such event, the Division shall pay DBT for work performed by

DBT 01442

DBT up to the date of termination. Provided, DBT shall have 30 days to cure any specified defect or failure to perform, which forms the basis of any such termination.

13. Notices. Any notice or other communication hereunder shall be in writing and shall be duly given (i) on the date of delivery if received in person, (ii) on the business day after dispatch if sent by documented overnight delivery services such as Federal Express; (iii) on the date of transmission if sent by facsimile transmission, provided that a confirmation copy thereof is sent no later than the business day following transmission by documented overnight delivery service or certified mail, postage prepaid, return receipt requested; or (iv) on the fourth day following deposit in the United States mail if sent by certified mail, postage prepaid, return receipt requested. Notices or other communications shall be directed to the following address:

DBT:       Database Technologies, Inc.
                4530 Blue Lake Drive
                Boca Raton, FL 33431
                Attn: Senior Vice President - Operations

With a copy:    Database Technologies, Inc.
                4530 Blue Lake Drive
                Boca Raton, FL 33431
                Attn: Vice President and General Counsel

Division:     The Division of Elections
                The Capitol, Room 1801
                Tallahassee, Florida 32399

14. Amendment: Waiver. This Agreement may be amended only in a writing signed by both parties hereto. Any provisions of this Agreement may be waived only in a writing signed by the party to be bound by such waiver. No course of dealing between the parties shall be effective to amend or waive any provision of this Agreement.

15. Governing Law. The Agreement is executed and entered into in the State of Florida, and shall be construed, performed, and enforced in all respects in accordance with the laws and rules of the State of Florida. Each party shall perform its obligations hereunder in accordance with the terms and conditions of this Agreement. If any term or provision of the Agreement is found to be illegal and unenforceable, the remainder of the Agreement shall remain in full force and effect and such term of provision shall be deemed stricken.

16. Disputes. Disputes arising out this contract shall be resolved in accordance with chapter 120, Florida Statutes. If any matter arising out of this Agreement becomes the subject of litigation, venue shall be in the Circuit Court, in and for Leon County, Florida. or the Federal Court for the Northern District of Florida.

DBT 01443

23. <u>Taxes</u>. DBT recognizes that the State of Florida by virtue of its sovereignty, is not required to pay any taxes on the services or goods purchased as an incident of this Agreement.

24. <u>Appropriation of Funds</u>. Any provisions of this Agreement which does, or may, require the expenditure of funds by the Division, is expressly conditioned upon appropriation of such funds by the Legislature of the State of Florida. In the event the Legislature fails to fund any provision of this Agreement, this Agreement is terminated and the Division has no further liability to DBT beyond that already incurred by the termination date.

25. <u>No Discrimination</u>. DBT shall not discriminate against any employee employed in the performance of this Agreement, or against any applicant for employment because of age, race, creed, color, disability, national origin, or sex. DBT shall insert a similar provision in all subcontracts for services arising under this Agreement.

26. <u>Preservation of Remedies</u>. No delay or omission to exercise any right, power or remedy accruing to either Party upon breech or default by either Party under this Agreement, shall impair such right, power or remedy of either Party; nor shall such delay or omission be construed as a waiver of any such breach or default, or any similar breach or default thereafter.

27. <u>Attorney's Fees</u>. Unless authorized by law and agreed to in writing by the Division, the Division shall not be liable to pay attorney's fees or costs, interest, late charges and service fees or costs of collection.

28. <u>Travel Expense</u>. No travel expense shall be allowed under this Agreement.

29. <u>Agency Status of Vendor</u>. The Parties agree that DBT, pursuant to Chapter 98-129, Laws of Florida, is designated as an agent of the Division, for the sole purpose of administering the Agreement. However, DBT is not entitled to accrue any benefits of state employment, including retirement benefits and any other rights or privileges connected with employment in the State Career Service.

30. <u>Entire Agreement</u>. The Agreement, constitutes the entire Agreement between the parties with respect to the subject matter hereof, and supersedes all other prior Agreements, understandings and negotiations, both written and oral, between the parties and respect thereto.

10

DBT 01445

17. <u>Binding of Successors</u>. This Agreement shall bind the successors, assigns and legal representatives of DBT and of any legal entity that succeeds to the obligations of the Division.

18. <u>Auditing Records and other Documents</u>. DBT agrees to maintain books, records and documents (including electronic storage media) in accordance with generally accepted accounting procedures and practices which sufficiently and properly reflect all revenues and expenditures of funds provided by the Division under this Agreement for a period of 5 years.

19. <u>Renewal</u>. The Agreement may be renewed by the Division on a yearly basis for a period of up to two years after the initial Agreement subject to the fees set forth on the attached <u>Exhibit A</u>. The renewal shall be contingent upon satisfactory performance evaluations by the Division and subject to the availability of funds.

20. <u>Bills and Invoices</u>. Bills for services or expenses shall be submitted in detail sufficient for proper preaudit and postaudit.

21. <u>Payment</u>. Pursuant to subsection 215.422(1), Florida Statutes, the Department has five working days to inspect and approve the services, unless the bid specifications, purchase order or this Agreement specifies otherwise. The Department has 20 days to deliver a request for payment to the Department of Banking and Finance. The 20 days are measured from the latter of the date the invoice is received or the goods or services are received, inspected and approved.

If payment is not available within 40 days, measured from the latter of the date the invoice is received or the goods or services are received, inspected and approved, a separate interest penalty on the unpaid balance, established pursuant to section 55.03(1), Florida Statues, shall be due and payable to DBT, in addition to the invoice amount. Interest penalties of less than one dollar shall not be enforced. Invoices that have to be returned to DBT because of DBT's preparation errors shall result in a payment delay. The invoice payment requirements do not begin until a properly completed invoice is provided to the Department.

22. <u>Nonassignment</u>. DBT shall not assign, sublicense or otherwise transfer its rights, duties or obligations under this Agreement without the prior written consent of the Division which consent shall not be unreasonable withheld. If the Division approves a transfer of DBT's obligations, DBT remains responsible for all work performed and all expenses incurred in connection with the Agreement. In the event the Legislature transfers the rights, duties and obligations of the Division to another government entity pursuant to section 20.06, Florida Statues, or otherwise, the rights, duties and obligations under this Agreement shall also be transferred to the successor government entity as if it were an original party to the Agreement.

9

D B T  01444

**IN WITNESS WHEREOF**, the parties have cause this Agreement to be duly executed on the date set forth above.

DIVISION OF ELECTIONS                    DATABASE TECHNOLOGIES, INC.

_____                  _____
(Authorized Signature)                   (Authorized Signature)

_____                  _____
(Title)                                  (Title)

Ethel Baxter                             George Bruder
(Name: Type or Print)                    (Name: Type or Print)

_____                  _____
(Witness)                                (Witness)

11

**D B T   0 1 4 4 6**

## EXHIBIT A

### (DBT CONFIDENTIAL AND TRADE SECRET INFORMATION)

Pricing Structure:

| | | |
|---|---|---|
| 1. Phases I-IV (1998-1999)* | $2,197,800 | |
| (includes manual verification using | | |
| telephone calls and statistical sampling) | 120,000 | |
| | Total $2,317,800 | |

   * Based on the processing of 8,140,000 CVF Records @ $.27/record

2. -Year Two (Optional Renewal) (1999-2000)     $1,024,000
   (includes manual verification using
   telephone calls and statistical sampling)

3. Year Three (Optional Renewal) (2000-2001)     $1,024,000
   (includes manual verification using
   telephone calls and statistical sampling)

DBT 01447

FROM :

561 982 5872        1999.  .0      15:41    #650 P.02/03

# AMENDMENT ONE
# DATA PROCESSING SERVICES
# AGREEMENT

This Amendment, by and between the STATE OF FLORIDA, DEPARTMENT OF STATE, DIVISION OF ELECTIONS (the "Division"), and DATABASE TECHNOLOGIES, INC. ("DBT") is entered into this 21st day of January 1999.

WHEREAS, the Division and DBT executed an AGREEMENT on November 24, 1998, for data processing services; and

WHEREAS, the Parties wish to amend the AGREEMENT to change only the contract deadlines set forth in Phases I-III;

NOW THEREFORE, in consideration of the mutual covenants and promises contained therein, the Parties hereby agree and amend the deadlines in Phases I-III, of the AGREEMENT, as follows:

**Phase I**

The January 31, 1999, deadline by which DBT shall deliver to the Division the printed report is hereby amended to **February 28, 1999.**

**Phase II**

The March 1, 1999, date by which the Division shall notify DBT of its decision to proceed is hereby amended to **March 15, 1999.**

**Phase III**

Upon receiving the Division's response from Phase II, DBT shall now have **15 calendar days** (rather than 30 calendar days) to complete any modifications called for in the Division's report and resubmit an assessment of accuracy resulting from these modifications. If the 15th day falls on a legal holiday (as defined in Section

D B T   0 1 7 9 8

FROM :                                    561 982 5872      1999.05.0    15:42    #650 P.03/03

110.117, Florida Statutes) or a weekend, DBT shall submit its assessment on the next business day.

All sections of the Contract not amended herein are hereby reaffirmed.

DATABASE TECHNOLOGIES, INC.                    DEPARTMENT OF STATE


_____                _____
Authorized Signature                            Authorized Signature


Senior Vice President                           Director, Div. of Elections
_____                _____
Title                                           Title


George A. Bruder, Jr.                           Ethel Baxter
_____                _____
Name: Type or Print                             Name: Type or Print


1/21/99                                         11/25/99
_____                _____
Date                                            Date


_____                _____
Witness                                         Witness


2

DBT 01799

# CENTRAL VOTER FILE
## DATA PROCESSING SERVICES AGREEMENT
### (Revised 12/21/99)

This AGREEMENT is executed on *December 20* , 1999, by and between the **STATE OF FLORIDA, DEPARTMENT OF STATE, DIVISION OF ELECTIONS** (the "Division"), and **DATABASE TECHNOLOGIES, INC.** ("DBT").

**WHEREAS,** the Division must compile a list identifying each registered voter in the State of Florida's Central Voter File (the "CVF") who is deceased; or who has been convicted of a felony and has not had his voting rights restored; and who has registered to vote in more than one county (the "Disqualification Parameters"); and

**WHEREAS,** in order to meet its obligations, the Division has requested that DBT compare voter registration information in the CVF against (i) a number of DBT databases, including without limitation, DBT's database of criminal convictions; and (ii) certain other databases made available by the Division to DBT in order to assist the Division identify registered voters who fall within the Disqualification Parameters; and

**WHEREAS,** DBT has agreed to provide such comparison to the Division pursuant to the terms and conditions set forth herein.

**NOW, THEREFORE,** in consideration of the mutual covenants and promises contained herein, the Parties hereby agree and contract as follows:

1. **Processing Services.** The Division shall provide DBT with newly updated copies of CVF, death, felony conviction and clemency files on or before **February 7, 2000.** DBT shall have 60 calendar days to reprocess these files in order to identify records that meet the Disqualification Parameters. Processing shall be completed in accordance with the modified *Requirements document, attached,* and made a part of this Agreement. On or before **April 7, 1999,** DBT shall provide the Division with the following five data files, as detailed in the *Requirements* document, which was modified as a result of consensual data processing changes between DBT and the Division on December 17, 1999.

Duplicate Registration Data File
The file will contain all voter registration records matching those in the same Florida county or other Florida counties, when a more recent registration (registration date) exists in a matching county. See *Requirements* for file layout.

D B T   01760

Death Data File

The file will contain all voter registration records matching those in the databases of the Office of Vital Statistics and Social Security Administration. See *Requirements* for file layout.

Felony Data File

The file shall contain all voter registration records matching those in FDLE's felony database provided by the Division, and those provided by DBT. The Division will provide the most current records from the Office of Executive Clemency for identifying those felons who have received clemency. See *Requirements* for file layout.

Clemency Data File

The file shall contain all clemency information for felons who have had their civil rights restored. See *Requirements* for file layout.

Derived Data

The file shall contain all dates of birth and social security numbers that are derived by DBT from the Department of Highway Safety and Motor Vehicles' file for all registered voters. See *Requirements* for file layout.

**2. Rights in Division and FDLE Information.** The Division Information shall be provided to DBT solely for use by DBT in providing the services required under this Agreement and shall at all times remain the property of the Division. Information obtained or created pursuant to the Agreement shall not be used for any purpose other than determining voter eligibility.

DBT agrees that it will not, under any circumstances whatsoever, use the FDLE Data for any purpose other than as expressly authorized in the Agreement, or release information or data derived indirectly or directly from the FDLE Data (including the FDLE Data integrated into the CVF) other than as expressly authorized herein. Said use is authorized specifically and exclusively for providing background reports and information to the Division. DBT acknowledges and agrees that any violation of the restrictions set forth in this paragraph will be grounds for immediate termination of the Agreement, and may constitute a crime under chapter 815, Florida Statutes, or other provisions of Florida law.

After transfer of the FDLE Data to the DBT databases used to perform the services hereunder, DBT shall have the right to retain the CVF into which the conviction data from FDLE has been integrated along with any necessary back-up copies of that file. Upon transfer, the FDLE Data shall be returned to FDLE, to the care of the Office of Information Resource Management, on a CD-ROM, for retention by that Office for a

2

D B T  01761

period of five years. FDLE will preserve the CD-ROM in its original condition, without erasure, write-over, or any other modification. The FDLE Data thus preserved will be made available to DBT, under suitable security conditions, in the event that DBT is reasonably required to document, substantiate, or explain the basis for any part of the services performed hereunder for which the FDLE Data formed the basis. Any other copies of the FDLE Data in DBT's possession, in whatever form or medium, will be destroyed and written confirmation thereof will be given to FDLE.

Notwithstanding the foregoing, DBT may discuss the services or the product provided to the Division hereunder with other governmental agencies. DBT agrees that it has established security procedures to ensure that the FDLE Data is only used as set forth herein.

The Division shall provide the FDLE Data to DBT pursuant to the cost sharing conditions set forth in **Exhibit A**.

3. **Public Record.** All voter registration records and other information in the CVF, excluding any information that is confidential or exempt from public records requirements, shall be considered public records for the purposes of chapter 119, Florida Statutes, the "Public Records" law. The Division reserves the right to unilaterally cancel this Agreement in the event that DBT refuses to allow public access to all documents or other materials subject to the provisions of chapter 119, Florida Statutes.

4. **Working CVF.** Following receipt of the Division Information, DBT shall provide the Division with processing services in connection with the CVF that include creating a Working CVF and then comparing entries on such Working CVF against entries contained in the Division Information, as well as against entries in DBT's proprietary database of public records information and criminal convictions, in order to assist the Division in identifying current registered voters set forth on the CVF that fall within the Disqualification Parameters (collectively, the "services").

5. **Payment.** In consideration of providing the services to the Division, the Division shall pay to DBT the percentages of the total price of $1,024,000, as set forth below:

(A) Thirty percent (30%) upon execution of this Agreement;

(B) Seventy percent (70%) upon final delivery and acceptance by the Division of the updated CVF reports, as described in section 1, Processing Services.

6. **Delivery Date.** Provided the Division has delivered to DBT the Division Information as provided in this Agreement, DBT shall complete the services on or before **April 7, 2000.**

3

D B T   01762

7. **Breach of Contract.** DBT's failure to submit the requested information to the Division on the dates specified in this Agreement shall result in liquidated damages to be paid by DBT to the Division at the rate of $1,000.00 for each day that the information cannot be submitted. DBT's inability to submit the required information for 30 consecutive days beyond the above dates shall constitute a breach of this Agreement by DBT and require a surrender of the performance bond subject to the terms in paragraph 8 below.

Information obtained under this Agreement shall not be used for any purpose other than for determining voter eligibility. Use of the information for any other purpose shall also constitute a breach of this Agreement and require a surrender of the performance bond subject to the terms in paragraph 8 below.

8. **Performance Bond.** DBT shall give bond of a surety company authorized to do business in Florida in an amount equal to the value of this Agreement, to be renewed on an annual basis, if necessary. The bond shall be conditioned upon DBT's faithful performance of the work called for in this Agreement. Said bond shall be delivered to the Division upon execution of this Agreement and must be signed by a Florida licensed resident agent of the surety who holds a current Power of Attorney from the surety company issuing the bond.

9. **Warranty.** DBT warrants that the services to be performed hereunder shall be performed in a manner consistent with professional standards and practices of professional organizations providing processing services similar to the services on the date such services are provided. Except as set forth in the preceding sentence, DBT makes no warrants with respect to the services including, without limitation, any warranties of merchantability or fitness for a particular purpose

10. **Liability.** The Division shall not assume any liability for the acts, omissions to act or negligence of DBT, its agents, servants or employees; nor shall DBT exclude liability for its own acts, omissions to act or negligence to the Division. DBT hereby agrees to be solely responsible for any injury or property damage resulting from any activities conducted by the DBT, its agents, servants or employees.

DBT, other than a state agency or subdivision of the Division, agrees to indemnify and hold the Division harmless from and against any and all claims or demands for damages, including attorney fees and court costs, resulting from personal injury, including death, or damage to property, arising out of any activities performed under this Agreement, omissions to act or negligence of DBT, its agents, servants or employees, and shall investigate all claims at its own expense.

