UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 01-0120-Civ-Gold

**NIGHT BOX
FILED**

JUN 2 8 2002

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

NATIONAL ASSOCIATION FOR THE ADVANCEMENT
OF COLORED PEOPLE, INC., by its FLORIDA STATE
CONFERENCE OF BRANCHES, et al.,

Plaintiffs,

vs.

KATHERINE HARRIS, Secretary of State of Florida; CLAY
ROBERTS, Director of Florida Division of Elections; DAVID
C. LEAHY, Miami-Dade County Election Supervisor;
MIRIAM OLIPHANT, Broward County Election Supervisor;
JOHN STAFFORD, Duval County Election Supervisor, et al.,

Defendants.

---

## STATEMENT OF MATERIAL FACTS IN SUPPORT OF
## DEFENDANT JOHN STAFFORD'S
## MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF LAW

Defendant, John Stafford, Duval County Supervisor of Elections, pursuant to Local Rule 7.5,

sets forth the following statement of material facts as to which he contends there is no material issue

to be tried:

1.      The Duval County Supervisor of Elections office has no record of a change of address

initiated by Plaintiff Janice P. Kelly in 1998. However, if Ms. Kelly submitted change of address

information at the precinct, as described in her deposition, and that information was never acted

upon, this was the result of simple human error and was not the result of, or pursuant to, any

standard, practice or procedure of the Duval County Supervisor of Elections office. *Stafford*

*Affidavit,* ¶ 2.

2.      Ms. Kelly was not denied the right to vote in the November 2000 election because of an immaterial error or omission on any record or paper concerning her change of address but, rather, because of human error in 1998. *Stafford Affidavit*, ¶ 2.

3.      Ms. Kelly's problem has been corrected, as the Duval County Supervisor of Elections office has changed her address on its records based upon information provided by her at her deposition. *Stafford Affidavit*, ¶ 3.

4.      Shortly after the November 2000 election, the Duval County Supervisor of Elections office undertook additional steps to ensure that voter registration applications and changes of address are completely processed. Almost immediately after that election, it provided to all voter registration locations cards which inform the person registering to vote or changing an address to call the Supervisor of Elections Office if a voter registration card is not received within twenty one days. These cards will also be placed in the precincts for future elections to be provided to persons completing changes of address on election day. *Stafford Affidavit* ¶ 4.

5.      The Duval County Supervisor of Elections office has also initiated a courier system through which voter registration applications (also used for changes of address) are collected several times a week from voter registration locations, including those operated by the Florida Department of Highway Safety and Motor Vehicles and the Florida Department of Children and Families and other locations including libraries and Tax Collector offices. *Stafford Affidavit* ¶ 5.

6.      Within days of the November 2000 election, Supervisor Stafford met with representatives of the local branch of the NAACP concerning problems occurring in that election. Stafford urged the NAACP to cooperate with his office by encouraging any person experiencing a problem voting on election day to report that problem to our office so it could be promptly

investigated and, if necessary, remedied.  His office prepared and provided to the NAACP a form which could be used to report any such complaints or problems.  *Stafford Affidavit*, ¶ 7.

7.    Almost immediately after the November 7, 2000 election, Stafford began work on a plan to address problems and concerns surrounding that election.   The Ten-Point Plan he announced included the following items:

- Elimination of the punch-card ballot system.

- Creation of a new and comprehensive communication system for future elections, including laptop computers at all precincts in Duval County, expanded use of wireless technology, additional telephone lines and other communication system devices to ensure quick access and accurate information on election day.

- Support for adoption of state-wide uniformity of ballot design and voter instructions.

- Changes to state law to eliminate confusion concerning overseas absentee ballots.

- Amending state law to allow for a provisional ballot.

- New and expanded training for poll workers, including training in both technology and people skills, to be followed by an exam to ensure each poll worker fully understands the training.

- Implementation of a quality assurance program, including surveys of voters concerning their voting experience on election day.

- Expanded voter education training, including voter registration, identification of precincts and registration deadlines, voting technology and voting procedures, motor voter law and assistance for special needs voters at the polls.

