UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 01-120-CIV-GOLD/SIMONTON

------------------------------------------------------------x

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF
COLORED PEOPLE, INC. by its FLORIDA STATE
CONFERENCE OF BRANCHES, et al.,

            Plaintiffs,

vs.

KATHERINE HARRIS, Secretary of State of Florida; et al.,

           Defendants.
------------------------------------------------------------x



## DECLARATION OF ANGELA CICCOLO, ESQ., WITH ANNEXED EXHIBITS, IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Angela Ciccolo, Esq. being duly sworn, deposes and says:

1. I am Deputy General Counsel for the National Association for the Advancement of Colored People, NAACP, 4805 Mount Hope Drive, Baltimore, MD 21215, Phone: 410-580-5792, Fax: 410-358-9350, attorneys for Plaintiffs in the above-captioned case. I have been admitted to appear and participate *pro hac vice* in this case, pursuant to this Court's Order dated April 2, 2002. I am fully familiar with the facts set forth herein, and respectfully submit this affidavit in support of Plaintiffs' Motion for Partial Summary Judgment.

2. Plaintiffs submit this declaration, motion, attached exhibits, statement of undisputed material facts and memorandum of law in support of their motion.

3. Annexed as Exhibit 1 is the Declaration of Noni Jones.

4. Annexed at Exhibit 2 is the Declaration of Dr. Henry Flores.

5. Annexed at Exhibit 3 is the Affidavit of Ursula Y. Harvey.

6. Annexed at Exhibit 4 is the Affidavit of Dr. Ronald Hayduk.

7. Annexed at Exhibit 5 is the Declaration of Joanna Clark.

8. Annexed at Exhibit 6 is the Declaration of Lorine Walden.

9. Annexed at Exhibit 7 is the Declaration of Wallace McDonald.

10. Annexed at Exhibit 8 is the Declaration of Ronald Ketterer.

11. Annexed at Exhibit 9 is the Declaration of Luis Figueroa.

12. Annexed at Exhibit 10 is the Declaration of Theresa James.

13. Annexed at Exhibit 11 is the Declaration of Jakelin Green.

14. Annexed at Exhibit 12 is the Deposition of George Bruder.

15. Annexed at Exhibit 13 is the Deposition of Dick Carlberg.

16. Annexed at Exhibit 14 is the Deposition of Julia Stoner.

17. Annexed at Exhibit 15 is the Deposition of John Stafford.

18. Annexed at Exhibit 16 is the Deposition of Linda Tanko, Volume I.

19. Annexed at Exhibit 17 is the Deposition of William Cowles.

20. Annexed at Exhibit 18 is the Deposition of Sandra E. Peloquin, Volume I.

21. Annexed at Exhibit 19 is the Deposition of Sandra E. Peloquin, Volume II.

22. Annexed at Exhibit 20 is the Deposition of Dr. Henry Flores.

23. Annexed at Exhibit 21 is the Deposition of Emmett Mitchell, IV (May 20, 2002).

24. Annexed at Exhibit 22 is the Deposition of Janet Modrow (October 22, 2001).

25. Annexed at Exhibit 23 is the Deposition of Janet Modrow in *Johnson v. Bush*, Case No. *00-3542-CIV-King* (December 3, 2001).

26. Annexed at Exhibit 24 is the Deposition of Marlene Thorogood (October 18,

2001).

27. Annexed at Exhibit 25 is the Deposition of Janice Kelly (March 25, 2002).

28. Annexed at Exhibit 26 is the Deposition of Joanna Clark (January 28, 2002).

29. Annexed at Exhibit 27 is the Deposition of Gary E. McIntosh (June 4, 2002).

30. Annexed at Exhibit 28 is the Deposition of Edward C. Kast (May 21, 2001).

31. Annexed at Exhibit 29 is the Deposition of Deposition of Deanie Lowe.

32. Annexed at Exhibit 30 is the Deposition of Pam Iorio (May 6, 2002).

33. Annexed at Exhibit 31 is the Deposition of Adora Nweze.

34. Annexed at Exhibit 32 is the Deposition of Deborah Sue Berlinger.

35. Annexed at Exhibit 33 is the Deposition of Kandy Wells.

36. Annexed at Exhibit 34 is the Deposition of Shirley Rivers-Edwards (May 23, 2002).

37. Annexed at Exhibit 35 is the Deposition of Rondrick Rose.\

38. Annexed at Exhibit 36 is the Deposition of John Bowman (May 21, 2002).

39. Annexed at Exhibit 37 is the Deposition of Admatha Israel.

40. Annexed at Exhibit 38 is the Deposition of David Leahy (May 24, 2002).

41. Annexed at Exhibit 39 is the Deposition of Placide Dossous (January 28, 2002).

42. Annexed at Exhibit 40 is the Deposition of Jermaine Terry (February 1, 2002).

43. Annexed at Exhibit 41 is Defendant's Secretary of State Katherine Harris and Clay Roberts' Objections and Answers to Plaintiff's First Set of Interrogatories.

