**NIGHT BOX**
**FILED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 01-120-CIV-GOLD/SIMONTON

IUL - 1 2002

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

---------------------------------------------------------x

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF
COLORED PEOPLE, INC. by its FLORIDA STATE
CONFERENCE OF BRANCHES, et al.,

       Plaintiffs,

  vs.

KATHERINE HARRIS, Secretary of State of Florida; et al.,

       Defendants.

---------------------------------------------------------x

**EXHIBITS TO DECLARATION OF ANGELA CICCOLO, ESQ.
IN SUPPORT OF PLAINTIFFS'
MEMORANDUM OF LAW IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT**

**VOLUME IX**

**EXHIBITS 71-88**

414

## NAACP v. Harris, 01-120-Civ-Gold/Simonton

**Exhibits to Declaration of Angela Ciccolo, Esq. in Support of its Motion for Summary Judgment**

### Table of Exhibits

#### Declarations & Affidavits

1. Declaration of Noni Jones
2. Declaration of Dr. Henry Flores
3. Affidavit of Ursula Y. Harvey
4. Affidavit of Dr. Ronald Hayduk
5. Declaration of Joanna Clark
6. Declaration of Lorine Walden
7. Declaration of Wallace McDonald
8. Declaration of Ronald Ketterer
9. Declaration of Luis Figueroa
10. Declaration of Theresa James
11. Declaration of Jakelin Green

#### Deposition Transcripts and Excerpts

12. Deposition of George Bruder
13. Deposition of Dick Carlberg
14. Deposition of Julia Stoner
15. Deposition of John Stafford
16. Deposition of Linda Tanko, Volume I
17. Deposition of William Cowles
18. Deposition of Sandra E. Peloquin, Volume I
19. Deposition of Sandra E. Peloquin, Volume II
20. Deposition of Dr. Henry Flores
21. Deposition of Emmett Mitchell, IV (May 20, 2002)
22. Deposition of Janet Modrow (October 22, 2001)
23. Deposition of Janet Modrow in *Johnson v. Bush,* Case No. *00-3542-CIV-King* (December 3, 2001)
24. Deposition of Marlene Thorogood (October 18, 2001)
25. Deposition of Janice Kelly (March 25, 2002)
26. Deposition of Joanna Clark (January 28, 2002)
27. Deposition of Gary E. McIntosh (June 4, 2002)
28. Deposition of Edward C. Kast (May 21, 2001)
29. Deposition of Deanie Lowe
30. Deposition of Pam Iorio (May 6, 2002)
31. Deposition of Adora Nweze
32. Deposition of Deborah Sue Berlinger

33. Deposition of Kandy Wells
34. Deposition of Shirley Rivers-Edwards (May 23, 2002)
35. Deposition of Rondrick Rose
36. Deposition of John Bowman (May 21, 2002)
37. Deposition of Admatha Israel
38. Deposition of David Leahy (May 24, 2002)
39. Deposition of Placide Dossous (January 28, 2002)
40. Deposition of Jermaine Terry (February 1, 2002)

## Responses to Requests for Production of Documents & Interrogatories

41. Defendant's Secretary of State Katherine Harris and Clay Roberts' Objections and Answers to Plaintiff's First Set of Interrogatories
42. Defendant Choicepoint's Responses to Plaintiffs' First Set of Interrogatories
43. Defendant John Stafford's Response to Plaintiff's First Request for Production of Documents
44. Defendant Iorio's Objections and Responses to Plaintiffs' First Set of Document Requests and Interrogatories
45. Defendant Iorio's Objections and Responses to Plaintiffs' Second Set of Document Requests and Interrogatories
46. Defendant David Leahy's Response to Plaintiffs' First Set of Interrogatories
47. Defendant David Leahy's Response to Plaintiffs' Second Set of Interrogatories
48. Defendant Miriam Oliphant's Responses to Plaintiffs' First Set of Interrogatories
49. Defendant Deanie Lowe's Answers and Objections to Interrogatories
50. Defendant Deanie Lowe's Answers to Plaintiffs' Second Set of Interrogatories and Document Request
51. Defendant William Cowles' Response to Plaintiffs' First Set of Document Requests and Interrogatories
52. Defendant William Cowles' Responses to Plaintiffs' Second Set of Interrogatories
53. Defendant Kearney's Response to Plaintiffs' First Set of Interrogatories
54. Defendant Kearney's Response to Plaintiffs' Documents Requests
55. Defendant Kearney's Response to Plaintiffs' Second Set of Requests for Documents
56. Defendant Kearney's Response to Plaintiffs' Second Set of Interrogatories
57. Defendant Kearney's Second Supplemental Response to Plaintiffs' First Set of Interrogatories
58. Defendant Dickinson's Responses to Plaintiffs' First Set of Interrogatories and Request for Production of Documents

## Expert Witness Reports

59. Expert Witness Report of Gary McIntosh
60. Expert Witness Report of David Klausner
61. Expert Witness Report of Dr. Henry Flores
62. Supplementary Expert Witness Report of Dr. Henry Flores
63. Rebuttal Expert Witness Report of Ronald Hayduk

**Memoranda**

64. Memorandum from Ethel Baxter, Division Director, Florida Department of State to All Supervisors of Elections dated June 4, 1999 re: Central Voter File
65. Memorandum from Bill Hanson, Acting Chief, Benefit and Recovery and Special Programs, to Michael Spellman, Office of the Governor, dated February 9, 1995.
66. Memorandum from Carol Canady, Senior Human Service Program Specialist to Operational Program Administrators, Public Assistance Specialist supervisors, Clerical Supervisors dated January 8, 2002

**Tables, Charts & Other Relevant Information**

67. Select Consent Judgments from Voting Rights Litigation Involving Florida Counties
68. Certified Copy of Wallace McDonald's Criminal History from the Florida Department of Law Enforcement
69. Select Historic Racial Discrimination in Florida, Post-1864 State Statutory Provisions
70. Senate Report No. 103-6, Establishing National Voter Registration Procedures for Federal Elections, and for Other Purposes
71. Florida Voter Registration Application Form (Nazyle Rios)
72. DCF Voter Registration Preference Form (A039569)
73. DCF Voter Registration Preference Form (A039122)
74. E-mail Janet DeChristopher, 4/29/02 (A045949)
75. E-mail from Donna Miller to Greg Ferguson, 10/30/2001 (A040811)
76. E-mail from Robert Baker to Carol Canady (A040618-A040619)
77. E-mail from Janice Miller to Norene Moore dated 8/29/01 (A045943-A045944)
78. E-mail from Roseann Liriano to Carol Canady dated 1/09/02 (A040620)
79. E-mail from Norene Moore to Greg Ferguson dated 8/29/2001 (A039027)
80. Letter to Greg Ferguson from Donna Miller dated September 19, 2002 ( A039025-A039026)

**Miscellaneous**

81. Data Processing Services Agreement between Database Technologies ("DBT") & the State of Florida, Department of State, Division of Elections (the "Division")
82. Central Voter File Data Processing Services Agreement between the Division and DBT
83. Clerk Feedback Forms, Hillsborough County, 2000
84. 2000 General Questionnaires, Volusia County
85. Michael T. Lavin's Voter Registration Complaint filed November 10, 2000
86. Letter from Veronica Koval to DCF dated October 30, 2001
87. Letter from Scott Petullo to Ms. Carroll dated November 9, 2000
88. Letter from Veronica Koval to Ed Kast dated September 10, 2001

**PLAINTIFFS' EXHIBIT 71**

# FLORIDA VOTER REGISTRATION APPLICATION FORM

## You Can Use This Form To:
- Register to vote in the State of Florida.
- Let us know if your name or address has changed.
- Register with a political party or change parties.
- Replace your defaced, lost, or stolen registration card.

## To Register You Must:
- Be a U.S. citizen.
- Be a Florida resident.
- Be 18 years old (you may pre-register if you are 17).
- Not now be adjudicated mentally incapacitated with respect to voting in Florida or any other state.
- Not have been convicted of a felony in Florida, or any other state, without your civil rights having been restored.
- Not claim the right to vote in another county or state.
- Complete boxes 1, 2, 3, 5, 6, 8, 12 and 20 on the application form.

ATTENTION: Items 1, 2, 3, 5, 6, 8, 12 and 20 MUST be answered in order for this to be a valid registration.

## Remember:
Only use original applications to register.

## Deadline Information:
If this is a new registration form, the date it is postmarked or hand delivered to your county supervisor of elections will be your registration date. You must be registered for at least 29 days before you can vote in an election. If your application is complete and you are qualified as a voter, a registration identification card will be mailed to you.

**Notice:** The office at which you register, or your decision not to register, will remain confidential and will be used for voter registration purposes only.

## Homestead Exemption (Box 11):
If you have a homestead exemption in Florida and you register in a precinct other than the one in which the homestead property is located, the applicable property appraiser will be notified. Your property may be subject to back taxes and your homestead exemption terminated, if it is determined that you are not entitled to such exemption.

## Last 4 Digits SSN (Box 12):
The disclosure of the last four digits of your social security number is required pursuant to section 97.052(2)(l), Florida Statutes.

## Race/Ethnicity (Box 13):
Enter the number that best describes you:
(1) American Indian or Alaskan Native
(2) Asian or Pacific Islander
(3) Black, not Hispanic
(4) Hispanic
(5) White, not Hispanic

## Party Affiliation (Box 16):
- If you wish to register with a major political party, place an "X" in the box preceding the listed party with which you wish to affiliate.
- If you wish to register with a minor political party, place an "X" in the box preceding "Other Party" and print the name of the party with which you wish to affiliate.
- If you wish to register without party affiliation, place an "X" in the box preceding "No Party Affiliation."

**Questions:** Call your county elections office at the telephone number listed on the reverse side of this form.

## Información en Español:
Sírvase llamar a la oficina de elecciones de su condado si le interesa obtener este formulario en español.

---

Revised 7/99 **Please print using a black ballpoint pen.** Official Use Only

| 1 | If NO, you cannot register to vote | 2 | | 3 | | | |

| 4 | Check boxes that apply: ☐ New Registration ☐ Address Change ☐ Party Change ☐ Name Change ☑ Replacement | 5 | 12 10 42 |

| 6 | *Noylle* RIOS | 7 | Nayle | Sex (circle) M F |

| 8 | 2606 Sterling Ct | Ft Pierce Fla | 34946 |

| 9 | Address Where You Get Your Mail (if different from # 8) | City | Zip Code | 10 | County Where You Live (legal residence) |

| 11 | Address of property for which you have been granted homestead exemption | City | Zip Code |

| 12 | 1449 | 13 | Race/Ethnicity - (see instructions) | 14 | Daytime Phone Number | 15 | Fl. Driver License/Fl. ID Card number |

| 16 | Party Affiliation – check one box only (see instructions) ☐ Democratic Party  ☐ Other Party (write name below)  ☑ Republican Party  ☐ No Party Affiliation |

| 17 | Former Name If Making A Name Change |

| 18 | Your Name and Residence Address Where You Were Previously Registered (if applicable)  Name _____  Address _____  City ____ County ____ State ____ Zip Code ____ |

| 20 | SIGNATURE - Sign or mark on line in box below. Invalid without signature |

*Noylle Rios*

DEC 0 3 2001

| 19 | Do You Need Assistance to Vote? ☐ Yes ☐ No |

**Fold on dotted center line, peel off tape, seal and mail.**

A041041

# PLAINTIFFS' EXHIBIT 72



FLORIDA DEPARTMENT OF
**CHILDREN**
**& FAMILIES**     <u>VOTER REGISTRATION PREFERENCE FORM</u>

APPLYING TO REGISTER OR DECLINING TO REGISTER TO VOTE WILL NOT AFFECT THE AMOUNT OF ASSISTANCE THAT YOU WILL BE PROVIDED BY THIS AGENCY.

### TO REGISTER YOU MUST

* Be a U.S. citizen.
* Be a Florida resident.
* Be 18 years old. (You may pre-register if you are 17.)
* Not claim the right to vote in another county or state.

* Not now be adjudicated mentally incapacitated with respect to voting in Florida or any other state.
* Not have been convicted of a felony without your civil rights having been restored pursuant to law.

| Yes ☐ | No ☐ | If you are <u>not registered</u> to vote where you live now, would you like to <u>apply</u> to register to vote? |
| Yes ☐ | No ☐ | If you are <u>registered</u> to vote where you live now, would you like to <u>update</u> your voter registration record? |

**IF YOU DO NOT CHECK ANY BOX, YOU WILL BE CONSIDERED TO HAVE DECIDED NOT TO REGISTER TO VOTE OR UPDATE *A* VOTER REGISTRATION AT THIS TIME.**

f you would like help in filling out the voter registration application, e will help you. The decision whether to seek or accept help is yours. /ou may fill out the voter registration application in private.

If you believe that someone has interfered with:
- your right to register or to decline to register to vote,
- your right to privacy in deciding whether to register or in applying to register to vote, or
- your right to choose your own political party or other political preference,
you may file a complaint with the Secretary of State, State of Florida, Department of State, Division of Elections, Room 1801, the Capitol, Tallahassee, Florida 32399-0250 or call 1-800-335-8683.

If you decline to register to vote, your decision will remain confidential and may be used only for voter registration purposes.

If you choose to register to vote or update a voter registration record, information regarding the office to which your application is submitted will remain confidential and may be used only for voter registration purposes.

_____
Printed Name

_____          _____
Signature                                      Date

CF-ES 2627, Sep 2000 (Replaces Jan 98 edition which may be used)
(Stock Number: 3CF-00132)

C-49

A039569

**PLAINTIFFS' EXHIBIT 73**



FLORIDA DEPARTMENT OF
**CHILDREN
& FAMILIES**

# VOTER REGISTRATION PREFERENCE FORM

**APPLYING TO REGISTER OR DECLINING TO REGISTER TO VOTE WILL NOT AFFECT THE AMOUNT OF ASSISTANCE THAT YOU WILL BE PROVIDED BY THIS AGENCY.**

### TO REGISTER YOU MUST

- Be a U.S. citizen.
- Be a Florida Resident.
- Be 18 years old. (You may pre-register if you are 17)
- Not claim the right to vote in another county or state.

- Not be adjudicated mentally incapacitated with respect to voting in Florida or any other state.
- Not have been convicted of a felony without your civil rights having been restored pursuant to law.

