UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 01-120-CIV-GOLD/SIMONTON

------------------------------------------------------------x

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF
COLORED PEOPLE, INC. by its FLORIDA STATE
CONFERENCE OF BRANCHES, et al.,

            Plaintiffs,

vs.

KATHERINE HARRIS, Secretary of State of Florida; et al.,

            Defendants.

------------------------------------------------------------x



FILED by _____ D.C.
AUG 27 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING PLAINTIFFS' AND DEFENDANT DEANIE LOWE'S MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

This cause has come before the Court upon the motion of Plaintiffs and Defendant Deanie Lowe for approval of their Settlement Agreement. A copy of the Settlement Agreement is attached as Exhibit A to this Order. The Court finds:

1. This is a partial settlement of a class action claim. Plaintiffs are settling with a single Defendant.

2. This settlement has occurred prior to the final certification of any class(es) as to Defendant Deanie Lowe but has been approved by all of the class representatives named as individual plaintiffs other than plaintiff Willie Steen.[1] Defendant Deanie Lowe consents to settlement without a class being designated for settlement purposes. Neither the parties nor the Court is aware of any requirement by Rule 23(e), or other rule of the Federal Rules of Civil Procedure, or case law precedent requiring notice to the putative class(es) of this settlement,

---

[1] Plaintiff Willie Steen has neither approved nor rejected the proposed settlement. By Order dated April 1, 2002, the Court granted the motion of Plaintiffs' counsel to withdraw as attorney for Mr. Steen.

nor do they believe that a fairness hearing is required in light of the Court's July 31, 2002 Interim Order on Class Certification and Motions for Summary Judgment.

3. Under these circumstances, the Court finds that such notice is not required and would involve unnecessary delay and cost.

4. The Court finds that the dismissal of Defendant Deanie Lowe will not adversely affect the interests of the remaining litigants or the interests of the putative class(es). The Court further finds that the dismissal of Defendant Deanie Lowe will not adversely affect the ongoing litigation and the schedule approved by the Court. The other parties have had notice of the proposed Settlement Agreement and no objection or other concern has been raised by them.

5. The Court finds that the Settlement Agreement is fair, reasonable, legal and without undue burdens on third parties even though this settlement was reached prior to any class being certified as to Defendant Lowe in this action under Rule 23 of the Federal Rules of Civil Procedure.

**ACCORDINGLY**, the Court ORDERS, ADJUDGES and DECREES that the motion to approve the Settlement Agreement is GRANTED.

DONE and ORDERED in chambers at the United States District Courthouse, Miami, Florida, this 27 day of Aug, 2002.

ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel on attached Service List

# SERVICE LIST

**COUNTY OF VOLUSIA**
123 W. INDIANA AVE.
DELAND, FL 32720
(386) 736-5950
FAX: (386) 736-5990

**From:** Daniel D. Eckert  
**Re:** NAACP v. Harris, et al

**Date:** August 23, 2002  
**Pages:**

**To:** Thomasina H. Williams, Esq.
Williams & Assoc.
Brickell Bay View Centre
80 S.W. Eighth Street
Mami, FL 33130
Tel: (305) 379-6676
Fax: (305) 379-4541

**To:** Dennis Hayes, Esq.
Angela Ciccolo, Esq.
Bruce Gear, Esq.
NAACP
4805 Mt. Hope Drive, 5th Floor
Baltimore, MD 21215
Tel: (410) 580-5792
**Fax #:** (410) 358-9350

**To:** Anita Hodgkiss, Esq.
Barbara Arnwine, Esq.
Thomas J. Henderson, Esq.
Edward Still, Esq.
Lawyers' Committee for Civil Rights Under Law
1401 New York Ave., N.W.
Suite 400
Washington, DC 20005
Tel: (202) 662-8600
Fax#: (202) 783-5130

**To:** Todd A. Cox, Esq.
NAACP Legal Defense and Educational Fund, Inc.
1444 Eye Street, 10th Floor
Washington, DC 20005
Tel: (202) 682-1300
**Fax #:** (202) 682-1312

**To:** Penda Hair, Esq.
Judith Browne, Esq.
Monique Dixon, Esq.
The Advancement Project
1730 M. Street NW, Suite 401
Washington, DC 20036
Tel: (202) 728-9557
**Fax #:** (202) 728-9558

**To:** Elaine R. Jones, Esq.
Theodore M. Shaw, Esq.
Norman Chachkin, Esq.
Jacqueline A. Berrien, Esq.
Janai S. Nelson, Esq.
99 Hudson Street, Suite 1600
New York, NY 10013
Tel: (212) 965-2200
**Fax #:** (212) 226-7592

**To:** Laughlin McDonald, Esq.
ACLU Voting Rights Project
2725 Harris Tower
233 Peachtree Street NE
Atlanta, GA 30303
Tel: (404) 523-2721
**Fax #:** (404) 653-0331

**To:** Louis M. Bograd, Esq.
American Civil Liberties Union
Foundation
National Legal Department
733 15th Street, NW, Suite 620
Washington, DC 20005
Tel: (202) 393-1918
**Fax #:** (202) 393-4931

**To:** Elliot M. Mincberg, Esq.
Lawrence S. Ottinger, Esq.
Alma C. Henderson, Esq.
People for the American Way
Foundation
2000 M Street, Suite 400
Washington, DC 20036
Tel: (202) 467-2392
**Fax #:** (202) 293-2672

**To:** John W. Little, III, Esq.
Walter J. Harvey, Esq.
200 S. Biscayne Blvd., 4th Floor
Miami, FL 33131
Tel: (305) 577-2934
**Fax #:** (305) 577-7001

**To:** Jim Cheroff, Esq.
Michael Cirullo, Esq.
3099 East Commercial Blvd.
Suite 200
Ft. Lauderdale, FL 33308
Tel: (954) 711-4500
**Fax #:** (954) 771-4923

**To:** Tracy I. Arpen, Esq.
Office of General Counsel
City of Jacksonville
117 W. Duval St., Suite 480
Jacksonville, FL 32202
Tel: (904) 630-1835
**Fax #:** (904) 630-1731

**To:** Jeffrey P. Ehrlich, Esq.
Dade County Attorney's Office
Metro Dade Center
111 NW 1st St., Suite 2810
Miami, FL 33128
Tel: (305) 375-5151
**Fax #:** (305) 375-5634

**To:** H. Ray Allen, II, Esq.
Rebecca M. Kert, Esq.
Hillsborough County Attorney's Office
601 E. Kennedy Blvd., 27th Floor
Tampa, FL 33602
Tel: (813) 272-5670
**Fax #:** (813) 272-5846

**To:** David Kornreich, Esq.
Muller, Mintz
First Union Financial Center
200 S. Biscayne Blvd., Suite 3600
Miami, FL 33131
Tel: (305) 358-5500
**Fax#:** (407) 843-1410

**To:** Douglas B. MacInnes, Esq.,
George Waas, Esq.
Assistant Attorneys General Counsel
Department of Legal Affairs
PL-01, The Capital
Tallahassee, FL 32139
Tel: (850) 414-3663
**Fax#:** (850)488-4872