**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 01-120-CIV-GOLD/SIMONTON**

**NATIONAL ASSOCIATION FOR THE**
**ADVANCEMENT OF COLORED PEOPLE**
**INC., by its FLORIDA STATE CONFERENCE**
**OF BRANCHES, et al.,**



       Plaintiff,

vs.

**JIM SMITH, Secretary of State of Florida, et al.,**

       Defendants.

_____/

**AGREED JOINT MOTION TO AMEND**
**ORDER OF SEPTEMBER 12, 2002**
**(to incorporate and attach Settlement Agreements approved therein)**

Counsel for Plaintiffs and all Defendants who remained as parties to (and had not previously been dismissed from) this action as of September 10, 2002 [*i.e.*, Defendants Smith, Kast, Dickinson, Kearney, Iorio and Cowles], by their undersigned counsel, jointly move that this Court further amend its Order of September 11, 2002, as amended September 12, 2002 in two ministerial respects described below, in order to carry out what the parties believe was the Court's intent. A proposed Second Amended Order to accomplish this end is submitted with this motion.

The parties seek two modifications to the Amended Order issued September 12, 2002 to effectuate the full dismissal with prejudice and approval of the Settlement Agreements with all Defendants.

*First*, the Amended Order in its first paragraph refers only to one of two Joint Motions seeking approval of Settlement Agreements: Document No. 606, filed by Plaintiffs and

Defendants Iorio and Cowles.  The Amended Order should be further amended to refer as well to Document No. 605, filed by Plaintiffs and Defendants Smith, Kast, Dickinson and Kearney.

*Second*, the Amended Order should be further amended to refer to and to attach, the Settlement Agreements submitted to the Court for approval in the two Joint Motions described in the preceding paragraph.  All of the Settlement Agreements in this action, both those which the Court has previously approved, and those intended to be covered by the Amended Order of September 12, 2002, contain language requiring the parties, upon execution of the Agreement,

> to file a "Joint Notice of Settlement and Motion for Dismissal with Prejudice" pursuant to Fed. R. Civ. P. 41(a)(2).  That Joint Notice shall request that the Court enter a final order of dismissal with prejudice of all claims against Defendants, based upon the terms of this Agreement, which shall be attached to the Order of Dismissal.

Each of the joint motions for approval of Settlement Agreements between Plaintiffs and each of the Defendants in this action, including Documents Nos. 605 and 606, accordingly contained a request that the Settlement Agreement be attached to the Order of Dismissal; and the Orders entered by this Court approving settlements, prior to the September 11 Order and September 12 Amended Order, appended the relevant Settlement Agreement as an Exhibit to the Order of Dismissal.  Undersigned counsel believe that the omission of such attachment to the September 12, 2002 Amended Order was a ministerial oversight that can be corrected through issuance of the Second Amended Order submitted herewith.

The further amendments proposed above involve no substantive change.

WHEREFORE, the Plaintiffs and Defendants Kast, Smith, Dickinson, Kearney, Iorio and Cowles respectfully pray that the Court enter the Second Amended Order submitted herewith.

Respectfully submitted,


Thomasina H. Williams, Esq.
Law Office Williams and Associates, P.A.
Brickell Bay View Centre, Suite 1830
80 S.W. Eighth Street
Miami, FL 33130
Telephone # (305) 379-6676
Fax # (305) 379-6676
E-mail: wmslaw@winstarmail.com

**Attorney for Plaintiffs**

John W. Little, III, Esq.
Steel Hector & Davis, L.L.P.
1900 Phillips Point West
777 S. Flagler Drive, Suite 1900
West Palm Beach, FL 33401-6198
Telephone # (561) 650-7270
Fax # (561) 655-1509
E-mail: jliitle@steelhector.com

**Attorney for Defendants Smith and Kast,
and authorized to sign for Defendants
Dickinson, Kearney, Iorio and Cowles**


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Agreed Joint Motion was served by U.S. mail on the counsel of record and the individual party on the attached Service List, on this 16th day of September, 2002.


THOMASINA H. WILLIAMS

## SERVICE LIST

Anita S. Hodgkiss, Esq.
Lori Outzs Borgen, Esq.
Barbara Arnwine, Esq.
Thomas J. Henderson, Esq.
Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue, Suite 400
Washington, D.C. 20005-2124
Telephone # (202) 662-8315 (A. S. Hodgkiss Direct Line)
Main Telephone # (202) 622-8600
Fax # (202) 783-5130
E-mail: ahodgkiss@lawyerscomm.org
**Attorney for all of the Plaintiffs**

John W. Little, III, Esq.
Steel Hector & Davis, LLP
1900 Phillips Point West
777 S. Flagler Drive, Suite 1900
West Palm Beach, FL 33401-6198
Telephone # (561) 650-7270
Fax # (561) 655-1509
E-mail: jlittle@steelhector.com
**Attorney for Katherine Harris, Secretary of State of Florida and Clay Roberts, Director of the Florida Division of Elections**

H. Ray Allen, II, Esq.
Senior Assistant County Attorney
Julia Mandell, Esq.
Ken Tinkler, Esq.
Assistant County Attorneys
Hillsborough County Attorney's Office
601 E. Kennedy Boulevard, 27th Floor
Tampa, FL 33602
Telephone # (813) 272-5670
Fax # (813) 272-5846
E-mail: allenr@hillsboroughcounty.org
**Attorneys for Hillsborough County Supervisor of Elections Pam Iorio**

Thomasina H. Williams, Esq.
Law Office Williams and Associates, P.A.
Brickell Bay View Centre, Suite 1830
80 S.W. Eighth Street
Miami, FL 33130
Telephone # (305) 379-6676
Fax # (305) 379-4541
E-mail: wmslaw@winstarmail.com
**Attorney for all of the Plaintiffs**

George L. Waas, Esq.
Douglas B. MacInnis
Assistant Attorneys General
Department of Legal Affairs
PL-01, The Capitol
Tallahassee FL 32399-1050
Telephone # (850) 414-3662
Fax # (850) 488-4872
E-mail: George_Waas@oag.state.fl.us
**Attorneys for Fred Dickinson, Executive Director Florida Department of Highway Safety and Motor Vehicles and Kathleen Kearney, Secretary of the Florida Department of Children and Families**

Michael D. Cirullo, Jr., Esq.
Josias, Goren, Cherof, Doody & Ezrol, P.A.
3099 E. Commercial Boulevard, Suite 200
Ft. Lauderdale, FL 33308-4311
Telephone # (954) 771-4500
Fax # (954) 771-4923
E-mail: mcirullo@cityatty.com
**Attorney for Orange County Supervisor of Elections William Cowles**

Mr. Willie Steen
1308 E. Norfolk Street
Tampa, FL 33604-5032