DBT shall be solely responsible for all work performed and all expenses incurred in connection with the project. DBT may subcontract as necessary to perform the services set forth in this Agreement, including entering into subcontracts with contractors for services and commodities, provided that it is understood by DBT that the Division shall not be liable

4

D B T  01763

to the subcontractor for any expenses or liabilities incurred under the subcontract and that the DBT shall be solely liable to the subcontractor for all expenses and liabilities incurred under the subcontract.

**11. <u>Term of Agreement</u>.** The term of the Agreement shall commence on the date executed and shall continue until the satisfactory completion of the services required under this Agreement. Notwithstanding the foregoing, the Division may terminate the Agreement at any time, upon (30) day's prior written notice to DBT. In such event, the Division shall pay DBT for work performed by DBT up to the date of termination.

**12. <u>Notices</u>.** Any notice or other communication hereunder shall be in writing and shall be duly given (i) on the date of delivery if received in person; (ii) on the business day after dispatch if sent by documented overnight delivery service such as Federal Express; (iii) on the date of transmission if sent by facsimile transmission, provided that a confirmation copy thereof is sent no later than the business day following transmission by documented overnight delivery service or certified mail, postage prepaid, return receipt requested; or (iv) on the fourth day following deposit in the United States mail if sent by certified mail, postage prepaid, return receipt requested. Notices or other communications shall be directed to the following addresses:

DBT:          Database Technologies, Inc.
              4530 Blue Lake Drive
              Boca Raton, FL 33431
              Attn: Senior Vice President - Operations

With a copy:  Database Technologies, Inc.
              4530 Blue Lake Drive
              Boca Raton, FL 33431
              Attn: Vice President and General Counsel

Division:     L. Clayton Roberts, Director
              The Division of Elections
              The Capitol, Room 1801
              Tallahassee, Florida 32399

**13. <u>Amendment/Waiver</u>.** The Agreement may be amended only in a writing signed by both parties hereto. Any provisions of the Agreement may be waived only in a writing signed by the party to be bound by such waiver. No course of dealing between the parties shall be effective to amend or waive any provision of the Agreement.

**14. <u>Governing Law</u>.** The Agreement is executed and entered into in the State of Florida, and shall be construed, performed, and enforced in all respects in accordance with the laws and rules of the State of Florida. Each party shall perform its obligations hereunder in accordance with the terms and conditions of this Agreement. If any term or provision of the Agreement is found to be illegal and unenforceable, the remainder of the

5

DBT 01764

Agreement shall remain in full force and effect and such term or provision shall be deemed stricken.

**15.** <u>Disputes</u>.   Disputes arising out of this contract shall be resolved in accordance with chapter 120, Florida Statutes.   If any matter arising out of this Agreement becomes the subject of litigation, venue shall be in the Circuit Court, in and for Leon County, Florida, or the Federal Court for the Northern District of Florida.

**16.**  <u>Binding of Successors</u>.  This Agreement shall bind the successors, assigns and legal representatives of DBT and of any legal entity that succeeds to the obligations of the Division.

**17.**  <u>Auditing Records and other Documents</u>.  DBT agrees to maintain books, records and documents (including electronic storage media) in accordance with generally accepted accounting procedures and practices which sufficiently and properly reflect all revenues and expenditures of funds provided by the Division under this Agreement for a period of 5 years.

**18.**  <u>Renewal</u>. The Division may renew the Agreement for two additional years (on an annual basis) after the expiration of this Agreement, subject to the pricing structure set forth in **Exhibit A**.  DBT shall provide the services in Year Four (2002-2003) at no cost to the Division. The renewal shall be contingent upon satisfactory performance evaluations by the Division and subject to the availability of funds.

**19.**  <u>Bills and Invoices</u>.  Bills for services or expenses shall be submitted in detail sufficient for proper preaudit and postaudit.

**20.**  <u>Payment</u>.  Pursuant to subsection 215.422(1), Florida Statutes, the Division has five working days to inspect and approve the services, unless the bid specifications, purchase order or this Agreement specifies otherwise.  The Division has 20 days to deliver a request for payment to the Department of Banking and Finance.  The 20 days are measured from the latter of the date the invoice is received or the goods or services are received, inspected and approved.

If payment is not available within 40 days, measured from the latter of the date the invoice is received or the goods or services are received, inspected and approved, a separate interest penalty on the unpaid balance, established pursuant to section 55.03(1), Florida Statutes, shall be due and payable to DBT, in addition to the invoice amount.  Interest penalties of less than one dollar shall not be allowed.  Invoices that have to be returned to the DBT because of DBT's preparation errors shall result in a payment delay.  The invoice payment requirements do not begin until a properly completed invoice is provided to the Division.

**21.**  <u>Nonassignment</u>.  DBT shall not assign, sublicense or otherwise transfer its rights, duties, or obligations under this Agreement without the prior written consent of the

6

Division which consent shall not be unreasonably withheld. If the Division approves a transfer of DBT's obligations, DBT remains responsible for all work performed and all expenses incurred in connection with the Agreement. In the event the Legislature transfers the rights, duties and obligations of the Division to another government entity pursuant to section 20.06, Florida Statutes, or otherwise, the rights, duties and obligations under this Agreement shall also be transferred to the successor government entity as if it were an original party to the Agreement.

22. **Taxes.** DBT recognizes that the State of Florida by virtue of its sovereignty, is not required to pay any taxes on the services or goods purchased as an incident of this Agreement.

23. **Appropriation of Funds.** Any provision of this Agreement which does, or may, require the expenditure of funds by the Division, is expressly conditioned upon appropriation of such funds by the Legislature of the State of Florida. In the event the Legislature fails to fund any provision of this Agreement, this Agreement is terminated and the Division has no further liability to DBT beyond that already incurred by the termination date.

24. **No Discrimination.** DBT shall not discriminate against any employee employed in the performance of this Agreement, or against any applicant for employment because of age, race, creed, color, disability, national origin, or sex. DBT shall insert a similar provision in all subcontracts for services arising under this Agreement.

25. **Preservation of Remedies.** No delay or omission to exercise any right, power or remedy accruing to either Party upon breach or default by either Party under this Agreement, shall impair any such right, power or remedy of either Party; nor shall such delay or omission be construed as a waiver of any such breach or default, or any similar breach or default thereafter.

26. **Attorney's Fees.** Unless authorized by law and agreed to in writing by the Division, the Division shall not be liable to pay attorneys fees or costs, interest, late charges and service fees or costs of collection.

27. **Travel Expenses.** No travel expenses shall be allowed under this Agreement.

28. **Agency Status of Vendor.** The Parties agree that DBT, pursuant to Chapter 98-129, Laws of Florida, is designated as an agent of the Division, for the sole purpose of administering the Agreement. However, DBT is not entitled to accrue any benefits of state employment, including retirement benefits and any other rights or privileges connected with employment in the State Career Service.

29. **Entire Agreement.** The Agreement, together with the attached "Requirements" document, and **Exhibit A** constitute the entire Agreement between the

7

DBT 01766

parties with respect to the subject matter hereof, and supersede all other prior Agreements, understandings and negotiations, both written and oral, between the parties with respect thereto.

   **IN WITNESS WHEREOF,** the parties have caused this Agreement to be duly executed on the date first set forth above.

**DIVISION OF ELECTIONS**

_____
(Authorized Signature)

_____
(Title)

_____
(Name: Type or Print)

_____
(Date)

_____
(Witness)

**DATABASE TECHNOLOGIES, INC.**

_____
(Authorized Signature)

_____
(Title)

_____
(Name: Type or Print)

_____
(Date)

_____
(Witness)

8

DBT 01767

## EXHIBIT A

Pricing Structure:

1. **Year One** - Phases I-IV  (1998-1999) (Completed)     $2,197,800

2. **Year Two** (Optional Renewal) (1999-2000)     $1,024,000

3. **Year Three** (Optional Renewal) (2000-2001)     $1,024,000
   (The Parties will equally share the cost of the FDLE
   Data and any costs associated with collecting the
   information that the Division must provide to DBT
   under this Agreement such as Clemency records;
   provided that DBT's share of the costs shall not
   exceed **$50,000.**)

4. **Year Four** (Optional Renewal) (2002-2003)     No Charge ($0.00)
   (The Division will pay the entire cost of the FDLE
   Felony Data and any costs associated with
   collecting the information that the Division must
   provide to DBT under this Agreement.)

DBT FILES/1999-2000 DBT CONTRACT2

9

DBT 01768

# AMENDMENT NUMBER TWO
## DATA PROCESSING SERVICES
## AGREEMENT

This Amendment, by and between the **STATE OF FLORIDA, DEPARTMENT OF STATE, DIVISION OF ELECTIONS** (the "Division"), and **DATABASE TECHNOLOGIES, INC.** ("DBT") is entered into this _____*19*_____ day of January 2000.

WHEREAS, the Division and DBT executed an Agreement on November 24, 1998, amended on January 21, 1999, for data processing services; and

WHEREAS, the Parties wish to amend the Agreement;

NOW THEREFORE, in consideration of the mutual covenants and promises contained therein, the Parties hereby agree and amend Paragraph 2, Rights in Division Information, page five, of the Agreement, as follows:

2. Rights in Division-Supplied Information. The Division Information shall be provided to DBT solely for use by DBT in providing the services required under this Agreement and shall at all times remain the property of the Division. Information obtained or created pursuant to the Agreement shall not be used for any purpose other than determining voter eligibility.

DBT agrees that it will not, under any circumstances whatsoever, use the FDLE data for any purpose other than as expressly authorized in the Agreement, or release information or data derived indirectly or directly from the FDLE data (including the FDLE data integrated into the CVF) other than as expressly authorized herein. Said use is authorized specifically and exclusively for providing background reports and information to the Division. DBT acknowledges and agrees that any violation of the restrictions set forth in this paragraph will be grounds for immediate termination of the Agreement, and may constitute a crime under chapter 815, Florida Statutes, or other provisions of Florida law.

After transfer of the FDLE Data to the DBT databases used to perform the services hereunder, DBT shall have the right to retain the CVF into which the conviction data from FDLE has been integrated along with any necessary back-up copies of that file. Upon transfer, the FDLE Data shall be returned to FDLE, to the care of the Office of Information Resource Management, on a CD-ROM, for retention by that Office for a period of five years. FDLE will preserve the CD-ROM in its original condition, without erasure, write-over, or any other modification. The FDLE Data thus preserved will be made available to DBT, under suitable security conditions, in the event that DBT is reasonably required to document, substantiate, or explain the basis for any part of the

**D B T   01800**

services performed hereunder for which the FDLE Data formed the basis. Any other copies of the FDLE Data in DBT's possession, in whatever form or medium, will be destroyed and written confirmation thereof will be given to FDLE.

Notwithstanding the foregoing, DBT may discuss the services or the product provided to the Division hereunder with other governmental agencies. DBT agrees that it has established security procedures to ensure that the FDLE Data is only used as set forth herein.

DBT agrees that it has established security procedures to ensure that the FDLE Data is only used as set forth herein.

Except as specifically amended above, the Agreement shall remain in full force and effect.

IN WITNESS WHEREOF, the Parties have caused this Amendment Number Two to be executed as of the date first set forth above.

DATABASE TECHNOLOGIES, INC.          DEPARTMENT OF STATE


(Authorized Signature)               (Authorized Signature)


Sr. V. P.                            Assistant Secretary
(Title)                              (Title)


George Bruder                        David Mann
(Name: Type or Print)                (Name: Type or Print)


1/19/00                              1-24-00
(Date)                               (Date)

2                                              D B T   0 1 8 0 1

| | |
|---|---|
| Database Technologies, Inc. | Document: |
| Requirements  *Division* | |
| Customer: Florida Department of Elections | Version:        1.0 : *Draft* |
| Product: Batch Processing of Voter Files | Version Date: 6/15/99 |

## 1. Introduction

*identifying those individuals listed on the*
*Central Voter File that fall within the*
*DBT requirements*

The Florida Division of Elections (DOE) has contracted Database Technologies, Inc.
(DBT) to assist them in ~~voter fraud analysis~~. This analysis is accomplished through the
cross-referencing of DOE provided files against themselves and DBT files. This
document outlines the processing requirements for the ~~voter fraud analysis~~. *of such individuals*
*identification of such individuals*

## 2. Process and Methodology

DBT has employed common practices of software design to achieve an agreed upon list
of requirements for processing of the DOE files. The requirements were formally
defined during a meeting with DOE and DBT representatives held 6/10 - 6/11/99. The
Requirements document will be presented to the Requirements Team for review, and
subsequently, for sign-off. Upon review and acceptance by the Requirements Team, the
Requirements document will be used the basis for application development. This
document is reflective of the decisions made by the Requirements Team. Appendix A
provides a list of the Requirements Team members. Appendix B lists the Open Issues
and Action Items generated during the 6/10 – 6/11 meeting. The Open Issues and
Actions Items should be resolved and incorporated into the Requirements document, as
appropriate, prior to the sign-off of the Requirements document.

## 3. Audience

The audience for this document is the Requirements Team and is written with an
orientation to the audience. As such, the documentation will often outline processing
logic in pseudo-code style. The Requirements Team agreed upon this approach. Other
readers of this document should have a basic understanding of the files, processing, and
output.

## 5. Customer Objectives

The objective of the customer is a high quality product, which is qualified by the product
matching the requirements and passing the customer acceptance criteria. The customer
acceptance criteria has been reviewed with members of the Requirements Team, and will
be subsequently documented by DOE.

**ATTACHMENT / EXHIBIT_____**

| Database Technologies, Inc. | Document: |
| Requirements | |
| Customer: Florida Department of Elections | Version:        1.0 : *Draft* |
| Product: Batch Processing of Voter Files | Version Date: 6/15/99 |

## 6. Organization of Documentation

The agenda of the 6/10 – 6/11 meeting is listed below.  The document will follow the flow outlined in the agenda.

     Goal:  Completely re-run the DOE process
              Outline Requirements
                 Deliverables

       Requirements
         Data
             DOE Provided Data
             DBT Data
             Output
                 Format and Source
         Match Logic
             Fields
             Priorities/Sequence

       Reports

       Quality Assurance and Customer Acceptance Criteria

     Implementation Plan

## 7. Data

This section will review the DOE provided data, the DBT data, and the Output data.

### 7.1 DOE Provided Data

The DOE Provided Data consists of the following files:

Central Voter File (CVF) – DOE
Death File – Bureau of Vital Statistics (Florida only)
Felon File – Florida Department of Law Enforcement
Clemency File – Civil Rights Bureau
Voter History File – DOE 1998

| Database Technologies, Inc. | Document: |
|---|---|
| Requirements | |
| Customer: Florida Department of Elections | Version:      1.0 : *Draft* |
| Product: Batch Processing of Voter Files | Version Date: 6/15/98 |

## 7.1.1. Data Integrity Issues

The Requirements Team identified for each of the provided files data integrity issues. These often occur from input typing errors, incorrect information at time of entry, or other common errors. These were highlighted so that the Requirements Team could consider these issues while reviewing the processing logic. The following is a complete set from all of the files. The appropriate issues are noted under the individual file discussions.

Missing SSNs, DOBs
 Data was not present in the field.
Bad SSNs, DOBs
 Bad SSNs indicate SSNs where all the digits were the same, or were not equal to the SSNs that DBT derived from the Florida Driver License record for the individual;
 Bad DOBs indicate that DOBs were cases where the person was over 120 years old, or under 17 years old.)
Name
 Often the first name contains the middle name as well.
County ID
 (??? – Chris - ) (see Voter History file)
Voter ID
 Sent to DBT with leading spaces; returned to DOE without the leading spaces.
DOB > DOD
 It was noted that the birth date was later than the date of death on some records.
Gender
 (??? – Chris - ) The gender was (see Felon file)
Election
 (??? – Chris - ) (see Voter History file)
Vote Type
 (??? – Chris - )  (see Voter History file)

The Requirements Team through various means addressed the data integrity issues.

## 7.1.2 Central Voter File (CVF)

This file contains approximately 8.2 million records. This is the registered voter information. DBT received 67 files that were merged into one file. The unique key is the County ID and the Voter ID. The file reflects the most recent information that DOE has on file. The files are updated quarterly.

| Database Technologies, Inc. | Document: |
| --- | --- |
| Requirements | |
| Customer: Florida Department of Elections | Version:      1.0 : *Draft* |
| Product: Batch Processing of Voter Files | Version Date: 6/15/98 |

Data integrity issues with the file:

> Missing SSNs, DOBs
> Bad SSNs, DOB
> Name
> VoterID

Fields used in processing:

> County ID
> Voter ID
> Name
> DOB
> SSN
> Gender
> Address (*)

* - Used in creation of the Derived Data.  See the DBT Data section for a discussion of the Derived Data.

Issues with the file:

> None noted.

## 7.1.3  Death File

This file contains information on persons who are deceased for the state of Florida. The DOE source is the Bureau of Vital Statistics.