- Coordination with other agencies to improve application of the motor-voter law, including faster processing of voter registration applications and changes of address and reduction in the number of registrations delayed due to receipt of incomplete application information.

*Stafford Affidavit*, ¶ 8.

8.    At the same time, Stafford announced his Ten-Point Plan, he called for the creation of a local, bipartisan task force to review the November 2000 election and make recommendations for improving the election system in Duval County. The Duval County Election Reform Task Force was created on February 7, 2001, by Jacksonville Mayor John A. Delaney and City Council President Alberta Hipps. It was a broad-based task force reflective of the racial diversity of Duval County and included the president of the Jacksonville Branch of the NAACP. *Stafford Affidavit*, ¶ 8.

9.    The task force met on over a dozen occasions, including two public hearings at locations in the African-American community. The task force issued its final report on June 12, 2001. A true and correct copy of the Final Report is attached to the Affidavit of John Stafford. *Stafford Affidavit*, ¶ 9.

10.    The following recommendations of the task force which have been, or are being, implemented include the following areas:

- *"The process of transmitting registration applications from the Division of Drivers Licenses to the Supervisor of Elections should be strengthened beyond measures recently taken. Each applicant for registration should be furnished with a personalized "receipt" at the time of application to permit the applicant to follow up if the registration card is not received within a certain time."* Cards are furnished by the Duval County Supervisor of Elections office to all voter registration locations, including the Division of Drivers Licenses, advising persons submitting applications to contact the Supervisor of Elections Office if a new card is not received within twenty-one days. The Department of Highway Safety and Motor Vehicles has also created a system to provide a receipt to each customer reflecting choices made concerning voter registration.

- *"Voter education and outrage should receive enhanced resources and emphasis. Particularly, a personalized sample ballot should be mailed to all registrants preceding each election cycle. Greater use should be made of mailings, demonstration sites and mock elections, videotape presentations, print and broadcast media, coordinated efforts of civic groups and schools and colleges. These channels*

*should cover the basics of voting, registration, turnout, knowledge of precinct locations, voting technology and the voting process."* A mailing was sent in May 2002 to every household in Duval County advising voters of the change to a new type of voting equipment and instructions on using that equipment, possible precinct changes due to redistricting, and information concerning registration and changes of address, including the need to inform this office of any address changes. The mailing also informed voters of the requirement for a photo identification, but that the law also permitted voters to vote upon completion of an affidavit if they had no photo identification. The mailing also prominently displayed the Voter Bill of Rights. A precinct-specific ballot will be mailed to each voter prior to the primary election and the general election. To date, the Duval County Supervisor of Elections office has demonstrated its new voting equipment to thousands of individuals through presentations to civic groups, churches and other organizations.

- *"The Voter Bill of Rights adopted by the 2001 Florida Legislature should be broadly disseminated to all voters, appear at all registration sites and polling locations, and be published widely."* The Voter Bill of Rights was included in the May 2002 mailing to all households in Duval County. The Duval County Supervisor of Elections office has printed the Voter Bill of Rights on bookmarks for community-wide distribution. It will also be posted at all polling locations.

- *"Voter identification and access of the polls should be made easier and more accurate through the use of improved election day communication, appropriate use of affidavits and provisional ballots, and more diligence on the part of poll workers."* The Duval County Supervisor of Elections office will have laptop computers at each polling location with updated voter registration data immediately available at the precinct level. The office is also increasing the number of phone lines available for that purpose on election day.

- *"The recruitment, compensation, training, development and evaluation of poll workers should be significantly upgraded to include more extensive education, greater diversity, better compensation, and an emphasis on customer service."* Poll workers will now receive a minimum of six hours of training, with clerks, assistant clerks and Accu-Vote attendants receiving an additional four hours training. The poll worker training includes a focus on customer service and is conducted in cooperation with the Florida Community College at Jacksonville. Poll worker recruitment is included in

-5-

community demonstrations, to promote greater diversity among new poll workers.

- *"An Elections Advisory Panel should be created by ordinance to advise on ballot design and voting instructions, recommend polling sites, advise on voter and poll worker education, act as ombudsmen for voting complaints, and oversee quality improvement measures."* The Jacksonville City Council established such a group and the members have been appointed and have begun meeting.  Minority representation on the panel exceeds that of the overall population and includes the president of the local branch of the NAACP.