44. Annexed at Exhibit 42 is Defendant Choicepoint's Responses to Plaintiffs' First Set of Interrogatories.

45. Annexed at Exhibit 43 is Defendant John Stafford's Response to Plaintiff's First Request for Production of Documents.

46. Annexed at Exhibit 44 is Defendant Iorio's Objections and Responses to Plaintiffs' First Set of Document Requests and Interrogatories.

47. Annexed at Exhibit 45 is Defendant Iorio's Objections and Responses to Plaintiffs' Second Set of Document Requests and Interrogatories.

48. Annexed at Exhibit 46 is Defendant David Leahy's Response to Plaintiffs' First Set of Interrogatories.

49. Annexed at Exhibit 47 is Defendant David Leahy's Response to Plaintiffs' Second Set of Interrogatories.

50. Annexed at Exhibit 48 is Defendant Miriam Oliphant's Responses to Plaintiffs' First Set of Interrogatories.

51. Annexed at Exhibit 49 is Defendant Deanie Lowe's Answers and Objections to Interrogatories.

52. Annexed at Exhibit 50 is Defendant Deanie Lowe's Answers to Plaintiffs' Second Set of Interrogatories and Document Request.

53. Annexed at Exhibit 51 is Defendant William Cowles' Response to Plaintiffs' First Set of Document Requests and Interrogatories.

54. Annexed at Exhibit 52 is Defendant William Cowles' Responses to Plaintiffs' Second Set of Interrogatories.

55. Annexed at Exhibit 53 is Defendant Kearney's Response to Plaintiffs' First Set of Interrogatories.

56. Annexed at Exhibit 54 is Defendant Kearney's Response to Plaintiffs' Documents

Requests.

57. Annexed at Exhibit 55 is Defendant Kearney's Response to Plaintiffs' Second Set of Requests for Documents.

58. Annexed at Exhibit 56 is Defendant Kearney's Response to Plaintiffs' Second Set of Interrogatories.

59. Annexed at Exhibit 57 is Defendant Kearney's Second Supplemental Response to Plaintiffs' First Set of Interrogatories.

60. Annexed at Exhibit 58 is Defendant Dickinson's Responses to Plaintiffs' First Set of Interrogatories and Request for Production of Documents.

61. Annexed at Exhibit 59 is the Expert Witness Report of Gary McIntosh.

62. Annexed at Exhibit 60 is the Expert Witness Report of David Klausner.

63. Annexed at Exhibit 61 is the Expert Witness Report of Dr. Henry Flores.

64. Annexed at Exhibit 62 is the Supplementary Expert Witness Report of Dr. Henry Flores.

65. Annexed at Exhibit 63 is the Rebuttal Expert Witness Report of Ronald Hayduk.

66. Annexed at Exhibit 64 is the Memorandum from Ethel Baxter, Division Director, Florida Department of State to All Supervisors of Elections dated June 4, 1999 re: Central Voter File.

67. Annexed at Exhibit 65 is the Memorandum from Bill Hanson, Acting Chief, Benefit and Recovery and Special Programs, to Michael Spellman, Office of the Governor, dated February 9, 1995.

68. Annexed at Exhibit 66 is the Memorandum from Carol Canady, Senior Human Service Program Specialist to Operational Program Administrators, Public

Assistance Specialist supervisors, Clerical Supervisors dated January 8, 2002.

69. Annexed at Exhibit 67 is the Select Consent Judgments from Voting Rights Litigation Involving Florida Counties.

70. Annexed at Exhibit 68 is a Certified Copy of Wallace McDonald's Criminal History from the Florida Department of Law Enforcement.

71. Annexed at Exhibit 69 is Select Historic Racial Discrimination in Florida, Post-1864 State Statutory Provisions.

72. Annexed at Exhibit 70 is Senate Report No. 103-6, Establishing National Voter Registration Procedures for Federal Elections, and for Other Purposes.

73. Annexed at Exhibit 71 is the Florida Voter Registration Application Form (Nazyle Rios).

74. Annexed at Exhibit 72 is a DCF Voter Registration Preference Form (A039569).

75. Annexed at Exhibit 73 is a DCF Voter Registration Preference Form (A039122).

76. Annexed at Exhibit 74 is an e-mail Janet DeChristopher, 4/29/02 (A045949).

77. Annexed at Exhibit 75 is an e-mail from Donna Miller to Greg Ferguson, 10/30/2001 (A040811).

78. Annexed at Exhibit 76 is an e-mail from Robert Baker to Carol Canady (A040618-A040619).

79. Annexed at Exhibit 77 is an e-mail from Janice Miller to Norene Moore dated 8/29/01 (A045943-A045944).

80. Annexed at Exhibit 78 is an e-mail from Roseann Liriano to Carol Canady dated 1/09/02 (A040620).

81. Annexed at Exhibit 79 is an e-mail from Norene Moore to Greg Ferguson dated 8/29/2001 (A039027).

82. Annexed at Exhibit 80 is a letter to Greg Ferguson from Donna Miller dated September 19, 2002 ( A039025-A039026).

83. Annexed at Exhibit 81 is the Data Processing Services Agreement between Database Technologies ("DBT") & the State of Florida, Department of State, Division of Elections (the "Division").