---

If you are <u>not registered</u> to vote where you live now, would you like to <u>apply</u> to register to vote? YES ☐   NO ☐

If you are <u>registered</u> to vote where you live now, would you like to <u>update</u> your voter registration record? YES ☐   NO ☐

---

**IF YOU DO NOT CHECK ANY BOX, YOU WILL BE CONSIDERED TO HAVE DECIDED NOT TO REGISTER TO VOTE OR UPDATE YOUR VOTER REGISTRATION AT THIS TIME.**

If you would like help in filling out the voter registration application, we will help you. A decision whether to seek or accept help is yours. You may fill out the voter registration application in private.

If you believe that someone has interfered with:

- your right to register or decline to register to vote,
- you right to privacy to decide whether to register or applying to register too vote, or
- your right to choose your own political party or other political preference.

You may file a complaint with the Secretary of State, State of Florida, Department of State, Division of Elections, Room 1801, the Capitol, Tallahassee, Florida 32399-0250 or call 1-800-335-8683.

If you decline to register to vote, your decision will remain confidential and may be used only for voter registration purposes.

If you choose to register to vote or update a voter register record, information regarding the office to which your application is submitted will remain confidential and may be used only for voter registration purposes.

_____    _____    _____
Print Name                 Signature                            Date

CF-ES 2627, December 2000

A039122

# PLAINTIFFS' EXHIBIT 74



**Janet DeChristopher**
04/29/2002 08:49 AM

To: John Bowman/D20/DCF@DCF
cc:
Subject: F.Y.I. ON VOTER REGISTRATION

Hi John - please see the message below from Mary Pile. Mary is the secretary of one of our POA's.
Since the Dept of Elections is telling us something different than what we were told at the PA's meeting,
can we get it clarified? Thanks - Janet
──── Forwarded by Janet DeChristopher/D07/DCF on 04/29/02 08:46 AM ────



**Mary Pile**
04/26/02 04:28 PM

To: Janet DeChristopher/D07/DCF@DCF
cc: Fairolyn Livingston/D07/DCF@DCF
Subject: F.Y.I. ON VOTER REGISTRATION

Janet:
F.Y.I.
Fairolyn gave me a copy of the Instructions for DCF Compliance with Voter Registration Act. I just spoke
with Laurie Hastings, the representative, who comes and picks up the Voter Registration Forms once a
week and asked her if we were suppose to mail the forms to her if it looked like we were getting close to
the deadline and she said absolutely not because we are a mandated pick up site and she will pick them
up within the five day timeframe.

On the instructions that were handed out it states that the forms are to be to the election supervisors office
within five (5) **calendar** days of receipt. According to Lori, it is not 5 calendar days but 5 **working** days as
we are closed on the weekend.

Mary Pile
Oak Ridge Service Center
2364 W. Oak Ridge Road
Orlando, FL 32809

A045949

# PLAINTIFFS' EXHIBIT 75



**"Miller, Donna"**
**<DMiller@mail.dos.stat**
**e.fl.us>**

10/30/2001 02:32 PM

To: Greg Ferguson/D20/DCF@DCF
cc:
Subject: RE: Voter Registration Question

Greg,

You are to offer voter registration to any individual that is applying for services as follows:

1.  At time applicant applies for services/benefits
2.  At time applicant applies for renewal or recertification of services/benefits
3.  At the time applicant makes a change of address.

Donna

-----Original Message-----
From: Greg Ferguson [mailto:Greg_Ferguson@dcf.state.fl.us]
Sent: Tuesday, October 30, 2001 7:37 AM
To: Miller, Donna
Subject: RE: Voter Registration Question


What if it is not a parent?  What if it is a guardian?  or state employee? or a relative?  How far do we carry this out?

Greg Ferguson
Sr. Human Services Program Specialist
Dept. of Children and Families
850-921-6960 or
SC 291-6960


                    "Miller, Donna"

                    <DMiller@mail.dos.st      To:      Greg
Ferguson/D20/DCF@DCF
                    ate.fl.us>                cc:

                                              Subject:     RE: Voter
Registration Question
                        10/29/01 04:59 PM




Dear Greg,

I appreciate your patience in waiting for this information.

Your offices need to offer voter registration to the individuals that are applying for services.  So, if a parent is applying for services for a child
that is underage to vote, then the parent is to be offered the opportunity to register to vote.  If the child is eligible to vote, then the child should be offered the opportunity to register to vote.

A040811

# PLAINTIFFS' EXHIBIT 76

A0406l9

Subject: Voter Preference Forms - Storage and Retrieval

Please review the e-mail below from Greg Ferguson. I need a response on the below questions on Voter Preference forms, by 10:00 am tomorrow morning, to met my deadline of 12:00 pm. I also apologize for the short turnaround time.

Thanks
Carol Canady

—— Forwarded by Carol Canady/SR/DCF on 01/07/02 02:45 PM ——

**Greg Ferguson**
01/07/02 01:28 PM

To: Norene Moore, Gina Monlyn-Cooper, Marc Wichman, Carol Canady, Richard Rice, Martha Prock, Dorothy Slappy, Tamara Franks, Shirley Adderly, Ruqaiyah Farrar/D07/DCF@DCF, Jackie Zackery/D12/DCF@DCF, Terry L. Wilkerson/D13/DCF@DCF, Gloria Miller/D07/DCF@DCF, Linda W. Wright@DCF, Gilda Ferrada2/D11/DCF@DCF
cc: Herschel Minnis@DCF, John Bowman
Subject: Voter Preference Forms - Storage and Retrieval

In working with the federal lawsuit from the 2000 election we need to determine how Voter Preference forms are being stored and how easily assessable they are.  Please answer the following questions no later than 12 noon on Tuesday, January 8.  I apologize for the short turnaround time.

Thanks  assistance.

1.   Where are forms stored?  In file cabinet, boxes, etc.?  Does each service center keep their forms or is there a central location within the district?

2.   How the forms stored?  By date, name, etc.?

3.
4.
5.

Greg Ferguson
Sr. Human Services Program Specialist
Dept. of Children and Families
850-921-6960 or
SC 291-6960

**PLAINTIFFS' EXHIBIT 77**

Author:   Janice Miller/D02/DCF at DCF
Date:      8/29/2001  10:18 AM
Priority: Normal
TO: Norene Moore at D02HQ
Subject: Voter Registration

# 11 + # 13

----- Forwarded by Janice Miller/D02/DCF on 08/29/2001 10:17 AM -----

```
|--------+----------------------->
|        |     Janice Miller|
|        |                   |
|        |     08/29/2001    |
|        |     09:58 AM      |
|        |                   |
|--------+----------------------->
```

```
  >-------------------------------------------------------|
  |                                                       |
  |      To:    Jerry Sewell/D02/DCF@DCF, Norma H         |
  |      Edwards/D02/DCF@DCF                              |
  |      cc:                                              |
  |      Subject:    Voter Registration                  |
  >-------------------------------------------------------|
```

Central Office has received a complaint about our not following voter
registration procedures in Jackson County. As you know, last January when we
had to impose the hard freeze on positions, we discussed and made the decision
that the voter registration process was one of the things that we would let go
of during the freeze period. So Jackson County was going with the decision we
made.

We have not received any complaints thus far from any of the other counties, but
you never know. I will add this to our agenda for the meeting on September
17th. As much as we all disagree with the voter registration process that we
have to go through, it is still a statewide requirement.

I know we still have a freeze on positions because of our budget constraints,
but is it possible to reinstate normal voter registration requirement procedures
in Jackson County or do we need to try to justify why we need to continue the
exception? Please let me know.

----- Forwarded by Janice Miller/D02/DCF on 08/29/2001 09:45 AM -----

```
|--------+----------------------->
|        |     Norene Moore |
|        |                   |
|        |     08/29/2001    |
|        |     09:22 AM      |
|        |                   |
|--------+----------------------->
```

```
  >-------------------------------------------------------|
  |                                                       |
  |      To:    Janice Miller/D02/DCF                     |
  |      cc:                                              |
  |      Subject:    Voter Registration                  |
  >-------------------------------------------------------|
```

A045943

fyi

_____ Forward Header _____

Subject: Voter Registration
Author:  Greg Ferguson/D20/DCF at DCF
Date:    8/27/2001 3:35 PM


Spoke with Donna Miller this pm.  She is with Division of Elections.  She
received a call from the Supervisor of Elections in Jackson county.  According
to Supervisor the DCF office on East Clinton (phone# 482-9584) is not offering
the clients the opportunity to register to vote.  According to the person at the
DCF office they only deal with voter registration if client asks about it.  As
you know, that is not the way it works.  Can you check into this for me and let
me know what you found out.  Does this office need retraining, etc?
Thanks.

Greg Ferguson
Sr. Human Services Program Specialist
Dept. of Children and Families
850-921-6960 or
SC 291-6960

A045944

# PLAINTIFFS' EXHIBIT 78

**Roseann Liriano**

01/09/02 08:07 AM

To: Carol Canady/SR/DCF@DCF
cc:
Subject: Re: Voter Preference Forms - Storage and Retrieval

Honestly, they are in boxes in room 160 of our office. They are accessible to everyone and are not identified by title or form number on box. Form supply staff (Clerk) advise very few staff use them and they have been over stocked for a very long time. Good to hear from you one way or another. Miss talking with you, Roseann

**PLAINTIFFS' EXHIBIT 79**

ATTACHMENT A

Author:  Norena Moore at CO2HQ
Date:    6/29/2001  9:40 AM
Priority: Normal
Receipt Requested
TO: Greg Ferguson/D20/DCF at DCF
CC: Janice Miller at DCF, Linda McConnell
Subject: Re: Voter Registration

        Due to a hard freeze, District 02 had to suspend some activities. The
        unit offices were given an option of offering the voter registration
        on a request basis. Two of the offices chose this option with Jackson
        County being one of them. The regular voter registration process is
        now being reinstated. All of our unit offices are aware of the voter
        registration process and it is not felt that retraining is necessary.
        Please notify us if we may be of further assistance.

_____ Reply Separator _____
Subject: Voter Registration
Author:  Greg Ferguson/D20/DCF at DCF
Date:    8/27/2001 3:35 PM



Spoke with Donna Miller this pm. She is with Division of Elections.  She
received a call from the Supervisor of Elections in Jackson county.  According
to Supervisor the DCF office on East Clinton (phone# 482-9584) is not offering
the clients the opportunity to register to vote. According to the person at the
DCF office they only deal with voter registration if client asks about it. As
you know, that is not the way it works. Can you check into this for me and let
me know what you found out.  Does this office need retraining, etc?
Thanks.

Greg Ferguson
Sr. Human Services Program Specialist
Dept. of Children and Families
850-921-6960 or
SC 291-6960

A039027

# PLAINTIFFS' EXHIBIT 80



FLORIDA DEPARTMENT OF STATE
Katherine Harris
Secretary of State
DIVISION OF ELECTIONS
Room 1801, The Capitol
Tallahassee, Florida 32399-0250
(904) 488-7690

September 19, 2001

Mr. Greg Ferguson
Department of Children and Families
1317 Winewood Boulevard
Building 3
Room 438
Tallahassee, Florida 32399-0700

Dear Mr. Ferguson:

The Honorable Bill Cowles, the Supervisor of Elections in Orange County, recently sent a letter to the Division of Elections concerning voter registration application forms he receives that are not dated. The supervisor's office in Orange County surveyed all the mandated sites in Orange County from January to June 2001.

After reviewing the applications received from DCF, WIC, and vocational rehabilitation offices, many applications received in the Orange County supervisor's office were not dated. After speaking to several of the employees at the agencies in the area, Orange County found that many employees were unaware of the requirement to date stamp the applications.

The agency reviews performed by Orange County found that the DCF offices in Apopka, Lake Underhill, and on Washington Street did not date stamp any of the applications. The Winter Park office date stamped some of the applications.

The WIC offices under the Department of Health that neglected to date stamp all their applications were the offices in Apopka, Ocoee, and on Oak Ridge Road. The office on Silver Star Road and the Winter Park office date stamped all the applications. The Church Street office did not date stamp any of the applications.

The Apopka Vocational Rehabilitation Office added the date stamp to all their applications. The Maguire Road offices in Room 243, 244, and 246 added the date stamp to some of the applications. The office in Room 250 did not date stamp any of the applications.

A039025

Page 2

According to Florida Statute 97.053, the registration date for a valid initial voter registration application is the date when received by a voter registration agency. When the NVRA Committee was first established in 1994, that committee suggested that all agencies date stamp the application. This date stamp is not to include the name of the agency. However, the name of the agency can be on the mailing envelope, so the supervisors of elections can maintain proper records of the participating agencies. Please inform your field offices of the date stamp requirement.

Please copy the Division of Elections on any correspondence concerning NVRA, and advise your field offices to also copy us on any NVRA correspondence. If you would like training on NVRA at any time, or if you need further assistance, please contact me at 921-2331 or at dmiller@mail.dos.state.fl.us.

Thank you for your assistance in educating your agency on NVRA.

Sincerely,

Donna S. Miller
NVRA Administrator

A039026

**PLAINTIFFS' EXHIBIT 81**

# DATA PROCESSING SERVICES AGREEEMENT

This AGREEMENT is executed on November 24, 1998 by and between the STATE OF FLORIDA, DEPARTMENT OF STATE, DIVISION OF ELECTIONS (the "Division"), and DATABASE TECHNOLOGIES, INC. ("DBT").

WHEREAS, the Division must compile a list identifying each registered voter in the State of Florida's central voter file (the "Central Voter File") who is deceased; or who has been convicted of a felony and has not had this voting rights restored; and who has registered to vote in more than one county (the "Disqualification Parameters"); and

WHEREAS, in order to meet its obligations, the Division has requested that DBT compare voter registration information in the Central Voter File against (i) a number of DBT databases, including without limitation, DBT's database of criminal convictions; and (ii) certain other databases made available by the Division to DBT in order to assist the Division in identifying registered voters who fall within the Disqualification Parameters; and

WHEREAS, DBT has agreed to provide such comparison to the Division pursuant to the terms and conditions set forth herein.

NOW, THEREFORE, in consideration of the mutual covenants and promises contained herein, the Parties hereby agree and contract as follows:

1. Phases. Services provided by DBT shall be organized into four discreet phases as described below (Phases I-V) which detail all deliverables and services to be undertaken by the Division and DBT. The Division reserves the right to terminate this Agreement at the conclusion of any phase.

**Phase 1**
The purpose of Phase I is to provide DBT with preliminary copies of certain Division-supplied files in order that DBT may develop any methods, procedures, software, databases or linkages with other DBT-supplied databases required to identify records from the Central Voter File that fall within the Disqualification Parameters. DBT shall provide measures of the effectiveness of accuracy of such processes developed to identify records from the Central Voter File that fall within the Disqualification Parameters.