Data integrity issues with the file:

> Missing SSNs, DOBs
> Bad SSNs, DOB
> Names
> DOB > DOD

Fields used in processing:

> Name

| Database Technologies, Inc. | Document: |
|---|---|
| Requirements | |
| Customer: Florida Department of Elections | Version:      1.0 : *Draft* |
| Product: Batch Processing of Voter Files | Version Date: 6/15/98 |

DOB
SSN
DOD

Issues with the file:

Day length inconsistent; results also in variable record length
    DBT added a space as needed to the day to create a standard day length
    DBT used CR/LF as an end of record indicator

## 7.1.4 Felon File

This file contains information on persons who have been convicted of a felony by the state of Florida. The DOE source is the Florida Department of Law Enforcement.

Data integrity issues with the file:

Missing SSNs, DOBs
Bad SSNs, DOB
Gender

Fields used in processing:

Name
DOB
SSN
Gender

Issues with the file:

(????) – Chris
The Gender field was inconsistent; results also in variable record length
    DBT added a space as needed.
    DBT used CR/LF as an end of record indicator

## 7.1.5 Clemency File

This file contains information on persons who have had a felony conviction by the state of Florida and have received clemency. The DOE source is the Civil Rights Bureau.

| Database Technologies, Inc. | Document: |
|---|---|
| Requirements | |
| Customer: Florida Department of Elections | Version:      1.0 : *Draft* |
| Product: Batch Processing of Voter Files | Version Date: 6/15/98 |

Data integrity issues with the file:

> Missing SSNs, DOBs
> Bad SSNs, DOB
> Name

Fields used in processing:

> Name
> DOB
> SSN

Issues with the file:

> The first transmitted file had an inconsistent record length.
> Subsequent file transmitted had the corrected record length.

## 7.1.6 Voter History File

This file contains information on which elections (first primary, second primary, general election) persons from the CVF voted in for year 1998.   DOE is the source provider.

Data integrity issues with the file:

> County ID
> Voter ID
> Election                NONE
> Vote Type

Fields used in processing:

> County ID
> Voter ID
> Election
> Vote Type

Issues with the file:

> File contained records that had years other than 1998 and election types other than P/S/G

| Database Technologies, Inc. | Document: |
|---|---|
| Requirements | |
| Customer: Florida Department of Elections | Version: 1.0 : *Draft* |
| Product: Batch Processing of Voter Files | Version Date: 6/15/98 |

DOE is sending a refresh of Voter History Files for appropriate counties. Only 64 files were sent; there are 65 counties

One county does not maintain voter histories.

## 7.2 DBT Data

The DBT Data consists of the following files:

Florida Driver Licenses (FL DL) / Derived Data
SSN Death Master File (SSNDM)
CRIM_NAM
      CRIM_NAM is a file that contains information from the following sources:
             Florida - Department of Corrections
             Kentucky - Department of Corrections
             Wisconsin - Department of Corrections
             Virginia - Department of Corrections
             New Jersey - Inmates and Releases
             Washington - Releases
             Illinois - Department of Corrections
DOC_OFF
      (????) Chris – appropriate source?

### 7.2.1 Florida Driver Licenses / Derived Data

Due to the data integrity issues noted in section 7.1.1 and the necessity for key data items for match logic processing, DBT created a Derived Data file. For each record in the Central Voter File, the CVF name, CVF SSN, CVF DOB, and CVF address were used as input into the Florida Driver Licenses (FL DL) File. From the FL DL the SSN and DOB were extracted and used to create the Derived Data record. For information on the use of Derived Data, see the match logic processing section.

Fields used to access FL DL:

      Name
      SSN
      DOB
      Address

Output used from FL DL:

| | |
|---|---|
| Database Technologies, Inc.<br>Requirements<br>Customer: Florida Department of Elections<br>Product: Batch Processing of Voter Files | Document:<br><br>Version:        1.0 : *Draft*<br>Version Date: 6/15/98 |

SSN
DOB

Derived Data file layout:

County ID
Voter ID
SSN
DOB

## 7.2.2  SSN Death Master File - SSNDM

This file contains information on deceased persons where a social security benefits claim has been processed.

Fields used to access SSNDM:

Name
SSN
DOB

Output used from SSNDM:

DOD
State

## 7.2.4  CRIM_NAM

This file contains information on persons that have been convicted of a ~~criminal offense~~ felony. The file contains information from the following states: FL, KY, WI, VA, NJ, WA, IL.

Fields used to access CRIM_NAM:

Name
SSN
DOB

Output used from CRIM _NAM:

Gender

Database Technologies, Inc.                     Document:
Requirements
Customer: Florida Department of Elections       Version:      1.0 : *Draft*
Product: Batch Processing of Voter Files        Version Date: 6/15/98

---

      Race
      DOB
      Felony State
      Felon ID
      Conviction date
      Commit flag
      County *
      First conviction date **

\* To be added for output
\*\* To be added for output for use by DBT

## 7.2.5 DOC_OFF

This file contains information on (????) – Chris.

Fields used to access DOC_OFF:

      Source_ID (from CRIM_NAM)

Output used from DOC_OFF:

      Conviction Date
      Commitment

## 7.3 Output

This section outlines the results of the voter fraud processing.  Appendix C outlines the
Output File Formats.  These files will be referred to as reports to reduce confusion with
the input files, which are often named similar.  The Match Logic Processing, Section 4,
details the processing utilized in generating the report.  The following reports are listed
in Appendix C.

      Felony Report
            This file contains those individuals from the DOE CVF file that had
            matching data from a record in the DOE Felon File or the DBT
            CRIM_NAM file.

      Clemency Report

---

Database Technologies, Inc.                    Document:
Requirements
Customer: Florida Department of Elections      Version:    1.0 : *Draft*
Product: Batch Processing of Voter Files       Version Date: 6/15/98

This file contains those individuals from the Felony Report that had matching data from a record in the DOE Clemency File. *or is manually gathered + entered data from the board of state convictions which were issued clemency*

**Death Report**

This file contains those individuals from the DOE CVF file that had matching data from a record in the DOE Death File or the DBT SSN Master Death file.

**Duplicate Report**

This file contains those individuals ~~from the DOE CVF file~~ that had more that one record ~~for the same individual~~. *in the DOE CVF.*

A general overview of the reports regarding the following areas was reviewed:

Record layout
Record length
File/ Number of records
File transmission method
Naming Convention
Null value

It was agreed that there were no outstanding issues with the above areas.

For the following discussion of the individual fields, the field number as indicated in Attachment 2 is used.

**7.3.1  Felony Report**

General rule, if there is data to populate the field, it will be populated, if not, it will be set to blank. Only the fields that have notations are listed below.

| | |
|---|---|
| 1 – 11 | Echo of CVF |
| 12 – 13 | If data exists or can be derived then populate (source FDLE or CRIM_NAM) |
| 14 | If FL then FDLE #, else SOURCE_ID |
| 15 | DOE Suffix # for AKAs; If FL populate, else blank (source FDLE) |
| 16 – 19 | Name; Full Name should be returned (source FDLE or CRIM_NAM) |
| 20 | If the conviction date is available populate this field, else (????) Action Item Janet |
| 23 | see Gender Rule under match logic processing |

| Database Technologies, Inc. | Document: |
| Requirements | |
| Customer: Florida Department of Elections | Version:      1.0 : *Draft* |
| Product: Batch Processing of Voter Files | Version Date: 6/15/98 |

| 24 | see Race Rule under match logic processing |
| 25 – 27 | Echo of Voter History |
| 28 | Derived from Clemency Report |
| | If the subject exists in the Clemency report this value; see Attachment 3 |
| 29 | Source: DOE (if data from FDLE) or DBT (if data from CRIM_NAM) |
| 30 | Match Basis: see match logic processing for the match basis values |

## 7.3.2  Clemency Report

General rule, if there is data to populate the field, it will be populated, if not, it will be set to blank.  Only the fields that have notations are listed below.

| 1 – 2 | Echo of CVF |
| 3 – 15 | Echo of the Clemency File |
| 16 | Source: DOE (if data from Provided Clemency File) or OS (if data from Out of State source) |
| 17 | Match Basis: see match logic processing for the match basis values |

## 7.3.3  Death Report

General rule, if there is data to populate the field, it will be populated, if not, it will be set to blank.  Only the fields that have notations are listed below.

| 1 – 11 | Echo of CVF |
| 12 – 23 | Echo of Source (DOE Death File or DBT SSN Death Master File) |
| 18 | ** Revised during meeting to: |
| 18a | Death Month (mm) |
| 18b | Death Day (dd) |
| | May be blank if day is not available |
| 18c | Death Year (yyyy) |
| 19 | Available only from DOE Death File |
| 24 – 26 | Echo of the Voter History File |
| 27 | Source: DOE (if data from DOE Death File) or DBT (if data from DBT SSN Death Master) |
| 28 | Match Basis: see match logic processing for the match basis values |

## 7.3.4  Duplicate Report

General rule, if there is data to populate the field, it will be populated, if not, it will be set to blank.  Only the fields that have notations are listed below.

| Database Technologies, Inc. | Document: |
|---|---|
| Requirements | |
| Customer: Florida Department of Elections | Version:      1.0 : *Draft* |
| Product: Batch Processing of Voter Files | Version Date: 6/15/98 |

1 – 11          Echo of CVF
12 – 22         Echo of CVF based on match logic processing
23 – 25         Echo of the Voter History File
26 – 28         Echo of the Voter History File based on match logic processing
29              Match Basis: see match logic processing for the match basis values

## 7.4   Match Logic Processing

This section contains information on match logic processing used to produce the output.
While determining the match logic processing for the main sections (Felon, Clemency,
Death, and Duplicate) it was decided that there were common rules and/or normalization
that should occur.  These rules/normalizations are outlined first.

### 7.4.1.1       Name Normalization

The following outlines the input processing to be used on the DOE supplied files for
names.

Set last name to DOE supplied last name
  ➤ The DOE supplied last name will be parsed for embedded suffixes (Jr., Sr., II –
     IX)
Set first name to the first word in the DOE supplied first name *field*
  ➤ If more than one word exists in the DOE supplied first name, move it to a pre-
     pend middle name
Set middle name to the pre-pend middle name (if set) followed by the DOE supplied *field*
middle name

(????) Chris – hyphen rule add

### 7.4.1.2       Name Match Rule

When a name match is referred to, the following is the matching logic for a positive
match:

Last name must match last name
First name must match first name *
Middle name – character to character match based on the least common denominator

| Database Technologies, Inc. | Document: |
|---|---|
| Requirements | |
| Customer: Florida Department of Elections | Version:      1.0 : *Draft* |
| Product: Batch Processing of Voter Files | Version Date: 6/15/98 |

\* first name – Nicknames are used in conjunction with the first name match, (i.e., Bob compared to Robert would be a positive first name match. (????) Group – true?)

### 7.4.1.3        DOB Match Rule

The DOB must match exactly for a positive match.

### 7.4.1.4        Gender Normalization

DBT will convert gender codes to M for Male, F for Female, and Blank for unknowns or no data.

### 7.4.1.5        Gender Match Rule

The gender match is as follows:

A match is considered positive
>   if set value equals set value (i.e., M=M, F=F)
>   or
>   if one of the values is blank and the other value is set.  (i.e. M=blank, F=blank)

### 7.4.2  Duplicate Match Logic Processing

The CVF file is processed against itself for duplicate registration checks.

Fields Used for Processing:
>   County ID
>   Voter ID
>   Name
>   SSN
>   DOB

Match Logic:

<u>Does the CVF Name/DOB match the CVF Name/DOB?</u>
>   Yes – Keep record
>   No – Continue

>   Match Basis is set to NAM
>   Note: a Source is not set as this is CVF against CVF file processing.

Case 1:01-cv-00120-ASG  Document 306  Entered on FLSD Docket 04/29/2002  Page 53 of 120

| | |
|---|---|
| Database Technologies, Inc. | Document: |
| Requirements | |
| Customer: Florida Department of Elections | Version:        1.0 : *Draft* |
| Product: Batch Processing of Voter Files | Version Date: 6/15/98 |

Processing:

When all records reviewed for one subject record: (???? Chris would you review this as this is the master number trying to write it in I had trouble conveying the thought process

> Sort the kept records by registration date
> Outer Loop:
>> Inner Loop:
>>> The oldest registration date is the primary record (oldest); the next oldest is the 2nd primary *(handwritten)*
>>> The output is primary to 2nd primary (see example listed below)
>>>
>>> Loop through inner loop until through the kept records queue for primary record
>> End Inner Loop   (mark primary record as processed so that the next oldest record becomes the primary record on the next entrance into the Inner Loop)
>>
>> If there are > 2 matches in the kept records queue continue until one record exists in the queue;
>
> End Outer Loop
>
> Example:
>
>> Records:
>> LEO  Registration date 1/90
>> DAD  Registration date 1/91
>> HIL  Registration date 1/92
>>
>> Output:
>>
>> LEO (Reg Date 1/90)         DAD (Reg Date 1/91)
>> ~~LEO (Reg Date 1/90)~~         ~~HIL  (Reg Date 1/92)~~
>> DAD (Reg Date 1/91)         HIL  (Reg Date 1/92)

For those records that did not match on the Name/DOB criteria perform the following:

| Database Technologies, Inc.<br>Requirements<br>Customer: Florida Department of Elections<br>Product: Batch Processing of Voter Files | Document:<br><br>Version:      1.0 : *Draft*<br>Version Date: 6/15/98 |
|---|---|

<u>Does the CVF SSN match the CVF SSN?</u>

>> Yes – Keep record

>>> Perform following to determine Match Basis:

>>> Match Basis is set to:
>>> NSS – If the CVF Last name AND (CVF First Name OR CVF DOB) match the CVF Last name AND (CVF First Name OR CVF DOB)
>>> SSL – If the CVF Last Name matches the CVF Last name
>>> SSB – If the CVF DOB matches the CVF DOB
>>> SSN – Indicates match on SSN only

>>> Note: a Source is not set as this is CVF against CVF file processing.

>> No – Continue

> Perform Processing section as indicated above for sorting and outputting.

## 7.4.4  Death Match Logic Processing

Multiple files are used for the Death Report.

Files and Fields Used for Processing:

**CVF:**
>Name
>DOB
>SSN

**Derived Data:**
>DOB
>SSN

**Death File:**
>Name
>DOB
>SSN

| Database Technologies, Inc. | Document: |
|---|---|
| Requirements | |
| Customer: Florida Department of Elections | Version:      1.0 : *Draft* |
| Product: Batch Processing of Voter Files | Version Date: 6/15/98 |

SSN Death Master File:
    SSN
    Name
    DOB


Match Logic:

Step A

Search Death File by CVF DOB/Name

If match
    Set Match Basis to: NAM
    Set Source to: DOE

    Exit


Search Death File by Derived DOB and CVF Name

If match
    Set Match Basis to: NBD
    Set Source to: DOE

    Exit


Search Death File by CVF SSN

If match

    Perform Gender Rule Check

    If Gender Rule returns negative
        Exit this search

    Perform following to determine Match Basis:

    Match Basis is set to:
    NSS – If the CVF Last name AND (CVF First Name OR CVF

---

Database Technologies, Inc.                              Document:
Requirements
Customer: Florida Department of Elections               Version:       1.0 : *Draft*
Product: Batch Processing of Voter Files                Version Date: 6/15/98

---

            DOB) match the Death Last name AND (Death First Name OR
            Death DOB)
SSL – If the CVF Last Name matches the Death Last name
SSB – If the CVF DOB matches the Death DOB
SSN – Indicate SSN match only

Source is set to: DOE

Exit

## Search Death File by Derived SSN

If match

    Perform Gender Rule Check

    If Gender Rule returns negative
        Exit this search

    Perform following to determine Match Basis:

    Match Basis is set to:
    NSD – If the CVF Last name AND (CVF First Name OR CVF
            DOB) match the Death Last name AND (Death First Name OR
            Death DOB)
    SDL – If the CVF Last Name matches the Death Last name
    SDB – If the CVF DOB matches the Death DOB
    If it is a SSN match only DO NOT set match basis or use this record; exit

    Source is set to: DOE

    Exit

## Step B

To reach this point indicates a match has not been made from Step A – Step B.

Repeat Step A replacing the Death File with the SSN Death Master File; change the
Source to DBT.

---

| | |
|---|---|
| Database Technologies, Inc. | Document: |
| Requirements | |
| Customer: Florida Department of Elections | Version:        1.0 : *Draft* |
| Product: Batch Processing of Voter Files | Version Date: 6/15/98 |

## 7.4.6  Felon Match Logic Processing

Multiple files are used for the Felon Report.