*Stafford Affidavit*, ¶ 10.

11.    The Duval County Supervisor of Elections office has also created an Election Advisory Committee with a broad-based, diverse membership.  The committee's focus is on the voter education process, including developing evaluation criteria to measure the success of that effort.  In addition, a relationship has been initiated with the Jacksonville Urban League, whereby between twenty and thirty of their staff members will be trained on the new voting equipment and will demonstrate that equipment in communities which they serve.  *Stafford Affidavit*, ¶ 12.

**RICHARD A. MULLANEY**
**GENERAL COUNSEL**

TRACEY I. ARPEN, JR.
DEPUTY GENERAL COUNSEL
Florida Bar I.D. #154493
117 West Duval Street, Suite 480
Jacksonville, FL  32202
(904) 630-1835
(904) 630-2388, telefax

- 6 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished by U.S. Mail to all attorneys on the attached Service List on this _2 8_ day of June, 2002.

G:\Land Use\TArpen\NAACP v. STAFFORD\Statement of Material Fact.wpd

-7-

**SERVICE LIST:      AS OF 6/4/02**
NAACP et al v. HARRIS et al
Case No.: 01-120-CIV-
Gold/Simonton

**ATTORNEYS FOR PLAINTIFFS:**

Thomasina H. Williams, Esq.
Brickell Bay View Centre
80 S.W. Eighth Street, Ste. 1830
Miami, Florida  33130

Dennis Hayes, Esq.,
Angela Ciccolo, Esq.
NAACP Legal Dept.
4805 Mount Hope Dr., 5th Floor
Baltimore, MD  21215-3297

Barbara Arnwine, Esq.
Anita Hodgkiss, et al
1401 New York Ave, NW, Ste 400
Washington, DC  20005-2124

Todd A. Cox, Esq.
1444 Eye Street, NW, 10th Floor
Washington, DC  20005

Penda Hair, Esq., et al.
1730 "M" Street, NW, Ste 401
Washington, DC  20036

Elaine R. Jones, Esq.
Janai Nelson, Esq., et al.
99 Hudson Street, Suite 1600
New York, NY  10013

Laughlin McDonald, Esq.
2725 Harris Tower
233 Peachtree St., NE
Atlanta, GA  30303

Louis M. Bograd, Esq.
733 15th Street, NW, Ste 620
Washington, DC  20005

Elliot M. Mincberg, Esq., et al.
2000 "M" Street, NW, Ste 400
Washington, DC  20036

**ATTORNEYS FOR
DEFENDANTS:**

Walter Harvey, Esq.
John W. Little, III, Esq., et al.
200 S. Biscayne Blvd, Ste. 4000
Miami, FL  33131-2398

Jeffrey P. Ehrlich, Esq.
Stephen P. Clark Center
111 NW 1st Street, Ste 2810
Miami, FL  33128-1930

H. Ray Allen, II, Esq., et al.
P.O. Box 1110
Tampa, FL  33601

Mitchell Bloomberg, Esq.
Dan Restrepo, Esq.
Adorno & Zeder
2601 S. Bayshore Dr., Ste 1600
Miami, FL  33133-5413

Raymond W. Bergan, Esq., et al
Williams & Connolly, LLP
725 Twelfth St, NW
Washington, DC  20005-5901

David V. Kornreich, Esq.
Muller Mintz, P.A.
255 S. Orange Avenue, Ste 1525
Orlando, FL  32801-3415

Daniel D. Eckert, Esq.
William J. Bosch, Esq.
123 W. Indiana Avenue
DeLand, Florida  32720-4613

Michael D. Cirullo, Jr., Esq., et al.
3099 E. Commercial Blvd, #200
Ft. Lauderdale, FL  33308

George Waas, Esq.
Attorney General's Office
The Capitol - Suite PL-01
Tallahassee, FL  32399-1050

Douglas B. Mac Innes, Esq.
Attorney General's Office
The Capitol - Suite PL-01
Tallahassee, FL  32399-1050