84. Annexed at Exhibit 82 is the Central Voter File Data Processing Services Agreement between the Division and DBT.

85. Annexed at Exhibit 83 are Clerk Feedback Forms, Hillsborough County, 2000.

86. Annexed at Exhibit 84 are 2000 General Questionnaires, Volusia County.

87. Annexed at Exhibit 85 is Michael T. Lavin's Voter Registration Complaint filed November 10, 2000.

88. Annexed at Exhibit 86 is a letter from Veronica Koval to DCF dated October 30, 2001.

89. Annexed at Exhibit 87 is a letter from Scott Petullo to Ms. Carroll dated November 9, 2000.

90. Annexed at Exhibit 88 is a letter from Veronica Koval to Ed Kast dated September 10, 2001.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 1, 2002

_____
ANGELA CICCOLO, ESQ.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed by U.S. mail, postage prepaid to the parties listed below:

Walter James Harvey
Steel Hector & Davis, LLP
200 South Biscayne Boulevard
4th Floor
Miami, FL 33131-2398
(305) 577-2934
(305) 577-7001
**Attorneys for Katherine Harris,
Secretary of State of Florida and Clay
Roberts, Director of the Florida
Division of Elections**

John W. Little, III
Steel Hector & Davis, LLP
1900 Phillips Point West
777 S. Flager Drive, Suite 1900
West Palm Beach, FL 33401
(561) 650-7270
(561) 650-1509
**Attorneys for Katherine Harris,
Secretary of State of Florida and Clay
Roberts, Director of the Florida
Division of Elections**

Mitchell Bloomberg
Stephanie Gail Kolman
Adorno & Zeder
2601 South Bayshore Drive, Suite 1600
Miami, FL 33133-5413
**Attorneys for ChoicePoint, Inc.**

Daniel A. Restrepo
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, DC 20005
**Attorneys for Choicepoint, Inc.**

Burnadette Norris-Weeks
Burnadette Norris-Weeks, PA
100 S. E. Sixth Street

Christopher R. Haughee
**The Bentley Law Group**
710 Main Street
Bartow, FL 33830-4832
**Attorneys for Leon County
Supervisor of Elections Ion Sancho**

Daniel D. Eckert
William J. Bosch, Esq.
Volusia County Attorney's Office
111 NW 1st Street, Ste. 2810
Miami, FL 33128
(386) 736-5950
(386) 736-5990 (F)
Attorneys for Volusia County
Supervisor of Elections Deanie Love

Tracy I. Arpen, Jr., Esquire
Office of General Counsel
City of Jacksonville
117 W. Duval Street, Ste. 480
Jacksonville, FL 32202-3700
(904) 630-1835
(904) 630-1316 (F)
**Attorney for Duval County Supervisor
of Elections John Stafford**

Jeffrey Ehrlich
Susan Torres
Miami-Dade County Attorney's Office
111 NW First St., Ste. 2810
Miami, FL 33128
(954) 375-5151; (954) 365-5611(F)

Michael Cirullo, Jr.
Josias Goren Cherof Doddy & Ezrol, PA
3099 E. Commercial Blvd.
Suite 200
Ft. Lauderdale, FL 33308-4311

Fort Lauderdale, FL 33301
(954) 768-9770
(954) 768-9790 (F)
**Attorney for Broward County**
**Supervisor of Elections Miriam Oliphant**

(954) 771-4500
(954) 771-4923 (F)
**Attorney for Orange County**
**Supervisor of Elections**
**William Cowles**

David V. Kornreich
Muller, Mitnz, Kornreich, Caldwell,
  Casey, Crosland & Bramnick, PA
First Union Financial Center
200 S. Biscayne Blvd., Suite 3600
Miami, FL 33131
(305) 358-5500
(305) 358-5500
**Attorneys for Volusia County Supervisor Deanie Lowe**

H. Ray Allen, II
Sr. Assistant County Attorney
Rebecca M. Kert
Assistant County Attorney
Hillsborough County Attorney's Office
601 E. Kennedy Blvd., 27th Floor
Tampa, FL 33602
(813) 272-5670
(813) 272-5846
**Attorneys for Hillsborough County Supervisor of Elections Pam Iorio**

George Waas
Assistant Attorney General
Douglas B. MacInnis
Assistant Attorney General
Office of the Attorney General
The Capital – Suite PL-01
Tallahassee, FL 32399-1050
(850) 414-3300
(850) 488-4872
**Attorney for Fred Dickinson, Executive Director of the Florida Department of Highway Safety and Motor Vehicles, and Kathleen Kearney, Secretary of the Department of Children and Family Services**

By: _____

Date: July 1, 2002