On or before December 8, 1998, the Division shall provide DBT with copies of the Division's central voter, death and felony conviction files. The Division shall also provide DBT with a clemency file extracted from the Executive Board of Clemency, as soon as those records are available. If a portion of the clemency records are available to the Division by December 8, 1998, they will be provided to DBT. The Division shall provide these files to DBT as ASCII comma-delimited text files on CD-ROM, or in a format and media mutually agreed upon by the Parties.



C 01784

Unless otherwise agreed by both parties in writing, on or before January 31, 1999, DBT shall deliver to the Division a printed report containing, at a minimum:

    A.    A description of any modifications, reconstruction or conversions applied to the files provided by the Division to DBT;

    B.    An identification of the specific supplemental databases, files or information used by DBT, including the originating source, and age of the data, that identified each specific record that meets the Disqualification Parameters.

    C.    A description of the method used to compare records from the Division-supplied Central Voter File and other databases in order to identify records that meet the Disqualification Parameters;

    D.    An assessment of the accuracy and effectiveness of DBT's procedures for identifying records that meet the Disqualification Parameters. Such assessment shall include a description of the sampling methodology, used to verify that certain records meet Disqualification Parameters and an assessment of the rate at which such methodology failed to identify records that meet the Disqualification Parameters.

**Phase II**
The Division shall receive and review the report provided in Phase I. On or before March 1, 1999, the Division shall notify DBT in writing of the Division's determination whether the results of Phase I have yielded data sufficient to proceed with Phase III, whether further development is warranted to improve the accuracy of results, or following written notice to DBT with the specifics of its reasoning therefor, whether the Division intends to terminate this Agreement.

**Phase III**
Upon receiving the Division's response from Phase II, DBT shall have 30 calendar days to complete any modifications called for in the Division's report and resubmit an assessment of accuracy resulting from these modifications, as described in paragraph 1.(a)D. above. If the 30th day falls on a legal holiday (as defined in Section 110.117, Florida Statues) or a weekend, DBT shall submit its assessment on the next business day.

**Phase IV**
The Division shall provide DBT with newly updated copies of central voter, death, felony convictions and clemency files on or before April 1, 1999. DBT shall have 30 calendar days to reprocess these files in order to identify records that meet the Disqualification Parameters. If the 30th day falls on a legal holiday (as defined in Section 110.117, Florida Statutes) or a weekend, DBT shall submit its reprocessing results on the next business day. On or before May 1, 1999, DBT shall provide the Division with the following reports in a mutually agreed upon ASCII format.

C 01785

Duplicate Registration Report

A report for each count shall be produced that lists all voter registration records matching those in other counties. Further, the report shall list only those records where a more recent registration (registration date) exists in a matching county. At a minimum, provided the specific information set forth below was originally provided by the Division to DBT or is otherwise available to DBT from the records in its database, the report shall provide the following information:

- County of registered voter
- County of duplicate registration (more recent registration)Last, first and middle name/initial of the registered voter
- Voter identification number in the more recent county of registration
- Birth date of the registered voter
- Registration date of the registered voter
- Gender of the registered voter
- Race of the registered voter
- Social security number of the registered voter (if available)

Death Report

This report shall list all voter registration records matching those in the deaths database. At a minimum, provided the specific information set forth below was originally provided by the Division to DBT or is otherwise available to DBT from the records in its database, the report shall provide the following information:

- County of registered voter
- Last, first and middle name/initial of the registered voter
- Last, first and middle name/initial of the matching death record
- Voter identification number of the registered voter
- Birth date of the registered voter
- Registration date of the registered voter
- Gender of the registered voter and death record
- Race of the registered voter and death record
- Social security number of the registered voter and death record (if available)County of residence or similar state subdivision of death record
- Date of death from death record
- Source of death record, if other than the Division-supplied death file.

Felony Report

This report shall list all voter registration records matching those in the felony database provided by the Division. Only felony convictions occurring in the State of Florida will

3

C 01786

be used for matching with the Central Voter File. At a minimum, provided the specific information set forth below was originally provided by the Division to DBT or is otherwise available to DBT from the records in its database, the report shall provide the following information:

- Last, first and middle name/initial of the registered voter
- Last, first and middle name/initial of the matching felony record
- Voter identification number of the registered voter
- Felony record identifier ⌐
- Birth date of the registered voter
- Registration date of the registered voter
- Gender of the registered voter and felony record
- Race of the registered voter and felony record
- Social security number of the registered voter (if available) and felony record
- County of residence from felony record
- Date of conviction from felony record
- Source of felony conviction, if other than the Division-supplied felony file

Clemency Report

The first report shall list all voter registration records that match those in the felony database (felony convictions occurring in the State of Florida), but do not match any records in the clemency file (i.e., felons whose voting rights have not been restored). At a minimum, provided the specific information set forth below was originally provided by the Division to DBT or is otherwise available to DBT from the records in its database, the report shall provide the following information:

- Last, first and middle name/initial of the registered voter
- Voter identification number of the registered voter
- Felony record identifier
- Clemency record identifier
- Birth date of the registered voter
- Registration date of the registered voter
- Gender of the registered voter and felony record
- Race of the registered voter and felony record
- Social security number (if provided) of the registered voter and felony record
- Date of conviction from felony record

The second report shall list voter registration records that match those in the felony database and match any records in the clemency file (i.e., felons whose voting rights have been restored). At a minimum, provided the specific information set forth below was

4

C 01787

originally provided by the Division to DBT or is otherwise available to DBT from the records in its database, the report shall provide the following information:

- Last, first and middle name/initial of the matching felony record
- Last, first and middle name/initial of the matching clemency record
- Clemency record identifier
- Felony record identifier
- Date of clemency from clemency record
- Department of Corrections identification number (if available)

DBT will then verify the accuracy of the data contained in the output files. During the verification phase, DBT shall use academically-based and widely utilized statistical formulas to determine the exact number of records necessary to represent a valid cross-section (sample) of the processed files. DBT shall consult a professional statistician to determine the valid cross-section from which to perform this verification and the sample size necessary to provide the Division with an accurate representation of the enter processed Central Voter File. The actual number of identified records from the felony conviction and death records data files are needed to calculate this statistically valid cross-section. Upon the return of the processed data, DBT shall supply the formulas and mathematical calculations and identify the professional statistician used during the verification process.

   2. Rights in Division Information. The Division Information shall be provided to DBT solely for use by DBT in providing the services required under this Agreement and shall at all times remain the property of the Division. Information obtained (excluding information purchased from third parties in order for DBT to perform the services hereunder) or created pursuant to the Agreement shall not be used for any purpose other than determining voter eligibility. DBT shall not acquire any rights in the Division Information hereunder except the right to use such information to provide the services in this Agreement.

   3. Public Record. All voter registration records and other information in the Central Voter File, excluding any information that is confidential or exempt from public records requirements, shall be considered public records for the purposes of chapter 119, Florida Statutes, the "Public Records" law. The Division reserves the right to unilaterally cancel this Agreement in the event that DBT refuses to allow public access to all documents or other materials with respect to the Central Voter File and the services provided hereunder, subject to the provisions of chapter 119, Florida Statutes.

   4. Services. Following receipt of the Division Information, DBT shall provide the Division with processing services in connection with the Central Voter File that include creating a working Central Voter File (the "Working CVF") and then comparing entries on such Working CVF against entries contained in the Division Information, as well as against entries in DBT's proprietary database of public records information and criminal convictions, in order to assist the Division in identifying current registered voters

5

C 01788

set forth on the Central Voter File that fall within the Disqualification Parameters (collectively, the "services").

5. Payment. In consideration of providing services to the Division, the Division shall pay DBT the amounts set forth in the attached Exhibit A, in the following increments:

(A) Twenty percent (20%) upon execution of this agreement.

(B) Thirty percent (30%) upon successful completion of Phase I, unless a further extension of time is agreed to by DBT and the Division;

(C) Twenty percent (20%) upon successful completion of Phase III;

(D) Thirty percent (30%) upon successful completion of Phase IV, and final delivery and acceptance by the Division of the updated Central Voter File, as described in paragraph 1.

In the event the Division is unable to provide any or all of the information by the required deadlines, the Division shall pay DBT for any phases completed by DBT as described in section 1 according to the payment schedule set forth in section 5.

6. Delivery Date. Provided the Division has delivered to DBT the Division Information as provided in the schedule above, DBT shall complete the services on or before May 1, 1999.

7. Breach of Contract. DBT's failure to submit the requested information to the Department on the dates specified in this Agreement for any reason other than a delay attributed to the Division, shall result in liquidated damages to be paid by DBT to the Department at the rate of $1,000.00 for each day that the information cannot be submitted up to a limit of 30 days at which point the following sentence shall apply. DBT's inability to submit the required information for 30 consecutive days beyond the above dates shall constitute a breach of this Agreement by DBT and require a surrender of the performance bond subject to the terms in section 8 below.

Information obtained under this Agreement shall not be used for any purpose other than for determining voter eligibility. Use of the information for any other purpose shall constitute a breach of this Agreement and require a surrender of the performance bond subject to the terms in section 8 below.

8. Performance Bond. DBT shall give bond a surety company authorized to do business in Florida in an amount equal to the value of this Agreement, to be renewed on an annual basis, if necessary. The bond shall be conditioned upon DBT's faithful performance of the work called for in this agreement. Said bond shall be delivered to the Department upon the execution of this Agreement and must be signed by a Florida

C 01789

licensed resident agent of the surety who holds a current Power of Attorney from the surety company issuing the bond.

9. Warranty. DBT warrants that the services to be performed hereunder shall be performed in a manner consistent with professional standards and practices of professional organizations providing processing services similar to the services on the date such services are provided. EXCEPT AS SET FORTH IN THE PRECEDING SENTENCE, DBT MAKES NO WARRANTIES WITH RESPECT TO THE SERVICES INCLUDING, WITHOUT LIMITATION, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

10. . Limitation of Liability: No Consequential Damages. DBT's entire liability in connection with the Services hereunder shall not exceed the Fees collected by DBT for such Services. IN NO EVENT SHALL DBT BE LIABLE HEREUNDER OR IN CONNECTION WITH THE SERVICES FOR ANY INDIRECT, SPECIAL, PUNITIVE OR CONSEQUENTIAL DAMAGES, EVEN IF DBT IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

11. Liability. The Division shall not assume any liability for the acts, omissions to act or negligence of DBT, its agents, servants or employees; nor shall DBT exclude liability for its own acts, omissions to act or negligence to the Division. DBT hereby agrees to be solely responsible for any injury or property damage resulting from any activities conducted by the DBT, its agents, servants or employees.

DBT, agrees to indemnify and hold the Division harmless from and against any and all claims or demands for damages, other than by a state agency or subdivision of the Division, including attorney fees and court costs, resulting from personal injury, including death, or damage to property, arising out of any activities performed under this Agreement, omissions to act or negligence of DBT, its agents, servants or employees. In addition, DBT shall investigate all such claims at its own expense.

DBT shall be solely responsible for all work performed and all expenses incurred in connection with the services. DBT may subcontract as necessary to perform the services set forth in this Agreement, including entering into subcontracts with contractors for services and commodities, provided that it is understood by DBT that the Division shall not be liable to the subcontractor for any expense or liabilities incurred under the subcontract and that DBT shall be solely liable to the subcontractor for all expenses and liabilities incurred under the subcontract.

12. Term of Agreement. The terms of the Agreement shall commence on the date hereof and shall continue until the satisfactory completion of the services required under Phases I-IV of this Agreement. Notwithstanding the foregoing, the Division may terminate the Agreement at anytime after the end of Phase I upon ten (10) days prior written notice to DBT. In such event, the Division shall pay DBT for work performed by

C 01790

DBT up to the date of termination. Provided, DBT shall have 30 days to cure any specified defect or failure to perform, which forms the basis of any such termination.

13. Notices. Any notice or other communication hereunder shall be in writing and shall be duly given (i) on the date of delivery if received in person, (ii) on the business day after dispatch if sent by documented overnight delivery services such as Federal Express; (iii) on the date of transmission if sent by facsimile transmission, provided that a confirmation copy thereof is sent no later than the business day following transmission by documented overnight delivery service or certified mail, postage prepaid, return receipt requested; or (iv) on the fourth day following deposit in the United States mail if sent by certified mail, postage prepaid, return receipt requested. Notices or other communications shall be directed to the following address:

DBT:       Database Technologies, Inc.
           4530 Blue Lake Drive
           Boca Raton, FL 33431
           Attn: Senior Vice President - Operations

With a copy: Database Technologies, Inc.
           4530 Blue Lake Drive
           Boca Raton, FL 33431
           Attn: Vice President and General Counsel

Division:   The Division of Elections
           The Capitol, Room 1801
           Tallahassee, Florida 32399

14. Amendment: Waiver. This Agreement may be amended only in a writing signed by both parties hereto. Any provisions of this Agreement may be waived only in a writing signed by the party to be bound by such waiver. No course of dealing between the parties shall be effective to amend or waive any provision of this Agreement.

15. Governing Law. The Agreement is executed and entered into in the State of Florida, and shall be construed, performed, and enforced in all respects in accordance with the laws and rules of the State of Florida. Each party shall perform its obligations hereunder in accordance with the terms and conditions of this Agreement. If any term or provision of the Agreement is found to be illegal and unenforceable, the remainder of the Agreement shall remain in full force and effect and such term of provision shall be deemed stricken.

16. Disputes. Disputes arising out this contract shall be resolved in accordance with chapter 120, Florida Statutes. If any matter arising out of this Agreement becomes the subject of litigation, venue shall be in the Circuit Court, in and for Leon County, Florida, or the Federal Court for the Northern District of Florida.

C 01791

17. <u>Binding of Successors</u>. This Agreement shall bind the successors, assigns and legal representatives of DBT and of any legal entity that succeeds to the obligations of the Division.

18. <u>Auditing Records and other Documents</u>. DBT agrees to maintain books, records and documents (including electronic storage media) in accordance with generally accepted accounting procedures and practices which sufficiently and properly reflect all revenues and expenditures of funds provided by the Division under this Agreement for a period of 5 years.

19. <u>Renewal</u>. The Agreement may be renewed by the Division on a yearly basis for a period of up to two years after the initial Agreement subject to the fees set forth on the attached <u>Exhibit A</u>. The renewal shall be contingent upon satisfactory performance evaluations by the Division and subject to the availability of funds.

20. <u>Bills and Invoices</u>. Bills for services or expenses shall be submitted in detail sufficient for proper preaudit and postaudit.