Files and Fields Used for Processing:

CVF:
>       Name
>       DOB
>       SSN

Derived Data:
>       DOB
>       SSN

Felon File:
>       Name
>       DOB
>       SSN

CRIM_NAM File:
>       SSN
>       Name
>       DOB

Match Logic:

<u>Step A</u>

<u>Search Felon File by CVF DOB/Name</u>

If match
>       Set Match Basis to: NAM
>       Set Source to: DOE
>
>       Exit

<u>Search Felon File by Derived DOB and CVF Name</u>

If match

---

| | |
|---|---|
| Database Technologies, Inc. | Document: |
| Requirements | |
| Customer: Florida Department of Elections | Version:       1.0 : *Draft* |
| Product: Batch Processing of Voter Files | Version Date: 6/15/98 |

Set Match Basis to: NBD
Set Source to: DOE

Exit

## Search Felon File by CVF SSN

If match

Perform Gender Rule Check

If Gender Rule returns negative
Exit this search

Perform following to determine Match Basis:

Match Basis is set to:
NSS – If the CVF Last name AND (CVF First Name OR CVF
DOB) match the Felon Last name AND (Felon First Name OR
Felon DOB)
SSL – If the CVF Last Name matches the Felon Last name
SSB – If the CVF DOB matches the Felon DOB
SSN – Indicates SSN match only

Source is set to: DOE

Exit

## Search Felon File by Derived SSN

If match

Perform Gender Rule Check

If Gender Rule returns negative
Exit this search

Perform following to determine Match Basis:

Match Basis is set to:

Database Technologies, Inc.                      Document:
Requirements
Customer: Florida Department of Elections        Version:        1.0 : *Draft*
Product: Batch Processing of Voter Files         Version Date: 6/15/98

NSD – If the CVF Last name AND (CVF First Name OR CVF
        DOB) match the Felon Last name AND (Felon First Name OR
        Felon DOB)
SDL – If the CVF Last Name matches the Felon Last name
SDB – If the CVF DOB matches the Felon DOB

If it is a SSN match only DO NOT set match basis or use this record; exit

Source is set to: DOE

Exit

## Step B

To reach this point indicates a match has not been made from Step A – Step B.

Repeat Step A replacing the Felon File with the CRIM_NAM File; change the Source to DBT.

Also for each Match in the CRIM_NAM execution before considering it a match perform the following:
        If CRIM_NAM state = FL
        Then check DOC_OFF file
                If "incarcerated" (is set in the Commitment Field)
                then consider this a match
                        return FDLE number
                        continue in the match processing logic
                else exit this search

## 7.42 Clemency Match Logic Processing

Multiple files are used for the Clemency Report.

Files and Fields Used for Processing:

Clemency:
        Name
        DOB
        SSN

| Database Technologies, Inc. | Document: |
| Requirements | |
| Customer: Florida Department of Elections | Version:     1.0 ; *Draft* |
| Product: Batch Processing of Voter Files | Version Date: 6/15/98 |

**Felony Exception File (FEF):**

        CVF Name
        CVF DOB
        CVF SSN
        Derived SSN
        Derived DOB
        Felon Name
        Felon DOB
        Felon SSN

Match Logic:

Note: the referenced FEF Received Clemency Logic is outlined at the end of the Match Logic Section.

Step A

If Felon State in FEF File is not FL
        Exit

If Match Basis in FEF File is SSN
        Exit

Search Clemency File by FEF.CVF DOB/ FEF.CVF Name

If match
        Set Match Basis to: NAM
        Perform FEF.Received Clemency Logic
        If FEF.Received Clemency = Y or X
            Set Source to: DOE

        Exit

Search Clemency File by FEF.Derived DOB and FEF.CVF Name

If match
        Set Match Basis to: NBD
        Perform FEF.Received Clemency Logic
        If FEF.Received Clemency = Y or X

| Database Technologies, Inc. | Document: |
|---|---|
| Requirements | |
| Customer: Florida Department of Elections | Version:      1.0 : *Draft* |
| Product: Batch Processing of Voter Files | Version Date: 6/15/98 |

Set Source to: DOE

Exit

### Search Clemency File by FEF.CVF SSN

If match

Perform Gender Rule Check

If Gender Rule returns negative
Exit this search

Perform following to determine Match Basis:

Match Basis is set to:
NSS – If the CVF Last name AND (CVF First Name OR CVF
DOB) match the Felon Last name AND (Felon First Name OR
Felon DOB)
SSL – If the CVF Last Name matches the Felon Last name
SSB – If the CVF DOB matches the Felon DOB
SSN – Indicates SSN match only

Perform FEF.Received Clemency Logic
If FEF.Received Clemency = Y or X
Source is set to: DOE

Exit

### Search Clemency File by FEF.Derived SSN

If match

Perform Gender Rule Check

If Gender Rule returns negative
Exit this search

Perform following to determine Match Basis:

Database Technologies, Inc.                          Document:
Requirements
Customer: Florida Department of Elections            Version:      1.0 : *Draft*
Product: Batch Processing of Voter Files             Version Date: 6/15/98

Match Basis is set to:

NSD – If the FEF.CVF Last name AND (FEF.CVF First Name OR FEF.CVF
    DOB) match the Clemency Last name AND (Clemency First
    Name OR Clemency DOB)

SDL  – If the FEF.CVF Last Name matches the Clemency Last name

SDB – If the FEF.CVF DOB matches the Clemency DOB

If it is a SSN match only DO NOT set match basis or use this record; exit this
search

Perform FEF.Received Clemency Logic
If FEF.Received Clemency = Y or X
    Source is set to: DOE

Exit

## Step B

To reach this point indicates a match has not been made from Step A – Step B.

Repeat Step A replacing the FEF.CVF references with FEF.Felon; change the Source to
FEL.

## FEF Received Clemency Logic:

On a match

    Set the Felon Exception File – Received Clemency field by comparing the FEF
    Match Basis to the Clemency Match Basis utilizing the chart in Appendix D.

    If the chart indicates a Y then the FEF Received Clemency field is set to Y and the
    current record is written to the Clemency Exception Report.

    If the chart indicates a N then the FEF Received Clemency field is set to N and the
    current record is NOT written to the Clemency Exception Report.

    If the chart indicates an X then the FEF Received Clemency field is set to X and the
    current record is written to the Clemency Exception Report.

## 7.5  Reports

| Database Technologies, Inc. | Document: |
|---|---|
| Requirements | |
| Customer: Florida Department of Elections | Version:    1.0 : *Draft* |
| Product: Batch Processing of Voter Files | Version Date: 6/15/98 |

The reports are listed and outlined under the Output, Section 7.3. The output files are the deliverable product. The output files are often referenced as Exception Reports.

## 7.6  Quality Assurance and Customer Acceptance Criteria

DBT will perform internal quality assurance testing on the output based on the Requirements documents. Additionally, DOE will supply DBT with documentation on their Customer Acceptance Criteria (CAC). DBT will perform internal testing to the CAC and will perform joint testing with DOE of the CAC.

## 7.7  Implementation Plan

The following outlines the agreed upon Implementation Plan

Generate a Requirements document from the 6/10 – 6/11 meeting.
> Audience: Janet Modrow, Marlene Thorogood, Chris Knowles, Richard Crook, Beth Kruse-Levy, and other DBT members as appropriate.
> Driver: Beth Kruse-Levy
> Target Date: 6/22/99

Acceptance of Requirements document by Requirements Team; with sign-off.
> Audience: Janet Modrow, Marlene Thorogood, Chris Knowles, Richard Crook, Beth Kruse-Levy.
> Driver: Marlene Thorogood and Beth Kruse-Levy
> Target Date: 6/24/99

Receive Customer Acceptance Criteria
> Audience: Janet Modrow, Marlene Thorogood, Chris Knowles, Richard Crook, and other DBT members as appropriate
> Driver: Janet Modrow
> Target Date: to be determined (tbd)

Create Project Plan
> Driver: Chris Knowles
> Target Start Date: 6/14/99
> Target Completion Date: tbd*

Estimate DBT Delivery Date
> Driver: Marlene Thorogood
> Target Date:  tbd

| Database Technologies, Inc.<br>Requirements<br>Customer: Florida Department of Elections<br>Product: Batch Processing of Voter Files | Document:<br><br>Version:       1.0 : *Draft*<br>Version Date: 6/15/98 |

Development
>   Driver: Chris Knowles
>   Target Start Date: tbd
>   Target Completion Date: tbd

Testing: Internal mapping to Customer Acceptance Criteria
>   Driver: Cathy Hammond (QA Team Leader)
>   Target Start Date: tbd
>   Target Completion Date: tbd

Testing: Joint DOE/DBT to Customer Acceptance Criteria
>   Driver: Marlene Thorogood
>   Target Start Date: tbd
>   Target Completion Date: tbd

Signoff of Customer Acceptance Criteria
>   Driver: Janet Modrow and Marlene Thorogood
>   Target Start Date: tbd
>   Target Completion Date: tbd

Delivery of Product to Customer
>   Driver: Marlene Thorogood
>   Target Start Date: tbd
>   Target Completion Date: tbd

* The Completion of the Project Plan sets the stage for estimating dates for the remaining steps in the Implementation Plan. After signoff of the Requirements document the Implementation Plan will be tracked in the Project Plan.

## 7.8 Conclusion

This document outlines the Requirements for the voter fraud analysis processing and will be presented to the Requirements Team for approval. Upon sign off of the document by the Requirements Team any request to modify the requirements should be documented and signed off by the Requirements Team. Modifications to the Requirements may impact dates associated with the Implementation Plan. This document is confidential and is a draft version at this time.

| | |
|---|---|
| Database Technologies, Inc. | Document: |
| Requirements | |
| Customer: Florida Department of Elections | Version:       1.0 : *Draft* |
| Product: Batch Processing of Voter Files | Version Date: 6/15/98 |

## Appendix A

Requirements Team

Janet Modrow,  Florida ~~Department~~ of Elections, Title
Marlene Thorogood, Database Technologies, Inc., Project Manager
Chris Knowles, Database Technologies, Title – Batch Processing Manager?
Richard Crook, Database Technologies, Title?
Beth Kruse-Levy, Database Technologies, Planning Office

| | |
|---|---|
| Database Technologies, Inc.<br>Requirements<br>Customer: Florida Department of Elections<br>Product: Batch Processing of Voter Files | Document:<br><br>Version:      1.0 : *Draft*<br>Version Date: 6/15/98 |

**Appendix B**

Open Issues and Action Items

Janet Modrow
1.  Talk with FDLE regarding the population of the conviction date field.
2.  Supply Race Codes for Felon file.
3.  Supply County Code conversion table from numeric to alpha

Chris Knowles:
1.  Expand Name Rule to address names with hyphens, apostrophes, and spaces.

Marlene Thorogood:
1.  Investigate if CVF file had exact record duplications.

Richard Crook:
1.  SSN Death Master File: clarify Death State and Zipcode field for use in output.

| Database Technologies, Inc.<br>Requirements<br>Customer: Florida Department of Elections<br>Product: Batch Processing of Voter Files | Document:<br><br>Version:        1.0 : *Draft*<br>Version Date: 6/15/98 |
|---|---|

## Appendix C

## DBT's Return File Formats

See Match Logic Processing for information on processing.

All files will be in a comma delimited format. The first row should contain the field names. There should be a total of 4 files as described below.

Felony File

All felony information will be in one file with the following layout. Clemency data will be sent in a separate file.

|    | Field Name | Format | Valid Codes |
|----|------------|--------|-------------|
| 1  | VoterCountyID | Char 3 | See County Codes |
| 2  | VoterID | Char 15 | |
| 3  | VoterNameL | Char 40 | |
| 4  | VoterNameS | Char 40 | |
| 5  | VoterNameF | Char 40 | |
| 6  | VoterNameM | Char 40 | |
| 7  | VoterBirthDate | mm/dd/yyyy | |
| 8  | VoterRegDate | mm/dd/yyyy | |
| 9  | VoterSSN | Char 11 | |
| 10 | VoterGender | Char 1 | See Gender Codes |
| 11 | VoterRace | Char 3 | See Race Codes |
| 12 | FelonState | Char 2 | State Abbreviations |
| 13 | FelonCountyID | Char 3 | See County Codes |
| 14 | FelonID | Char 15 | |
| 15 | FelonIDseq | Char 2 | |
| 16 | FelonNameL | Char 40 | |
| 17 | FelonNameS | Char 40 | |
| 18 | FelonNameF | Char 40 | |
| 19 | FelonNameM | Char 40 | |
| 20 | FelonConvDate | mm/dd/yyyy | |
| 21 | **FelonBirthDate** | mm/dd/yyyy | |
| 22 | FelonSSN | Char 11 | |
| 23 | FelonGender | Char 1 | See Gender Codes |
| 24 | FelonRace | Char 3 | See Race Codes |
| 25 | HistoryLastFP | Char 1 | See Voting Codes |

Database Technologies, Inc.                          Document:
Requirements
Customer: Florida Department of Elections            Version:       1.0 : Draft
Product: Batch Processing of Voter Files             Version Date: 6/15/98

| 26 | HistoryLastSP | Char 1 | |
|---|---|---|---|
| 27 | HistoryLastGE | Char 1 | See Voting Codes |
| 28 | ReceivedClemency | Char 1 | See Voting Codes |
| 29 | Source | Char 3 | Y / N / X - maybe |
| 30 | MatchBasis | Char 3 | DOE / DBT |
| | | | NAM / SSN |

Clemency File

| | Field Name | Format | Valid Codes |
|---|---|---|---|
| 1 | VoterCountyID | Char 3 | See County Codes |
| 2 | VoterID | Char 15 | |
| 3 | ClemcDCnum | Char 10 | |
| 4 | ClemcECnum | Char 7 | |
| 5 | ClemcNameL | Char 40 | |
| 6 | ClemcNameS | Char 40 | |
| 7 | ClemcNameF | Char 40 | |
| 8 | ClemcNameM | Char 40 | |
| 9 | ClemcBirthDate | mm/dd/yyyy | |
| 10 | ClemcDateGranted | mm/dd/yyyy | |
| 11 | ClemcSSN | Char 11 | |
| 12 | ClemcGender | Char 1 | See Gender Codes |
| 13 | ClemcRace | Char 3 | See Race Codes |
| 14 | ClemcRaceID | Char 1 | |
| 15 | ClemcTypeID | Numeric | |
| 16 | Source | Char 3 | DOE / DBT |
| 17 | MatchBasis | Char 3 | See match logic |

Death File

| | Field Name | Format | Valid Codes |
|---|---|---|---|
| 1 | VoterCountyID | Char 3 | See County Codes |
| 2 | VoterID | Char 15 | |
| 3 | VoterNameL | Char 40 | |
| 4 | VoterNameS | Char 40 | |
| 5 | VoterNameF | Char 40 | |
| 6 | VoterNameM | Char 40 | |
| 7 | VoterBirthDate | Mm/dd/yyyy | |
| 8 | VoterRegDate | Mm/dd/yyyy | |
| 9 | VoterSSN | Char 11 | |

Database Technologies, Inc.                          Document:
Requirements
Customer: Florida Department of Elections            Version:      1.0 : *Draft*
Product: Batch Processing of Voter Files             Version Date: 6/15/98

| 10 | VoterGender | Char 1 | See Gender Codes |
|----|-------------|--------|------------------|
| 11 | VoterRace | Char 3 | See Race Codes |
| 12 | DeathState | Char 2 | State Abbreviations |
| 13 | DeathCountyID | Char 3 | See County Codes |
| 14 | DeathNameL | Char 40 | |
| 15 | DeathNameS | Char 40 | |
| 16 | DeathNameF | Char 40 | |
| 17 | DeathNameM | Char 40 | |
| 18 | DeathDate * | Mm/dd/yyyy (Char 10) | |
| 19 | **DeathCertNum** | Char 15 | |
| 20 | **DeathBirthDate** | Mm/dd/yyyy | |
| 21 | DeathSSN | Char 11 | |
| 22 | DeathGender | Char 1 | See Gender Codes |
| 23 | DeathRace | Char 3 | See Race Codes |
| 24 | HistoryLastFP | Char 1 | See Voting Codes |
| 25 | HistoryLastSP | Char 1 | See Voting Codes |
| 26 | HistoryLastGE | Char 1 | See Voting Codes |
| 27 | Source | Char 3 | DOE / DBT |
| 28 | MatchBasis | Char 3 | NAM / SSN |

- 18a DeathMM        Char 2
- 18b DeathDD        Char 2
- 18c DeathYYYY      Char 4

Duplicate File

|   | Field Name | Format | Valid Codes |
|---|------------|--------|-------------|
| 1 | VoterCountyID | Char 3 | See County Codes |
| 2 | VoterID | Char 15 | |
| 3 | VoterNameL | Char 40 | |
| 4 | VoterNameS | Char 40 | |
| 5 | VoterNameF | Char 40 | |
| 6 | VoterNameM | Char 40 | |
| 7 | VoterBirthDate | Mm/dd/yyyy | |
| 8 | VoterRegDate | Mm/dd/yyyy | |
| 9 | VoterSSN | Char 11 | |
| 10 | VoterGender | Char 1 | See Gender Codes |
| 11 | VoterRace | Char 3 | See Race Codes |
| 12 | DupCountyID | Char 3 | See County Codes |