21. <u>Payment</u>. Pursuant to subsection 215.422(1), Florida Statutes, the Department has five working days to inspect and approve the services, unless the bid specifications, purchase order or this Agreement specifies otherwise. The Department has 20 days to deliver a request for payment to the Department of Banking and Finance. The 20 days are measured from the latter of the date the invoice is received or the goods or services are received, inspected and approved.

If payment is not available within 40 days, measured from the latter of the date the invoice is received or the goods or services are received, inspected and approved, a separate interest penalty on the unpaid balance, established pursuant to section 55.03(1), Florida Statues, shall be due and payable to DBT, in addition to the invoice amount. Interest penalties of less than one dollar shall not be enforced. Invoices that have to be returned to DBT because of DBT's preparation errors shall result in a payment delay. The invoice payment requirements do not begin until a properly completed invoice is provided to the Department.

22. <u>Nonassignment</u>. DBT shall not assign, sublicense or otherwise transfer its rights, duties or obligations under this Agreement without the prior written consent of the Division which consent shall not be unreasonable withheld. If the Division approves a transfer of DBT's obligations, DBT remains responsible for all work performed and all expenses incurred in connection with the Agreement. In the event the Legislature transfers the rights, duties and obligations of the Division to another government entity pursuant to section 20.06, Florida Statues, or otherwise, the rights, duties and obligations under this Agreement shall also be transferred to the successor government entity as if it were an original party to the Agreement.

9

C 01792

23. <u>Taxes</u>. DBT recognizes that the State of Florida by virtue of its sovereignty, is not required to pay any taxes on the services or goods purchased as an incident of this Agreement.

24. <u>Appropriation of Funds</u>. Any provisions of this Agreement which does, or may, require the expenditure of funds by the Division, is expressly conditioned upon appropriation of such funds by the Legislature of the State of Florida. In the event the Legislature fails to fund any provision of this Agreement, this Agreement is terminated and the Division has no further liability to DBT beyond that already incurred by the termination date.

25. <u>No Discrimination</u>. DBT shall not discriminate against any employee employed in the performance of this Agreement, or against any applicant for employment because of age, race, creed, color, disability, national origin, or sex. DBT shall insert a similar provision in all subcontracts for services arising under this Agreement.

26. <u>Preservation of Remedies</u>. No delay or omission to exercise any right, power or remedy accruing to either Party upon breech or default by either Party under this Agreement, shall impair such right, power or remedy of either Party; nor shall such delay or omission be construed as a waiver of any such breach or default, or any similar breach or default thereafter.

27. <u>Attorney's Fees</u>. Unless authorized by law and agreed to in writing by the Division, the Division shall not be liable to pay attorney's fees or costs, interest, late charges and service fees or costs of collection.

28. <u>Travel Expense</u>. No travel expense shall be allowed under this Agreement.

29. <u>Agency Status of Vendor</u>. The Parties agree that DBT, pursuant to Chapter 98-129, Laws of Florida, is designated as an agent of the Division, for the sole purpose of administering the Agreement. However, DBT is not entitled to accrue any benefits of state employment, including retirement benefits and any other rights or privileges connected with employment in the State Career Service.

30. <u>Entire Agreement</u>. The Agreement, constitutes the entire Agreement between the parties with respect to the subject matter hereof, and supersedes all other prior Agreements, understandings and negotiations, both written and oral, between the parties and respect thereto.

C 01793

IN WITNESS WHEREOF, the parties have cause this Agreement to be duly executed on the date set forth above.

DIVISION OF ELECTIONS

_(Ethel Baxter)_
(Authorized Signature)

_Director, Div. of Elections_
(Title)

_Ethel Baxter_
(Name: Type or Print)

_(Michael)_
(Witness)

DATABASE TECHNOLOGIES, INC.

_(signature)_
(Authorized Signature)

_Sr. Vice President Operations_
(Title)

_George Bruder_
(Name: Type or Print)

_(Martha Edenfield)_
(Witness)

11

C 01794

<u>EXHIBIT A</u>

(DBT CONFIDENTIAL AND TRADE SECRET INFORMATION)

Pricing Structure:

1. Phases I-IV (1998-1999)*                    $2,197,800
   (includes manual verification using
   telephone calls and statistical sampling)       120,000

                                           Total $2,317,800

   * Based on the processing of 8,140,000 CVF Records @ $.27/record

2. -Year Two (Optional Renewal) (1999-2000)    $1,024,000
   (includes manual verification using
   telephone calls and statistical sampling)

3. Year Three (Optional Renewal) (2000-2001)   $1,024,000
   (includes manual verification using
   telephone calls and statistical sampling)

12

C 01795

**PLAINTIFFS' EXHIBIT 82**

# CENTRAL VOTER FILE
## DATA PROCESSING SERVICES AGREEMENT
(Revised 12/21/99)

This AGREEMENT is executed on ~~December 22~~ , 1999, by and between the STATE OF FLORIDA, DEPARTMENT OF STATE, DIVISION OF ELECTIONS (the "Division"), and DATABASE TECHNOLOGIES, INC. ("DBT").

WHEREAS, the Division must compile a list identifying each registered voter in the State of Florida's Central Voter File (the "CVF") who is deceased; or who has been convicted of a felony and has not had his voting rights restored; and who has registered to vote in more than one county (the "Disqualification Parameters"); and

WHEREAS, in order to meet its obligations, the Division has requested that DBT compare voter registration information in the CVF against (i) a number of DBT databases, including without limitation, DBT's database of criminal convictions; and (ii) certain other databases made available by the Division to DBT in order to assist the Division identify registered voters who fall within the Disqualification Parameters; and

WHEREAS, DBT has agreed to provide such comparison to the Division pursuant to the terms and conditions set forth herein.

NOW, THEREFORE, in consideration of the mutual covenants and promises contained herein, the Parties hereby agree and contract as follows:

1. <u>Processing Services.</u>  The Division shall provide DBT with newly updated copies of CVF, death, felony conviction and clemency files on or before **February 7, 2000.** DBT shall have 60 calendar days to reprocess these files in order to identify records that meet the Disqualification Parameters. Processing shall be completed in accordance with the modified *Requirements document, attached,* and made a part of this Agreement. On or before **April 7, 1999,** DBT shall provide the Division with the following five data files, as detailed in the *Requirements* document, which was modified as a result of consensual data processing changes between DBT and the Division on December 17, 1999.

<u>Duplicate Registration Data File</u>
The file will contain all voter registration records matching those in the same Florida county or other Florida counties, when a more recent registration (registration date) exists in a matching county. See *Requirements* for file layout.



C 01760

Death Data File

The file will contain all voter registration records matching those in the databases of the Office of Vital Statistics and Social Security Administration. See *Requirements* for file layout.

Felony Data File

The file shall contain all voter registration records matching those in FDLE's felony database provided by the Division, and those provided by DBT. The Division will provide the most current records from the Office of Executive Clemency for identifying those felons who have received clemency. See *Requirements* for file layout.

Clemency Data File

The file shall contain all clemency information for felons who have had their civil rights restored. See *Requirements* for file layout.

Derived Data

The file shall contain all dates of birth and social security numbers that are derived by DBT from the Department of Highway Safety and Motor Vehicles' file for all registered voters. See *Requirements* for file layout.

   **2.  Rights in Division and FDLE Information.**  The Division Information shall be provided to DBT solely for use by DBT in providing the services required under this Agreement and shall at all times remain the property of the Division.  Information obtained or created pursuant to the Agreement shall not be used for any purpose other than determining voter eligibility.

   DBT agrees that it will not, under any circumstances whatsoever, use the FDLE Data for any purpose other than as expressly authorized in the Agreement, or release information or data derived indirectly or directly from the FDLE Data (including the FDLE Data integrated into the CVF) other than as expressly authorized herein.  Said use is authorized specifically and exclusively for providing background reports and information to the Division.  DBT acknowledges and agrees that any violation of the restrictions set forth in this paragraph will be grounds for immediate termination of the Agreement, and may constitute a crime under chapter 815, Florida Statutes, or other provisions of Florida law.

   After transfer of the FDLE Data to the DBT databases used to perform the services hereunder, DBT shall have the right to retain the CVF into which the conviction data from FDLE has been integrated along with any necessary back-up copies of that file. Upon transfer, the FDLE Data shall be returned to FDLE, to the care of the Office of Information Resource Management, on a CD-ROM, for retention by that Office for a

2

C 01761

period of five years. FDLE will preserve the CD-ROM in its original condition, without erasure, write-over, or any other modification. The FDLE Data thus preserved will be made available to DBT, under suitable security conditions, in the event that DBT is reasonably required to document, substantiate, or explain the basis for any part of the services performed hereunder for which the FDLE Data formed the basis. Any other copies of the FDLE Data in DBT's possession, in whatever form or medium, will be destroyed and written confirmation thereof will be given to FDLE.

Notwithstanding the foregoing, DBT may discuss the services or the product provided to the Division hereunder with other governmental agencies. DBT agrees that it has established security procedures to ensure that the FDLE Data is only used as set forth herein.

The Division shall provide the FDLE Data to DBT pursuant to the cost sharing conditions set forth in Exhibit A.

3. **Public Record.** All voter registration records and other information in the CVF, excluding any information that is confidential or exempt from public records requirements, shall be considered public records for the purposes of chapter 119, Florida Statutes, the "Public Records" law. The Division reserves the right to unilaterally cancel this Agreement in the event that DBT refuses to allow public access to all documents or other materials subject to the provisions of chapter 119, Florida Statutes.

4. **Working CVF.** Following receipt of the Division Information, DBT shall provide the Division with processing services in connection with the CVF that include creating a Working CVF and then comparing entries on such Working CVF against entries contained in the Division Information, as well as against entries in DBT's proprietary database of public records information and criminal convictions, in order to assist the Division in identifying current registered voters set forth on the CVF that fall within the Disqualification Parameters (collectively, the "services").

5. **Payment.** In consideration of providing the services to the Division, the Division shall pay to DBT the percentages of the total price of $1,024,000, as set forth below:

(A) Thirty percent (30%) upon execution of this Agreement;

(B) Seventy percent (70%) upon final delivery and acceptance by the Division of the updated CVF reports, as described in section 1, Processing Services.

6. **Delivery Date.** Provided the Division has delivered to DBT the Division Information as provided in this Agreement, DBT shall complete the services on or before April 7, 2000.

3

C 01762

7. **Breach of Contract.** DBT's failure to submit the requested information to the Division on the dates specified in this Agreement shall result in liquidated damages to be paid by DBT to the Division at the rate of $1,000.00 for each day that the information cannot be submitted. DBT's inability to submit the required information for 30 consecutive days beyond the above dates shall constitute a breach of this Agreement by DBT and require a surrender of the performance bond subject to the terms in paragraph 8 below.

Information obtained under this Agreement shall not be used for any purpose other than for determining voter eligibility. Use of the information for any other purpose shall also constitute a breach of this Agreement and require a surrender of the performance bond subject to the terms in paragraph 8 below.

8. **Performance Bond.** DBT shall give bond of a surety company authorized to do business in Florida in an amount equal to the value of this Agreement, to be renewed on an annual basis, if necessary. The bond shall be conditioned upon DBT's faithful performance of the work called for in this Agreement. Said bond shall be delivered to the Division upon execution of this Agreement and must be signed by a Florida licensed resident agent of the surety who holds a current Power of Attorney from the surety company issuing the bond.

9. **Warranty.** DBT warrants that the services to be performed hereunder shall be performed in a manner consistent with professional standards and practices of professional organizations providing processing services similar to the services on the date such services are provided. Except as set forth in the preceding sentence, DBT makes no warrants with respect to the services including, without limitation, any warranties of merchantability or fitness for a particular purpose

10. **Liability.** The Division shall not assume any liability for the acts, omissions to act or negligence of DBT, its agents, servants or employees;  nor shall DBT exclude liability for its own acts, omissions to act or negligence to the Division. DBT hereby agrees to be solely responsible for any injury or property damage resulting from any activities conducted by the DBT, its agents, servants or employees.

DBT, other than a state agency or subdivision of the Division, agrees to indemnify and hold the Division harmless from and against any and all claims or demands for damages, including attorney fees and court costs, resulting from personal injury, including death, or damage to property, arising out of any activities performed under this Agreement, omissions to act or negligence of DBT, its agents, servants or employees, and shall investigate all claims at its own expense.

DBT shall be solely responsible for all work performed and all expenses incurred in connection with the project. DBT may subcontract as necessary to perform the services set forth in this Agreement, including entering into subcontracts with contractors for services and commodities, provided that it is understood by DBT that the Division shall not be liable

4

C 01763

to the subcontractor for any expenses or liabilities incurred under the subcontract and that the DBT shall be solely liable to the subcontractor for all expenses and liabilities incurred under the subcontract.

   **11.  Term of Agreement.**  The term of the Agreement shall commence on the date executed and shall continue until the satisfactory completion of the services required under this Agreement.  Notwithstanding the foregoing, the Division may terminate the Agreement at any time, upon (30) day's prior written notice to DBT.  In such event, the Division shall pay DBT for work performed by DBT up to the date of termination.

   **12.  Notices.**  Any notice or other communication hereunder shall be in writing and shall be duly given (i) on the date of delivery if received in person; (ii) on the business day after dispatch if sent by documented overnight delivery service such as Federal Express; (iii) on the date of transmission if sent by facsimile transmission, provided that a confirmation copy thereof is sent no later than the business day following transmission by documented overnight delivery service or certified mail, postage prepaid, return receipt requested; or (iv) on the fourth day following deposit in the United States mail if sent by certified mail, postage prepaid, return receipt requested.  Notices or other communications shall be directed to the following addresses:

| DBT: | Database Technologies, Inc. |
| | 4530 Blue Lake Drive |
| | Boca Raton, FL 33431 |
| | Attn: Senior Vice President - Operations |

| With a copy: | Database Technologies, Inc. |
| | 4530 Blue Lake Drive |
| | Boca Raton, FL 33431 |
| | Attn: Vice President and General Counsel |

| Division: | L. Clayton Roberts, Director |
| | The Division of Elections |
| | The Capitol, Room 1801 |
| | Tallahassee, Florida 32399 |

   **13.  Amendment/Waiver.**  The Agreement may be amended only in a writing signed by both parties hereto.  Any provisions of the Agreement may be waived only in a writing signed by the party to be bound by such waiver.  No course of dealing between the parties shall be effective to amend or waive any provision of the Agreement.

   **14.  Governing Law.**  The Agreement is executed and entered into in the State of Florida, and shall be construed, performed, and enforced in all respects in accordance with the laws and rules of the State of Florida.  Each party shall perform its obligations hereunder in accordance with the terms and conditions of this Agreement.  If any term or provision of the Agreement is found to be illegal and unenforceable, the remainder of the

5

C 01764

Agreement shall remain in full force and effect and such term or provision shall be deemed stricken.