Database Technologies, Inc.                          Document:
Requirements
Customer: Florida Department of Elections            Version:        1.0 : *Draft*
Product: Batch Processing of Voter Files             Version Date: 6/15/98

| 13 | DupVoterID | Char 15 | |
|----|------------|---------|--|
| 14 | DupNameL | Char 40 | |
| 15 | DupNameS | Char 40 | |
| 16 | DupNameF | Char 40 | |
| 17 | DupNameM | Char 40 | |
| 18 | **DupBirthDate** | Mm/dd/yyyy | |
| 19 | DupRegDate | Mm/dd/yyyy | |
| 20 | DupSSN | Char 11 | |
| 21 | DupGender | Char 1 | See Gender Codes |
| 22 | DupRace | Char 3 | See Race Codes |
| 23 | VoterHistoryLastFP | Char 1 | See Voting Codes |
| 24 | VoterHistoryLastSP | Char 1 | See Voting Codes |
| 25 | VoterHistoryLastGE | Char 1 | See Voting Codes |
| 26 | DupHistoryLastFP | Char 1 | See Voting Codes |
| 27 | DupHistoryLastSP | Char 1 | See Voting Codes |
| 28 | DupHistoryLastGE | Char 1 | See Voting Codes |
| 29 | MatchBasis | Char 3 | NAM / SSN |

Database Technologies, Inc.                    Document:
Requirements
Customer: Florida Department of Elections      Version:       1.0 : *Draft*
Product: Batch Processing of Voter Files       Version Date: 6/15/98

## Appendix D

The Felony Exception Report, Received Clemency field value is to be determined based
on the comparison of the Clemency Match Basis value to the Felony Exception Report
Match Basis value, as listed in the chart below.

| Clemency Match Basis | Felony Exception Report (FER) Match Basis | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **NAM** | **NBD** | **SSN** | **NSS** | **SSL** | **SSB** | **NSD** | **SDL** | **SDB** |
| **NAM** | Y | X | N/A | X | X | X | X | X | X |
| **NBD** | X | Y | N/A | X | X | X | X | X | X |
| **SSN** | N | N | N/A | N | N | N | N | N | N |
| **NSS** | X | X | N/A | Y | X | X | X | X | X |
| **SSL** | X | X | N/A | X | X | X | X | X | X |
| **SSB** | X | X | N/A | X | X | X | X | X | X |
| **NSD** | X | X | N/A | X | X | X | Y | X | X |
| **SDL** | X | X | N/A | X | X | X | X | X | X |
| **SDB** | X | X | N/A | X | X | X | X | X | X |

Match Basis Key:

    NAM        Match on Name and DOB
    NBD        Match on Name and Derived DOB
    SSN        Match on SSN only
    NSS        Match on SSN and Last Name AND (First Name OR DOB)
    SSL        Match on SSN and Last Name
    SSB        Match on SSN and DOB
    NSD        Match on Derived SSN, Last Name AND (First Name OR DOB)
    SDL        Match on Derived SSN and Last Name
    SDB        Match on Derived SSN and DOB

See the appropriate Match Logic Section for the files used during the match logic
processing, and further delineation of the source files for the fields represented above.

```
                        ************************
                        ***   RX REPORT   ***
                        ************************


        RECEPTION OK

        TX/RX NO              8951
        CONNECTION TEL                    5619826382
        SUBADDRESS
        CONNECTION ID
        ST. TIME             04/23 11:34
        USAGE T              14'58
        PGS.                    35
        RESULT               OK
```

| Database Technologies, Inc. | Document: | Requirements |
| Customer: Florida Division of Elections | Version: | 2.3 |
| Product: Batch Processing of Voter Files | Version Date: | 01/20/00 |

## 1. Introduction

The Florida Division of Elections (DOE) has contracted Database Technologies, Inc. (DBT) to assist them in identifying those individuals listed in Central Voter File (CVF) that fall within the Disqualification Parameters.   The Disqualification Parameters are those individuals that are: a) registered to vote in more than one county, (Duplicate) b) listed in the CVF and are deceased (Death) c) listed in the CVF that have a felony conviction and do not have clemency (Felons).  The analysis is accomplished through the cross-referencing of DOE provided files against themselves and DBT files.   This document outlines the processing requirements for the identification of those individuals that fall within the Disqualification Parameters.  This document covers the requirements for the process for year 2000.

## 2. Process and Methodology

DBT has employed common practices of software design to achieve an agreed upon list of requirements for processing of the DOE files.  The requirements were initially defined during a meeting with DOE and DBT representatives held 6/10 - 6/11/99 and have been expanded upon during a meeting with DOE and DBT representatives held 12/17/99.  The year 2000 Requirements document will be presented to the Requirements Team for review, and subsequently, for sign-off. Upon review and acceptance by the Requirements Team, the Requirements document will be used the basis for application development. This document is reflective of the decisions made by the Requirements Team.  Appendix A provides a list of the Requirements Team members.  Appendix B lists the Open Issues and Action Items generated during the 12/17 meeting.  The Open Issues and Actions Items have been addressed and incorporated into the Requirements document, as appropriate, prior to the sign-off of the Requirements document.

## 3. Audience

The audience for this document is the Requirements Team and is written with an orientation to the audience.  As such, the documentation will often outline processing logic in pseudo-code style.  The Requirements Team agreed upon this approach.  Other readers of this document should have a basic understanding of the files, processing, and output.

## 4. Customer Objectives

The objective of the customer is a high quality product, which is qualified by the product matching the requirements and passing the customer acceptance criteria.  The customer acceptance criteria has been reviewed with members of the Requirements Team, and will be subsequently documented by DOE.

| Database Technologies, Inc. | Document: | Requirements |
|---|---|---|
| Customer: Florida Division of Elections | Version: | 2.3 |
| Product: Batch Processing of Voter Files | Version Date: | 01/20/00 |

## 5. Organization of Documentation

The agenda of the 12/17/99 meeting is listed below.  The document will be FLDOE Requirements Document Version 1.0 modified based on the list below.

> Goal:  Completely re-run the DOE process
> Outline Requirements
> Deliverables

11.0 Date Handling
- Defaulting nulls to 1/1/1900
- Age Check: if age >= 110 years or <= 16 then invalid dates of birth and set to null.

12.0 Name Match on 80%
- How is this done?
- When is this applied?

13.0 Files Returned to DOE
- All files are to be comma delimited with no qualifiers.
- Voter information is echoed back as specified (no derived data put in voter data fields)
- Clemency Received is defaulted to 'N'
- Add one more file layout for derived data:

|   | Field Name | Format | Source |
|---|---|---|---|
| 1 | VoterCountyID | Char 3 | CVF echo |
| 2 | VoterID | Char 15 | CVF echo |
| 3 | DmvNameL | Char 40 | DMV File |
| 4 | DmvNameS | Char 40 | "        " |
| 5 | DmvNameF | Char 40 | "        " |
| 6 | DmvNameM | Char 40 | "        " |
| 7 | DmvSSN | Char 11 | "        " |
| 8 | DmvBirthDate | mm/dd/yyyy | "        " |
| 9 | DmvLicNum | Char 13 | "        " |

11.0 Files Sent to DBT
- All files are to be comma delimited with no qualifiers.
- Define each file layout in requirements document:

| Database Technologies, Inc. | Document: | Requirements |
|---|---|---|
| Customer: Florida Division of Elections | Version: | 2.3 |
| Product: Batch Processing of Voter Files | Version Date: | 01/20/00 |

## 12.0 Death Master File
- If the SS master file has the data repeated, just leave the DeathNameM empty since it's already in the DeathNameF. I don't want to use the DeathMatchF/M in my report since you use name variation in those fields.
- DBT receives a new file quarterly?
- How is the data entered for the file?
- Points of contact.
- Change Criteria Strategy

## 13.0 Name Variations
- VoterNameF=FelonNameF AND VoterMatchF<>FelonMatchF

## 14.0 Felon Matches
- Data is interchangeable per Felon ID
- On SSN matches check connected data to increase accuracy of hit

## 15.0 Clemency Matches
- Match on Voter Name then Felon Name
- Clemency Granted Date must be greater than the Conviction Date

The agenda of the 6/10 – 6/11 meeting is listed below.  The document will follow the flow outlined in the agenda.

Goal:  Completely re-run the DOE process
            Outline Requirements
                    Deliverables

        Requirements
            Data
                    DOE Provided Data
                    DBT Data
                    Output
                            Format and Source
            Match Logic
                    Fields
                    Priorities/Sequence

        Reports

Quality Assurance and Customer Acceptance Criteria

Implementation Plan

## 6. Data

This section will review the DOE provided data, the DBT data, and the Output data.

### 6.1 DOE Provided Data

The DOE Provided Data consists of the following files, see appendix E for the file formats:

Central Voter File (CVF) – DOE
Death File – Bureau of Vital Statistics (Florida only)
Felon File – Florida Department of Law Enforcement
Clemency File – Civil Rights Bureau
Voter History File – DOE 1999

### 6.1.1  Data Integrity Issues

The Requirements Team identified for each of the provided files data integrity issues. These often occur from input typing errors, incorrect information at time of entry, or other common errors. These were highlighted so that the Requirements Team could consider these issues while reviewing the processing logic. The following is a complete set from all of the files. The appropriate issues are noted under the individual file discussions.

Missing SSNs, DOBs
        Data was not present in the field.
Bad SSNs, DOBs
        Bad SSNs indicate SSNs where all the digits were the same, or were not equal to the SSNs
        that DBT derived from the Florida Driver License record for the individual;
        Bad DOBs indicate that DOBs were cases where the person was over 110 years old, or 16
        years old and under.)
Name
        Often the first name field contains the both the first and middle name.
DOB > DOD
        It was noted that the birth date was later than the date of death on some records.

| | |
|---|---|
| Database Technologies, Inc. | Document: Requirements |
| Customer: Florida Division of Elections | Version: 2.3 |
| Product: Batch Processing of Voter Files | Version Date: 01/20/00 |

The Requirements Team addressed the data integrity issues through various means.

## 6.1.2 Central Voter File (CVF)

This file contains approximately 8.2 million records. This is the registered voter information. DBT received 65 files that were merged into one file. The unique key is the County ID and the Voter ID. The file reflects the most recent information that DOE has on file. The files are updated quarterly.

Data integrity issues with the file:

> Missing SSNs, DOBs
> Bad SSNs, DOB
> Name
> VoterID

**Addendum:** DBT will provide to DOE a report, by county, showing bad DOBs. Note: 'bad' is as described in section 6.1.1 above.

Fields used in processing:

> County ID
> Voter ID
> Name
> DOB
> SSN
> Gender
> Address (*)

\* - Used in creation of the Derived Data. See the DBT Data section for a discussion of the Derived Data.

Issues with the file:

> None noted.

## 6.1.3 Death File

This file contains information on persons who are deceased for the state of Florida. The DOE source is the Bureau of Vital Statistics.

| | |
|---|---|
| Database Technologies, Inc. | Document: Requirements |
| Customer: Florida Division of Elections | Version: 2.3 |
| Product: Batch Processing of Voter Files | Version Date: 01/20/00 |

Data integrity issues with the file:

      Missing SSNs, DOBs
      Bad SSNs, DOB
      Names
      DOB > DOD

Fields used in processing:

      Name
      DOB
      SSN
      DOD

Issues with the file:

      Day length inconsistent; results also in variable record length
          DBT added a space as needed to the day to create a standard day length
          DBT used CR/LF as an end of record indicator

## 6.1.4 Felon File

This file contains information on persons who have been convicted of a felony by the state of Florida. The DOE source is the Florida Department of Law Enforcement.

Data integrity issues with the file:

      Missing SSNs, DOBs
      Bad SSNs, DOB

Fields used in processing:

      Name
      DOB
      SSN
      Gender

Issues with the file:

| | |
|---|---|
| Database Technologies, Inc.<br>Customer: Florida Division of Elections<br>Product: Batch Processing of Voter Files | Document:   Requirements<br>Version:       2.3<br>Version Date: 01/20/00 |

Variable record lengths were found during data upload.
>DBT added a space(s) as needed.
>DBT used CR/LF as an end of record indicator.

## 6.1.5  Clemency File

This file contains information on persons who have had a felony conviction by the state of Florida and have received clemency. The DOE source is the Civil Rights Bureau.

Data integrity issues with the file:

>Missing SSNs, DOBs
>Bad SSNs, DOB
>Name

Fields used in processing:

>Name
>DOB
>SSN

Issues with the file:

>The first transmitted file had an inconsistent record length.
>>Subsequent file transmitted had the corrected record length.

## 6.1.6  Voter History File

This file contains information on which election(s) (first primary, second primary, general election) persons from the CVF voted in for year 1999.   DOE is the source provider.

Data integrity issues with the file:

>None

Fields used in processing:

>County ID
>Voter ID
>Election

Database Technologies, Inc.
Customer: Florida Division of Elections
Product: Batch Processing of Voter Files

Document:      Requirements
Version:        2.3
Version Date: 01/20/00

Vote Type

Issues with the file:

File contained records that had years other than 1998 for 1999 processing and election types other than P/S/G
It was discovered that DOE sent a second set of files, which DBT had not loaded, that did not contain these issues.
Only 64 files were sent; there are 65 counties
One county does not maintain voter histories.

## 6.2  DBT  Data

The DBT Data consists of the following files:

Florida Driver Licenses (FL DL) / Derived Data
SSN Death Master File (SSNDM)
Data Integrity Issues:
1.             Sometimes both the first and middle names are in the first name field.
2.             Sometimes the first name field and the middle name field are the same.
CRIM_NAM
CRIM_NAM is a file that contains information from the following sources:
Florida - Department of Corrections
Kentucky - Department of Corrections
Wisconsin - Department of Corrections
Virginia - Department of Corrections
New Jersey - Inmates and Releases
Washington - Releases
Illinois - Department of Corrections
DOC_OFF
Florida Department of Corrections

## 6.2.1  Florida Driver Licenses / Derived Data

Due to the data integrity issues noted in section 6.1.1 and the necessity for key data items for match logic processing, DBT created a Derived Data file. For each record in the Central Voter File, the CVF name, CVF SSN, CVF DOB, and CVF address were used as input into the Florida Driver Licenses (FL DL) File.  From the FL DL the SSN and DOB were extracted and used to create the

Database Technologies, Inc.
Customer: Florida Division of Elections
Product: Batch Processing of Voter Files

Document:     Requirements
Version:       2.3
Version Date: 01/20/00

Derived Data record.  For information on the use of Derived Data, see the match logic processing section.  Please refer to the Derived Data record layout in Appendix C.

Fields used to access FL DL:

    Name
    SSN
    DOB
    Address

Output used from FL DL:

    SSN
    DOB

Derived Data file layout:

    County ID
    Voter ID
    SSN
    DOB

## 6.2.2   SSN Death Master File - SSNDM

This file contains information on deceased persons where a social security benefits claim has been processed.  This file is updated monthly and replaced quarterly.

Fields used to access SSNDM:

    Name
    SSN
    DOB

Output used from SSNDM:

    DOD
    State

## 6.2.3 CRIM_NAM

| | |
|---|---|
| Database Technologies, Inc. | Document: Requirements |
| Customer: Florida Division of Elections | Version: 2.3 |
| Product: Batch Processing of Voter Files | Version Date: 01/20/00 |

This file contains information on persons that have been convicted of a felony. The file contains information from the following states: FL, KY, WI, VA, NJ, WA, IL.

Fields used to access CRIM_NAM:

> Name
> SSN
> DOB

Output used from CRIM _NAM:

> Gender
> Race
> DOB
> Felony State
> Felon ID
> Conviction date
> Commit flag
> County
> First conviction date **

** To be added for output, this is only available for DBT Florida data.

## 6.2.4 DOC_OFF

The source of this file is the Florida Department of Corrections.  It contains information on persons who were charged with a felony offense but may not have been convicted.  The disposition of the charge for the individual is under investigation and is currently listed under the Action Items in Appendix B.  This investigation is to decide what fields to use to determine if the individual was convicted.

Fields used to access DOC_OFF:

> DOC_NUM (from CRIM_NAM)

Output used from DOC_OFF:

Database Technologies, Inc.
Customer: Florida Division of Elections
Product: Batch Processing of Voter Files

Document:      Requirements
Version:          2.3
Version Date: 01/20/00

Conviction Date
Commitment
Others to be determined (see Action Items/Appendix B)

## 6.3 Output

This section outlines the results of the voter fraud processing.  Appendix C outlines the Output File Formats.  These files will be referred to as reports to reduce confusion with the input files, which are often named similar.  The Match Logic Processing, Section 7, details the processing utilized in generating the report.  The following reports are listed in Appendix C.

Felony Report
> This file contains those individuals from the DOE CVF file that had matching data from a record in the DOE Felon File or the DBT CRIM_NAM file.

Clemency Report
> This file contains those individuals from the Felony Report that had matching data from a record in the DOE Clemency File or from the manual research process regarding out of state clemencies.

Death Report
> This file contains those individuals from the DOE CVF file that had matching data from a record in the DOE Death File or the DBT SSN Master Death file.

Duplicate Report
> This file contains those individuals that had more than one record in the DOE CVF file.

DBT Derived Data File
> This file contains data derived by DBT and used internally in the process.