**15. Disputes.** Disputes arising out of this contract shall be resolved in accordance with chapter 120, Florida Statutes. If any matter arising out of this Agreement becomes the subject of litigation, venue shall be in the Circuit Court, in and for Leon County, Florida, or the Federal Court for the Northern District of Florida.

**16. Binding of Successors.** This Agreement shall bind the successors, assigns and legal representatives of DBT and of any legal entity that succeeds to the obligations of the Division.

**17. Auditing Records and other Documents.** DBT agrees to maintain books, records and documents (including electronic storage media) in accordance with generally accepted accounting procedures and practices which sufficiently and properly reflect all revenues and expenditures of funds provided by the Division under this Agreement for a period of 5 years.

**18. Renewal.** The Division may renew the Agreement for two additional years (on an annual basis) after the expiration of this Agreement, subject to the pricing structure set forth in Exhibit A. DBT shall provide the services in Year Four (2002-2003) at no cost to the Division. The renewal shall be contingent upon satisfactory performance evaluations by the Division and subject to the availability of funds.

**19. Bills and Invoices.** Bills for services or expenses shall be submitted in detail sufficient for proper preaudit and postaudit.

**20. Payment.** Pursuant to subsection 215.422(1), Florida Statutes, the Division has five working days to inspect and approve the services, unless the bid specifications, purchase order or this Agreement specifies otherwise. The Division has 20 days to deliver a request for payment to the Department of Banking and Finance. The 20 days are measured from the latter of the date the invoice is received or the goods or services are received, inspected and approved.

If payment is not available within 40 days, measured from the latter of the date the invoice is received or the goods or services are received, inspected and approved, a separate interest penalty on the unpaid balance, established pursuant to section 55.03(1), Florida Statutes, shall be due and payable to DBT, in addition to the invoice amount. Interest penalties of less than one dollar shall not be enforced. Invoices that have to be returned to the DBT because of DBT's preparation errors shall result in a payment delay. The invoice payment requirements do not begin until a properly completed invoice is provided to the Division.

**21. Nonassignment.** DBT shall not assign, sublicense or otherwise transfer its rights, duties, or obligations under this Agreement without the prior written consent of the

6

C 01765

Division which consent shall not be unreasonably withheld. If the Division approves a transfer of DBT's obligations, DBT remains responsible for all work performed and all expenses incurred in connection with the Agreement. In the event the Legislature transfers the rights, duties and obligations of the Division to another government entity pursuant to section 20.06, Florida Statutes, or otherwise, the rights, duties and obligations under this Agreement shall also be transferred to the successor government entity as if it were an original party to the Agreement.

22. **Taxes.** DBT recognizes that the State of Florida by virtue of its sovereignty, is not required to pay any taxes on the services or goods purchased as an incident of this Agreement.

23. **Appropriation of Funds.** Any provision of this Agreement which does, or may, require the expenditure of funds by the Division, is expressly conditioned upon appropriation of such funds by the Legislature of the State of Florida. In the event the Legislature fails to fund any provision of this Agreement, this Agreement is terminated and the Division has no further liability to DBT beyond that already incurred by the termination date.

24. **No Discrimination.** DBT shall not discriminate against any employee employed in the performance of this Agreement, or against any applicant for employment because of age, race, creed, color, disability, national origin, or sex. DBT shall insert a similar provision in all subcontracts for services arising under this Agreement.

25. **Preservation of Remedies.** No delay or omission to exercise any right, power or remedy accruing to either Party upon breach or default by either Party under this Agreement, shall impair any such right, power or remedy of either Party; nor shall such delay or omission be construed as a waiver of any such breach or default, or any similar breach or default thereafter.

26. **Attorney's Fees.** Unless authorized by law and agreed to in writing by the Division, the Division shall not be liable to pay attorneys fees or costs, interest, late charges and service fees or costs of collection.

27. **Travel Expenses.** No travel expenses shall be allowed under this Agreement.

28. **Agency Status of Vendor.** The Parties agree that DBT, pursuant to Chapter 98-129, Laws of Florida, is designated as an agent of the Division, for the sole purpose of administering the Agreement. However, DBT is not entitled to accrue any benefits of state employment, including retirement benefits and any other rights or privileges connected with employment in the State Career Service.

29. **Entire Agreement.** The Agreement, together with the attached "Requirements" document, and Exhibit A constitute the entire Agreement between the

7

C 01766

parties with respect to the subject matter hereof, and supersede all other prior Agreements, understandings and negotiations, both written and oral, between the parties with respect thereto.

IN WITNESS WHEREOF, the parties have caused this Agreement to be duly executed on the date first set forth above.

DIVISION OF ELECTIONS                    DATABASE TECHNOLOGIES, INC.

_____                  _____
(Authorized Signature)                   (Authorized Signature)

ASST SECY OF ST                          SR VP
_____                  _____
(Title)                                  (Title)

WILLIAM R. PFEIFFER                       George Bruder
_____                  _____
(Name:  Type or Print)                   (Name:  Type or Print)

12-21-99                                  12/22/99
_____                  _____
(Date)                                   (Date)

_____                  _____
(Witness)                                (Witness)

8

C 01767

## EXHIBIT A

Pricing Structure:

1. **Year One** - Phases I-IV  (1998-1999) (Completed)     $2,197,800

2. **Year Two** (Optional Renewal) (1999-2000)     $1,024,000

3. **Year Three** (Optional Renewal) (2000-2001)     $1,024,000
   (The Parties will equally share the cost of the FDLE
   Data and any costs associated with collecting the
   information that the Division must provide to DBT
   under this Agreement such as Clemency records;
   provided that DBT's share of the costs shall not
   exceed $50,000.)

4. **Year Four** (Optional Renewal) (2002-2003)     No Charge ($0.00)
   (The Division will pay the entire cost of the FDLE
   Felony Data and any costs associated with
   collecting the information that the Division must
   provide to DBT under this Agreement.)

DBT FILES/1999-2000 DBT CONTRACT2

9

C 01768

**PLAINTIFFS' EXHIBIT 83**

## CLERKS FEEDBACK FORM

The purpose of this form is to obtain your comments with regard to election day operations at your polling place. We need your inputs so that we can continually improve our voting procedures. After you complete this form, enclose it in the attached envelope, seal the envelope, and place it in the Black Bag.

1. Was your polling place satisfactory? ——— YES

2. Were your Poll Workers adequately trained? ——— YES

3. Are there any areas that need more emphasis during training? ——→

4. Did your Deputy follow proper procedures? If not, please explain. — YES

5. Are there any Poll Workers (including the Deputy) that should **not** be hired again?

   Name(s)/Reason(s): _____ NO

6. Would you recommend any of your Poll Workers for consideration to become a Clerk?

   Name(s): ____ NO

7. Did you have a phone that was located in the polling place and dedicated to your use while the polls were open? Was it a cellular phone? NO

8. Describe any problems you encountered with the Clerks' Phone Bank. BUSY ~ BUSY — BUSY
   LONG WAITS AFTER GETTING THRU — LONGEST WAIT
   ABOUT 1 1/2 HOURS. POOR CONNECTIONS — VOTERS DON'T LIKE WAIT!

9. What were the three most common complaints that you received from voters at your precinct?

   A. NOT ENOUGH VOTOMATICS — LONG LINES

   B. GETTING LONG WAIT GETTING TRUN TO PHONE BANK

   C. CANDIDATES SUPPORTERS NOT BE COURTEOUS

10. Other suggestions/comments/concerns? (Continue on back side)

Precinct# 119

Clerk's Name David T Daniels

General Election November 7, 2000

## CLERKS FEEDBACK FORM

The purpose of this form is to obtain your comments with regard to election day operations at your polling place. We need your inputs so that we can continually improve our voting procedures. After you complete this form, enclose it in the attached envelope, seal the envelope, and place it in the Black Bag.

1. Was your polling place satisfactory? _Yes_

2. Were your Poll Workers adequately trained? _Yes_

3. Are there any areas that need more emphasis during training? _Ea Consider adjusting training for younger recruits around normal working hours_

4. Did your Deputy follow proper procedures? If not, please explain _Yes_

5. Are there any Poll Workers (including the Deputy) that should **not** be hired again?

   Name(s)/Reason(s): _None_

6. Would you recommend any of your Poll Workers for consideration to become a Clerk?

   Name(s): _David Stone shows good promise_

7. Did you have a phone that was located in the polling place and dedicated to your use while the polls were open? Was it a cellular phone? _Yes - SoE dedicated - M cell phone (Phone practically useless during last 2 hrs Consider 2 phones at larger precincts_

8. Describe any problems you encountered with the Clerks' Phone Bank. _Call in system very Cumbersome, Counted 50 redials in an instance and later continuously dialed 50 minutes with no line_

9. What were the three most common complaints that you received from voters at your precinct?

   A. _Waiting for affirmation response_

   B. _____

   C. _____

10. Other suggestions/comments/concerns? (Continue on back side)

Precinct# _135_     Clerk's Name _Robert M Buckley_

## CLERKS FEEDBACK FORM

The purpose of this form is to obtain your comments with regard to election day operations at your polling place. We need your inputs so that we can continually improve our voting procedures. After you complete this form, enclose it in the attached envelope, seal the envelope, and place it in the Black Bag.

1. Was your polling place satisfactory? __Yes__

2. Were your Poll Workers adequately trained? __Yes__

3. Are there any areas that need more emphasis during training? __No__

4. Did your Deputy follow proper procedures? If not, please explain. __Yes__

5. Are there any Poll Workers (including the Deputy) that should **not** be hired again?

   Name(s)/Reason(s): __NO__

6. Would you recommend any of your Poll Workers for consideration to become a Clerk?

   Name(s): __NO__

7. Did you have a phone that was located in the polling place and dedicated to your use while the polls were open? Was it a cellular phone? __No, Election office phone__

8. Describe any problems you encountered with the Clerks' Phone Bank.
   __Long delays reaching Phone Bank__

9. What were the three most common complaints that you received from voters at your precinct?

   A. __Changes of address were not accomplished thru Drivers License Bureau as voters were told there__
   B. _____
   C. _____

10. Other suggestions/comments/concerns? (Continue on back side)

Precinct# __145__
General Election November 7, 2000

Clerk's Name __Hilda Q Alvarez__

# CLERKS FEEDBACK FORM

The purpose of this form is to obtain your comments with regard to election day operations at your polling place. We need your inputs so that we can continually improve our voting procedures. After you complete this form, enclose it in the attached envelope, seal the envelope, and place it in the Black Bag.

1. Was your polling place satisfactory? *yes*

2. Were your Poll Workers adequately trained? *yes*

3. Are there any areas that need more emphasis during training?

4. Did your Deputy follow proper procedures? If not, please explain. *yes*

5. Are there any Poll Workers (including the Deputy) that should **not** be hired again?

   Name(s)/Reason(s): *—*

6. Would you recommend any of your Poll Workers for consideration to become a Clerk?

   Name(s):

7. Did you have a phone that was located in the polling place and dedicated to your use while the polls were open? Was it a cellular phone? *yes — no cellular phone*

8. Describe any problems you encountered with the Clerks' Phone Bank. *Line stayed busy - unable to get through - Put on hold - often (50 minute wait at times)*

9. What were the three most common complaints that you received from voters at your precinct?

   A. *"voters had to wait 50 minutes for osotclerk to get through to phone, lib 30-40 voters were*
   B. *Getting upset! ( for address change or precinct change -*
   C.

10. Other suggestions/comments/concerns? (Continue on back side) *(over)* *We ran out of AFF. infor Form: only*

Precinct # *227*
General Election November 7, 2000

Clerk's Name *Joyce E Wehman*

## CLERKS FEEDBACK FORM

The purpose of this form is to obtain your comments with regard to election day operations at your polling place. We need your inputs so that we can continually improve our voting procedures. After you complete this form, enclose it in the attached envelope, seal the envelope, and place it in the Black Bag.

1. Was your polling place satisfactory? *The sanctuary of the Church was a nice quiet area - with plenty of room. It was quite cold*

2. Were your Poll Workers adequately trained? *yes*

3. Are there any areas that need more emphasis during training? *no*

4. Did your Deputy follow proper procedures? If not, please explain. *The deputy was heavily responsible for precinct 359. Our voters went through 359 to our area. He did direct voters in line that precinct 365 was in a different place -*

5. Are there any Poll Workers (including the Deputy) that should **not** be hired again?

    Name(s)/Reason(s): *no*

6. Would you recommend any of your Poll Workers for consideration to become a Clerk?

    Name(s): *yes - Both Sarah Graves + Diane William - if they want to -*

7. Did you have a phone that was located in the polling place and dedicated to your use while the polls were open? Was it a cellular phone? *yes - yes (cell phone)*

8. Describe any problems you encountered with the Clerks' Phone Bank. *Continuous busy signal. Yes*

9. What were the three most common complaints that you received from voters at your precinct?

    A. *No Help' we continuously dialed the phone bank for 50 minutes + they rebusy got through. then*
    B. *precinct next to us got through + was unable to give us the information we needed - so we could help the*
    C. *lady voter after waiting an hour!*

*The voters were very courteous!*

10. Other suggestions/comments/concerns? (Continue on back side)

Precinct# *3ca5*

Clerk's Name *Ann Chandler*

General Election November 7, 2000

# CLERKS FEEDBACK FORM

The purpose of this form is to obtain your comments with regard to election day operations at your polling place. We need your inputs so that we can continually improve our voting procedures. After you complete this form, enclose it in the attached envelope, seal the envelope, and place it in the Black Bag.

1.  Was your polling place satisfactory? _Yes_

2.  Were your Poll Workers adequately trained? _Yes_

3.  Are there any areas that need more emphasis during training? _no_

4.  Did your Deputy follow proper procedures?  If not, please explain. _Yes_

5.  Are there any Poll Workers (including the Deputy) that should **not** be hired again?

    Name(s)/Reason(s): _____

6.  Would you recommend any of your Poll Workers for consideration to become a Clerk?

    Name(s): _FIX Phone BANK_

7.  Did you have a phone that was located in the polling place and dedicated to your use while the polls were open?  Was it a cellular phone? _Yes_     _No_     _Time for phone calls._

8.  Describe any problems you encountered with the Clerks' Phone Bank. _Clerks need some power when making decisions about address change only OR name change only — because phone bank is so busy._

9.  What were the three most common complaints that you received from voters at your precinct?

    A. _At 9:00 P M. the phone was so busy I had to wait 14 minutes to get a phone bank clerk — Bob Wagner_

    B. _About 8 minutes at 2:00 +_

    C. _from 4:08 to 4:28 — plus listening to Diana for ? 25 More Minutes until after 5:00_

10. Other suggestions/comments/concerns? (Continue on back side)

Precinct# _635_     Clerk's Name _Robert E Wagner_     _(OVER)_

General Election November 7, 2000

## CLERKS FEEDBACK FORM

The purpose of this form is to obtain your comments with regard to election day operations at your polling place. We need your inputs so that we can continually improve our voting procedures. After you complete this form, enclose it in the attached envelope, seal the envelope, and place it in the Black Bag.