A general overview of the reports regarding the following areas was reviewed:

Record layout
Record length
File/ Number of records
File transmission method

| | |
|---|---|
| Database Technologies, Inc.<br>Customer: Florida Division of Elections<br>Product: Batch Processing of Voter Files | Document:   Requirements<br>Version:   2.3<br>Version Date: 01/20/00 |

Naming Convention
Null value

It was agreed that there were no outstanding issues with the above areas.

With the reports a general rule exists, if there is data to populate the field, it will be populated, if not, it will be set to blank.

## 7.0 Match Logic Processing

This section contains information on match logic processing used to produce the output. While determining the match logic processing for the main sections (Felon, Clemency, Death, and Duplicate) it was decided that there were common rules and/or normalization that should occur. These rules/normalizations are outlined first.

A general rule exists for all sections on Name/DOB processing, the sections refer to Name/DOB checks, in actuality the order is DOB/Name.

## 7.1 Data Handling

If no DOB exists set it to NULL, not "01/01/1900", which has previously occurred.

## 7.2 Name Normalization

The following outlines the input processing to be used on the DOE supplied files for names.

Set match last name to DOE supplied last name field
        The DOE supplied last name will be parsed for embedded suffixes (Jr., Sr., II – IX)
Set match first name to the first word in the DOE supplied first name field
        If more than one word exists in the DOE supplied first name field move it to a pre-pend middle name
Set match middle name to the pre-pend middle name (if set) followed by the DOE supplied middle name

A table will be built to translate special last names (hyphens, apostrophes, etc.) to be used during name processing that will allow candidate selection on the various forms of such names.

## 7.3 Name Match Rule

| | |
|---|---|
| Database Technologies, Inc. | Document: Requirements |
| Customer: Florida Division of Elections | Version: 2.3 |
| Product: Batch Processing of Voter Files | Version Date: 01/20/00 |

When a name match is referred to, the following is the matching logic for a positive match:

Last name must match last name
First name must match first name *
Middle name – character to character match based on the least common denominator

* first name – Nicknames are used in conjunction with the first name match, (i.e., Bob compared to Robert would be a positive first name match.)

For SSN name matches only, an 80% name match will be sufficient. An 80% name match is defined as follows:

First and last names are compared individually. If Name1 Compared to Name2 >= 80% then it is considered a match. For example, BOND and BONDS is a match, but BOND and BINDER is not a match. If 80% of the characters in each name match then it is a hit. It is also required that the first characters match, so BOND and FOND would not match.

## 7.4 DOB Match Rule

The DOB must match exactly for a positive match.

## 7.5 Gender Normalization

DBT will convert gender codes to M for Male, F for Female, and Blank for unknowns or no data.

## 7.6 Gender Match Rule

The gender match is as follows:

A match is considered positive
      if set value equals set value (i.e., M=M, F=F)
      or
      if one of the values is blank and the other value is set. (i.e. M=blank, F=blank)

## 7.7 SSN Match Rule

When a Social Security Number match is referred to, the following is the matching logic for a positive match, to be used at every step B for SSN matching, except for Duplicate Processing. In this case it is performed at the "Yes – Keep record" step:

| Database Technologies, Inc. | Document: | Requirements |
|---|---|---|
| Customer: Florida Division of Elections | Version: | 2.3 |
| Product: Batch Processing of Voter Files | Version Date: | 01/20/00 |

Default EXP.SSNMatch to N //Exception report SSN

If CVF.SSN exists
    If CVF.SSN matches EXP.SSN
        Set EXP.SSNMatch to Y9  //exact match
        Exit

If CVF.SSN4 exists
    If CVF.SSN4 matches last four digits of EXP.SSN //set during step A
        Set EXP.SSNMatch to Y4  //last four digits match
        Exit

If DER.SSN exists
    If DER.SSN matches EXP.SSN
        Set EXP.SSNMatch to D9  //matches derived data exactly
        Exit

If Duplicate Processing
    If DER.SSN and DUP(CVF.SSN4)
        If DER.SSN matches DUP(CVF.SSN4)
            Set EXP.SSNMatch to D4
            Exit


## 7.8 Duplicate Match Logic Processing

The CVF file is processed against itself for duplicate registration checks.

Fields Used for Processing:
    Name
    SSN
    DOB

Match Logic:

Does the CVF Name/DOB match the CVF Name/DOB?
    Yes – Keep record
    No – Continue

| | |
|---|---|
| Database Technologies, Inc. | Document:    Requirements |
| Customer: Florida Division of Elections | Version:    2.3 |
| Product: Batch Processing of Voter Files | Version Date: 01/20/00 |

Match Basis is set to NAM
Note: a Source is not set as this is CVF against CVF file processing.

Processing:
When all records reviewed for one subject record:

Sort the kept records by registration date
Outer Loop:
Inner Loop:
The oldest registration date is the primary record (oldest); the next oldest is the recent record

The output is primary to recent record (see example listed below)

Loop through inner loop until through the kept records queue for primary record

End Inner Loop

(mark primary record as processed so that the next oldest record becomes the primary record on the next entrance into the Inner Loop)

If there are > 2 matches in the kept records queue continue until one record exists in the queue;

End Outer Loop

Example:

Records:
LEO    Registration date 1/90
DAD    Registration date 1/91
HIL    Registration date 1/92

Output:

| | |
|---|---|
| LEO (Reg Date 1/90) | DAD (Reg Date 1/91) |
| LEO (Reg Date 1/90) | HIL  (Reg Date 1/92) |
| DAD (Reg Date 1/91) | HIL  (Reg Date 1/92) |

Database Technologies, Inc.
Customer: Florida Division of Elections
Product: Batch Processing of Voter Files

Document:      Requirements
Version:       2.3
Version Date:  01/20/00

For those records that did not match on the Name/DOB criteria perform the following:

Does the CVF SSN match the CVF SSN?
        Yes – Keep record
               Perform following to determine Match Basis:

               Match Basis is set to:
               NSS – If the CVF Last name AND (CVF First Name OR CVF
                       DOB) match the CVF Last name AND (CVF First Name OR CVF
                       DOB)
               SSL – If the CVF Last Name matches the CVF Last name
               SSB – If the CVF DOB matches the CVF DOB
               ESS – Indicates match on SSN only

               Note: a Source is not set as this is CVF against CVF file processing.

        No – Continue

      Perform Processing section as indicated above for sorting and outputting.

## 7.9 Death Match Logic Processing

Multiple files are used for the Death Report.

Files and Fields Used for Processing:

CVF:
        Name
        DOB
        SSN

Derived Data:
        DOB
        SSN

Death File:
        Name
        DOB
        SSN

Database Technologies, Inc.                                                  Document:     Requirements
Customer: Florida Division of Elections                                      Version:      2.3
Product: Batch Processing of Voter Files                                     Version Date: 01/20/00

SSN Death Master File:
    SSN
    Name
    DOB


Match Logic:

Step A


Search Death File by CVF DOB/Name *

If match and Death State is FL
    Set Match Basis to: NAM
    Set Source to: DOE

    Exit

Search Death File by Derived DOB and CVF Name**

If match and Death State is FL
    Set Match Basis to: NBD
    Set Source to: DOE

    Exit

Search Death File by CVF SSN

If match

    Perform Gender Rule Check

    If Gender Rule returns negative
        Exit this search

    Perform following to determine Match Basis:

    Match Basis is set to:

| Database Technologies, Inc. | Document: | Requirements |
| Customer: Florida Division of Elections | Version: | 2.3 |
| Product: Batch Processing of Voter Files | Version Date: | 01/20/00 |

NSS – If the CVF Last name AND (CVF First Name OR CVF
DOB) match the Death Last name AND (Death First Name OR Death DOB)
SSL – If the CVF Last Name matches the Death Last name
SSB – If the CVF DOB matches the Death DOB
ESS – Indicate SSN match only

Source is set to: DOE

Exit

Search Death File by Derived SSN

If match

Perform Gender Rule Check

If Gender Rule returns negative
Exit this search

Perform following to determine Match Basis:

Match Basis is set to:
NSD – If the CVF Last name AND (CVF First Name OR CVF
DOB) match the Death Last name AND (Death First Name OR Death DOB)
SDL – If the CVF Last Name matches the Death Last name
SDB – If the CVF DOB matches the Death DOB
If it is a SSN match only DO NOT set match basis or use this record; exit

Source is set to: DOE

Exit

Step B

To reach this point indicates a match has not been made from Step A – Step B.

**Repeat Step A replacing the Death File with the SSN Death Master File; change the Source to DBT.**

**12/20/1999, Processing Change:**

| | | | |
|---|---|---|---|
| Database Technologies, Inc. | | Document: | Requirements |
| Customer: Florida Division of Elections | | Version: | 2.3 |
| Product: Batch Processing of Voter Files | | Version Date: | 01/20/00 |

For Step B (when repeating this processing for the SSN Death Master File) do not do the Search Death File by CVF DOB/Name* (see above) nor the Search Death File by Derived DOB and CVF Name** (see above) steps here.  These steps need to be moved to the very end of Death Match Logic Processing.

## 7.10 Felon Match Logic Processing

Multiple files are used for the Felon Report.  The Clemency Receive state will be defaulted to 'N' (no clemency).

Files and Fields Used for Processing:

CVF:
    Name
    DOB
    SSN

Derived Data:
    DOB
    SSN

Felon File:
    Name
    DOB
    SSN
    Felon ID

CRIM_NAM File:
    SSN
    Name
    DOB

DOC_OFF File: (Department of Corrections Offense File)
    HISTORY_FLAG
    IMPORT_DATE
    CLOAKING
    DOC_NUMB
    COM_PREFIX
    SENT_COMP

**ATTACHMENT / EXHIBIT** 3

Database Technologies, Inc.                          Document:     Requirements
Customer: Florida Division of Elections              Version:      2.3
Product: Batch Processing of Voter Files             Version Date: 01/20/00

ADM_INT_DATE
CNTY_CONV
CASE_NO
OFFENSE_DATE
NCIC_CODE
SENT_IMP_DTE
MIN_TERM
MAX_TERM
SPEC_PROV
ADJ_WH
FILLER1
CLA_ADM_DATE
CLA_OFF_DATE
CLA_SENT_DTE
FILLER2

Match Logic:

Step A

**12/20/1999, Processing Change:**
This process needs to handle each record that exists with the same Felon ID, only for step A.  We
will use aggregate data for this processing per Marlene.

Search Felon File by CVF DOB/Name

If match
        Set Match Basis to: NAM
        Set Source to: DOE

        Exit

Search Felon File by Derived DOB and CVF Name

If match
        Set Match Basis to: NBD
        Set Source to: DOE

        Exit

| | |
|---|---|
| Database Technologies, Inc.<br>Customer: Florida Division of Elections<br>Product: Batch Processing of Voter Files | Document:    Requirements<br>Version:        2.3<br>Version Date: 01/20/00 |

## Search Felon File by CVF SSN

If match

      Perform Gender Rule Check

      If Gender Rule returns negative
           Exit this search

      Perform following to determine Match Basis:

      Match Basis is set to:
      NSS – If the CVF Last name AND (CVF First Name OR CVF
                DOB) match the Felon Last name AND (Felon First Name OR Felon DOB)
      SSL – If the CVF Last Name matches the Felon Last name
      SSB – If the CVF DOB matches the Felon DOB
      ESS – Indicates SSN match only

      Source is set to: DOE

      Exit

## Search Felon File by Derived SSN

If match

      Perform Gender Rule Check

      If Gender Rule returns negative
           Exit this search

      Perform following to determine Match Basis:

      Match Basis is set to:
      NSD – If the CVF Last name AND (CVF First Name OR CVF
                DOB) match the Felon Last name AND (Felon First Name OR Felon DOB)
      SDL  – If the CVF Last Name matches the Felon Last name
      SDB – If the CVF DOB matches the Felon DOB

Database Technologies, Inc.
Customer: Florida Division of Elections
Product: Batch Processing of Voter Files

Document:     Requirements
Version:        2.3
Version Date: 01/20/00

If it is a SSN match only DO NOT set match basis or use this record; exit

Source is set to: DOE

Exit

<u>Step B</u>

To reach this point indicates a match has not been made from Step A – Step B.

**Repeat Step A replacing the Felon File with the CRIM_NAM File; change the Source to DBT.**

Also for each Match in the CRIM_NAM execution before considering it a match perform the following:
        If  CRIM_NAM state = FL
        Then check DOC_OFF file
                If "incarcerated" (is set in the Commitment Field)
                then consider this a match
                        return FDLE number
                        continue in the match processing logic
                else exit this search

**7.11 Clemency Match Logic Processing**

Multiple files are used for the Clemency Report.

Files and Fields Used for Processing:

Clemency:
        Name
        DOB
        SSN

Felony Exception File (FEF):
        CVF Name
        CVF DOB
        CVF SSN
        Derived SSN
        Derived DOB
        Felon Name

Database Technologies, Inc.
Customer: Florida Division of Elections
Product: Batch Processing of Voter Files

Document:      Requirements
Version:        2.3
Version Date: 01/20/00

---

    Felon DOB
    Felon SSN
    Received Clemency
    CLOOS
    CLFL

Match Logic:

Note: the referenced FEF Received Clemency Logic is outlined at the end of the Match Logic Section.

<u>Step A</u>

If Felon State in FEF File is not FL

**12/20/1999, Processing Change:**
Set FEF.ReceivedClemency to 'O' (out-of-state).
DBT will manually find the Clemency data and enter it.
DBT will then verify this data against the CVF.Clemency to see if the subject has Clemency in FL (which is required).  The subject needs out-of-state Clemency *and* FL Clemency to vote.

Two new fields, CLOOS (Out of State Clemency flag) and CLFL (FL Clemency flag), are to be added to the FEF file, they will each be set to either 'Y' or 'N'.  The FEF.ReceivedClemency field should not be 'Y' (yes) unless both of the new fields are 'Y' (yes).

Exit

If Match Basis in FEF File is ESS
Exit

<u>Search Clemency  File by FEF.CVF DOB/ FEF.CVF Name</u>

If match
    Set Match Basis to: NAM
    Perform FEF.Received Clemency Logic
    If FEF.Received Clemency = Y or X
        Set Source to: CVF

    Exit

---

Database Technologies, Inc.
Customer: Florida Division of Elections
Product: Batch Processing of Voter Files

Document:      Requirements
Version:        2.3
Version Date:  01/20/00

---

Search Clemency File by FEF.Derived DOB and FEF.CVF Name

If match

    Set Match Basis to: NBD
    Perform FEF.Received Clemency Logic
    If FEF.Received Clemency = Y or X
        Set Source to: CVF

    Exit

Search Clemency File by FEF.CVF SSN

If match

    Perform Gender Rule Check

    If Gender Rule returns negative
        Exit this search

    Perform following to determine Match Basis:

    Match Basis is set to:
    NSS – If the CVF Last name AND (CVF First Name OR CVF
          DOB) match the Felon Last name AND (Felon First Name OR Felon DOB)
    SSL – If the CVF Last Name matches the Felon Last name
    SSB – If the CVF DOB matches the Felon DOB

    If it is a SSN match only DO NOT set match basis or use this record; exit this search

    Perform FEF.Received Clemency Logic
    If FEF.Received Clemency = Y or X
        Source is set to: CVF

    Exit

Search Clemency File by FEF.Derived SSN

If match

    Perform Gender Rule Check

---

Database Technologies, Inc.                                  Document:     Requirements
Customer: Florida Division of Elections                      Version:        2.3
Product: Batch Processing of Voter Files                     Version Date: 01/20/00

If Gender Rule returns negative
      Exit this search

Perform following to determine Match Basis:

Match Basis is set to:
NSD – If the FEF.CVF Last name AND (FEF.CVF First Name OR FEF.CVF
            DOB) match the Clemency Last name AND (Clemency First Name OR
            Clemency DOB)
SDL  – If the FEF.CVF Last Name matches the Clemency Last name
SDB – If the FEF.CVF DOB matches the Clemency DOB

If it is a SSN match only DO NOT set match basis or use this record; exit this search

Perform FEF.Received Clemency Logic
If FEF.Received Clemency = Y or X
      Source is set to: CVF

Exit

Step B

To reach this point indicates a match has not been made from Step A – Step B.

**Repeat Step A replacing the FEF.CVF references with FEF.Felon; change the Source to FEL.**

FEF Received Clemency Logic:

On a match

**12/20/1999, Processing Change:**
      If the Clemency granted date is earlier than the conviction date then do **not** consider the
      subject to have valid Clemency.

      Set the Felon Exception File – Received Clemency field by comparing the FEF Match Basis to
      the Clemency Match Basis utilizing the chart in Appendix D.

      If the chart indicates a Y then the FEF Received Clemency field is set to Y and the current
      record is written to the Clemency Exception Report.

| Database Technologies, Inc. | Document: | Requirements |
|---|---|---|
| Customer: Florida Division of Elections | Version: | 2.3 |
| Product: Batch Processing of Voter Files | Version Date: | 01/20/00 |

If the chart indicates a N then the FEF Received Clemency field is set to N and the current record is NOT written to the Clemency Exception Report.