1. Was your polling place satisfactory? *yes*

2. Were your Poll Workers adequately trained? *yes*

3. Are there any areas that need more emphasis during training? —

4. Did your Deputy follow proper procedures? If not, please explain. *this man is a sick man and should really not be working - he spent a long time laying on the floor with a nose bleed. His general over all health is not good.*

5. Are there any Poll Workers (including the Deputy) that should **not** be hired again?

   Name(s)/Reason(s): *I would like a new deputy - he only worked 1/2 day and went home*

6. Would you recommend any of your Poll Workers for consideration to become a Clerk?

   Name(s): *yes but they say they don't want to do it*

7. Did you have a phone that was located in the polling place and dedicated to your use while the polls were open? Was it a cellular phone? *yes — no*

8. Describe any problems you encountered with the Clerks' Phone Bank. *this was the worst! very poor planning with a 75% turnout you should have had 100 people on phone bank - I had 9 voters (as of 2:30) walk out mad.*

9. What were the three most common complaints that you received from voters at your precinct? *because I couldn't get OK from phone bank*

   ~~#~~ A. *Some people waited over an hour then*
   B. *walked out — can you blame them?*
   C. _____

10. Other suggestions/comments/concerns? (Continue on back side)

Precinct # *755*          Clerk's Name *Margaret K Joyce*

*COPY*

## CLERKS FEEDBACK FORM

The purpose of this form is to obtain your comments with regard to election day operations at your polling place. We need your inputs so that we can continually improve our voting procedures. After you complete this form, enclose it in the attached envelope, seal the envelope, and place it in the Black Bag.

1. Was your polling place satisfactory? YES

2. Were your Poll Workers adequately trained? YES

3. Are there any areas that need more emphasis during training?

4. Did your Deputy follow proper procedures? If not, please explain. YES

5. Are there any Poll Workers (including the Deputy) that should **not** be hired again?

   Name(s)/Reason(s): No.

6. Would you recommend any of your Poll Workers for consideration to become a Clerk?

   Name(s): 

7. Did you have a phone that was located in the polling place and dedicated to your use while the polls were open? Was it a cellular phone? YES — NO Cellular

8. Describe any problems you encountered with the Clerks' Phone Bank. WAS IMPOSSIBLE TO REACH BETWEEN 8:30 AM to 10:30 AM and thru the afternoon

9. What were the three most common complaints that you received from voters at your precinct?

   A. LONG LINES - AT Precinct Register table
   B. ✓ at affirmation table
   C. ✓ at waiting to vote
   Complain about machines (not like up North)

10. Other suggestions/comments/concerns? (Continue on back side)

Precinct# 905   Clerk's Name Alice Sharp

General Election November 7 2000

## CLERKS FEEDBACK FORM

The purpose of this form is to obtain your comments with regard to election day operations at your polling place. We need your inputs so that we can continually improve our voting procedures. After you complete this form, enclose it in the attached envelope, seal the envelope, and place it in the Black Bag.

1. Was your polling place satisfactory? _Yes_

2. Were your Poll Workers adequately trained? _Yes_

3. Are there any areas that need more emphasis during training? _over and over — do not issue a ballot before affirmation is done + voter comes back to your table._

4. Did your Deputy follow proper procedures? If not, please explain. _Yes_

5. Are there any Poll Workers (including the Deputy) that should **not** be hired again?

   Name(s)/Reason(s): _NO - we were short one person but everyone pitched in and did a good job. This was a great group._

6. Would you recommend any of your Poll Workers for consideration to become a Clerk? _YES. John Bailiff_

   Name(s): _we would like this team in the next election_

7. Did you have a phone that was located in the polling place and dedicated to your use while the polls were open? Was it a cellular phone? _we had your telephone + dedicated jack_

8. Describe any problems you encountered with the Clerks' Phone Bank. _Once — Spanish speaking person who had trouble understanding my accent. Wait time at busy times. BAD_

9. What were the three most common complaints that you received from voters at your precinct?

   A. _Not allowed to vote — still have problems with people registered by DMV._

   B. _Waiting times for clerk's phone bank to answer. — many had to leave after waiting 20-30 minutes without voting._

   C. _____

10. Other suggestions/comments/concerns? (Continue on back side)

Precinct# _937_
General Election November 7, 2000

Clerk's Name _Mary Shons_

# CLERKS FEEDBACK FORM

The purpose of this form is to obtain your comments with regard to election day operations at your polling place. We need your inputs so that we can continually improve our voting procedures. After you complete this form, enclose it in the attached envelope, seal the envelope, and place it in the Black Bag.

1. Was your polling place satisfactory? _YES_

2. Were your Poll Workers adequately trained? _YES_

3. Are there any areas that need more emphasis during training? _No_

4. Did your Deputy follow proper procedures? If not, please explain. _YES_

5. Are there any Poll Workers (including the Deputy) that should **not** be hired again?

   Name(s)/Reason(s): _____

6. Would you recommend any of your Poll Workers for consideration to become a Clerk?

   Name(s): _MEREDITH LACRUTH_

7. Did you have a phone that was located in the polling place and dedicated to your use while the polls were open? Was it a cellular phone? _YES_
   _YES_

8. Describe any problems you encountered with the Clerks' Phone Bank. _COULD NOT GET THRU TO THEM. WE LOST 10-15 VOTERS ON ACCOUNT OF NOT GETTING THROUGH_

9. What were the three most common complaints that you received from voters at your precinct?

   A. _Having TO WAIT TO GET THRU TO PHONE BANK_

   B. _Not GETTING THRU TO PHONE BANK_

   C. _____

10. Other suggestions/comments/concerns? (Continue on back side)

Precinct# _955_          Clerk's Name _Etta Bratcher Mahoney_

# PLAINTIFFS' EXHIBIT 84

puc. 2c1

15. What suggestions do you have that would improve communications with the Elections Office on Election Day? _MORE PHONE LINES; BETTER TRAINED PERSONNEL THAT CAN FIELD AND ANSWER QUESTIONS._

16. Did you have any voters who came to vote but were unable to do so? If so, please specify approximately how many and the problems incurred. Give as much detail as possible and use the reverse side of this survey and any additional sheets of paper that are necessary to explain. We would also like your recommendations as to how we might help you should some of these problems occur in the future. _Approx/monthly 4 to 5 people who were turned away (approx. 1½% of voters) due to not being on our register. Could not get thru on phone to check. Most said they had registered when they got drivers license. Some were rather mad but most were just ~~register~~ totally disgusted._

SUGGESTION:
_Poll workers to be trained in smaller groups w/ more participation — role model, etc. Some of these workers seem to get nothing from the present classes and cause more work for the clerk because he or she has to double check every thing they do and make necessary corrections to paper work._

(over)

YOUR HELPFUL SUGGESTIONS ARE ALWAYS WELCOME. HOW CAN WE IMPROVE OUR ELECTION PROCEDURES AND FACILITIES? PLEASE LET US KNOW YOUR THOUGHTS. ANY SUGGESTIONS CAN BE WRITTEN ON SEPARATE SHEETS OF PAPER AND ATTACHED TO THIS QUESTIONNAIRE. **PLEASE RETURN THIS QUESTIONNAIRE IN THE ENCLOSED ENVELOPE BY JANUARY 12, 2001. THANK YOU.**

3

prec 203

8. Were there any problems with Poll Watchers at your precinct? If so, please explain: (No) we knew both poll watchers, (they live in the same development that we do.)

9. Were there any parking problems at your precinct? If so, please explain: (No) we always ample parking

10. Did you experience lines at the polls? If so, please indicate the approximate time(s) these lines developed and the approximate wait time for the voters: We only experience a short line (15-20 people) Just before the polls opened a 7 am. And again around - 5-6 p.m. when people were going home from work.

11. Did you experience any equipment failure? If so, please explain what happened and your efforts to get assistance. No equipment Failures!

12. Did your workers or you have any problems filling out the different forms sent out by the Elections Office? If so, please explain: (No) we had several Affirmation forms to fill out, but between myself a my assistant clerk, we were able to cope with filling them out

13. Did you experience any problems at your drop off location on Election Day? If yes, please explain: (No)

14. Did you experience communication problems with the Elections Office on Election Day? If so, please indicate the problems you encountered and the outcomes. Communications with the Election office was Terrible several times both the assistant clerk and myself waited 45-60 minutes. He was on the phone I was using my personal cell phone when we did make connection, most of the time, the person was not qualified to answer our questions, or knew who to contact to get an answer.

2

prec 203

As asst. clerk at prec. 203, on Nov 7, 00 I was in charge of completing all requests for affirmation forms. My soul problem in completing these forms was being unable to reach the election office by phone. Someone from the election office stopped at our precinct in mid morning. We let her know our problem. She stated that she had heard the same thing at every precinct she visited.

It normally took 45 to 55 minutes of continual dialing to finally get through to the office. Because of this I had a number of disgruntled people leave without voting. At one point, I had five individuals waiting for me to try and reach the office. It took 53 minutes to get thru, and then was told I should not tie up the line that long. They finally consented, and was able to complete the affirmations. I had one young woman who came at 8:10 am, waited 40 minutes, and then had to go to work, she returned after work, waited another 50 minutes, and then had to leave to pick up her children. She was never able to vote.

A young couple, with 3 young children came in about 5:30 pm. I finally reached the office at 6:50 pm, and thankfully; was able to vote. The perseverance with 3 very young children was commendable on their part. It was very embarrassing and frustrating to all of us Poll workers.

In trying to reach the office, I used a touch tone

ypcc 214

15. What suggestions do you have that would improve communications with the Elections Office on Election Day? *sharing the telephone with the monitor did not help. (It is his phone. And we don't want to offend them)*

16. Did you have any voters who came to vote but were unable to do so? If so, please specify approximately how many and the problems incurred. Give as much detail as possible and use the reverse side of this survey and any additional sheets of paper that are necessary to explain. We would also like your recommendations as to how we might help you should some of these problems occur in the future. *Only the ones in the wrong precinct; we sent them to the correct one.*

*We suggest that voters be required to register only at the elections office; we had problems with those registered at the driver's license office. They were not on our precinct register.*

YOUR HELPFUL SUGGESTIONS ARE ALWAYS WELCOME. HOW CAN WE IMPROVE OUR ELECTION PROCEDURES AND FACILITIES? PLEASE LET US KNOW YOUR THOUGHTS. ANY SUGGESTIONS CAN BE WRITTEN ON SEPARATE SHEETS OF PAPER AND ATTACHED TO THIS QUESTIONNAIRE. **PLEASE RETURN THIS QUESTIONNAIRE IN THE ENCLOSED ENVELOPE BY JANUARY 12, 2001. THANK YOU**.

3

$P_{RLC}$. 215 - 216

8. Were there any problems with Poll Watchers at your precinct? If so, please explain: _____ NO — Thank Goodness _____

_____

9. Were there any parking problems at your precinct? If so, please explain: _____ NO _____

_____

10. Did you experience lines at the polls? If so, please indicate the approximate time(s) these lines developed and the approximate wait time for the voters: _____ WAS SPORADIC — I need to remember to re-do the register — late, more in 215 at the end of the alphabet _____

11. Did you experience any equipment failure? If so, please explain what happened and your efforts to get assistance. _____ 216 machine quit, not sure what time — 5 - 530, put ballot in the side. Counted (I think) put them in red envelope, gave to Lara — While on Phone to the office, ask them to send another machine. Either did get the machine or we kept _____

12. Did your workers or you have any problems filling out the different forms sent out by the Elections Office? If so, please explain: _____ NO, other than final report on the machine that quit. _____

13. Did you experience any problems at your drop off location on Election Day? If yes, please explain: _____ NO _____

_____

14. Did you experience communication problems with the Elections Office on Election Day? If so, please indicate the problems you encountered and the outcomes. _____ Not being able to get through on phone. One time took us 1 hr to get through, but then we realized when we finally got through, we kept them on the phone for 1 hr. _____

2

*Prec. 215-216*

15. What suggestions do you have that would improve communications with the Elections Office on Election Day? *More phone lines and people that can read the maps. We had only one call that they could not find the ____ Not sure if more phones in the answer*

16. Did you have any voters who came to vote but were unable to do so? If so, please specify approximately how many and the problems incurred. Give as much detail as possible and use the reverse side of this survey and any additional sheets of paper that are necessary to explain. We would also like your recommendations as to how we might help you should some of these problems occur in the future. ~~What assistant Clerk and I can~~ remember We had 2 that ~~registered on the internet through Pep. Browns office.~~ Neither got ~~registered.~~

~~Some Church in town registered people, we think 2 Sunday's. 2 people~~ said that ~~was how they registered, but did not go through your office.~~

Many registered when they got their license. ~~Could not remember if~~ they signed anything at the license office. ~~Many is probably 5 or 6. They~~ were not ~~registered in your office. One was a Hispantic, she got really~~ "mouthy" ~~with us.~~

~~We could not get through on the phone, most people were very patien~~t with us. ~~Some we finally asked them to hold the phone and keep pushing the~~ buttons. Sometimes it was 45-60 minutes trying to get through. While holding we filled out the paperwork for others. ~~We did paperwork for~~ at least 10 people to go to other Precincts. ~~2 precincts sent people to~~ us with the paperwork all filled out.

~~Some people left because of work or other problems; one left to pick~~ up her children and came back. At least 5 or 6 came back later to vote.

YOUR HELPFUL SUGGESTIONS ARE ALWAYS WELCOME. HOW CAN WE IMPROVE OUR ELECTION PROCEDURES AND FACILITIES? PLEASE LET US KNOW YOUR THOUGHTS. ANY SUGGESTIONS CAN BE WRITTEN ON SEPARATE SHEETS OF PAPER AND ATTACHED TO THIS QUESTIONNAIRE. PLEASE RETURN THIS QUESTIONNAIRE IN THE ENCLOSED ENVELOPE BY JANUARY 12, 2001. THANK YOU.