If the chart indicates an X then the FEF Received Clemency field is set to X and the current record is written to the Clemency Exception Report.

## 8.0 Reports

The reports are listed and outlined under the Output, Section 6.3. The output files are the deliverable product. The output files are often referenced as Exception Reports.

## 9.0 Quality Assurance and Customer Acceptance Criteria

DBT will perform internal quality assurance testing on the output based on the Requirements documents. Additionally, DOE will supply DBT with documentation on their Customer Acceptance Criteria (CAC). DBT will perform internal testing to the CAC and will perform joint testing with DOE of the CAC.

## 10.0 Implementation Plan

The following outlines the agreed upon Implementation Plan

Modify the FLDOE Requirements document version 1.0 based on the 12/17/99 meeting.
    Audience: Janet Modrow, Marlene Thorogood, Chris Knowles, Richard Crook, Nick Hindle, Grant Marotta, and other DBT members as appropriate.
    Driver: Grant Marotta
    Target Date: 01/14/00

Acceptance of Requirements document by Requirements Team; with sign-off.
    Audience: Janet Modrow, Marlene Thorogood, Chris Knowles, Richard Crook, Nick Hindle, Grant Marotta
    Driver: Marlene Thorogood and Grant Marotta
    Target Date: 01/20/00

Receive Customer Acceptance Criteria
    Audience: Janet Modrow, Marlene Thorogood, Chris Knowles, Richard Crook, Nick Hindle, and other DBT members as appropriate
    Driver: Janet Modrow

| | |
|---|---|
| Database Technologies, Inc. | Document:      Requirements |
| Customer: Florida Division of Elections | Version:        2.3 |
| Product: Batch Processing of Voter Files | Version Date: 01/20/00 |

Target Date: to be determined (tbd)

Create Project Plan
Driver: Nick Hindle
Target Start Date: 02/01/00
Target Completion Date: tbd*

Estimate DBT Delivery Date
Driver: Marlene Thorogood
Target Date:  tbd

Development
Driver: Nick Hindle
Target Start Date: tbd
Target Completion Date: tbd

Testing: Internal mapping to Customer Acceptance Criteria
Driver: Cathy Hammond (QA Team Leader)
Target Start Date: tbd
Target Completion Date: tbd

Testing: Joint DOE/DBT to Customer Acceptance Criteria
Driver: Marlene Thorogood
Target Start Date: tbd
Target Completion Date: tbd

Signoff of Customer Acceptance Criteria
Driver: Janet Modrow and Marlene Thorogood
Target Start Date: tbd
Target Completion Date: tbd

Delivery of Product to Customer
Driver:  Marlene Thorogood
Target Start Date: tbd
Target Completion Date: tbd

* The Completion of the Project Plan sets the stage for estimating dates for the remaining steps in the Implementation Plan.  After signoff of the Requirements document the Implementation Plan will be tracked in the Project Plan.

## 11.0 Conclusion

This document outlines the Requirements for the identification of those individuals who fall within the Disqualification Parameters and will be presented to the Requirements Team for approval. Upon sign-off of the document by the Requirements Team any request to modify the requirements should be documented and signed off by the Requirements Team. Modifications to the Requirements may impact dates associated with the Implementation Plan. This document is confidential.

| Database Technologies, Inc. | Document: | Requirements |
|---|---|---|
| Customer: Florida Division of Elections | Version: | 2.3 |
| Product: Batch Processing of Voter Files | Version Date: | 01/20/00 |

## Appendix A

Requirements Team

Janet Modrow,  Florida Division of Elections, System Project Administrator
Marlene Thorogood, Database Technologies, Inc., Project Manager
Chris Knowles, Database Technologies, Manager, Batch Development
Richard Crook, Database Technologies, Developer
Nick Hindle, Database Technologies, Developer II
Grant Marotta, Database Technologies, Planning Office

Database Technologies, Inc.
Customer: Florida Division of Elections
Product: Batch Processing of Voter Files

Document:     Requirements
Version:         2.3
Version Date:  01/20/00

## Appendix B

Open Issues and Action Items (as of 02/07/00)

1. Nick to provide his current file-format layouts of "data sent to DBT" to Janet.
2. ~~Janet to go to the asst. GC to find out a Clemency issue: if they have FL Clemency, is that enough or do the need outside Clemency as well?~~
3. ~~Nick to provide pseudo-code of processing all records with the same felon ID for section 7.8 and get it to Grant.~~
4. Chris to get modifications of the data for the front-end applications.
5. ~~Grant to update and distribute the revised Requirements document.~~
6. We need a date for a January Conference Call, Marlene/Janet
7. Marlene/Janet, Determine DOE acceptance criteria
8. Marlene/Janet, Set a completion date and milestones utilizing a project plan.

Database Technologies, Inc.
Customer: Florida Division of Elections
Product: Batch Processing of Voter Files

Document:     Requirements
Version:      2.3
Version Date: 01/20/00

**Appendix C**

DBT's Return File Formats

See the Match Logic Processing section for additional information regarding the processing.

All files will be in a comma delimited format. There are a total of 5 files as described below.

Felony File

All felony information will be in one file with the following layout. Clemency data will be sent in a separate file.

|    | Field Name     | Format     | Source              | Valid Codes         |
|----|----------------|------------|---------------------|---------------------|
| 1  | VoterCountyID  | Char 3     | CVF echo            | See County Codes    |
| 2  | VoterID        | Char 15    | "        "          |                     |
| 3  | VoterNameL     | Char 40    | "        "          |                     |
| 4  | VoterNameS     | Char 40    | "        "          |                     |
| 5  | VoterNameF     | Char 40    | "        "          |                     |
| 6  | VoterNameM     | Char 40    | "        "          |                     |
| 7  | VoterMatchL    | Char 40    | Normalized Name     |                     |
| 8  | VoterMatchF    | Char 40    | "        "          |                     |
| 9  | VoterMatchM    | Char 40    | "        "          |                     |
| 10 | VoterBirthDate | mm/dd/yyyy | CVF echo            |                     |
| 11 | VoterRegDate   | mm/dd/yyyy | "        "          |                     |
| 12 | VoterSSN       | Char 11    | "        "          |                     |
| 13 | VoterGender    | Char 1     | "        "          | See Gender Codes    |
| 14 | VoterRace      | Char 3     | "        "          | See Race Codes      |
| 15 | FelonState     | Char 2     |                     | State Abbreviations |
| 16 | FelonCountyID  | Char 3     |                     | See County Codes    |
| 17 | FelonID        | Char 15    | FDLE Num / Source ID |                    |
| 18 | FelonIDseq     | Char 2     | FDLE echo Suffix    | '0' if multi-match  |
| 19 | FelonNameL     | Char 40    | Echo source data    |                     |
| 20 | FelonNameS     | Char 40    | "      "      "     |                     |
| 21 | FelonNameF     | Char 40    | "      "      "     |                     |
| 22 | FelonNameM     | Char 40    | "      "      "     |                     |
| 23 | FelonMatchL    | Char 40    | Normalized Name     |                     |
| 24 | FelonMatchF    | Char 40    | "        "          |                     |
| 25 | FelonMatchM    | Char 40    | "        "          |                     |

Database Technologies, Inc.
Customer: Florida Division of Elections
Product: Batch Processing of Voter Files

Document:     Requirements
Version:      2.3
Version Date: 01/20/00

| | | | | |
|---|---|---|---|---|
| 26 | FelonConvDateFirst | mm/dd/yyyy | If Known | |
| 27 | FelonConvDateLast | mm/dd/yyyy | FDLE echo / DOC logic | |
| 28 | FelonBirthDate | mm/dd/yyyy | Echo source data | |
| 29 | FelonSSN | Char 11 | "    "    " | |
| 30 | FelonGender | Char 1 | "    "    " | See Gender Codes |
| 31 | FelonRace | Char 3 | "    "    " | See Race Codes |
| 32 | HistoryLastFP | Char 1 | CVF History Echo | See Voting Codes |
| 33 | HistoryLastSP | Char 1 | "    "    " | See Voting Codes |
| 34 | HistoryLastGE | Char 1 | "    "    " | See Voting Codes |
| 35 | ReceivedClemency | Char 1 | | See Received Clemency Codes |
| 36 | Source | Char 3 | | DOE / DBT |
| 37 | MatchBasis | Char 3 | | See Match Codes |
| 38 | SSNMatch | Char 2 | | See SSNMatch Codes |

Clemency File

| | Field Name | Format | Source | Valid Codes |
|---|---|---|---|---|
| 1 | VoterCountyID | Char 3 | CVF echo | See County Codes |
| 2 | VoterID | Char 15 | CVF echo | |
| 3 | ClemcDCnum | Char 10 | Clemency echo | |
| 4 | ClemcECnum | Char 7 | "    " | |
| 5 | ClemcNameL | Char 40 | "    " | |
| 6 | ClemcNameS | Char 40 | "    " | |
| 7 | ClemcNameF | Char 40 | "    " | |
| 8 | ClemcNameM | Char 40 | "    " | |
| 9 | ClemcMatchL | Char 40 | Normalized Name | |
| 10 | ClemcMatchF | Char 40 | "    " | |
| 11 | ClemcMatchM | Char 40 | "    " | |
| 12 | ClemcBirthDate | mm/dd/yyyy | Clemency echo | |
| 13 | ClemcDateGranted | mm/dd/yyyy | "    " | |
| 14 | ClemcSSN | Char 11 | "    " | |
| 15 | ClemcGender | Char 1 | "    " | See Gender Codes |
| 16 | ClemcRace | Char 3 | "    " | See Race Codes |
| 17 | ClemcRaceID | Char 1 | "    " | |
| 18 | Source | Char 3 | | CVF / FEL |
| 19 | Match Basis | Char 3 | | See Match Codes |
| 20 | SSNMatch | Char 2 | | See SSNMatch Codes |

Database Technologies, Inc.
Customer: Florida Division of Elections
Product: Batch Processing of Voter Files

Document:    Requirements
Version:    2.3
Version Date: 01/20/00

Death File

| | Field Name | Format | Source | Valid Codes |
|---|---|---|---|---|
| 1 | VoterCountyID | Char 3 | CVF echo | See County Codes |
| 2 | VoterID | Char 15 | "      " | |
| 3 | VoterNameL | Char 40 | "      " | |
| 4 | VoterNameS | Char 40 | "      " | |
| 5 | VoterNameF | Char 40 | "      " | |
| 6 | VoterNameM | Char 40 | "      " | |
| 7 | VoterMatchL | Char 40 | Normalized Name | |
| 8 | VoterMatchF | Char 40 | "      " | |
| 9 | VoterMatchM | Char 40 | "      " | |
| 10 | VoterBirthDate | mm/dd/yyyy | CVF echo | |
| 11 | VoterRegDate | mm/dd/yyyy | "      " | |
| 12 | VoterSSN | Char 11 | "      " | |
| 13 | VoterGender | Char 1 | "      " | See Gender Codes |
| 14 | VoterRace | Char 3 | "      " | See Race Codes |
| 15 | DeathState | Char 2 | Zip derivation if possible from Death source | State Abbreviations |
| 16 | DeathCountyID | Char 3 | Where given | See County Codes |
| 17 | DeathNameL | Char 40 | Death source echo | |
| 18 | DeathNameS | Char 40 | "      " | |
| 19 | DeathNameF | Char 40 | "      " " | |
| 20 | DeathNameM | Char 40 | "      " " | |
| 21 | DeathMatchL | Char 40 | Normalized Name | |
| 22 | DeathMatchF | Char 40 | "      " " | |
| 23 | DeathMatchM | Char 40 | "      " " | |
| 24 | DeathMonth | mm | Extract from Death Source Date | |
| 25 | DeathDay | dd | Extract from Death Source Date | |
| 26 | DeathYear | yyyy | Extract from Death Source Date | |
| 27 | DeathCertNum | Char 15 | Death source echo | |
| 28 | DeathBirthDate | mm/dd/yyyy | "      " " | |
| 29 | DeathSSN | Char 11 | "      " " | |
| 30 | DeathGender | Char 1 | "      " " | See Gender Codes |
| 31 | DeathRace | Char 3 | "      " " | See Race Codes |

Database Technologies, Inc.
Customer: Florida Division of Elections
Product: Batch Processing of Voter Files

Document:    Requirements
Version:     2.3
Version Date: 01/20/00

| 32 | HistoryLastFP | Char 1 | CVF History echo | See Voting Codes |
| 33 | HistoryLastSP | Char 1 | "     "     " | See Voting Codes |
| 34 | HistoryLastGE | Char 1 | "     "     " | See Voting Codes |
| 35 | Source | Char 3 | | DOE / DBT |
| 36 | MatchBasis | Char 3 | | See Match Codes |
| 37 | SSNMatch | Char 2 | | See SSNMatch Codes |

Duplicate File

| | Field Name | Format | Source | Valid Codes |
|---|---|---|---|---|
| 1 | VoterCountyID | Char 3 | CVF echo | See County Codes |
| 2 | VoterID | Char 15 | "     " | |
| 3 | VoterNameL | Char 40 | "     " | |
| 4 | VoterNameS | Char 40 | "     " | |
| 5 | VoterNameF | Char 40 | "     " | |
| 6 | VoterNameM | Char 40 | "     " | |
| 7 | VoterMatchL | Char 40 | Normalized Name | |
| 8 | VoterMatchF | Char 40 | "     " | |
| 9 | VoterMatchM | Char 40 | "     " | |
| 10 | VoterBirthDate | mm/dd/yyyy | CVF echo | |
| 11 | VoterRegDate | mm/dd/yyyy | "     " | |
| 12 | VoterSSN | Char 11 | "     " | |
| 13 | VoterGender | Char 1 | "     " | See Gender Codes |
| 14 | VoterRace | Char 3 | "     " | See Race Codes |
| 15 | DupCountyID | Char 3 | CVF echo | See County Codes |
| 16 | DupVoterID | Char 15 | "     " | |
| 17 | DupNameL | Char 40 | "     " | |
| 18 | DupNameS | Char 40 | "     " | |
| 19 | DupNameF | Char 40 | "     " | |
| 20 | DupNameM | Char 40 | "     " | |
| 21 | DupMatchL | Char 40 | Normalized Name | |
| 22 | DupMatchF | Char 40 | "     " | |
| 23 | DupMatchM | Char 40 | "     " | |
| 24 | DupBirthDate | mm/dd/yyyy | CVF echo | |
| 25 | DupRegDate | mm/dd/yyyy | "     " | |
| 26 | DupSSN | Char 11 | "     " | |
| 27 | DupGender | Char 1 | "     " | See Gender Codes |
| 28 | DupRace | Char 3 | "     " | See Race Codes |

Database Technologies, Inc.
Customer: Florida Division of Elections
Product: Batch Processing of Voter Files

Document: Requirements
Version: 2.3
Version Date: 01/20/00

| 29 | VoterHistoryLastFP | Char 1 | CVF History echo | See Voting Codes |
|----|--------------------|--------|------------------|------------------|
| 30 | VoterHistoryLastSP | Char 1 | "      "      " | See Voting Codes |
| 31 | VoterHistoryLastGE | Char 1 | "      "      " | See Voting Codes |
| 32 | DupHistoryLastFP | Char 1 | "      "      " | See Voting Codes |
| 33 | DupHistoryLastSP | Char 1 | "      "      " | See Voting Codes |
| 34 | DupHistoryLastGE | Char 1 | "      "      " | See Voting Codes |
| 35 | MatchBasis | Char 3 | | See Match Codes |
| 36 | SSNMatch | Char 2 | | See SSNMatch Codes |

### DBT Derived Data

| | Field Name | Format | Source |
|---|------------|--------|--------|
| 1 | VoterCountyID | Char 3 | CVF echo |
| 2 | VoterID | Char 15 | CVF echo |
| 3 | DmvNameL | Char 40 | DMV File |
| 4 | DmvNameS | Char 40 | "      " |
| 5 | DmvNameF | Char 40 | "      " |
| 6 | DmvNameM | Char 40 | "      " |
| 7 | DmvSSN | Char 11 | "      " |
| 8 | DmvBirthDate | mm/dd/yyyy | "      " |
| 9 | DmvLicNum | Char 13 | "      " |

### Report Codes

| Source Codes | | | | |
|------|-------------|--------|--------|----------|
| Code | Description | Deaths | Felons | Clemency |
| DOE | Division of Elections | Florida's Vital Statistics | FDLE data | Civil Rights Bureau |
| DBT | Database Technologies | Social Security File | Florida Corrections data; Out of State Corrections data: Illinois, Kentucky, New Jersey, Virginia, Washington and Wisconsin | N/A |
| FEL | Felony Report; Felony Fields | N/A | N/A | Felony Report |
| CVF | Felony | N/A | N/A | Felony Report |

Database Technologies, Inc.
Customer: Florida Division of Elections
Product: Batch Processing of Voter Files