3

prec 217

8. Were there any problems with Poll Watchers at your precinct? If so, please explain: _No_

9. Were there any parking problems at your precinct? If so, please explain: _No_

10. Did you experience lines at the polls? If so, please indicate the approximate time(s) these lines developed and the approximate wait time for the voters: _Pe.or to lunchhour and near End of work day._

11. Did you experience any equipment failure? If so, please explain what happened and your efforts to get assistance. _No_

12. Did your workers or you have any problems filling out the different forms sent out by the Elections Office? If so, please explain: _No_

13. Did you experience any problems at your drop off location on Election Day? If yes, please explain: _No_

14. Did you experience communication problems with the Elections Office on Election Day? If so, please indicate the problems you encountered and the outcomes. _Telephone communication - Extensive wait and inability to connect with elections office regarding voters right to vote. Results. Some left without voting due to the long wait._

2

PUC 302

15. What suggestions do you have that would improve communications with the Elections Office on Election Day? _Keep the telephone lines open_

16. Did you have any voters who came to vote but were unable to do so? If so, please specify approximately how many and the problems incurred. Give as much detail as possible and use the reverse side of this survey and any additional sheets of paper that are necessary to explain. We would also like your recommendations as to how we might help you should some of these problems occur in the future. _yes_

* There were about 5-6 peoples who claimed they had registered to vote when they applied for a Florida drivers license. However, they were not on our registers and did not have a voter identification card & could not get through on the phone to the Elections Dept for verification.

* Also, we encountered people who hadn't voted in years, and did not realize they had to again register.

* I would suggest closer communications between the Dept of Motor Vehicles and the Elections Dept.
   I would also suggest that the public be made aware via the media that reregistration is necessary if a person has not voted for a given number of years.

YOUR HELPFUL SUGGESTIONS ARE ALWAYS WELCOME. HOW CAN WE IMPROVE OUR ELECTION PROCEDURES AND FACILITIES? PLEASE LET US KNOW YOUR THOUGHTS. ANY SUGGESTIONS CAN BE WRITTEN ON SEPARATE SHEETS OF PAPER AND ATTACHED TO THIS QUESTIONNAIRE. PLEASE RETURN THIS QUESTIONNAIRE IN THE ENCLOSED ENVELOPE BY JANUARY 12, 2001. THANK YOU.

3

prec. 309

8. Were there any problems with Poll Watchers at your precinct? If so, please explain: _HAD  NONE_____

_____

_____

9. Were there any parking problems at your precinct? If so, please explain: _NO_____

_____

10. Did you experience lines at the polls? If so, please indicate the approximate time(s) these lines developed and the approximate wait time for the voters: _SHIRT  LINE-  BUT,  NO  PROBLEM_____

_____

_____

11. Did you experience any equipment failure? If so, please explain what happened and your efforts to get assistance. _____
_YESS,  PHONE_____

12. Did your workers or you have any problems filling out the different forms sent out by the Elections Office? If so, please explain: _____
_NO_____

_____

13. Did you experience any problems at your drop off location on Election Day? If yes, please explain: _THE  INDIVIDUALS  WHO  TOOK
BAGS/EQUIPMENT FROM TRUNK OF CAR FAILED TO REMOVE PHO

14. Did you experience communication problems with the Elections Office on Election Day? If so, please indicate the problems you encountered and the outcomes. _YES  TOOK  2.5 HRS  IN  AM  TO GET  YOUR_
OFFICE.  SAME  IN  AFTERNOON - 2.5 HOURS -  HAD  CITIZENS
WAITING  TO  VOTE - COULD NEVER  REACH  YOUR  OFFICE -
ALWAYS  BUSY!

2

#8 (continued)

— as a qualified poll watcher. It was a disaster! Mr. Kessler is a take-control, obnoxious, arrogant individual who truely loses himself. As voters came to the registration tables Mr. Kessler proceeded to "tell voters," who could vote and who could not vote. He demanded a poll worker Inspector tag — which I refused to give him. He constantly talked to all of my poll workers in spite of our instructions not to cease, and was extremely opinionated and argumentive. Because voters assistance was extremely busy, I could not and didnot have the time to put Mr. Kessler in his proper place. Fortunately he stayed only 3 hours and when he did leave had the feeling that he had contributed greatly. On behalf of my pollworkers and myself, please don't allow Mr. Kessler to be a poll watcher in precinct 409 again. Mr. Kessler was nothing but a bad Act, and a precinct disruption. At general elections, never have to tollerate an individual such as Mr. Kes

#14 (continued)

— All of the other calls never got through — I spent up to 15 minutes recalling on each occasion — nothing but busy, busy, busy! A lot of potential voters were angry and took it out on your's truely, Although I realized what appeared to be a lost cause, every time a call had be made to Deland I took the voter with me to the office phone and for up to 15 minutes each demonstrated to them that I could not get through. I even handed the phone to them to listen to the busy signal. They were convinced but angry. There has to be a better way to contact the board of elections. Both the clerk's hot line and the main lines were jammed

φμc 515

8. Were there any problems with Poll Watchers at your precinct? If so, please explain: _no - didn't have any_

9. Were there any parking problems at your precinct? If so, please explain: _no - we have a wonderful place for our voters_

10. Did you experience lines at the polls? If so, please indicate the approximate time(s) these lines developed and the approximate wait time for the voters: _a few short ones up until noon time. However, we had, after taking that we used, asking voters if they felt comfortable voting at one of the tables and all were very happy to do so._

11. Did you experience any equipment failure? If so, please explain what happened and your efforts to get assistance. _no_

12. Did your workers or you have any problems filling out the different forms sent out by the Elections Office? If so, please explain: _no -_

13. Did you experience any problems at your drop off location on Election Day? If yes, please explain: _no -_

14. Did you experience communication problems with the Elections Office on Election Day? If so, please indicate the problems you encountered and the outcomes: _yes - I was only able to get through one time. the phone lines is terrible we were making decisions which we shouldn't have to make of else. the only time I did get thru I was passed to two other branches before I got an answer._

prec 615

10 Did you experience lines at the polls? If so, please indicate the approximate time(s) these lines developed and the approximate wait time for the voters: _Yes_

_Immediately At 7:00 AM, And during the hours of Businesses Standard Lunch Breaks; And the evening hours._

11. Did you experience any equipment failure? If so, please explain what happened and your efforts to get assistance. _No_

12. Did your workers or you have problems filling out the different forms sent out by the Elections Office? If so, please explain: _No_

13. Did you experience any problems at your drop off location on Election Day? If so, please explain: _No_

14. Did you experience any communication problems with the Elections Office on Election Day? If yes, please indicate the problems you encountered and the outcomes. _Yes — We were unable to get through to the Board of Elections to verify important information (Lines stayed Busy). This problem was Consistant throughout the entire day. However Runner did Assist by Supplying more Attention Forms._

15. What suggestions do you have that would improve communications with the Elections Office on Election Day? _More, or At least A Sufficient number of phone lines to Communicate With the Board of Elections, And enough Workers At the Board to Answer the Calls._

prec. 629

8. Were there any problems with Poll Watchers at your precinct? If so, please explain: No

9. Were there any parking problems at your precinct? If so, please explain: No

10. Did you experience lines at the polls? If so, please indicate the approximate time(s) these lines developed and the approximate wait time for the voters: No

11. Did you experience any equipment failure? If so, please explain what happened and your efforts to get assistance. No

12. Did your workers or you have any problems filling out the different forms sent out by the Elections Office? If so, please explain: No

13. Did you experience any problems at your drop off location on Election Day? If yes, please explain: No

14. Did you experience communication problems with the Elections Office on Election Day? If so, please indicate the problems you encountered and the outcomes. We constantly received a busy signal by phone. I feel we should have computer access at each polling place to ck on voter registered or not of where they need to go that way we don't have to call each time.

WUC '714

15.  What suggestions do you have that would improve communications with the Elections Office on Election Day? _The one thing I_ _wish we could do is have all clerks Trained_ _To access the Computer system by laptop + modem and_ _eliminate calling in_

16.  Did you have any voters who came to vote but were unable to do so? If so, please specify approximately how many and the problems incurred. Give as much detail as possible and use the reverse side of this survey and any additional sheets of paper that are necessary to explain.  We would also like your recommendations as to how we might help you should some of these problems occur in the future. _I had a few people_ _That where purged from the system and a few_ _That said they registered thru motor vehicle not many._ _As you know Trying to call The main office was_ _a night mare. I strongly suggest remote computers_ _To Look voter info and completly eliminate all support_ _you have in the office on election day_

YOUR HELPFUL SUGGESTIONS ARE ALWAYS WELCOME.  HOW CAN WE  IMPROVE OUR ELECTION PROCEDURES AND FACILITIES? PLEASE LET US KNOW YOUR THOUGHTS.  ANY SUGGESTIONS CAN BE WRITTEN ON SEPARATE SHEETS OF PAPER AND ATTACHED TO THIS QUESTIONNAIRE.  PLEASE RETURN THIS QUESTIONNAIRE IN THE ENCLOSED ENVELOPE BY JANUARY 12, 2001.  THANK YOU.

3

prec. 716

*Attachment 2*

We had about 15 people come to vote who were not able to do so.
Some reasons;

●Change of address, we were not able to get through on the phone in a timely
manner and they left. Some said they would come back later (2 people did come
back). One went to their old precinct voted, came back, and told us. Some just
left and others told us they were going to vote at their old precinct.

●They had registered to vote at the Drivers License Bureau and they either did not
fill out the form properly or they filled out the form past the filling deadline. In
either case they did not have this information when they came to vote. This
information needs to get to the voter before they come to the polls and wait in
line.

●Married couples come in to vote and only one is in the books. They both claim to
have filled out the information for the existing problem and only one spouse is in
the book. This will sometimes happen with their children. I do not know why this
happens, but it does every election.

If we had a lap top, then this information would have been available for us to tell
them (inaccurate forms) or take care of the problem (voter ID #). It is a voters
intent to get in and out as quickly as possible and to have it be relatively painless.

One other problem that we sometimes encounter is the folks from the north that
follow us around with complaints about a variety of things. If we had a form that
they could express their opinions on, then we would not have to get the brunt of
this sometimes harassing behavior. This form should have a place for their name,
address and phone number, a place to write the complaint and a person and
address to send it to.

Kathy Turner Precinct 716

Diane Fuller Clerk

prec. 717

15.  What suggestions do you have that would improve communications
with the Elections Office on Election Day? _There phones and_
_operators._

16.  Did you have any voters who came to vote but were unable to do so?  If
so, please specify approximately how many and the problems incurred.
Give as much detail as possible and use the reverse side of this survey and
any additional sheets of paper that are necessary to explain.  We would also
like your recommendations as to how we might help you should some of
these problems occur in the future. _I don't know exactly_
_how many but quite a few people who thought_
_they were registered found out they were not._
_Most of them said they had Registered at_
_the Motor Vehicle office._

YOUR HELPFUL SUGGESTIONS ARE ALWAYS WELCOME.  HOW CAN
WE  IMPROVE OUR ELECTION PROCEDURES AND FACILITIES?
PLEASE LET US KNOW YOUR THOUGHTS.  ANY SUGGESTIONS CAN
BE WRITTEN ON SEPARATE SHEETS OF PAPER AND ATTACHED TO
THIS QUESTIONNAIRE.  **PLEASE RETURN THIS QUESTIONNAIRE IN**
**THE ENCLOSED ENVELOPE BY JANUARY 12, 2001.  THANK YOU.**

puc. 719

8. Were there any problems with Poll Watchers at your precinct? If so, please explain: _No. We had no Poll Watchers._

9. Were there any parking problems at your precinct? If so, please explain: _No parking Problems._

10. Did you experience lines at the polls? If so, please indicate the approximate time(s) these lines developed and the approximate wait time for the voters: _Lines formed at 07:00 (a.m) and 19:00 (7 PM) but were not agonizingly long. Poll Workers we advised & responded with efficient handling of the situation._

11. Did you experience any equipment failure? If so, please explain what happened and your efforts to get assistance. _YES. We were not able to "UPLOAD" on the Phone line for the 3RD TIME !!! THIS HAS BEEN REPORTED EVERY TIME BUT TO NO AVAIL._

12. Did your workers or you have any problems filling out the different forms sent out by the Elections Office? If so, please explain: _____

13. Did you experience any problems at your drop off location on Election Day? If yes, please explain: _No. MUCH FASTER THAN YEARS AGO. Thank You !_

14. Did you experience communication problems with the Elections Office on Election Day? If so, please indicate the problems you encountered and the outcomes. _YES !!! I TRIED 19 TIMES (REDIALING 3 To 5 TIMES FOR EACH NUMBER — THE HOT-LINE & ELECTIONS OFFICE) BUT NEVER GOT THRU. NOT EVEN ONCE. BUSY SIGNAL EVERY TIMES. WITH NO RADIO OR PHONE CONTACT I AM ALMOST 2 INCLINED TO QUIT AS A POLL WALKER._

prec. 803

8. Were there any problems with Poll Watchers at your precinct? If so, please explain: _No poll watchers_

9. Were there any parking problems at your precinct? If so, please explain: _none_

10. Did you experience lines at the polls? If so, please indicate the approximate time(s) these lines developed and the approximate wait time for the voters: _Yes on opening, lines formed at 6:30 AM and continued at least until 73 AM. Also, lines formed again around noon_

11. Did you experience any equipment failure? If so, please explain what happened and your efforts to get assistance. _no equipment failure_

12. Did your workers or you have any problems filling out the different forms sent out by the Elections Office? If so, please explain: _no problem to my knowledge_

13. Did you experience any problems at your drop off location on Election Day? If yes, please explain: _none_

14. Did you experience communication problems with the Elections Office on Election Day? If so, please indicate the problems you encountered and the outcomes. _Yes on five different occasions we needed to call you about the registry. I speed-dialed each time 15 times (5-15-15) I got 74 busy signals and one ring. After three minutes of ringing, I hung up with no answer. This situation is INTOLERABLE. It is unfair to the voter and at least as unfair to poll workers!_

JUN 28 2002 19:15

prec. 811

8. Were there any problems with Poll Watchers at your precinct? If so, please explain:___ NO _____

_____

_____

9. Were there any parking problems at your precinct? If so, please explain:

_____

_____

10. Did you experience lines at the polls? If so, please indicate the approximate time(s) these lines developed and the approximate wait time for the voters: YES. BEFORE 7AM, BEFORE 9AM
_____ WAIT CF ABOUT 10 MIN _____

_____

_____

11. Did you experience any equipment failure? If so, please explain what happened and your efforts to get assistance. NO _____

_____

_____

12. Did your workers or you have any problems filling out the different forms sent out by the Elections Office? If so, please explain: NO _____