Document:     Requirements
Version:       2.3
Version Date: 01/20/00

|  | Report; CVF Fields |  |  |  |
|---|---|---|---|---|

| Match Basis Codes | | |
|---|---|---|
| **Code** | **Fields Matched On** | **Indications** |
| NAM | Last Name; First Name; DOB |  |
| NBD | Last Name; First Name; Derived DOB | Possible data entry error on birth date |
| NSS | Last Name; SSN; First Name or DOB |  |
| NSD | Last Name; Derived SSN; First Name or DOB |  |
|  |  |  |
| ESS | SSN | Possible data entry error on SSN |
| SSL | SSN; Last Name | Possibly a husband and wife |
| SSB | SSN; DOB | Possible name change |
| SDL | Derived SSN; Last Name | Possibly a husband and wife |
| SDB | Derived SSN; DOB | Possible name change |

| SSN Match Codes | |
|---|---|
| N | No Match |
| Y4 | Last 4 Digits Match |
| Y9 | All 9 Digits Match |
| D4 | Last 4 Digits Match Derived SSN |
| D9 | All 9 Digits Match Derived SSN |
|  | (blank) No SSN Match Attempted |

| Received Clemency Codes | |
|---|---|
| O | Out-of-State Clemency, but not in FL |
| Y | Yes |
| N | No |
| X | Maybe |

| Voter History Codes | |
|---|---|
| A | Absentee Vote |
| P | Voted at the Polls |
| V | Voted |

Database Technologies, Inc.
Customer: Florida Division of Elections
Product: Batch Processing of Voter Files

Document:      Requirements
Version:        2.3
Version Date:  01/20/00

| Voter History Codes | |
|---|---|
| N | Did Not Vote |

| Gender Codes | |
|---|---|
| F | Female |
| M | Male |

| Race Codes | |
|---|---|
| AIA | American Indian / Alaskan Native |
| ASP | Asian/Pacific Islander |
| BLA | Black |
| HIS | Hispanic |
| OTH | Other |
| UNK | Unknown |
| WHI | White |

| County Codes | | |
|---|---|---|
| FDLE Code | CountyID | County Name |
| 01 | ALA | Alachua |
| 02 | BAK | Baker |
| 03 | BAY | Bay |
| 04 | BRA | Bradford |
| 05 | BRE | Brevard |
| 06 | BRO | Broward |
| 07 | CAL | Calhoun |
| 08 | CHA | Charlotte |
| 09 | CIT | Citrus |
| 10 | CLA | Clay |
| 11 | CLL | Collier |
| 12 | CLM | Columbia |
| 13 | DAD | Dade |
| 14 | DES | Desoto |
| 15 | DIX | Dixie |
| 16 | DUV | Duval |
| 17 | ESC | Escambia |
| 18 | FLA | Flagler |
| 19 | FRA | Franklin |
| 20 | GAD | Gadsden |
| 21 | GIL | Gilchrist |
| 22 | GLA | Glades |

Database Technologies, Inc.
Customer: Florida Division of Elections
Product: Batch Processing of Voter Files

Document:    Requirements
Version:       2.3
Version Date: 01/20/00

| County Codes | | |
|---|---|---|
| FDLE Code | CountyID | County Name |
| 23 | GUL | Gulf |
| 24 | HAM | Hamilton |
| 25 | HAR | Hardee |
| 26 | HEN | Hendry |
| 27 | HER | Hernando |
| 28 | HIG | Highlands |
| 29 | HIL | Hillsborough |
| 30 | HOL | Holmes |
| 31 | IND | Indian River |
| 32 | JAC | Jackson |
| 33 | JEF | Jefferson |
| 34 | LAF | Lafayette |
| 35 | LAK | Lake |
| 36 | LEE | Lee |
| 37 | LEO | Leon |
| 38 | LEV | Levy |
| 39 | LIB | Liberty |
| 40 | MAD | Madison |
| 41 | MAN | Manatee |
| 42 | MON | Monroe |
| 43 | MRN | Marion |
| 44 | MRT | Martin |
| 45 | NAS | Nassau |
| 46 | OKA | Okaloosa |
| 47 | OKE | Okeechobee |
| 48 | ORA | Orange |
| 49 | OSC | Osceola |
| 50 | PAL | Palm Beach |
| 51 | PAS | Pasco |
| 52 | PIN | Pinellas |
| 53 | POL | Polk |
| 54 | PUT | Putnam |
| 55 | SAN | Santa Rosa |
| 56 | SAR | Sarasota |
| 57 | SEM | Seminole |
| 58 | STJ | St. Johns |
| 59 | STL | St. Lucie |
| 60 | SUM | Sumter |
| 61 | SUW | Suwannee |
| 62 | TAY | Taylor |
| 63 | UNI | Union |

Database Technologies, Inc.
Customer: Florida Division of Elections
Product: Batch Processing of Voter Files

Document:      Requirements
Version:       2.3
Version Date:  01/20/00

| County Codes | | |
|---|---|---|
| FDLE Code | CountyID | County Name |
| 64 | VOL | Volusia |
| 65 | WAK | Wakulla |
| 66 | WAL | Walton |
| 67 | WAS | Washington |

| Database Technologies, Inc. | Document: | Requirements |
| Customer: Florida Division of Elections | Version: | 2.3 |
| Product: Batch Processing of Voter Files | Version Date: | 01/20/00 |

**Appendix D**

The Felony Exception Report, Received Clemency field value is to be determined based on the comparison of the Clemency Match Basis value to the Felony Exception Report Match Basis value, as listed in the chart below.

| Clemency Match Basis | Felony Exception Report (FEL) Match Basis | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **NAM** | **NBD** | **ESS** | **NSS** | **SSL** | **SSB** | **NSD** | **SDL** | **SDB** |
| **NAM** | Y | X | N/A | X | X | X | X | X | X |
| **NBD** | X | Y | N/A | X | X | X | X | X | X |
| **ESS** | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| **NSS** | X | X | N/A | Y | X | X | X | X | X |
| **SSL** | X | X | N/A | X | X | X | X | X | X |
| **SSB** | X | X | N/A | X | X | X | X | X | X |
| **NSD** | X | X | N/A | X | X | X | Y | X | X |
| **SDL** | X | X | N/A | X | X | X | X | X | X |
| **SDB** | X | X | N/A | X | X | X | X | X | X |

Match Basis Key:

| NAM | Match on Name and DOB |
| NBD | Match on Name and Derived DOB |
| ESS | Match on SSN only |
| NSS | Match on SSN and Last Name AND (First Name OR DOB) |
| SSL | Match on SSN and Last Name |
| SSB | Match on SSN and DOB |
| NSD | Match on Derived SSN, Last Name AND (First Name OR DOB) |
| SDL | Match on Derived SSN and Last Name |
| SDB | Match on Derived SSN and DOB |

See the appropriate Match Logic Section for the files used during the match logic processing, and further delineation of the source files for the fields represented above.

Y – If Match, then Yes, Clemency
X – If Match, Possible Clemency

| Database Technologies, Inc. | Document: | Requirements |
|---|---|---|
| Customer: Florida Division of Elections | Version: | 2.3 |
| Product: Batch Processing of Voter Files | Version Date: | 01/20/00 |

## Appendix E

The following record layouts describe the data sent to DBT from FL DOE.

### VOTER RECORD LAYOUT

|  | Field Name | Format (Max Len) | Valid Codes |
|---|---|---|---|
| 1 | VoterCountyID | Char 3 | See County Codes |
| 2 | VoterID | Char 15 | |
| 3 | VoterNameL | Char 40 | |
| 4 | VoterNameS | Char 40 | |
| 5 | VoterNameF | Char 40 | |
| 6 | VoterNameM | Char 40 | |
| 7 | VoterAddr1 | Char 40 | |
| 8 | VoterAddr2 | Char 40 | |
| 9 | VoterCity | Char 40 | |
| 10 | VoterState | Char 2 | |
| 11 | VoterZip | Char 9 | |
| 12 | VoterBirthDate | mm/dd/yyyy | |
| 13 | VoterRegDate | mm/dd/yyyy | |
| 14 | VoterSSN | Char 9 | |
| 15 | VoterSSN4 | Char 4 | |
| 16 | VoterGender | Char 1 | See Gender Codes |
| 17 | VoterRace | Char 3 | See Race Codes |

### VOTER HISTORY LAYOUT

|  | Field Name | Format (Max Len) | Valid Codes |
|---|---|---|---|
| 1 | VoterCountyID | Char 3 | See County Codes |
| 2 | VoterID | Char 15 | |
| 3 | ElectionID | Char 10 | |
| 4 | HistoryCode | Char 1 | See History Codes |

### DEATH FILE LAYOUT

|  | Field Name | Format (max len) | Valid Codes |
|---|---|---|---|

Database Technologies, Inc.
Customer: Florida Division of Elections
Product: Batch Processing of Voter Files

| Document: | Requirements |
|---|---|
| Version: | 2.3 |
| Version Date: | 01/20/00 |

| | | | |
|---|---|---|---|
| 1 | DeathCountyID | Char 3 | See County Codes |
| 2 | DeathNameL | Char 40 | |
| 3 | DeathNameS | Char 40 | |
| 4 | DeathNameF | Char 40 | |
| 5 | DeathNameM | Char 40 | |
| 6 | DeathMonth | mm | |
| 7 | DeathDay | dd | |
| 8 | DeathYear | yyyy | |
| 9 | DeathCertNum | Char 15 | |
| 10 | DeathBirthDate | mm/dd/yyyy | |
| 11 | DeathSSN | Char 9 | |
| 12 | DeathGender | Char 1 | See Gender Codes |
| 13 | DeathRace | Char 3 | See Race Codes |

**FELONY FILE LAYOUT**

| | Field Name | Format | Valid Codes |
|---|---|---|---|
| 1 | FelonID | Char 15 | |
| 2 | FelonIDseq | Char 2 | |
| 3 | FelonNameL | Char 40 | |
| 4 | FelonNameS | Char 40 | |
| 5 | FelonNameF | Char 40 | |
| 6 | FelonNameM | Char 40 | |
| 7 | FelonCountyID | Char 3 | See County Codes |
| 8 | FelonConvDate | mm/dd/yyyy | |
| 9 | FelonBirthDate | mm/dd/yyyy | |
| 10 | FelonSSN | Char 9 | |
| 11 | FelonGender | Char 1 | See Gender Codes |
| 12 | FelonRace | Char 3 | See Race Codes |

**CLEMENCY FILE LAYOUT**

| | Field Name | Format (max len) | Valid Codes |
|---|---|---|---|
| 1 | ClemcDCnum | Char 10 | |
| 2 | ClemcECnum | Char 7 | |
| 3 | ClemcNameL | Char 40 | |
| 4 | ClemcNameF | Char 40 | |
| 5 | ClemcNameM | Char 40 | |

Database Technologies, Inc.
Customer: Florida Division of Elections
Product: Batch Processing of Voter Files

Document:      Requirements
Version:       2.3
Version Date:  01/20/00

| 6  | ClemcBirthDate    | mm/dd/yyyy |                  |
|----|-------------------|------------|------------------|
| 7  | ClemcSSN          | Char 9     |                  |
| 8  | ClemcGender       | Char 1     | See Gender Codes |
| 9  | ClemcRace         | Char 3     | See Race Codes   |
| 10 | ClemcEOGranted    | mm/dd/yyyy |                  |
| 11 | ClemcBoardGranted | mm/dd/yyyy |                  |
| 12 | ClemcEO           | Char 10    |                  |
| 13 | ClemTagID         | Integer    |                  |
| 14 | ClemTypeID        | Integer    |                  |

# DIVISION OF ELECTIONS

## CVF Acceptance Criteria for DBT

The Division of Elections would like the following to be true regarding the 'exception files' created by DBT:

### For All Files

1. There are no duplicate records in the files based on unique keys

| File Type | Unique Key | Query Example |
|-----------|-----------|---------------|
| Duplicate | VoterCountyID, VoterID, DupCountyID, DupVoterID | qryDupDups1 |
| Death | VoterCountyID, VoterID | qryDeathDups |
| Felon | VoterCountyID, VoterID | qryFelonDups |
| Clemency | VoterCountyID, VoterID | qryClemencyDups |

2. All Voter data is returned as given – no derived data is put in voter data fields.

3. Missing dates are not defaulted to 1/1/1900.

4. All Names (last, first and middle) are returned as given.

5. For Name Variations the following should not exists:
   (VoterNameF = ExpNameF) and (VoterMatchF <> ExpMatchF).

6. All Voter History is recorded. For example see qryDupsMissingHistory.

7. All Match Basis Codes are accurate. Check that the match criteria for the code actually matches. Check that other matches don't exist, like on code ESS the last name and DOB should not match. For example see qryDupsSSNnameL

8. The SSNmatch field should be blank if there are not SSN's to compare.

9. Files are checked for missing data or data with the wrong source by creating a second set of 'exception' table using SQL, using match criteria similar to the examples given to DBT by DOE, and then comparing the SQL exception files against the sequentially produced exception files with a DOE source.

### Death File

1. Leave the DeathNameM empty if its already in the DeathNameF.

**Duplicate File**

1. That no voter is referenced to themselves.  See qryDupsToThemselves.

2. Ensure the DupRegDate is later than the VoterRegDate.  See qryDupsReversed.

**Felon File**

1. For DOE sources, the felon suffix number is returned.

2. Clemency received is defaulted to 'N'.

3. Clemency granted date is greater than the conviction date.

**Teresa Rogers**

**From:**       Marlene Thorogood
**Sent:**       Thursday, January 11, 2001 11:09 AM
**To:**         Teresa Rogers
**Subject:**    FW: Acceptance Criteria



AcceptanceCriteria.do
c

                    Please print out 5 copies of this email and the attachment.
Thanks.

-----Original Message-----
From: Modrow, Janet [mailto:JModrow@mail.dos.state.fl.us]
Sent: Tuesday, February 29, 2000 9:44 AM
To: 'Marlene Thorogood'
Subject: RE: Acceptance Criteria


I've added some of the points of the meeting to the acceptance criteria.

Thanks,
Janet

-----Original Message-----
From: Marlene Thorogood [mailto:Marlene@dbt.net]
Sent: Monday, February 28, 2000 3:25 PM
To: 'jmodrow@mail.dos.state.fl.us'
Subject: Acceptance Criteria


 Janet ~
Any word on when this document might be complete?  Nick is anxious to have
it so that the testing can begin...
When you have a minute - drop me a line.
Thanks much.
Marlene

1

# Division of Elections - 2000

| Match | Match made on the following: | Indication to check CVF for: |
|---|---|---|
| NAM | Last Name; First Name; DOB | |
| NBD | Last Name; First Name; Derived DOB | Verify DOB on SOE file (hard copy) |
| NSD | Last Name (80%); Derived SSN; First Name or DOB | Verify Name/DOB on SOE file (hard copy) |
| NSS | Last Name (80%); SSN; First Name or DOB | Possible name change - verify Name/DOB on SOE file (hard copy) |
| SDB | Derived SSN; DOB | Possible name change (or alias for felons) |
| SDL | Derived SSN; Last Name | Possible husband & wife - verify SSN on SOE file (hard copy) |
| SSB | SSN; DOB | Possible name change |
| SSL | SSN; Last Name | Possible husband & wife verify SSN on SOE file (hard copy) |
| ESS | SSN only | Possible data entry error on SSN - verify SSN on SOE file (hard copy) |
| SXN | Out of State Name Matches | Check last time voted - Send address Confirmation Notice |

| Source | Records came from the following: |
|---|---|
| DOE: | Florida Office of Vital Statistics (Death Records) |
| | Florida Civil Rights Bureau (Clemency Records) |
| FDLE: | Florida Department of Law Enforcement (Felony Records) |
| | |
| DBT: | Social Security Death Master File (Death Records) |
| | - U.S. Dept. of Commerce |
| | Florida Department of Corrections (Felony Records) |
| | Automatic & need FL Clemency:Connecticut, Illinois, Ohio |
| | South Carolina, Texas, Wisconsin, |
| | Not Automatic & need OOS Clemency: Kentucky, |
| | New Jersey, Virginia, Washington |

**FOR MORE INFORMATION CONTACT:**
Janet Modrow, Division of Elections, at (850) 413-9721
Marlene Thorogood, DBT Online, Inc. at (800) 279-7710 X5313



**DBT** *ONLINE, Inc.*

| | |
|---|---|
| **Document Type:** | **Requirements** |
| **Version:** | **1.0** |
| **Document Date:** | **6/28/99** |
| **Product:** | **Batch Processing of Voter Files** |
| **Customer:** | **Florida Division of Elections** |

This form provides acknowledgement and agreement of the requirements outlined in the above-identified document.   Requested modifications should be documented and agreed upon by the Requirements team.

**Division of Elections Representative:**

_Janet Modrow_        7/9/99
Janet Modrow, System Project Administrator      Date

**Database Technologies Representatives:**

_Marlene Thorogood_      7/6/99
Marlene Thorogood, Project Manager      Date

_Chris E Knowles_      7/6/99
Chris Knowles, Manager, Specialized Processing Services      Date

_Richard W Crook_      7/6/99
Richard Crook, Developer      Date

_Beth Kruse-Levy_      7/5/99
Beth Kruse-Levy, Planning Office      Date

*Confidential*