_____

_____

13. Did you experience any problems at your drop off location on Election Day? If yes, please explain: NO _____

_____

_____

14. Did you experience communication problems with the Elections Office on Election Day? If so, please indicate the problems you encountered and the outcomes. YES. WE COULD NOT GET THROUGH MOST OF THE TIME. 2 or 3 WERE NOT ABLE TO VOTE BECAUSE THEIR NAME WAS NOT ON THE REGISTER + WE DIDNT KNOW WHERE THEY WERE LAST REGISTERED. SOME MOVE OFTEN OR HAVE RENTAL PROPERTY WHERE THEY SOMETIMES RESIDE OR THEY LIVE WITH PARENTS OR RELATIVES SOMETIMES, ETC. SOME WAITED FOR HOURS! SOME WERE VERY UPSET. BLAMED US FOR NOT LETTING THEM VOTE

PUC 901

15. What suggestions do you have that would improve communications with the Elections Office on Election Day? _see note —_

16. Did you have any voters who came to vote but were unable to do so? If so, please specify approximately how many and the problems incurred. Give as much detail as possible and use the reverse side of this survey and any additional sheets of paper that are necessary to explain. We would also like your recommendations as to how we might help you should some of these problems occur in the future. _Yes - All Day — Most of This came because the voters thought they were registered through the Drivers License Office — They were asked if they wanted to Register to vote — See note — Next we had 1 purged voters — one man hadn't voted - since he voted for George Wallace —_

_There is no way to tell you how many voters were turned away - But I can tell you - there were a lot of them — A lot of young Adults wanting to vote for the First time. —_

YOUR HELPFUL SUGGESTIONS ARE ALWAYS WELCOME. HOW CAN WE IMPROVE OUR ELECTION PROCEDURES AND FACILITIES? PLEASE LET US KNOW YOUR THOUGHTS. ANY SUGGESTIONS CAN BE WRITTEN ON SEPARATE SHEETS OF PAPER AND ATTACHED TO THIS QUESTIONNAIRE. <u>PLEASE RETURN THIS QUESTIONNAIRE IN THE ENCLOSED ENVELOPE BY JANUARY 12, 2001. THANK YOU.</u>

3

I must honestly say — IF — the
communication problem is not
solved — I don't think I want
to work at the polls any more
and most of the 901 workers feel
as I do —

Jo Anne Seker

# PLAINTIFFS' EXHIBIT 85

# COMPLAINT

## Voter Registration or Voting

### (Section 106.22(11), Florida Statutes)

*Room 1801, The Capitol, Tallahassee, Florida 32399-0250*
*Telephone 1-877-868-3737 (1-877-VOTERFRAUD)*



The Division of Elections has authority to conduct preliminary investigations into any irregularities or fraud involving voter registration or voting and report its findings to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

### PERSON BRINGING COMPLAINT

| | | | | |
|---|---|---|---|---|
| Name | Michael T Lavin | Home Phone | (941) 430-1758 | Work Phone |
| Address | 492 Quail Forest Blvd #808 | | County | Collier |
| City | Naples | State | Fl | Zip Code | 34105 |

### PERSON AGAINST WHOM COMPLAINT IS BROUGHT (limit one person per form)

| | | | | |
|---|---|---|---|---|
| Name | Driver's License Bureau | | Work Phone | |
| Address | East Tamiamii Trail | | County | Collier |
| City | Naples | State | Fl | Zip Code | 34105 |

Title of office or position held or sought _____

Have you filed this complaint with the:

| | | |
|---|---|---|
| State Attorney's Office | ☐ Yes | ☒ No |
| Florida Department of Law Enforcement | ☐ Yes | ☒ No |
| Florida Elections Commission | ☐ Yes | ☒ No |
| Florida Commission on Ethics | ☐ Yes | ☒ No |

### VIOLATION

If you believe any irregularities or fraud involving voter registration or voting has been committed, please state the specific acts committed by the person named in this complaint:

I registered to vote when I was getting my address changed at the Driver's license office on East Tamiami Trail in Naples. Today I went to precinct 618 to vote as my name was not on the list and after the clerk tried to call and verify my registration

### STATEMENT OF FACTS

State in your own words the detailed facts and circumstances that form the basis of your complaint, including any relevant person(s). In your narrative explanation, please include relevant dates and times and the names and addresses of other persons whom you believe have knowledge of the facts. Also, give any reasons that you feel the alleged violation was committed by the person against whom this complaint is brought while knowing his or her actions were wrongful.

I registered to vote when I was getting my address changed at the Driver's license office on East Tamiami Trail in Naples. Today I went to precinct 618 to vote as my name was not on the list and after the clerk tried to call and verify my registration I was informed the Board of Elections has no record of me. She went on to tell me I was the fifth or sixth person that day that had registered at the driver's license bureau that the board of elections turned away from voting. I proceeded on to do some

Pg 1 of 2

B 001251

registered to vote when I was getting my address changed at the Driver's license office on East Tamiami Trail in Naples. Today I went to precinct 618 to vote as my name was not on the list and after the clerk tried to call and verify my registration I was informed the Board of Elections has no record of me. She went on to tell me I was the fifth or sixth person that day that had registered at the driver's license bureau that the board of elections turned away from voting. I proceeded on to do some shopping and in line was chided about not voting. I did not have a sticker that many were wearing. When I explained my plight anther in an adjacent line told me the same had happened to her and then she asked me what party I had declared for when registering. We both had declared Democrat at the same driver's licenses office. A sample of 2 is not enough but I believe it warrants further investigation.

Michael T. Lavin
492 Quail Forest Blvd. #808
Naples, Fl. 34105

B 001252

## STATEMENT OF FACTS    (continued)

☐ Check here if additional pages or documents are attached.

*Michael T Lavin*
Signature of complainant

Michael T Lavin
Print or type name of complainant

This complaint is not confidential and, once on file with the Division of Elections, it will be treated as a public record.

DS-DE 34 (9/98)

Pg 2 of 2

B 001253

# PLAINTIFFS' EXHIBIT 86

October 30, 2001

DCF
1706 E. Semonran Bv, Suite 121
Apopka, FL  32703

Received another envelope of voter registration applications today.  There were 9
applications dating from October 16 – 25.  These applications were old applications and
will be rejected.

This is the second envelope of old voter registration applications received from this
location since October 18.  Veronica Vinson called Jeanne Alshouse and all was suppose
to be cleared up.  (See Roni's summary of October 18.)

Called and spoke to Gloria Miller and explained the details of the conversation Veronica
Vinson and Jeanne Alshouse had on October 18.  Gloria said she would call Jeanne and
have her go through everyone's desk and make sure all old applications are thrown out
and that they understand we pick up every week and there is no need to mail applications
to us.  Gloria is to get back to me and let me know what is going on.

Veronica Koval
Customer Service Manager

J 007294

**PLAINTIFFS' EXHIBIT 87**



# JANE CARROLL
### SUPERVISOR OF ELECTIONS
BROWARD COUNTY
BROWARD COUNTY GOVERNMENTAL CENTER
115 SOUTH ANDREWS AVENUE, ROOM 102
FORT LAUDERDALE, FLORIDA 33301
Phone: (954) 357-7050
Fax: (954) 357-7070

December 28, 2000

Scott A. Petullo
11155 SW 5 PL.
#307
Pembroke Pines, FL 33025

Dear Mr. Petullo:

Thank you for your letter dated November 9 concerning voter registration procedures. Unfortunately, our office has no record of having received your voter registration application. All applications are entered and even if a problem existed on the application, we would have a record it.

The concern you expressed with the voter registration procedures can be traced to the National Voter Registration Act (NVRA). The National Voter Registration Act was enacted in 1995 and provides various government agencies with the opportunity to register individuals to vote. This legislation was intended to make the voter registration process easier.

As you can see with your experience, exceptions to the rule always occur. Unfortunately, I cannot determine exactly what occurred with your application, but with various government agencies and individuals conducting voter registration, we are forced to rely on their information. We are required under NVRA to give as many forms as requested to any citizen to conduct a registration drive. In other words, NVRA took all control from us. We regret your problem.

Sincerely,

Jane Carroll
Supervisor of Elections

Encl: Voter Registration Application
H:\soe\petulloresponse
JC:DEB:deb

THERE ARE SEVERAL BRANCH OFFICES LOCATED THROUGHOUT THE COUNTY FOR
YOUR CONVENIENCE. PLEASE CALL (954) 357-7050 FOR THE LOCATION OF THE
OFFICE NEAREST YOU.

*[handwritten] Please check this amount*

00 NOV 14  AM 11: 52

11.9.2000

Ms Carroll, Broward County Supervisor of Elections
P.O. Box 029001
Fort Lauderdale, FL  33302-9001

Dear Ms Carroll,

In May of 2000 I moved to my current address and visited the DMV on Pembroke Road to register to vote. I completed the voter registration form and handed it to the DMV employee. About a month later I received the same form back in the mail, along with a new blank form because part of the original I filled out was torn off (it was not this way when I handed it to the DMV employee). I filled out the new form and mailed it to the correct address, assuming that I was then registered to vote. I showed up to vote on Tuesday, November 7th and they told me I was 'not in the books' and therefore, could not vote.

I am writing to tell you that the process to register to vote needs to be reorganized—there is too much room for error, as I experienced. As I stood there at the polls waiting for one of the volunteers to phone to see if I was 'in the books', I noticed there were four other people in the same situation; they registered, but they were somehow not on record as doing so.

Considering the many mishaps that occurred during this election process in Broward County, I hope you will seriously look into improving the system.

Sincerely,

*Scott A Petullo*

Scott A. Petullo
11155 SW 5th PL #307
Pembroke Pines, FL  33025

# PLAINTIFFS' EXHIBIT 88

October 30, 2001

**DCF**
1706 E. Semonran Bv, Suite 121
Apopka, FL  32703

Received another envelope of voter registration applications today.  There were 9 applications dating from October 16 – 25.  These applications were old applications and will be rejected.

This is the second envelope of old voter registration applications received from this location since October 18.  Veronica Vinson called Jeanne Alshouse and all was suppose to be cleared up.  (See Roni's summary of October 18.)

Called and spoke to Gloria Miller and explained the details of the conversation Veronica Vinson and Jeanne Alshouse had on October 18.  Gloria said she would call Jeanne and have her go through everyone's desk and make sure all old applications are thrown out and that they understand we pick up every week and there is no need to mail applications to us.  Gloria is to get back to me and let me know what is going on.

Veronica Koval
Customer Service Manager

J 007294



**BILL COWLES**
Supervisor of Elections
Orange County, Florida

*OUR MISSION IS TO:*
*Ensure the integrity of the electoral process.*
*Enhance public confidence.*
*Encourage citizen participation.*

September 10, 2001

Mr. Ed Kast, Assistant Director
1801 Capitol Building
Tallahassee, FL 32399-0250

Dear Ed,

After the difficulties we experienced with voter registration work coming from the DMV offices last year, I decided to survey all of the mandated sites here in Orange County in hopes of avoiding similar problems in 2002. Specifically, I've been looking at how many registration application forms are not dated and initialed. I've just finished reviewing our DCF, WIC and vocational rehabilitation offices and wanted to share my findings and concerns with you.

As you will see by the attached summary, the dating of applications is still a big problem. I spoke to several office clerks and to Susan Graham, Supervisor of the Vocational Rehabilitation office on Maguire Road/Room 250, concerning this matter and was surprised to hear them all say they had never been told to date the applications. I know there is a high staff turnover in these offices, but several of these people were working with these agencies prior to NVRA. Perhaps the "train the trainer" approach has failed in these groups or the overburdened staff has simply failed to retain the voter registration information.

The two biggest problems we battle at election time are incomplete registration applications and voter eligibility, i.e., date of registration. New legislation will help on the incomplete issue, but additional training is needed on the other. We will continue to educate from our end, but would appreciate any assistance you could provide to help these mandated sites understand how critical it is to date these applications.

Sincerely,

Veronica Koval
Customer Service Manager

Attachment

J 007291

119 West Kaley Street, Orlando ▪ Reply to: Post Office Box 562001, Orlando, Florida 32856
Phone (407) 836-2070 ▪ Fax (407) 317-7633 ▪ TDD (407) 422-4833 ▪ Internet: www.ocfelections.com

# AGENCY REVIEW FROM JANUARY – JUNE, 2001

| Department of Children & Family Agencies | Applications without dates | Total # of Applications | % of Apps without dates |
|---|---|---|---|
| Winter Park DCF office | 3 | 13 | 23% |
| Apopka DCF office | 2 | 2 | 100% |
| Washington Street DCF | 10 | 10 | 100% |
| Lake Underhill DCF office | 2 | 2 | 100% |

| Department of Health | | | |
|---|---|---|---|
| Apopka WIC office | 1 | 64 | 2% |
| Church Street WIC office | 9 | 9 | 100% |
| Silver Star Rd WIC office | 0 | 97 | 0% |
| Ocoee office WIC office | 2 | 4 | 50% |
| Winter Park WIC office | 0 | 8 | 0% |
| Oak Ridge Rd office | 1 | 2 | 50% |
| Aloma Community Care office | 6 | 6 | 100% |
| Apopka Vocational Rehab office | 0 | 7 | 0% |
| Maguire Rd Vocational Rehab offices | | | |
| Room 243 | 46 | 62 | 74% |
| Room 244 | 10 | 22 | 45% |
| Room 246 | 9 | 16 | 56% |
| Room 250 | 20 | 20 | 100% |

J 007292

Jan-Junes                    **AGENCIES**

| *LOCATIONS* | *W/O DATES* | *TOTAL* |
|-------------|-------------|---------|
| 301  Winter Park HRS | 3 | 13 |
| 302  Apopka HRS | 2 | 2 |
| 305  Washington HRS | 10 | 10 |
| 309  Apopka WIC | 1 | 64 |
| 311  Church St WIC | 9 | 9 |
| 313  Raleigh WIC | 3 | 5 |
| 314  Silver Star WIC | 0 | 97 |
| 315  Ocoee WIC | 2 | 4 |
| 317  Winter Park WIC | 0 | 8 |
| 318  Oakridge WIC | 1 | 2 |
| 320  Lake Underhill HRS | 2 | 2 |
| 401  Community Care | 6 | 6 |
| 408  Apopka VO2 | 0 | 7 |
| 409  VO2 | 10 | 22 |
| 410  VO2 | 9 | 16 |
| 411  VO2 | 46 | 62 |
| 413  VO2 | 20 | 20 |
| 616  Independent Living | 0 | 4 |
| 703  Housing Authority | 2 | 223 |
| Total | 129 | 579 |

**J 007293**